**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENJAMIN STIRRATT, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., DARA KHOSROWSHAHI, NELSON CHAI, GLEN CEREMONY, RONALD SUGAR, URSULA BURNS, GARRETT CAMP, MATT COHLER, RYAN GRAVES, ARIANNA HUFFINGTON, TRAVIS KALANICK, WAN LING MARTELLO, H.E. YASIR AL-RUMAYYAN, JOHN THAIN, DAVID TRUJILLO, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL MARKETS, LLC, SUNTRUST ROBINSON HUMPHREY, INC., DEUTSCHE BANK SECURITIES INC., HSBC SECURITIES (USA) INC., SMBC NIKKO SECURITIES AMERICA, INC., MIZUHO SECURITIES USA LLC, NEEDHAM & COMPANY, LLC, LOOP CAPITAL MARKETS LLC, SIEBERT CISNEROS SHANK & CO., L.L.C., ACADEMY SECURITIES, INC., BTIG, LLC, CANACCORD GENUITY LLC, CASTLEOAK SECURITIES, L.P., COWEN AND COMPANY, LLC, MACQUARIE CAPITAL (USA) INC., MISCHLER FINANCIAL GROUP, INC., OPPENHEIMER & CO. INC., RAYMOND JAMES & ASSOCIATES, INC., WILLIAM BLAIR & COMPANY, L.L.C., THE WILLIAMS CAPITAL GROUP, L.P., AND TPG CAPITAL BD, LLC,<br><br>Defendants. | Case No. 3:19-cv-06361-RS<br><br>Judge Richard Seeborg<br><br>**CLASS ACTION**<br><br>**NOTICE THAT THE MOTION OF BOSTON RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL IS UNOPPOSED** |

Proposed Lead Plaintiff Boston Retirement System ("Boston") timely filed its motion for appointment as Lead Plaintiff and approval of its selection of Labaton Sucharow LLP ("Labaton Sucharow") as Lead Counsel for the Class and Thornton Law Firm LLP ("Thornton Law") as Liaison Counsel for the Class (the "Motion"). *See* ECF No. 23. The Motion, which was made pursuant to Section 27(a)(3)(B) of the Securities Act of 1933, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), at 15 U.S.C. § 77z-1(a)(3)(B), is currently unopposed.

Subsequent to the filing of the five competing lead plaintiff motions, movants Gregory Balotin, Ricky Lin, and Camelot Event Driven Fund, A Series of Frank Funds Trust, have withdrawn their respective motions. *See* ECF Nos. 49, 50, 51. In addition, Arnold Gargantos, Kevin Senart, and Stephen Wasson (the "Individual Investor Group"), the only other remaining lead plaintiff movants (ECF No. 11), failed to file an opposition brief in response to Boston's Motion. Moreover, the Individual Investor Group has only claimed a financial interest of $22,804.00, which interest is over ten times smaller than Boston's financial interest of $232,803.11. Boston, therefore, is the presumptive lead plaintiff under the PSLRA, because it is the movant with the largest financial interest who also satisfies the typicality and adequacy requirements of Rule 23 of the Federal Rules of Civil Procedure.

Based on the foregoing, as well as for the reasons set forth in its Motion, Boston respectfully requests that the Court grant its Motion by appointing it as Lead Plaintiff and approving its selection of Labaton Sucharow as Lead Counsel for the Class and Thornton Law as Liaison Counsel for the Class.

DATED: December 23, 2019                    Respectfully submitted,

                                                     */s/ David Bricker*

                                         David Bricker (Bar No. 158896)
**THORNTON LAW FIRM LLP**
9430 West Olympic Boulevard, Suite 400
Beverly Hills, California 90212
Telephone: (310) 282-8676
Facsimile: (310) 388-5316
dbricker@tenlaw.com

*Proposed Liaison Counsel for the Class*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LABATON SUCHAROW LLP**
Christopher J. Keller (*pro hac vice* forthcoming)
Eric J. Belfi (*pro hac vice* forthcoming)
Francis P. McConville (*pro hac vice* forthcoming)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for Proposed Lead Plaintiff Boston Retirement System and Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 23, 2019, I was authorized to electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                        */s/ David Bricker*
                                        David Bricker