1  Patrick D. Robbins (SBN 152288)
2  Daniel H.R. Laguardia (SBN 314654)
   Emily V. Griffen (SBN 209162)
3  George B. Adams, III (SBN 321090)
   SHEARMAN & STERLING LLP
4  535 Mission Street, 25th Floor
   San Francisco, CA  94105-2997
5  Telephone: 415.616.1100
   Facsimile: 415.616.1199
6  Email: probbins@shearman.com
          daniel.laguardia@shearman.com
7         egriffen@shearman.com
          george.adams@shearman.com
8

9  *Attorneys for Defendants Uber Technologies, Inc.,
   Dara Khosrowshahi, Nelson Chai, Glen*
10 *Ceremony, Ronald Sugar, Ursula Burns, Garrett
   Camp, Matt Cohler, Ryan Graves, Arianna*
11 *Huffington, Travis Kalanick, Wan Ling Martello,
   H.E. Yasir Al-Rumayyan, John Thain, and David*
12 *Trujillo*

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                        SAN FRANCISCO DIVISION
16

| BENJAMIN STIRRATT, Individually and on behalf of all others similarly situated, | Case No. 3:19-cv-06361-RS |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF AMENDED COMPLAINT AND BRIEFING OF MOTION TO DISMISS** |
| v. | |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | **Courtroom:** No. 3 – 17th Floor<br>**Judge:** Hon. Richard Seeborg<br>**Date Filed:** October 4, 2019 |

Lead Plaintiff Boston Retirement System ("Lead Plaintiff") and Defendants Uber Technologies, Inc., Dara Khosrowshahi, Nelson Chai, Glen Ceremony, Ronald Sugar, Ursula Burns, Garrett Camp, Matt Cohler, Ryan Graves, Arianna Huffington, Travis Kalanick, Wan Ling Martello, H.E. Yasir Al-Rumayyan, John Thain, and David Trujillo (the "Uber Defendants"), as well as Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Barclays Capital Inc., Citigroup Global Markets Inc., Allen & Company LLC, RBC Capital Markets, LLC, SunTrust Robinson Humphrey, Inc., Deutsche Bank Securities Inc., HSBC Securities (USA) Inc., SMBC Nikko Securities America, Inc., Mizuho Securities USA LLC, Needham & Company, LLC, Loop Capital Markets LLC, Siebert Cisneros Shank & Co., L.L.C., Academy Securities, Inc., BTIG, LLC, Canaccord Genuity LLC, CastleOak Securities, L.P., Cowen and Company, LLC, Evercore Group L.L.C., JMP Securities LLC, Macquarie Capital (USA) Inc., Mischler Financial Group, Inc., Oppenheimer & Co. Inc., Raymond James & Associates, Inc., William Blair & Company, L.L.C., The Williams Capital Group, L.P., and TPG Capital BD, LLC (the "Underwriter Defendants" and, together with the Uber Defendants, "Defendants"), hereby stipulate and agree as follows:

WHEREAS an initial complaint was filed in the above-captioned action on October 4, 2019 (Dkt. No. 1), which was corrected by a Notice of Errata filed on October 31, 2019;

WHEREAS motions seeking appointment as lead plaintiff and as lead counsel pursuant to the Private Securities Litigation Reform Act of 1995, codified at 15 U.S.C. § 77z-1 and 78u-4 ("PSLRA") were filed by various parties on December 3, 2019;

WHEREAS on January 3, 2020, the Court entered an order appointing Boston Retirement System as lead plaintiff and Labaton Sucharow LLP and Thornton Law Firm as lead counsel and liaison counsel, respectively, pursuant to the PSLRA (Dkt. No. 59);

WHEREAS Lead Plaintiff plans to file an amended complaint (the "Amended Complaint"), and Defendants plan to file one or more motions to dismiss the Amended Complaint; and

WHEREAS, the parties have agreed on a schedule for the filing of the Amended Complaint and Defendants' motion(s) to dismiss the Amended Complaint.

IT IS THEREFORE STIPULATED AND AGREED that, subject to the Court's approval:

1. Lead Plaintiff shall file an Amended Complaint on or before March 3, 2020.

2. Defendants shall file their motion(s) to dismiss on or before April 14, 2020.

3. Lead Plaintiff shall file its opposition(s) to the motion(s) to dismiss on or before May 26, 2020.

4. Defendants shall file their reply or replies in support of the motion(s) to dismiss on or before June 18, 2020.

5. The hearing on the motion(s) to dismiss shall be noticed for July 2, 2020.

Dated: February 4, 2020

SHEARMAN & STERLING LLP
Patrick D. Robbins
Daniel H.R. Laguardia
Emily V. Griffen
George B. Adams, III

By:     */s/ Daniel H. R. Laguardia*
             Daniel H. R. Laguardia

*Attorneys for the Uber Defendants*

Dated: February 4, 2020

WILLKIE FARR & GALLAGHER LLP
Todd G. Cosenza (*pro hac vice*)
787 Seventh Avenue
New York, NY  10019-6099
Telephone:  (212) 728-8677
Facsimile:  (212) 728-9677
Email:  tcosenza@willkie.com

By:     */s/ Todd G. Cosenza*
             Todd G. Cosenza

WILLKIE FARR & GALLAGHER LLP
Simona Agnolucci (SBN 246943)
One Front Street
San Francisco, CA 94111
Telephone:  (415) 858-7447
Facsimile:  (415) 858-7599
Email:  sagnolucci@willkie.com

WILLKIE FARR & GALLAGHER LLP
Joseph G. Davis (SBN 157764)
1875 K Street, N.W.
Washington, DC  20006-1238
Telephone:  (202) 303.1131
Facsimile:  (202) 303-2131
Email:  jdavis@willkie.com

*Attorneys for the Underwriter Defendants*

Dated: February 4, 2020

David Bricker (Bar No. 158896)
THORNTON LAW FIRM LLP
9430 West Olympic Boulevard, Suite 400
Beverly Hills, California 90212
Telephone: (310) 282-8676
Facsimile: (310) 388-5316
dbricker@tenlaw.com

By: _____*/s/ David Bricker*_____
      David Bricker

*Liaison Counsel*

LABATON SUCHAROW LLP
Alfred L. Fatale III (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
afatale@labaton.com

*Lead Counsel for Lead Plaintiff Boston Retirement System*

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated: February 4, 2020                               **SHEARMAN & STERLING LLP**

                                                      By: _____/s/ Daniel H.R. Laguardia_____
                                                              Daniel H.R. Laguardia

                                                      *Attorneys for the Uber Defendants*

\* \* \*

**IT IS SO ORDERED.**

Dated: _____, 2020                           _____
                                                      Hon. Richard Seeborg
                                                      United States District Judge