Patrick D. Robbins (SBN 152288)
Daniel H.R. Laguardia (SBN 314654)
Emily V. Griffen (SBN 209162)
George B. Adams, III (SBN 321090)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105-2997
Telephone: 415.616.1100
Facsimile: 415.616.1199
Email: probbins@shearman.com
       daniel.laguardia@shearman.com
       egriffen@shearman.com
       george.adams@shearman.com

*Attorneys for Defendants Uber Technologies, Inc., Dara Khosrowshahi, Nelson Chai, Glen Ceremony, Ronald Sugar, Ursula Burns, Garrett Camp, Matt Cohler, Ryan Graves, Arianna Huffington, Travis Kalanick, Wan Ling Martello, H.E. Yasir Al-Rumayyan, John Thain, and David Trujillo*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENJAMIN STIRRATT, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 3:19-cv-06361-RS<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF PAGE LIMITS FOR BRIEFING OF MOTION TO DISMISS AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>**Courtroom:** No. 3 – 17th Floor<br>**Judge:** Hon. Richard Seeborg<br>**Date Filed:** October 4, 2019 |

Lead Plaintiff Boston Retirement System ("Lead Plaintiff") and Defendants Uber Technologies, Inc., Dara Khosrowshahi, Nelson Chai, Glen Ceremony, Ronald Sugar, Ursula Burns, Garrett Camp, Matt Cohler, Ryan Graves, Arianna Huffington, Travis Kalanick, Wan Ling Martello, H.E. Yasir Al-Rumayyan, John Thain, and David Trujillo (the "Uber Defendants"), as well as Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Barclays Capital Inc., Citigroup Global Markets Inc., Allen & Company LLC, RBC Capital Markets, LLC, SunTrust Robinson Humphrey, Inc., Deutsche Bank Securities Inc., HSBC Securities (USA) Inc., SMBC Nikko Securities America, Inc., Mizuho Securities USA LLC, Needham & Company, LLC, Loop Capital Markets LLC, Siebert Cisneros Shank & Co., L.L.C., Academy Securities, Inc., BTIG, LLC, Canaccord Genuity LLC, CastleOak Securities, L.P., Cowen and Company, LLC, Evercore Group L.L.C., JMP Securities LLC, Macquarie Capital (USA) Inc., Mischler Financial Group, Inc., Oppenheimer & Co. Inc., Raymond James & Associates, Inc., William Blair & Company, L.L.C., The Williams Capital Group, L.P., and TPG Capital BD, LLC (the "Underwriter Defendants" and, together with the Uber Defendants, "Defendants"), hereby stipulate and agree as follows:

WHEREAS pursuant to a stipulated Order dated February 4, 2020 (Dkt. No. 71), an Amended Complaint was filed in the above-captioned action on March 3, 2020 (Dkt. No. 80);

WHEREAS the parties have agreed pursuant to a stipulated order (Dkt. No. 81) to the following briefing schedule on Defendants' motion(s) to dismiss the Amended Complaint: Defendants' motion(s) to dismiss due on or before May 5, 2020; Lead Plaintiff's Opposition(s) to the motion to dismiss due on or before June 16, 2020; and Defendants' reply or replies in support of the motion(s) to dismiss due on or before July 16, 2020, and the hearing on the motion(s) to dismiss to be noticed for July 30, 2020, or as soon thereafter as the parties and the Court are available;

WHEREAS the parties have agreed that the number and complexity of the legal issues raised by the Amended Complaint make an extension of the page limits for the parties' briefing on Defendants' motion(s) to dismiss necessary and appropriate; and

WHEREAS the parties have agreed that the case management conference currently scheduled for July 2, 2020 at 10:00 am should be continued until after the hearing on Defendants' motion(s) to dismiss the Amended Complaint.

IT IS THEREFORE STIPULATED AND AGREED that, subject to the Court's approval:

1. Defendants shall file a single omnibus opening brief in support of their motion(s) to dismiss, the length of which shall not exceed forty (40) pages.
2. Lead Plaintiff shall file a single omnibus brief in opposition to Defendants' motion(s) to dismiss, the length of which shall not exceed forty (40) pages.
2. Defendants shall file a single omnibus reply brief in support of their motion(s) to dismiss, the length of which shall not exceed twenty (20) pages.
3. The case management conference currently scheduled for July 2, 2020 shall be continued to August 27, 2020 at 10:00 am.

Dated:   April 16, 2020

SHEARMAN & STERLING LLP
Patrick D. Robbins
Daniel H.R. Laguardia
Emily V. Griffen
George B. Adams, III

By:   /s/ Daniel H. R. Laguardia
         Daniel H. R. Laguardia

*Attorneys for the Uber Defendants*

Dated:   April 16, 2020

WILLKIE FARR & GALLAGHER LLP
Todd G. Cosenza (*pro hac vice*)
787 Seventh Avenue
New York, NY  10019-6099
Telephone:  (212) 728-8677
Facsimile:  (212) 728-9677
Email:  tcosenza@willkie.com

By:   /s/ Todd G. Cosenza
         Todd G. Cosenza

WILLKIE FARR & GALLAGHER LLP
Simona Agnolucci (SBN 246943)
One Front Street
San Francisco, CA 94111
Telephone:  (415) 858-7447
Facsimile:  (415) 858-7599
Email:  sagnolucci@willkie.com

|   |   |
|---|---|
|   | WILLKIE FARR & GALLAGHER LLP<br>Joseph G. Davis (SBN 157764)<br>1875 K Street, N.W.<br>Washington, DC  20006-1238<br>Telephone:  (202) 303.1131<br>Facsimile:  (202) 303-2131<br>Email:  jdavis@willkie.com<br><br>*Attorneys for the Underwriter Defendants* |
| Dated:      April 16, 2020 | David Bricker (Bar No. 158896)<br>THORNTON LAW FIRM LLP<br>9430 West Olympic Boulevard, Suite 400<br>Beverly Hills, California 90212<br>Telephone: (310) 282-8676<br>Facsimile: (310) 388-5316<br>dbricker@tenlaw.com<br><br>By:     /s/  David Bricker     <br>           David Bricker<br><br>*Liaison Counsel*<br><br>LABATON SUCHAROW LLP<br>Alfred L. Fatale III (*pro hac vice*)<br>140 Broadway<br>New York, New York 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br>afatale@labaton.com<br><br>*Lead Counsel for Lead Plaintiff Boston Retirement System* |

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated: April 16, 2020

**SHEARMAN & STERLING LLP**

By: _____/s/ Daniel H.R. Laguardia_____
       Daniel H.R. Laguardia

*Attorneys for the Uber Defendants*

* * *

**IT IS SO ORDERED.**

Dated: __April 16__, 2020

Hon. Richard Seeborg
United States District Judge