Alfred L. Fatale III (admitted *pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: afatale@labaton.com

*Lead Counsel for Lead Plaintiff Boston Retirement System*

-and-

David Bricker (Bar No. 158896)
THORNTON LAW FIRM LLP
9430 West Olympic Boulevard, Suite 4000
Beverly Hills, California 90212
Telephone: (310) 282-8676
Facsimile: (310) 388-5316
Email: dbricker@tenlaw.com

*Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENJAMIN STIRRATT, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 3:19-cv-06361-RS<br><br>**STIPULATION AND ORDER AMENDING SCHEDULE FOR BRIEFING OF MOTION TO DISMISS**<br><br>**Courtroom:** No. 3 – 17th Floor<br>**Judge:** Hon. Richard Seeborg<br>**Date Filed:** October 4, 2019 |

1   Lead Plaintiff Boston Retirement System ("Lead Plaintiff") and Defendants Uber
2 Technologies, Inc., Dara Khosrowshahi, Nelson Chai, Glen Ceremony, Ronald Sugar, Ursula
3 Burns, Garrett Camp, Matt Cohler, Ryan Graves, Arianna Huffington, Travis Kalanick, Wan Ling
4 Martello, H.E. Yasir Al-Rumayyan, John Thain, and David Trujillo (the "Uber Defendants"), as
5 well as Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Merrill Lynch, Pierce, Fenner &
6 Smith Incorporated, Barclays Capital Inc., Citigroup Global Markets Inc., Allen & Company LLC,
7 RBC Capital Markets, LLC, SunTrust Robinson Humphrey, Inc., Deutsche Bank Securities Inc.,
8 HSBC Securities (USA) Inc., SMBC Nikko Securities America, Inc., Mizuho Securities USA LLC,
9 Needham & Company, LLC, Loop Capital Markets LLC, Siebert Cisneros Shank & Co., L.L.C.,
10 Academy Securities, Inc., BTIG, LLC, Canaccord Genuity LLC, CastleOak Securities, L.P., Cowen
11 and Company, LLC, Evercore Group L.L.C., JMP Securities LLC, Macquarie Capital (USA) Inc.,
12 Mischler Financial Group, Inc., Oppenheimer & Co. Inc., Raymond James & Associates, Inc.,
13 William Blair & Company, L.L.C., The Williams Capital Group, L.P., and TPG Capital BD, LLC
14 (the "Underwriter Defendants" and, together with the Uber Defendants, "Defendants"), hereby
15 stipulate and agree as follows:

16   WHEREAS pursuant to a stipulated Order dated February 4, 2020 (Dkt. No. 71), an
17 Amended Complaint was filed in the above-captioned action on March 3, 2020 (Dkt. No. 80);

18   WHEREAS the parties then agreed in a stipulated Order dated March 25, 2020 (Dkt.
19 No. 82) to the following briefing schedule on Defendants' motion to dismiss:  Motion(s) to dismiss
20 due on or before May 5, 2020; Opposition to the motion to dismiss due on or before June 16, 2020;
21 Reply or replies in support of the motion to dismiss due on or before July 16, 2020; and Hearing to
22 be noticed on July 30, 2020 (Dkt. No. 82); and

23   WHEREAS, Defendants filed their motion to dismiss on May 5, 2020 (Dkt. No. 85);
24   WHEREAS, as a result of the current coronavirus pandemic, the parties have agreed to an
25 extension of the briefing schedule on Defendants' motion to dismiss the Amended Complaint,
26 without prejudice to additional stipulations or requests for additional time as may be needed in the
27 future.
28

IT IS THEREFORE STIPULATED AND AGREED that, subject to the Court's approval:

1. Lead Plaintiff shall file its opposition to the motion to dismiss on or before July 2, 2020.

2. Defendants shall file their reply or replies in support of the motion to dismiss on or before July 30, 2020.

3. The hearing on the motion to dismiss shall be re-noticed for August 13, 2020, or as soon thereafter as the parties and the Court are available.

Dated:   June 9, 2020               LABATON SUCHAROW LLP
                                    Alfred L. Fatale III (*pro hac vice*)

                                    By:   */s/ Alfred L. Fatale III*
                                                Alfred L. Fatale III

                                    *Lead Counsel for Lead Plaintiff Boston Retirement System*

                                    THORNTON LAW FIRM LLP
                                    David Bricker (Bar No. 158896)
                                    9430 West Olympic Boulevard, Suite 4000
                                    Beverly Hills, California 90212
                                    Telephone: (310) 282-8676
                                    Facsimile: (310) 388-5316
                                    Email: dbricker@tenlaw.com

                                    *Liaison Counsel*

Dated:   June 9, 2020               SHEARMAN & STERLING LLP
                                    Patrick D. Robbins (SBN 152288)
                                    Daniel H.R. Laguardia (SBN 314654)
                                    Emily V. Griffen (SBN 209162)
                                    George B. Adams, III (SBN 321090)
                                    SHEARMAN & STERLING LLP
                                    535 Mission Street, 25th Floor
                                    San Francisco, CA  94105-2997
                                    Telephone: 415.616.1100
                                    Facsimile: 415.616.1199
                                    Email:  probbins@shearman.com
                                            daniel.laguardia@shearman.com
                                            egriffen@shearman.com
                                            george.adams@shearman.com

                                    By:   */s/ Daniel H.R. Laguardia*
                                                Daniel H. R. Laguardia

                                    *Attorneys for the Uber Defendants*

Dated:  June 9, 2020

WILLKIE FARR & GALLAGHER LLP
Todd G. Cosenza (*pro hac vice*)
787 Seventh Avenue
New York, NY  10019-6099
Telephone:  (212) 728-8677
Facsimile:  (212) 728-9677
Email:  tcosenza@willkie.com

By:   */s/ Todd G. Cosenza*
            Todd G. Cosenza

WILLKIE FARR & GALLAGHER LLP
Simona Agnolucci (SBN 246943)
One Front Street
San Francisco, CA 94111
Telephone:  (415) 858-7447
Facsimile:  (415) 858-7599
Email:  sagnolucci@willkie.com

WILLKIE FARR & GALLAGHER LLP
Joseph G. Davis (SBN 157764)
1875 K Street, N.W.
Washington, DC  20006-1238
Telephone:  (202) 303.1131
Facsimile:  (202) 303-2131
Email:  jdavis@willkie.com

*Attorneys for the Underwriter Defendants*

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated: June 9, 2020

**LABATON SUCHAROW LLP**

By: _/s/ Alfred L. Fatale III_
     Alfred L. Fatale III

*Attorneys for Plaintiff*

\* \* \*

**IT IS SO ORDERED.**

Dated: __June 10__, 2020

_____
Hon. Richard Seeborg
United States District Judge