Patrick D. Robbins (SBN 152288)
Daniel H.R. Laguardia (SBN 314654)
Emily V. Griffen (SBN 209162)
George B. Adams, III (SBN 321090)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105-2997
Telephone: 415.616.1100
Facsimile: 415.616.1199
Email:  probbins@shearman.com
        daniel.laguardia@shearman.com
        egriffen@shearman.com
        george.adams@shearman.com

*Attorneys for Defendants Uber Technologies, Inc., Dara Khosrowshahi, Nelson Chai, Glen Ceremony, Ronald Sugar, Ursula Burns, Garrett Camp, Matt Cohler, Ryan Graves, Arianna Huffington, Travis Kalanick, Wan Ling Martello, H.E. Yasir Al-Rumayyan, John Thain, and David Trujillo*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BOSTON RETIREMENT SYSTEM,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.:  3:19-cv-06361-RS<br><br>**JOINT STIPULATION AND ORDER RE: CLASS CERTIFICATION MOTION AND MEDIATION AS MODIFIED BY THE COURT** |

Lead Plaintiff Boston Retirement System ("Lead Plaintiff"), Defendants Uber Technologies, Inc. ("Uber"), Dara Khosrowshahi, Nelson Chai, Glen Ceremony, Ronald Sugar, Ursula Burns, Garrett Camp, Matt Cohler, Ryan Graves, Arianna Huffington, Travis Kalanick, Wan Ling Martello, H.E. Yasir Al-Rumayyan, John Thain, and David Trujillo (the "Uber Defendants"), and Defendants Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Barclays Capital Inc., Citigroup Global Markets, Inc., Allen & Company LLC, RBC Capital Markets, LLC, SunTrust Robinson Humphrey, Inc., Deutsche Bank Securities Inc., HSBC Securities (USA) Inc., SMBC Nikko Securities America, Inc., Mizuho Securities USA LLC, Needham & Company, LLC, Loop Capital Markets LLC, Siebert Cisneros Shank & Co., L.L.C., Academy Securities, Inc., BTIG, LLC, Canaccord Genuity LLC, CastleOak Securities, L.P., Cowen and Company, LLC, Evercore Group L.L.C., JMP Securities LLC, Macquarie Capital (USA) Inc., Mischler Financial Group, Inc., Oppenheimer & Co. Inc., Raymond James & Associates, Inc., William Blair & Company, L.L.C., The Williams Capital Group, L.P., and TPG Capital BD, LLC (the "Underwriter Defendants" and, together with the Uber Defendants, "Defendants") (Plaintiff and Defendants together referred to as the "Parties"), hereby stipulate and agree as follows:

WHEREAS, Lead Plaintiff filed a motion for class certification on September 25, 2020 (Dkt. No. 104) (the "Class Certification Motion");

WHEREAS, pursuant to the Parties' Joint Case Management Statement filed on August 20, 2020 (Dkt. No. 97) and the Court's August 27, 2020 Case Management Scheduling Order (Dkt. No. 100), the Defendants' deadline to file their opposition to the Class Certification Motion is December 18, 2020, Lead Plaintiff's deadline to file its reply is February 5, 2021, and the hearing on the Class Certification Motion is set for February 25, 2021;

WHEREAS, pursuant to the Court's August 27, 2020 Case Management Scheduling Order (Dkt. No. 100), the Parties' deadline to engage in private mediation discussions is currently January 29, 2021;

WHEREAS, the Parties have commenced discovery related to both class certification and the merits of the action;

WHEREAS, the Parties have agreed to conduct a private mediation to attempt to resolve the claims asserted in this action, and plan to set a date for the mediation in February or early March 2021, subject to mediator availability and the exchange of additional information to facilitate the mediation; and

WHEREAS, the Parties have further agreed, in the interests of efficiency and economy, to delay briefing and hearing on the Class Certification Motion, as well as further class certification and merits discovery, while engaging in mediation discussions.

