Patrick D. Robbins (SBN 152288)
Daniel H.R. Laguardia (SBN 314654)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105-2997
Telephone: 415.616.1100
Facsimile: 415.616.1199
Email: probbins@shearman.com
       daniel.laguardia@shearman.com

Agnès Dunogué (admitted *pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone: 212.848.4000
Facsimile: 212.848.7179
Email: agnes.dunogue@shearman.com

*Attorneys for Defendants Uber Technologies, Inc., Dara Khosrowshahi, Nelson Chai, Glen Ceremony, Ronald Sugar, Ursula Burns, Garrett Camp, Matt Cohler, Ryan Graves, Arianna Huffington, Travis Kalanick, Wan Ling Martello, H.E. Yasir Al-Rumayyan, John Thain, and David Trujillo*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 3:19-cv-06361-RS<br><br>**JOINT STIPULATION AND ORDER FOR LEAVE TO FILE EXCESS PAGES**<br><br>**Place:**   Courtroom 3, 17th Floor<br>**Judge:**   Hon. Richard G. Seeborg |

Pursuant to Local Civil Rules 7-3, 7-4, 7-11, and 7-12, Plaintiffs Boston Retirement System ("Lead Plaintiff"), David Messinger, Ellie Maria Toronto ESA, and Irving S. and Judith Braun (collectively the "Additional Plaintiffs" and, together with Lead Plaintiff, "Plaintiffs"); Defendants Uber Technologies, Inc. ("Uber"), Dara Khosrowshahi, Nelson Chai, Glen Ceremony, Ronald Sugar, Ursula Burns, Garrett Camp, Matt Cohler, Ryan Graves, Arianna Huffington, Travis Kalanick, Wan Ling Martello, John Thain, and David Trujillo (the "Individual Defendants" and, together with Uber, the "Uber Defendants"); and Defendants Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Barclays Capital Inc., Citigroup Global Markets Inc., Allen & Company LLC, RBC Capital Markets, LLC, SunTrust Robinson Humphrey, Inc., Deutsche Bank Securities Inc., HSBC Securities (USA) Inc., SMBC Nikko Securities America, Inc., Mizuho Securities USA LLC, Needham & Company, LLC, Loop Capital Markets LLC, Siebert Cisneros Shank & Co., L.L.C., Academy Securities, Inc., BTIG, LLC, Canaccord Genuity LLC, CastleOak Securities, L.P., Cowen and Company, LLC, Evercore Group L.L.C., JMP Securities LLC, Macquarie Capital (USA) Inc., Mischler Financial Group, Inc., Oppenheimer & Co. Inc., Raymond James & Associates, Inc., William Blair & Company, L.L.C., The Williams Capital Group, L.P., and TPG Capital BD, LLC (the "Underwriter Defendants" and, together with the Uber Defendants, "Defendants" and, together with Plaintiffs, the "Parties"), through their undersigned counsel, hereby stipulate as follows:

1. Defendants shall be permitted up to 40 pages of briefing for their memorandum in opposition to Lead Plaintiff's Revised Motion for Class Certification. (ECF No. 182.)

2. Lead Plaintiff shall be permitted up to 30 pages for briefing its reply memorandum in support of Lead Plaintiff's Revised Motion for Class Certification.

IT IS SO STIPULATED.

Dated:   December 13, 2021         SHEARMAN & STERLING LLP

                                   By:      */s/ Daniel H.R. Laguardia*
                                          Daniel H.R. Laguardia

                                   *Counsel for the Uber Defendants*

| | | |
|---|---|---|
| 1 | Dated: December 13, 2021 | WILLKIE FARR & GALLAGHER LLP |
| | | Todd G. Cosenza (admitted *pro hac vice*) |
| 2 | | 787 Seventh Avenue |
| | | New York, NY  10019-6099 |
| 3 | | Telephone: (212) 728-8677 |
| | | Facsimile: (212) 728-9677 |
| 4 | | Email: tcosenza@willkie.com |

By:  _____*/s/ Todd G. Cosenza*_____
              Todd G. Cosenza

WILLKIE FARR & GALLAGHER LLP
Simona Agnolucci (SBN 246943)
One Front Street
San Francisco, CA 94111
Telephone: (415) 858-7447
Facsimile: (415) 858-7599
Email: sagnolucci@willkie.com

WILLKIE FARR & GALLAGHER LLP
Joseph G. Davis (SBN 157764)
1875 K Street, N.W.
Washington, DC 20006-1238
Telephone: (202) 303-1131
Facsimile: (202) 303-2131
Email: jdavis@willkie.com

*Counsel for the Underwriter Defendants*

Dated: December 13, 2021

LABATON SUCHAROW LLP
Jonathan Gardner (admitted *pro hac vice*)
Alfred L. Fatale III (admitted *pro hac vice*)
Joseph N. Cotilletta (admitted *pro hac vice*)
Marco A. Duenas (admitted *pro hac vice*)
Lisa Strejlau (admitted *pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: jgardner@labaton.com
           afatale@labaton.com
           jcotilletta@labaton.com
           mduenas@labaton.com
           lstrejlau@labaton.com

By:  _____*/s/ Alfred L. Fatale III*_____
              Alfred L. Fatale III

*Lead Counsel for Plaintiffs and the Proposed Class*

| | |
|---|---|
| Dated: December 13, 2021 | LEVI & KORSINSKY LLP<br>Gregory M. Nespole (admitted *pro hac vice*)<br>55 Broadway, 10th Floor<br>New York, New York 10006<br>Telephone: (212) 363-7500<br>Facsimile: (212) 363-1294<br>Email: gnespole@zlk.com<br><br>By: _____*/s/ Gregory M. Nespole*_____<br>        Gregory M. Nespole<br><br>LEVI & KORSINSKY LLP<br>Adam M. Apton (SBN 316506)<br>75 Broadway, Suite 202<br>San Francisco, California 94111<br>Telephone: (415) 373-1671<br>Facsimile: (415) 484-1294<br>Email: aapton@zlk.com<br><br>*Liaison Counsel* |

### **SIGNATURE ATTESTATION**

Pursuant to Local Civil Rule 5-1(h)(3), I attest under penalty of perjury that each of the other signatories have concurred in the filing of this document.

| | |
|---|---|
| Dated: December 13, 2021 | By: _____*/s/ Daniel H.R. Laguardia*_____<br>        Daniel H.R. Laguardia |

**ORDER**

Based on the Parties' stipulation and the good cause described in the Parties' accompanying Joint Administrative Motion for Leave to File Excess Pages, the Court GRANTS this stipulation.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 13 2021

_____
Hon. Richard Seeborg
U.S. District Court Judge