1  Jonathan Gardner (admitted *pro hac vice*)
2  Alfred L. Fatale III (admitted *pro hac vice*)
   Joseph N. Cotilletta (admitted *pro hac vice*)
3  Marco A. Dueñas (admitted *pro hac vice*)
   Robert S. Rowley (admitted *pro hac vice*)
4  LABATON SUCHAROW LLP
   140 Broadway
5  New York, New York 10005
   Telephone: (212) 907-0700
6  Facsimile: (212) 818-0477
   Email: jgardner@labaton.com
7         afatale@labaton.com
          jcotilletta@labaton.com
          mduenas@labaton.com
8         rrowley@labaton.com

9  *Lead Counsel for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BOSTON RETIREMENT SYSTEM,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:19-cv-06361-RS<br><br>ECF CASE<br><br>**ORDER GRANTING THE JOINT STIPULATION ENLARGING THE DEPOSITION LIMIT AND AMENDING THE CASE SCHEDULE**<br><br>Complaint Filed:　October 4, 2019<br>Trial Date:　　　None Set |

The Court has received and considered the parties' Joint Stipulation Enlarging the Deposition Limit and Amending the Case Schedule. Based on the representations submitted herewith, and for good cause shown, it is hereby ORDERED that the Case Management Scheduling Order, entered on October 6, 2022, ECF No. 242, is modified as follows:

(1) The deposition limit is expanded to allow twenty-four (24) non-expert depositions per side;

(2) The case schedule is amended as follows:

| Event | Original Deadline | Amended Deadline |
|---|---|---|
| Expert Witness Disclosures | May 19, 2023 | August 21, 2023 |
| Fact Discovery Cutoff | June 20, 2023 | September 20, 2023 |
| Case Management Conference | July 6, 2023 | October 5, 2023 |
| Opening Expert Reports Exchanged | August 1, 2023 | November 1, 2023 |
| Rebuttal Expert Reports Exchanged | September 12, 2023 | December 12, 2023 |
| Expert Discovery Cutoff | October 10, 2023 | January 17, 2024 |
| Dispositive Motions | December 12, 2023 | March 12, 2024 |
| Oppositions to Dispositive Motions | February 6, 2024 | May 6, 2024 |
| Replies to Dispositive Motions | March 7, 2024 | June 7, 2024 |
| Hearing on Dispositive Motions | No later than April 11, 2024 | No later than July 11, 2024 |

IT IS SO ORDERED.

DATED: April 27, 2023

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE