UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL LAW AND MOTION MINUTE ORDER

| **Date:** 6/8/23 | **Time:** 1:03-1:28 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 3:19-cv-06361-RS | **Case Name:** Boston Retirement System v. Uber Technologies, Inc., et al | |

**For Plaintiff:**
Correy Suk

**For Uber Defendants:**
Paula Anderson
Daniel Laguardia

**Deputy Clerk:** Ivy Lerma Garcia          **Recorded in Zoom:** 1:03-1:28

### PROCEEDINGS HELD BY ZOOM VIDEOCONFERENCE

1. Joint Discovery Letter Brief [Docket No. 265] held

    For the reasons stated on the record, the individual defendants are ordered to amend their responses to Lead Plaintiff's October 19, 2022 interrogatories by June 29, 2023. Defendants' motion to quash Lead Plaintiff's subpoenas to phone carriers is granted without prejudice on grounds of relevance and overbreadth. Lead Plaintiff may attempt to draft and serve new subpoenas after reviewing the individual defendants' amended responses to Lead Plaintiff's October 19, 2022 interrogatories, and after meeting and conferring with defense counsel about the new proposed subpoenas. Lead Plaintiff shall also immediately meet and confer with the relevant phone carriers to discuss the technical issues regarding the availability and formatting of the information they seek.

**Order to be prepared by:**
( )   Plaintiff           ( )   Defendant           ( )   Court

cc: Chambers