# Labaton Sucharow

212 907 0631 direct
212 907 0700 main
212 883-7018 fax
jcotilletta@labaton.com

New York Office
140 Broadway
New York, NY 10005

July 17, 2023

**VIA ECF AND E-MAIL**

Hon. Donna M. Ryu
U.S. District Court, Northern District of California
Oakland Courthouse, Courtroom 4 – 3rd Floor, Clerk's Office
1301 Clay Street
Oakland, CA 94612

RE:   *Boston Retirement System v. Uber Technologies, Inc.*, Case No. 3:19-cv-06361-RS

Dear Judge Ryu:

      Pursuant to Rule 14 of Your Honor's Standing Order, the Parties in this matter anticipate filing a joint discovery letter this upcoming Wednesday, July 19, 2023, regarding the Apex Deposition Doctrine. In connection with that joint discovery letter, Lead Plaintiff Boston Retirement System ("BRS") respectfully requests that this Court allow BRS to submit evidence to support its position including (1) Uber's 26(a) initial disclosures; (2) testimony of Uber's corporate representative; and (3) approximately 15 bates-stamped documents from Uber's production. BRS has conferred with Defendant Uber and the Individual Defendants and they take no position with respect to BRS' request.

      Additionally, the parties jointly request that the Court expedite the hearing on the forthcoming discovery letter because the outcome of this dispute will significantly impact the discovery schedule in this matter. The close of fact discovery is September 20, 2023, with depositions set to begin in the beginning of August. Accordingly, the parties request the Court set a hearing date for this dispute as soon as practicable for the Court.

      We appreciate Your Honor's attention to this matter and are available to conference with the Court at the Court's convenience.

Sincerely,

Joseph Cotilletta