**LABATON SUCHAROW LLP**
Jonathan Gardner (admitted *pro hac vice*)
Alfred L. Fatale III (admitted *pro hac vice*)
Joseph N. Cotilletta (admitted *pro hac vice*)
Beth C. Khinchuk (admitted *pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: jgardner@labaton.com
       afatale@labaton.com
       jcotilletta@labaton.com
       bkhinchuk@labaton.com

*Lead Counsel for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 3:19-cv-06361-RS<br><br>**ORDER REGARDING JOINT STIPULATION REGARDING PLAINTIFFS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**<br><br>**Courtroom:** No. 3 – 17th Floor<br>**Judge:** Hon. Richard Seeborg |

The Court has received and considered the parties' Joint Stipulation Regarding Plaintiffs' Motion for Partial Judgment on the Pleadings. Based on the representations submitted herewith, and for good cause shown, it is hereby ORDERED as follows:

1. Plaintiffs' Motion for Partial Judgment on the Pleadings [ECF No. 312] is hereby withdrawn without prejudice.

2. Defendants may amend their Answers only with Plaintiffs' consent or the Court's leave, pursuant to Federal Rule of Civil Procedure 15(a)(2).

3. The Case Management Conference and hearing on Lead Plaintiff's Motion to Amend the Case Management Scheduling Order shall still proceed on October 20, 2023 at 10:00 AM in San Francisco, Courtroom 03, 17 Floor.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 7, 2023

Hon. Richard Seeborg
United States District Judge