September 12, 2023 <u>Via ECF</u>

Hon. Donna M. Ryu
U.S. District Court, Northern District of California
Ronald V. Dellums Fed. Bldg. & U.S. Courthouse
1301 Clay Street
Oakland, California 94612

RE:    *Boston Retirement System v. Uber Technologies, Inc.*, No. 3:19-cv-06361-RS (N.D. Cal.)

Dear Judge Ryu:

Lead Plaintiff Boston Retirement System ("Lead Plaintiff") and defendants Uber Technologies, Inc. and the Individual Defendants (collectively, "Uber"), respectfully submit this letter pursuant to the Court's September 11, 2023 Order directing each side to "provide[] its best compromise" regarding the depositions of 16 "apex" witnesses. Dkt. No. 328.

**Lead Plaintiff's Statement:**  Plaintiffs' best compromise offer is to reduce the number of hours of testimony for Defendants Burns, Cohler, Martello, and Al-Rumayyan to 3.5 hours each, and limit the number of hours of testimony for the remaining seven Director Defendants to 5 hours each.

Plaintiffs are unable to offer any further compromises regarding the depositions of Defendant Khosrowshahi, Defendant Chai, Mr. Fuldner, Ms. Hazelbaker, and Mr. Macdonald, given the applicable caselaw and the overwhelming amount of evidence demonstrating these individuals' firsthand knowledge of relevant material facts. As such, Plaintiffs maintain their request for 7 hours of testimony from each of these witnesses.  Plaintiffs also request that all depositions be completed by December 20, 2023.

**Uber's Statement:**  Lead Plaintiff's August 31 submission does not establish the relevance of most of the cited material to the allegations in the case and confirms that the information Lead Plaintiff seeks is not "uniquely" known by any apex witness.  Lead Plaintiff has not used the time since the initial dispute letter to build a record to depose apex witnesses or clarify why or to what extent apex testimony would be necessary.  It has not even completed its depositions of 30(b)(6) witnesses despite witnesses being offered earlier in August.  That said, and mindful of the Court's September 11 Order, Uber proposes as its final compromise that Lead Plaintiff be allowed to depose three of the five top executives it seeks:  Dara Khosrowshahi (CEO), for 3.5 hours, and Gus Fuldner (SVP, Core Services) and Jill Hazelbaker (SVP, Marketing & Public Affairs) for 7 hours each.  Uber further proposes that Lead Plaintiff be permitted to depose two outside directors, Ron Sugar (Chairman of the Board) and John Thain (Chair of Uber's Audit Committee) for 7 hours each.

Respectfully submitted,

| LABATON SUCHAROW LLP | SHEARMAN & STERLING LLP |
|---|---|
| By: */s/ Alfred L. Fatale III* | By: */s/ Daniel H.R. Laguardia* |
| Jonathan Gardner (admitted *pro hac vice*)<br>Alfred L. Fatale III (admitted *pro hac vice*)<br>Joseph N. Cotilletta (admitted *pro hac vice*)<br>Robert S. Rowley (admitted *pro hac vice*)<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br>Email: jgardner@labaton.com<br>  afatale@labaton.com<br>  jcotilletta@labaton.com<br>  rrowley@labaton.com | Daniel H.R. Laguardia (SBN 314654)<br>535 Mission Street, 25th Floor<br>San Francisco, CA 94105-2997<br>Telephone: (415) 616-1100<br>Facsimile: (415) 616-1199<br>Email: daniel.laguardia@shearman.com<br><br>  -and- |
| *Lead Counsel for the Class* | Paula Anderson (*admitted pro hac vice*)<br>Agnès Dunogué (*admitted pro hac vice*)<br>Dennis D. Kitt (*admitted pro hac vice*)<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Telephone: 212.848.4000<br>Facsimile: 212.848.7179<br>Email: paula.anderson@shearman.com<br>  agnes.dunogue@shearman.com<br>  dennis.kitt@shearman.com |
| LEVI & KORSINSKY LLP<br>Gregory M. Nespole (admitted *pro hac vice*)<br>55 Broadway, 10th Floor<br>New York, NY 10006<br>Telephone: (212) 363-7500<br>Facsimile: (212) 363-1294<br>Email: gnespole@zlk.com | |
|   -and- | *Attorneys for Defendants Uber Technologies, Inc., Dara Khosrowshahi, Nelson Chai, Glen Ceremony, Ronald Sugar, Ursula Burns, Garrett Camp, Matt Cohler, Ryan Graves, Arianna Huffington, Travis Kalanick, Wan Ling Martello, Yasir Al-Rumayyan, John Thain, and David Trujillo* |
| Adam M. Apton (SBN 316506)<br>388 Market Street, Suite 1300<br>San Francisco, CA 94111<br>Telephone: (415) 373-1671<br>Facsimile: (415) 484-1294<br>Email: aapton@zlk.com | |
| *Liaison Counsel for Lead Plaintiff*<br>*Boston Retirement System* | |

Cc:  All Counsel of Record (*via ECF*)

**ECF ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Executed this 12th of September, 2023.

                                  */s/   Daniel H.R. Laguardia*
                                        Daniel H.R. Laguardia