Daniel H.R. Laguardia (SBN 314654)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105-2997
Telephone: 415.616.1100
Facsimile: 415.616.1199
Email: daniel.laguardia@shearman.com

*Attorneys for Defendants Uber Technologies, Inc.,
Dara Khosrowshahi, Nelson Chai, Glen
Ceremony, Ronald Sugar, Ursula Burns, Garrett
Camp, Matt Cohler, Ryan Graves, Arianna
Huffington, Travis Kalanick, Wan Ling Martello,
H.E. Yasir Al-Rumayyan, John Thain, and David
Trujillo*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON RETIREMENT SYSTEM, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., et al., <br><br> Defendants. | Case No. 3:19-cv-06361-RS <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER PURSUANT TO RULES 502(D) AND 502(E) OF THE FEDERAL RULES OF EVIDENCE** |

1    Lead Plaintiff Boston Retirement System ("Lead Plaintiff") and plaintiffs David Messinger,

2 Irving S. Braun, Judith Braun, Sal Toronto on behalf of Ellie Maria Toronto ESA, and Joseph Cianci

3 (collectively, "Plaintiffs"), as well as Defendants Uber Technologies, Inc. ("Uber"), Dara

4 Khosrowshahi, Nelson Chai, Glen Ceremony, Ronald Sugar, Ursula Burns, Garrett Camp, Matt

5 Cohler, Ryan Graves, Arianna Huffington, Travis Kalanick, Wan Ling Martello, Yasir Al-Rumayyan,

6 John Thain, and David Trujillo (the "Uber Defendants" and with "Plaintiffs," the "Parties"), hereby

7 stipulate and agree as follows:

8    WHEREAS, on September 27, 2023, Lead Plaintiff submitted a letter to the Court challenging

9 Uber's claims of privilege and/or work product protection as to certain categories of documents

10 identified in Uber's consolidated privilege log (ECF No. 349); on the same date, Uber submitted a

11 letter in response to Lead Plaintiff's letter (ECF No. 351); and on October 3, 2023, Uber produced to

12 Lead Plaintiff a revised consolidated privilege log, which is Uber's final privilege log produced in

13 this action;

14    WHEREAS, on October 12, 2023, Chief Magistrate Judge Donna M. Ryu ordered the Parties

15 to immediately meet and confer on Uber's consolidated privilege log, and if any disputes remain on

16 the issues raised in Plaintiffs' September 23, 2023 letter, file a new joint discovery letter by November

17 9, 2023;

18    WHEREAS, the Parties have met and conferred in accordance with the Court's October 12,

19 2023 Order, and agreed that in an effort to narrow the scope of the Parties' dispute, the Parties would

20 reconsider their respective positions on the 340 documents that are the subject of Lead Plaintiff's

21 September 27, 2023 letter to the Court (the "Challenged Documents"); and

22    WHEREAS, in connection with the Parties' foregoing agreement, Uber has identified certain

23 documents, and portions of documents, among the Challenged Documents, that it is willing to

24 produce to Lead Plaintiff (the "Produced Documents") in a good faith attempt to narrow the scope of

25 the Parties' dispute; and

26    WHEREAS, in connection with the Parties' foregoing agreement, Lead Plaintiff has identified

27 certain documents, among the Challenged Documents, that it is willing to forego challenging in a

28 good faith attempt to narrow the scope of the Parties' dispute;

IT IS THEREFORE STIPULATED AND AGREED that, subject to the Court's approval:

1.     Uber's production of the Produced Documents pursuant to this Joint Stipulation and [Proposed] Order shall not effect, or constitute a waiver in this action, or in any other federal or state action or proceeding, of any attorney-client privilege or work-product protection, or any other applicable privilege or other protection, with respect to: (a) the Produced Documents; (b) any other communications or documents, or any portions thereof, relating to the subject matter of the Produced Documents; or (c) any other communications or documents, or any portions thereof, relating to the parties who sent or received or are named in the Produced Documents.

2.     Without limiting the foregoing, the existence of this Joint Stipulation and [Proposed] Order and production of Produced Documents pursuant to it shall not in any way impair or affect Uber's legal right to assert claims of privilege or protection over any of the Produced Documents in any other actions or proceedings, shall not effect a waiver, and shall not be used by any of the Parties or any other person to argue that any waiver of the attorney-client privilege or work-product protection, or any other applicable privilege or other protection, has occurred by virtue of Uber's production of the Produced Documents, in this action before this Court or any other court or in any other federal or state action or proceeding, or regulatory proceeding or private arbitration.

3.     The Produced Documents, and any copies, extracts, and summaries thereof, may be used, by any of the Parties, in prosecuting, defending against, or settling any of the claims or defenses asserted by any of the Parties in this action, and shall not be used by any of the Parties for any other purpose, or by any person who is not a party to this action for any purpose.

