**LABATON KELLER SUCHAROW LLP**
Christopher Keller (admitted *pro hac vice*)
Jonathan Gardner (admitted *pro hac vice*)
Eric. J. Belfi (admitted *pro hac vice*)
Alfred L. Fatale III (admitted *pro hac vice*)
Francis P. McConville (admitted *pro hac vice*)
Joseph N. Cotilletta (admitted *pro hac vice*)
Beth C. Khinchuk (admitted *pro hac vice*)
Charles Wood (admitted *pro hac vice*)
Lisa Strejlau (admitted *pro hac vice*)
Charles J. Stiene (admitted *pro hac vice*)
Robert S. Rowley (admitted *pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email:  ckeller@labaton.com
    jgardner@labaton.com
    ebelfi@labaton.com
    afatale@labaton.com
    fmcconville@labaton.com
    jcotilletta@labaton.com
    bkhinchuk@labaton.com
    cwood@labaton.com
    lstrejlau@labaton.com
    cstiene@labaton.com
    rrowley@labaton.com

*Lead Counsel for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BOSTON RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC., et. al.,<br><br>         Defendants. | Case No.: 3:19-cv-06361-RS<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that effective January 1, 2024, Labaton Sucharow LLP changed its name to the following:

**Labaton Keller Sucharow LLP**

**140 Broadway**

**New York, NY 10005**

PLEASE TAKE FURTHER NOTICE that all other contact information for the undersigned and other Labaton Keller Sucharow LLP attorneys remain unchanged.

DATED: February 5, 2024

Respectfully submitted,

**LABATON KELLER SUCHAROW LLP**

*/s/ Alfred L. Fatale III*
                Alfred L. Fatale III

Christopher Keller (admitted *pro hac vice*)
Jonathan Gardner (admitted *pro hac vice*)
Eric. J. Belfi (admitted *pro hac vice*)
Alfred L. Fatale III (admitted *pro hac vice*)
Francis P. McConville (admitted *pro hac vice*)
Joseph N. Cotilletta (admitted *pro hac vice*)
Beth C. Khinchuk (admitted *pro hac vice*)
Charles Wood (admitted *pro hac vice*)
Lisa Strejlau (admitted *pro hac vice*)
Charles J. Stiene (admitted *pro hac vice*)
Robert S. Rowley (admitted *pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: ckeller@labaton.com
            jgardner@labaton.com
            ebelfi@labaton.com
            afatale@labaton.com
            fmcconville@labaton.com
            jcotilletta@labaton.com
            bkhinchuk@labaton.com
            cwood@labaton.com
            lstrejlau@labaton.com
            cstiene@labaton.com
            rrowley@labaton.com

*Lead Counsel for Plaintiffs and the Class*

NOTICE OF CHANGE OF FIRM NAME
CASE NO.: 3:19-CV-06361-RS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 5th day of February 2024, a true and correct copy of the **NOTICE OF CHANGE OF FIRM NAME** was filed with the Court and served on all parties to this action via the CM/ECF.

DATED:       February 5, 2024
             New York, New York

                              /s/ *Alfred L. Fatale III*
                              Alfred L. Fatale III