Daniel H.R. Laguardia (SBN 314654)
SHEARMAN & STERLING LLP
140 New Montgomery Street, 10th Floor
San Francisco, CA 94105-2997
Telephone: 415.616.1100
Facsimile: 415.616.1199
Email: daniel.laguardia@shearman.com

*Attorneys for Defendants Uber Technologies, Inc., Dara Khosrowshahi, Nelson Chai, Glen Ceremony, Ronald Sugar, Ursula Burns, Garrett Camp, Matt Cohler, Ryan Graves, Arianna Huffington, Travis Kalanick, Wan Ling Martello, H.E. Yasir Al-Rumayyan, John Thain, and David Trujillo*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| BOSTON RETIREMENT SYSTEM, | Case No. 3:19-cv-06361-RS |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INDIVIDUAL DEFENDANTS' AMENDED INTERROGATORY RESPONSES** |
| v. | |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

Lead Plaintiff Boston Retirement System ("Lead Plaintiff") and plaintiffs David Messinger, Irving S. Braun, Judith Braun, Sal Toronto on behalf of Ellie Maria Toronto ESA, and Joseph Cianci (collectively, "Plaintiffs"), as well as Defendants Dara Khosrowshahi, Nelson Chai, Glen Ceremony, Ronald Sugar, Ursula Burns, Garrett Camp, Matt Cohler, Ryan Graves, Arianna Huffington, Travis Kalanick, Wan Ling Martello, Yasir Al-Rumayyan, John Thain, and David Trujillo (the "Individual Defendants" and with "Plaintiffs," the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on September 6, 2023, the parties filed with the Court, pursuant to Rule 14 of Chief Magistrate Judge Ryu's Standing Order, a joint discovery letter regarding the Individual Defendants' Responses to BRS's Second Set of Interrogatories (ECF No. 322);

WHEREAS, on November 6, 2023, the Court ordered the Individual Defendants to amend their interrogatory responses by November 20, 2023 (ECF No. 390);

WHEREAS, on November 20, 2023, the Individual Defendants timely served their amended interrogatory responses;

WHEREAS, on December 19, 2023, the parties filed with the Court, pursuant to Rule 14 of Chief Magistrate Judge Ryu's Standing Order, a joint discovery letter regarding the Individual Defendants' Amended Responses to BRS's Second Set of Interrogatories (ECF No. 410);

WHEREAS, on February 12, 2024, the Court ordered the Individual Defendants to further amend, in part, their interrogatory responses by February 26, 2024 (ECF No. 422); and

WHEREAS, the parties agree that a limited extension of the deadline for all fourteen Individual Defendants to serve their respective amended interrogatory responses is reasonable and appropriate.

IT IS THEREFORE STIPULATED AND AGREED that, subject to the Court's approval:

Service of the Individual Defendants' respective further amended interrogatory responses shall be completed on a rolling basis, with the substantial majority of them to be served by March 1, 2024, and the rest to be served by March 4, 2024.

| | | |
|---|---|---|
| Dated: | February 21, 2024 | SHEARMAN & STERLING LLP<br>Daniel H.R. Laguardia |

By:     */s/ Daniel H.R. Laguardia*
        Daniel H. R. Laguardia

SHEARMAN & STERLING LLP
Paula H. Anderson (admitted *pro hac vice*)
Agnès Dunogué (admitted *pro hac vice*)
Dennis D. Kitt (admitted *pro hac vice*)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Email: agnes.dunogue@shearman.com
Email: paula.anderson@shearman.com
Email: dennis.kitt@shearman.com

SHEARMAN & STERLING LLP
George Anhang (admitted *pro hac vice*)
401 9th Street, NW, Suite 800
Washington, DC 20004
Telephone: (202) 508-8000
Facsimile: (202) 508-8100
Email: george.anhang@shearman.com

*Attorneys for the Uber Defendants*

Dated:     February 21, 2024     LABATON SUCHAROW LLP
Jonathan Gardner (admitted *pro hac vice*)
Alfred L. Fatale III (admitted *pro hac vice*)
Joseph N. Cotilletta (admitted *pro hac vice*)
Beth C. Khinchuk (admitted *pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: jgardner@labaton.com
      afatale@labaton.com
      jcotilletta@labaton.com
      bkhinchuk@labaton.com

By:     */s/ Alfred L. Fatale III*
        Alfred L. Fatale III

LEVI & KORSINSKY LLP
Gregory M. Nespole (admitted *pro hac vice*)
55 Broadway, 10th Floor
New York, New York 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-1294
Email: gnespole@zlk.com

*-and-*

Adam M. Apton (SBN 316506)
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294
Email: aapton@zlk.com

*Liaison Counsel for Lead Plaintiff
Boston Retirement System*

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated: February 21, 2024

**SHEARMAN & STERLING LLP**

By: /s/ *Daniel H.R. Laguardia*
  Daniel H.R. Laguardia

*Attorneys for the Uber Defendants*

\* \* \*

**IT IS SO ORDERED.**

Dated: _____, 2024

Hon. Donna M. Ryu
United States Magistrate Judge