IT IS THEREFORE STIPULATED AND AGREED that, subject to the Court's approval:

1. The Parties shall engage in a mediation session by the end of March 2021, and the current deadline to engage in private mediation is extended to March 31, 2021.
2. The February 25, 2021 hearing on the Class Certification Motion is continued to May 20, 2021 at 1:30 pm.
3. The Parties shall report to the Court no later than April 1, 2021 as to the status of the mediation and if the action is not resolved to submit a revised Joint Case Management Statement.

**IT IS SO STIPULATED.**

Dated:    December 15, 2020          LABATON SUCHAROW LLP
                                      Jonathan Gardner (admitted *pro hac vice*)
                                      Alfred L. Fatale III (admitted *pro hac vice*)
                                      Joseph N. Cotilletta (admitted *pro hac vice*)
                                      Marco A. Duenas (admitted *pro hac vice*)
                                      140 Broadway
                                      New York, New York 10005
                                      Telephone: (212) 907-0700
                                      Facsimile: (212) 818-0477
                                      Email: jgardner@labaton.com

afatale@labaton.com
jcotilletta@labaton.com
mduenas@labaton.com

           /s/ Alfred L. Fatale III
              Alfred L. Fatale III

*Lead Counsel for Lead Plaintiff Boston Retirement System*

LEVI & KORSINSKY, LLP
Gregory M. Nespole (admitted *pro hac vice*)
55 Broadway, 10th Floor
New York, New York 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: gnespole@zlk.com

Rosanne L. Mah (SBN 242628)
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294
Email: rmah@zlk.com

*Liaison Counsel for Lead Plaintiff Boston Retirement System*

Dated: December 15, 2020

SHEARMAN & STERLING LLP
Patrick D. Robbins
Daniel H.R. Laguardia
Emily V. Griffen
George B. Adams, III

           /s/ Daniel H.R. Laguardia
              Daniel H.R. Laguardia

*Attorneys for Defendants Uber Technologies, Inc., Dara Khosrowshahi, Nelson Chai, Glen Ceremony, Ronald Sugar, Ursula Burns, Garrett Camp, Matt Cohler, Ryan Graves, Arianna Huffington, Travis Kalanick, Wan Ling Martello, John Thain, and David Trujillo*

Dated: December 15, 2020

WILLKIE FARR & GALLAGHER LLP
Todd G. Cosenza (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY  10019-6099

Telephone:  (212) 728-8677
Facsimile:  (212) 728-9677
Email:  tcosenza@willkie.com


           /s/ *Todd G. Cosenza*
           Todd G. Cosenza

WILLKIE FARR & GALLAGHER LLP
Simona Agnolucci (SBN 246943)
One Front Street
San Francisco, CA 94111
Telephone:  (415) 858-7447
Facsimile:  (415) 858-7599
Email:  sagnolucci@willkie.com

WILLKIE FARR & GALLAGHER LLP
Joseph G. Davis (SBN 157764)
1875 K Street, N.W.
Washington, DC  20006-1238
Telephone:  (202) 303.1131
Facsimile:  (202) 303-2131
Email:  jdavis@willkie.com

*Attorneys for Defendants Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Barclays Capital Inc., Citigroup Global Markets Inc., Allen & Company LLC, RBC Capital Markets, LLC, SunTrust Robinson Humphrey, Inc., Deutsche Bank Securities Inc., HSBC Securities (USA) Inc., SMBC Nikko Securities America, Inc., Mizuho Securities USA LLC, Needham & Company, LLC, Loop Capital Markets LLC, Siebert Cisneros Shank & Co., L.L.C., Academy Securities, Inc., BTIG, LLC, Canaccord Genuity LLC, CastleOak Securities, L.P., Cowen and Company, LLC, Evercore Group L.L.C., JMP Securities LLC, Macquarie Capital (USA) Inc., Mischler Financial Group, Inc., Oppenheimer & Co. Inc., Raymond James & Associates, Inc., William Blair & Company, L.L.C., The Williams Capital Group, L.P., and TPG Capital BD, LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  December 16, 2020                    _____
                                                                     United States District Judge