4.     Nothing in this Joint Stipulation and [Proposed] Order shall constitute an admission by Lead Plaintiff that any of the Produced Documents are in fact subject to any privilege or protection.

5.     Nothing in this Joint Stipulation and [Proposed] Order shall prohibit Uber from withholding from production in this action any documents, or portions thereof, covered by any applicable privilege or other protection, apart from the Produced Documents.

6.     Uber shall affix on each page of the Produced Documents the legend "CONFIDENTIAL" and a further legend to indicate that it is being produced pursuant to this Joint Stipulation and [Proposed] Order, or, in the case of a Produced Document that is produced in native form or where it is impracticable to produce in a form with the affixed legends, Uber shall affix the legends on a placeholder document bearing the Produced Document's production number.

7.     The Produced Documents shall be subject to all the provisions on disclosure and use, and other provisions, to which documents designated "Confidential" are subject under Sections 7, 8, 10, and 13 of the Stipulated Protective Order, dated November 20, 2020 (ECF 113).

8.     Nothing in this Joint Stipulation and [Proposed] Order shall be deemed to limit, prejudice, or waive any right of any of the Parties or any other person to object to the use, relevance, or admissibility, on any ground other than privilege or work-product protection, at any trial in this action, of any of the Produced Documents or any other documents or portions thereof governed by this Joint Stipulation and [Proposed] Order.

9.     The terms of this Joint Stipulation and [Proposed] Order shall survive and remain in full force and effect after the termination of this action.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10.    This Joint Stipulation and [Proposed] Order is, and shall be construed as, an "Order" under Rules 502(d) and (e) of the Federal Rules of Evidence with respect to the Produced Documents, and it is intended to provide, and shall be construed as providing, the maximum protection against waiver allowed by Federal Rules of Evidence 502(d) and (e) with regard to the Produced Documents.


Dated: October 25, 2023                    By:      */s/ Daniel H.R. Laguardia*
                                                    Daniel H.R. Laguardia

Daniel H.R. Laguardia (SBN 314654)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105-2997
Telephone: 415.616.1100
Facsimile: 415.616.1199
Email:  daniel.laguardia@shearman.com


Paula H. Anderson (admitted *pro hac vice*)
Agnès Dunogué (admitted *pro hac vice*)
Dennis D. Kitt (admitted *pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Email: agnes.dunogue@shearman.com
Email: paula.anderson@shearman.com
Email: dennis.kitt@shearman.com


George Anhang (admitted *pro hac vice*)
SHEARMAN & STERLING LLP
401 9th Street, NW, Suite 800
Washington, DC 20004
Telephone: (202) 508-8000
Facsimile: (202) 508-8100
Email: george.anhang@shearman.com


*Attorneys for the Uber Defendants*

JOINT STIP AND [PROPOSED] ORDER                4                Case No. 3:19-cv-06361-RS
PURSUANT TO RULES 502(d) AND 502(e) OF THE
FEDERAL RULES OF EVIDENCE

1

2

3

4   Dated: October 25, 2023

5

By:  _____
          *Alfred L. Fatale III*
          Alfred L. Fatale III

6   LABATON SUCHAROW LLP
    Jonathan Gardner (admitted *pro hac vice*)
7   Alfred L. Fatale III (admitted *pro hac vice*)
    Joseph N. Cotilletta (admitted *pro hac vice*)
    Beth C. Khinchuk (admitted *pro hac vice*)
8   140 Broadway
    New York, New York 10005
9   Telephone: (212) 907-0700
    Facsimile: (212) 818-0477
10  Email: jgardner@labaton.com
11          afatale@labaton.com
            jcotilletta@labaton.com
12          bkhinchuk@labaton.com

13  LEVI & KORSINSKY LLP
    Gregory M. Nespole (admitted *pro hac vice*)
14  55 Broadway, 10th Floor
    New York, New York 10006
15  Telephone: (212) 363-7500
    Facsimile: (212) 363-1294
16  Email: gnespole@zlk.com

17

18  Adam M. Apton (SBN 316506)
    388 Market Street, Suite 1300
19  San Francisco, California 94111
    Telephone: (415) 373-1671
20  Facsimile: (415) 484-1294
    Email: aapton@zlk.com

21

22  *Liaison Counsel for Lead Plaintiff*
    *Boston Retirement System*

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated:  October 25, 2023                                    **SHEARMAN & STERLING LLP**

By:  _____*Daniel H.R. Laguardia*_____
                          Daniel H.R. Laguardia

*Attorneys for the Uber Defendants*

1

## **<u>ORDER</u>**

2 **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

3

4 Dated: _____, 2023        _____

5                                                     Hon. Richard Seeborg
                                                    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIP AND [PROPOSED] ORDER
PURSUANT TO RULES 502(d) AND 502(e) OF THE
FEDERAL RULES OF EVIDENCE        7        Case No. 3:19-cv-06361-RS