**LABATON KELLER SUCHAROW LLP**
Jonathan Gardner (admitted *pro hac vice*)
Alfred L. Fatale III (admitted *pro hac vice*)
Joseph N. Cotilletta (admitted *pro hac vice*)
Beth C. Khinchuk (admitted *pro hac vice*)
Charles J. Stiene (admitted *pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: jgardner@labaton.com
        afatale@labaton.com
        jcotilletta@labaton.com
        bkhinchuk@labaton.com
        cstiene@labaton.com

*Lead Counsel for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated, | Case No.:  3:19-cv-06361-RS |
| Plaintiff, | ECF CASE |
| v. | **REDACTED COPY OF EXHIBIT B TO DKT. 378, PURSUANT TO COURT ORDER DKT. 422** |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

# Exhibit B

HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3            SAN FRANCISCO DIVISION

4

5   BOSTON RETIREMENT SYSTEM,     )
                                  )
6           Plaintiff,            )
                                  )
7      VS.                        )   NO. 3:19-cv-06361-RS
                                  )
8   UBER TECHNOLOGIES, INC.,      )
    et al.,                       )
9                                 )
            Defendants.           )
10  _____)

11
                ┌─────────────────────────────────────────┐
12              │  Plaintiff Designation = Yellow Highlight │
                │                                           │
13              │  Defendant Designation = Blue Highlight   │
                │                                           │
14              │  Overlapping Designation = Green Highlight│
                └─────────────────────────────────────────┘

15        -- H I G H L Y  C O N F I D E N T I A L --

16           FOR ATTORNEYS' EYES ONLY
          IN-PERSON VIDEOTAPED DEPOSITION OF
17                GLEN CEREMONY
          WEDNESDAY, AUGUST 16, 2023
18

19

20

21

22

23

24  STENOGRAPHIC REPORTER:  CHRISTA YAN, CSR NO. 14316, RPR
                                                 _____
25

```
 1    IN-PERSON APPEARANCES:

 2    FOR PLAINTIFF:
           LABATON SUCHAROW LLP
 3         BY:  JOSEPH COTILLETTA, ESQ.
                CHARLES WOOD, ESQ.
 4         140 Broadway
           New York, New York 10005
 5         (212) 907-0700
           rrowley@labaton.com
 6         afatale@labaton.com
           jcotilletta@labaton.com
 7
      FOR DEFENDANTS:
 8         SHEARMAN & STERLING LLP
           BY:  AGNES DUNOGUE, ESQ.
 9              ZACH DEATON, ESQ.
           599 Lexington Avenue
10         New York, New York 10022
           (212) 848-7448
11         zach.deaton@shearman.com
           paula.anderson@shearman.com
12
      FOR UNDERWRITER DEFENDANTS:
13         WILLKIE FARR & GALLAGHER LLP
           BY:  VERONICA BOGNOT, ESQ.
14         787 Seventh Avenue
           New York, New York 10019
15         (212) 728-3932
           vbognot@willkie.com
16         apayne@willkie.com

17
      ALSO PRESENT PERSONALLY:
18    JASON ALLEN, Counsel for Uber
      JOSEPH TULL, Robbins Geller Rudman & Dowd LLP
19    STEPHEN SANTOS, The Videographer
      MIGUEL CONCEPCION, The Videographer
20
      ALSO PRESENT REMOTELY:
21    KALEIGH RAMSEY
      CHARLES STIENE
22    JOHN BRENNAN
      MOLLIE CHADWICK
23


24
                        --oOo--
25
```

1                    INDEX OF EXAMINATIONS

2                                              PAGE

3   MR. COTILLETTA                             8

4

5

6

7

8

9

10                       --oOo--

11

12

13

14

15   Witness's Changes or Corrections         427

16   Reporter's Certificate                   429

17

18

19

20

21                       --oOo--

22

23

24

25

1                     E X H I B I T S

2   EXHIBIT        FOR IDENTIFICATION                    PAGE

3   Exhibit 1  -  Sixth Amended Notice of                14

4                 Deposition of Defendant

5                 Pursuant to 30(b)(6)

6   Exhibit 2  -  Memorialization of Parties'            19

7                 Meet and Confers, Definitions

8                 and Substantive Topics

9   Exhibit 3  -  Message from Glen Ceremony sent        70

10                3/8/2019 UBER_00329941

11  Exhibit 4  -  Message from Josh Waldron sent         105

12                3/22/2019 UBER_00720530

13  Exhibit 5  -  Message from Chris Cincotta sent       126

14                4/25/2019 UBER_00719950

15  Exhibit 6  -  Message from Chris Cincotta sent       143

16                4/25/2019 UBER_00710059

17  Exhibit 7  -  Message from Glen Ceremony sent        147

18                6/8/2019 UBER_00050274

19  Exhibit 8  -  SEC Office of Investor Education       153

20                Investor Bulletin, In An IPO

21  Exhibit 9  -  ELT Offsite Q3 '18 Performance         205

22                Framing the Day UBER_00046251

23  Exhibit 10 -  ELT Offsite 3 Year Plan Review         228

24                October 17, 2018 UBER_00543934

25                3 Year Plan Total Co Overview

```
1              E X H I B I T S Cont'd

2   EXHIBIT        FOR IDENTIFICATION                 PAGE

3   Exhibit 11 -  Global MBR November 28, 2018        250

4                 UBER_00046486

5   Exhibit 12 -  Global Rides Strategy, October      254

6                 of 2018 UBER_00536030

7   Exhibit 13 -  October 2018 Monthly Financial      263

8                 Review UBER_00643708

9   Exhibit 14 -  Global MBR December 20, 2018        287

10                UBER_00046451

11  Exhibit 15 -  2018 Financial Review ELT           295

12                Offsite, UBER_00702467

13  Exhibit 16 -  ELT Offsite 2019 Plan               297

14                UBER_00484730

15  Exhibit 17 -  Core Platform Update, Rides and     318

16                Eats UBER_00792065

17  Exhibit 18 -  US&C Monthly Rides Update           325

18                Covering up to February 10, 2019

19                UBER_00159372

20  Exhibit 19 -  Message from Andrew Macdonald sent  344

21                2/17/2019 UBER_00610286

22  Exhibit 20 -  H2 Forecast Review May 10, 2019     360

23                UBER_00588687

24  Exhibit 21 -  H2 Forecast Review May 10, 2019     367

25                UBER_00588687
```

1            E X H I B I T S Cont'd

2   EXHIBIT      FOR IDENTIFICATION                PAGE

3   Exhibit 22 -  US&C Monthly Rides Update        376

4                 Highlights April 2019, Trips

5                 UBER_00654998

6   Exhibit 23 -  Message from Dennis Cinelli sent  380

7                 5/23/2019 April 2019 Financial

8                 Performance UBER_00050474

9   Exhibit 24 -  Messages Between Manik and Mads   384

10                Uber Emails, 5/30/2019

11                UBER_00045174

12  Exhibit 25 -  Message from Amy Cha sent         395

13                5/8/2019 Monthly Business Metrics

14                UBER_00312205

15

16

17

18

19                     --oOo--

20

21

22

23

24

25

1        BE IT REMEMBERED that on WEDNESDAY, the 16TH DAY OF

2    AUGUST, 2023, at the hour of 9:02 A.M., Pacific Standard

3    Time, of said day, at One Montgomery Street, Suite 1800,

4    San Francisco, California 94108, before me personally,

5    Christa Yan, a Certified Shorthand Reporter, State of

6    California, personally appeared GLEN CEREMONY, who was

7    examined as a witness in said cause; that said transcript

8    format was prepared in accordance with California Code of

9                    Regulations Section 2473.

10

11

12

13

14                            --oOo--

15

16

17

18

19

20

21

22

23

24

25

1        THE VIDEOGRAPHER:  We are now on the record.  Today's

2   date is August 16th, 2023, and the time is 9:02 a.m.,

3   Pacific Daylight Time.  This is a video deposition of Glen

4   Ceremony in the matter of Boston Retirement System versus

5   Uber Technologies, Incorporated, filed in the United

6   States District Court, Northern District of California,

7   Case Number 319-CV-06361-RS.

8            This deposition is taking place at One Montgomery

9   Street, California, San Francisco.  My name is Stephen

10  Santos.  I'm the videographer representing U.S. Legal

11  Support.  Counsel will be noted on the stenographic

12  record.  Our court reporter today is Christa Yan

13  representing U.S. Legal Support.  The court reporter will

14  now swear in the witness.

15                      GLEN CEREMONY,

16  the Witness, called on behalf of the Plaintiff, being duly

17  sworn to state the truth, the whole truth, and nothing but

18          the truth, testified on oath as follows:

19                      EXAMINATION

20  BY MR. COTILLETTA:

21      Q    Good morning, Mr. Ceremony.  How are you?

22      A    Good.

23      Q    I'm Joe Cotilletta.  I represent the plaintiffs

24  in this action.  Have you ever been deposed before?

25      A    Yes.

1     Q    Okay.  How many times?

2     A    You know, it was a long time ago, so I think

3  twice, yeah.

4     Q    Okay.

5     A    I prepped one time, and then, I don't -- I'm not

6  sure I actually went, right.

7     Q    And that's okay.  We're going to go into some

8  ground rules now.  I just wanted to see if you had given

9  testimony before because, like you said, it's been a long

10  time.  And so, you know, there's a lot of formalities that

11  go into a deposition.  So, you know, as you can see, we

12  have got a lot of people in the room.  We've got cameras

13  set up.  We have a stenographer, videographer.  It's

14  really important that while we give testimony and there's

15  a question and answer, that you allow me to finish my

16  question before you answer it because the stenographer

17  cannot take down two voices at the same time; is that

18  fair?

19     A    Fair.  Okay.

20     Q    Also, you know, even if you know where I'm going

21  with a question, because, you know, there -- it's an

22  actual thing, right?  Like, there's a give and a take, and

23  we're not used to being in this room and doing this back

24  and forth.

25     A    Yeah.

1       Q    So, you know, if I have a question, just let me

2    finish it even if you know where I'm going with it.  Does

3    that sound good?

4       A    Yeah.  Both ways, right?

5       Q    Yeah.  And you're already doing a great job of

6    it, of course, because she can only take down what we're

7    saying and even though we're already on video, it's really

8    important that all your answers to my questions be verbal

9    as opposed to nonverbal, like, a head shake or a head nod

10   or something like that, okay?

11      A    Yes.

12      Q    Great.  From time to time, we're going to take

13   breaks.  You're entitled to take a break whenever you'd

14   like.  Just tell me.  The only caveat to that is if

15   there's an open question, please answer the question

16   first, and then, you can --

17      A    Okay.

18      Q    -- request a break, okay?

19      A    Okay.

20      Q    All right.  We're going to be going back in time,

21   of course, back to the IPO for Uber in 2019.  And in some

22   cases, you know, before that.  You know, this isn't an

23   attempt to do a memory test.  If you don't know something,

24   that's perfectly fine to say you don't know, okay?

25      A    Yes.

```
 1        Q    Also, you know, from time to time, you might be

 2   asked to provide an estimate or your answer might be one

 3   where you provide an estimate, like, on your own, you

 4   know?  If you're going to do an estimate, just tell me

 5   it's an estimate.  And, you know, obviously, you're

 6   entitled to provide an estimate.  Just it has to be a

 7   reasonable one, okay?  It can't be, like, a guess or

 8   something like that, right?

 9        A    Yes.

10        Q    And last, you know, if there's any sort of issue

11   with any of my questions, like, if you don't understand my

12   question or if you didn't hear it clearly, please ask me

13   to either rephrase it or repeat it because if you answer a

14   question and -- (remote technical difficulty) -- sorry, if

15   you answer a question and we move on, it will be taken

16   that -- (remote technical difficulty).

17             I'm sorry, was that somebody on the Zoom?

18        THE VIDEOGRAPHER:  Mm-hmm.

19        MR. COTILLETTA:  Can you guys all please mute your

20   mics?  Thanks.  I'm just going to repeat that, that last

21   ground rule.

22   BY MR. COTILLETTA:

23        Q    So, you know, I'm going to ask questions, right?

24   If you don't understand them, please ask me to either

25   rephrase or repeat because, if you answer and we move on,
```

1    it will be taken that you understood the question.  Do you

2    understand?

3        A    Yes.

4        Q    Okay.  Great.  So we're going to be mentioning

5    offering documents today.  It's pursuant to the Uber IPO.

6    When I say offering documents, I mean the S-1, the

7    registration statement, and the prospectus, the Form 424.

8    So if I say offering documents, will you understand what I

9    mean?

10       A    Yes.

11       Q    Okay.  And you understand that you're here today

12   to testify on behalf -- both as a corporate representative

13   of Uber and as yourself in an individual capacity?

14       A    Yes.

15       Q    Okay.  Is there any reason why you can't testify

16   today --

17       A    No.

18       Q    -- competently?

19       A    No.

20       Q    Have you taken any medications that you believe

21   may impair your ability to testify?

22       A    No.

23       Q    Okay.  So I want to talk to you a little bit now

24   about your role as a representative today for the company,

25   okay?

1      A    Yeah.

2      Q    Have you ever testified on behalf of Uber as a

3  corporate representative?

4      A    No.

5      Q    Okay.  Have you ever testified as a corporate

6  representative for any entity?

7      A    I'm not sure when I did a -- the deposition for

8  PwC whether -- it was probably for myself, right?

9      Q    Okay.

10     A    To my knowledge.

11     Q    So you had a prior deposition where -- involving

12  your time when you were working at PwC?

13     A    Yes.

14     Q    Okay.  And you used to work at Travelzoo; is that

15  correct?

16     A    Yes.

17     Q    Did you ever have -- and there was this -- and I

18  don't know if you were there for this, but there was a

19  securities class action at Travelzoo?

20     A    Yes.

21     Q    Did you give any testimony in that case?

22     A    Not that I recall, no.

23     Q    Okay.  Do you understand today that, as a

24  corporate representative for Uber, it's as if Uber is

25  standing -- is sitting in that chair?

```
 1        A    Yes.

 2        Q    Okay.  And as a result of that, you understand

 3   that by giving testimony on behalf of the entity, it binds

 4   the entity as if Uber is giving the answer?

 5        A    Yes.

 6        Q    Okay.  And you understand, you know, that you

 7   gave an oath to testify to tell the truth today, correct?

 8        A    Yes.

 9        Q    And have you ever testified in a trial before?

10        A    No, only been questioned in a jury pool.

11        Q    Okay.  You understand, though, that that

12   testimony -- that you do give an oath to tell the truth in

13   a courtroom in front of a jury, right?

14        A    Yes.

15        Q    And it's the same oath as we have here.  And as a

16   result, it has the same consequences if you don't tell the

17   truth.  Do you understand?

18        A    Yes.

19        Q    Okay.  So, sir, I want to hand you now -- I'm

20   going to mark it as Exhibit 1.

21             (Whereupon Deposition Exhibit 1 was

22             marked for identification.)

23   BY MR. COTILLETTA:

24        Q    Tab 79.  In fact, you actually already have a

25   copy of it, I'm sorry.
```

 1      A    Okay.

 2      Q    I'm going to use an ELMO today -- so this is a

 3  visual presenter -- just to try to speed things along

 4  instead of me drawing your attention to different pages

 5  and things like that.

 6           So I'm going to flip through this.  And the first

 7  question I have for you is:  Have you ever seen this

 8  document before?

 9      A    I think I have, yeah.

10      Q    Okay.  And when is the first time you've seen

11  this document?

12      A    Oh, I'd be guessing but it was a while ago with

13  our internal counsel.

14      Q    Okay.  When you say a while ago, was it more than

15  a month ago?

16      A    More than a month ago, yeah.

17      Q    All right.  Was it in --

18      A    It was --

19      Q    This year?

20      A    I think it was in relation to some filing that we

21  had to do with the -- with the court, but yeah.

22      Q    Okay.  Would you guess, was it -- let's try to do

23  it by season.  Was it, like, winter of this year?

24  Sometime before that?  After?

25      A    Earlier than that.  Earlier than -- the winter of

1    this year?

2        Q    Yeah.  January, February.

3        A    Yeah, probably around then or the fall.

4        Q    Okay.

5        A    Yeah.

6        Q    Or the fall of 2022?

7        A    Yeah.

8        Q    And since then, have you seen it again?

9        A    I believe so in preparation for this deposition.

10       Q    I'm just going to show you --

11       MS. DUNOGUE:  Is there any way for the court reporter

12   to not be right in front of the screen?  I'm just

13   concerned that --

14       MR. COTILLETTA:  Yeah, that's fine.

15       MS. DUNOGUE:  -- Mr. Ceremony might not be able to

16   see.

17       THE STENOGRAPHIC REPORTER:  Can I move this way?

18       MR. COTILLETTA:  Yeah, you can move the chair.

19       THE STENOGRAPHIC REPORTER:  Okay.

20       MR. COTILLETTA:  Yeah.

21       MS. DUNOGUE:  Thank you.

22       THE STENOGRAPHIC REPORTER:  Thank you.  Hold on one

23   second.

24   BY MR. COTILLETTA:

25       Q    Okay.  I want to draw your --

```
 1        THE STENOGRAPHIC REPORTER:  Sorry.  Sorry, counsel.

 2   Wait.

 3        MR. COTILLETTA:  Oh, sorry.

 4        THE STENOGRAPHIC REPORTER:  I want to get --

 5        MR. COTILLETTA:  Let me know when you're ready.

 6        THE STENOGRAPHIC REPORTER:  Thank you.  I appreciate

 7   it.

 8            Thank you.

 9        MR. COTILLETTA:  You're welcome.

10   BY MR. COTILLETTA:

11        Q    So I want to draw your attention to topic 27.  Do

12   you see that right there?

13        A    Yes.

14        Q    Okay.  Is it your understanding that you're here

15   to testify on topic 27?

16        A    I was going to review it...

17        Q    (Indicating.)

18        A    Yes.

19        Q    Okay.  And turning to the next page, towards the

20   bottom, there's topic 30.  Do you see that there,

21   Financial Condition?

22        A    Yes.

23        Q    Is it your understanding that you're here to

24   testify on this topic as well?

25        A    Yes.
```

 1      Q    And I'll flip it over just for fairness to you so

 2   you can see it.  It goes to the top of the page.  So

 3   you're here to testify on that as well?

 4      A    Yes.

 5      Q    Okay.  And I want to show you the last two topics

 6   that I believe you're here for.  And that's topic 36.  Do

 7   you see that right there?

 8      A    Yes, I see it.

 9      Q    Are you here to testify on this topic?

10      A    Yes.  Well, in particular, 36C.  Yeah.

11      Q    In particular, 36C?

12      A    Yeah.

13      Q    Okay.  Why do you say in particular?

14      A    The financial condition, right?

15      Q    Yeah.

16      A    Yeah.

17      Q    Is it your understanding you're also here to

18   testify on any sort of economic analysis as it relates to

19   A, B, and D and E?

20      A    Yes.

21      Q    Okay.  And one last one here, on 37.  Is it also

22   your understanding you're here to testify on 37?

23      A    Yes.

24      Q    Okay.  Now, in fairness to you, prior to today,

25   the lawyers came to an agreement on some of these topics.

```
 1   You have another document in front of you which I'm

 2   marking as 2.

 3              (Whereupon Deposition Exhibit 2 was

 4              marked for identification.)

 5   BY MR. COTILLETTA:

 6        Q    Okay.  Have you ever seen this document before?

 7        A    Yes.

 8        Q    Okay.  When is the first time you've seen this

 9   document?

10        A    In preparation for this deposition within the

11   last week.

12        Q    Okay.  And I want to draw your attention to this

13   first page here where it says Financial Condition and

14   little D.  Do you see that?

15        A    Yes.

16        Q    In preparing for today, did you review the

17   paragraphs labeled here of the plaintiff's complaint?

18        A    Yes.

19        Q    Okay.  And I'm going to draw your attention to

20   page 3 of the document.  And you see here, we have topic

21   27.  That was the topic we just talked about, right?  And

22   right here is the language change, right?  Do you see how

23   the language changed from what was in Exhibit 1 to what we

24   have here?

25        A    Yes.
```

1      Q    Okay.  Is it your understanding that you're here

2   to testify on this language?

3      A    Yes.

4      Q    Okay.

5      MS. DUNOGUE:  And just to clarify the record, when you

6   said this language, Joe, you were pointing to the parties

7   agreeing --

8      MR. COTILLETTA:  Correct.

9      MS. DUNOGUE:  -- with this topic?

10     MR. COTILLETTA:  Yeah.

11  BY MR. COTILLETTA:

12     Q    And, you know, and I'll clarify it here.  So we

13  have topic 30.  Again, this is what we just saw in

14  Exhibit 1, right?

15     A    Yes.

16     Q    Is that correct?

17     A    Yeah.

18     Q    And this is agreed upon language; is that right?

19     A    Yeah, under parties agreed, yes.

20     Q    Okay.  And you're here to testify on that as

21  well?

22     A    Yes.

23     Q    Okay.  And last but not least, topics 36 and 37.

24  Do you see that there?

25     A    Yes.

```
 1      Q    Okay.  You have 36 here and you have 37 here?

 2      A    Yes.

 3      Q    And this is the agreed upon language?

 4      A    Yeah, under parties agreed, yeah.

 5      Q    Okay.  And you are prepared to testify on this

 6   topic today?

 7      A    Yes.

 8      Q    Okay.  Now, what did you do to prepare for your

 9   deposition today?

10      A    I spent time with our counsel.  I reviewed some

11   of the documents, yeah, to refresh -- you know, just to

12   get acquainted with the documents that were exchanged.

13      Q    Okay.  You mentioned conversations with counsel?

14      A    Yes.

15      Q    Okay.  When is the first time you spoke to

16   counsel?

17      A    In preparation for this?

18      Q    Correct.

19      A    Last week.  I think it was Thursday, but I'm not

20   sure.  Wednesday or Thursday last week.

21      Q    And when you say counsel, do you mean Ms. Dunogue

22   that's sitting next to you now or someone else?

23      A    Yes, the three to my right, internal counsel,

24   yeah, Jason Allen, and Zach.

25      Q    And in that meeting, was there anyone else
```

1    present?

2        A    No.

3        Q    Other than that meeting last week, did you have

4    any other meetings with counsel in preparation for today's

5    deposition?

6        A    No.

7        Q    And prior to the meeting you had last week, was

8    there any other meetings before that that you had with

9    counsel as it relates to the Uber IPO?

10       A    Only this case when certain things were getting

11   filed, like the -- I recall the -- there was an exchange

12   between lawyers on the text messages.  And they had me

13   review my response before it was submitted to whoever it

14   was submitted to, the court.

15       Q    Okay.  So just to understand clearly here,

16   whenever you had an obligation regarding any sort of

17   document that might have pertained specifically to you in

18   this litigation that required your signature or something

19   like that, that's when you would meet the --

20       A    Correct.

21       Q    -- lawyers?  Okay.

22       A    Correct.  It wasn't --

23       Q    And it --

24       A    It wasn't in particular to prepare for my

25   deposition.

1      Q    Okay.

2      A    Yeah.

3      Q    And when I mean lawyers in that regard, is it the

4   same folks that you identified today?

5      A    From my recollection, it was internal counsel

6   between Jason, sitting here to my right, and Elizabeth

7   Coleman who's counsel as well, internal counsel.

8      Q    Internal with Uber?

9      A    Yes --

10     Q    Okay.

11     A    -- Uber.

12     Q    Did you speak with any current or former

13  employees of Uber to prepare for today?

14     A    To prepare for today, probably not.  Just as a

15  result of them asking, What are you doing in a room for --

16  all day, right?  There's a -- I had some exchanges on it.

17     Q    Okay.

18     A    More like memory lane, Wow, that was a long time

19  ago.

20     Q    Okay.

21     A    You know, that's -- that's the extent of it.

22     Q    And for those kind of discussions, who do you

23  recall as individuals that you were telling them that you

24  were going to be here today?

25     A    One of my direct reports was Joe Yuen, who's --

```
 1    heads up our financial reporting.

 2        THE STENOGRAPHIC REPORTER:  I'm sorry, Joe who?

 3        THE WITNESS:  Joe Yuen.  I think it's Y-u-e-n, yeah.

 4    And then Chris Cincotta, who works on his team, who is

 5    involved in the IPO effort.

 6    BY MR. COTILLETTA:

 7        Q    And your conversation with Chris Cincotta, was

 8    it -- can you describe for me, like, in the sum and

 9    substance of that conversation?

10        A    Most of it was memory lane.  Like, it was so long

11    ago and all of that.  I think I asked him one question

12    about the process, from a process standpoint, what he

13    remembered on the valuations leading up to the IPO.

14        Q    And what do you mean by process?  Like, the

15    chronology of internal valuations or something else?

16        A    Just there was several -- bankers did valuations,

17    and we did an internal valuation called the 409A.

18        Q    Yeah.  And we'll talk about those later on --

19        A    Yeah.

20        Q    -- right?  Yeah.  And for the 409As, though, that

21    actually wasn't done specifically by Uber?  It was

22    somebody who they retained, like, either Duff & Phelps --

23        A    Correct.

24        Q    -- or PwC?

25        A    Yeah, Duff & Phelps.  But Uber provided a lot of
```

```
 1   input for --

 2      Q    And in discussing -- so your conversation with

 3   Chris involved just understanding the timeline for the

 4   409As?

 5      A    Yeah, it was almost, kind of, matching -- it was

 6   a casual conversation, and it was very, When was that?

 7   Was that end of March, beginning of April kind of thing?

 8   Do you recall?

 9           So it was -- I was recollecting trying to figure

10   out, Okay, What documents am I going to be looking at?

11   And --

12      Q    Okay.

13      A    -- and the relevant dates.

14      Q    Okay.  And when you talked about banker

15   valuations, those are different than the 409As?

16      A    Yes.

17      Q    All right.  And can you describe for me what

18   you -- what you mean by banker valuations.

19      A    The banker -- so as part of the IPO process, we

20   engage bankers and they advise on what you should price

21   your IPO at.  And so they have intimate knowledge of the

22   market.  And so, they develop their own viewpoint on

23   valuation and provide us that advice leading up to the

24   IPO, which --

25      Q    Okay.
```

```
 1      A     -- ultimately ends with a price that you're going

 2   to offer the shares at.

 3      Q     And when you say banks, are you talking about

 4   the -- specifically the underwriters who perform services

 5   for Uber in relation to Uber's IPO?

 6      A     Yes.

 7      Q     Did any of the conversation you had with Chris

 8   Cincotta regarding bank valuations involve bank valuations

 9   outside of the IPO context?

10      A     Bank valuations... no.

11      Q     And just so I'm clear, like, for example, if Uber

12   was planning to merge with a company or some other

13   alternative transaction that doesn't involve going public?

14      A     Correct.

15      Q     Okay.  And when you mean -- by correct, you mean

16   that --

17      A     Meaning I didn't have any conversations.  My

18   conversations amounted to probably less than five

19   minutes --

20      Q     Okay.

21      A     -- with Chris.

22      Q     That's fair.

23      A     Yeah.

24      Q     And so, other than Chris and Joe, did you speak

25   to anybody else?
```

1       A     No.

2       Q     And, of course, counsel?

3       A     No.   And I wouldn't characterize those

4    discussions with Chris and Joe as really preparing -- most

5    of that collective five minutes was memory lane, It's been

6    a long time --

7       Q     Fair enough.

8       A     -- since the IPO.

9       Q     But aside from preparing for the deposition, have

10   you had any conversations with current or former Uber

11   employees just regarding the IPO in general in the last

12   two months?

13      A     Repeat it.

14      Q     So in the last two months, have you had any

15   conversations with current or former employees at Uber

16   regarding the Uber IPO, just generally speaking?

17      A     Not that I recall, no.

18      Q     Okay.  Excuse me.

19            You had mentioned you reviewed documents,

20   correct?

21      A     Yes.

22      Q     Can you tell me the categories of documents you

23   reviewed.  In other words, emails from Uber, PowerPoints

24   from Uber, et cetera?

25      A     Registration statement.  Selected slide decks

1    that were prepared by management.  Reviewed with the audit

2    committee and the board.  Limited emails and texts.

3        Q    When you say selected slides, what do you mean by

4    selected?

5        A    So there was a lot of decks at the company

6    that -- that get put together, so I --

7        Q    I know.

8        A    I was -- I -- when you asked me what I reviewed,

9    I didn't review every single deck and slide that was --

10       Q    Okay.

11       A    -- provided by -- prepared by management and

12   provided to the board or audit committee.  So that's what

13   I meant by selected.

14       Q    Okay.  Now, are these slide decks that you went

15   on -- out on your own to pull or did the lawyers provide

16   those decks to you?

17       A    The lawyers provided the materials that were --

18   my understanding that were provided to the court or, you

19   know --

20       Q    To me.

21       A    -- opposing counsel.

22       Q    Okay.  And upon review of those slide decks, did

23   you go out and do, like, any additional homework, such as

24   looking at other slide decks or searching for other things

25   after reviewing those decks?

```
 1      A    I referenced other documents that were provided
 2   to, like, complete the picture.  Because if you look at a
 3   slide or a slide deck, there might be information in that
 4   that leads to another, you know, Okay, I'll look at the --
 5   this other document provided related to that same topic or
 6   that same quarter.
 7      Q    Okay.  So --
 8      A    Yeah.  But all of it was basically what was
 9   provided, what was available that counsel offered that
10   said -- that was exchanged between the parties.
11      Q    Got it.  So when you say you looked at other
12   items, is it -- and I don't want to put words in your
13   mouth, so tell me if I'm wrong.  Is it that you just saw
14   something in a slide and you cross referenced it with
15   something else that was given to you, such as an email or
16   a text message?
17      A    In the -- in the documents that were provided, I
18   stayed within the documents provided, right?
19      Q    Okay.
20      A    So if it was related -- I'll give you an example.
21   If it was related to Q4 of '18, then I looked at maybe
22   another document that wasn't necessarily put in front of
23   me but the whole -- all the documents were provided to me.
24   But I looked at another Q4 '18 document, yeah.
25      Q    Okay.
```

1       A     Just in kind of preparing, right?

2       Q     Okay.

3       A     Getting myself familiar.

4       MS. DUNOGUE:  And I'll just counsel you not to -- and

5   I know that Joe isn't asking you about conversations with

6   counsel, but I'll just remind you not to disclose those.

7       THE WITNESS:  Yeah.  Okay.

8   BY MR. COTILLETTA:

9       Q     Okay.  So -- excuse me.

10         The slide decks that you did review, you had

11  mentioned that they were ones that were prepared by

12  management, and reviewed by the board and the audit

13  committee; is that fair?

14      A     Yeah.

15      Q     Can you give me a description of what those decks

16  were?

17      MS. DUNOGUE:  Objection --

18  BY MR. COTILLETTA:

19      Q     So for example -- I've reviewed a lot of decks;

20  probably as many as you have.

21         Was it like a monthly business review deck or was

22  it an audit committee slide deck, you know, that kind of

23  nature?  So I'm trying to hone it down a little further in

24  terms of the kinds of decks you were looking at.

25      A     Yeah.  I can't give you a complete list but I can

```
 1   give you a couple of examples.
 2           Audit committee decks prepared by management and
 3   provided to the audit committee.
 4           Independent auditor decks that were prepared by
 5   PwC and provided to management and the audit committee.
 6      Q    Okay.
 7      A    Board decks that were prepared by management and
 8   provided to the board, usually associated with the
 9   scheduled meetings of the audit committee and the board.
10           And then -- yeah.  That's -- those are some
11   examples of the documents.
12      Q    Okay.  And then you mentioned limited emails and
13   texts; is that correct?
14      A    Correct.
15      Q    Okay.  And what do you mean by limited?
16      A    I didn't review all my emails or all of somebody
17   else's emails; they were just selected emails that were in
18   the materials that I perused, right?
19      Q    Just out of curiosity, like, if you were to go
20   into your Uber email right now, could you go back to 2019
21   or 2018 and look to see --
22      A    Yes.
23      MS. DUNOGUE:  Objection.
24      THE WITNESS:  I think all the emails were -- well, to
25   my knowledge, the emails are retained.  Yeah.
```

BY MR. COTILLETTA:

Q    About how many emails did you review?

A    Probably less than ten.

Q    Do you recall, generally speaking, the nature of the communications?

A    Generally related to preparation for the IPO or preparation of the financial statements.

Q    And when you say financial statements, which ones are you talking about?

A    Financial statements that were included in the registration statement.

Q    And were these emails where you were either the sender or recipient?

A    Some of them.

Q    And can you give me an example of an email you reviewed where you weren't a recipient or a sender?

A    I think there were some email exchanges where materials were provided to the board and I wasn't on those particular emails, or our investor relations -- had investor relations or individual team members that were on the team preparing for the IPO; some of those emails.

Q    So when you say had investor relations, like Kent Schofield?

A    Yes.

Q    Okay.  And when then you say the team that's

1    preparing for the IPO, who exactly are you talking about?

2        A    I can't give you exactly because it was a pretty

3    large team, but I can rattle off names, if that would

4    help.

5        Q    Well, so there was ten or less emails.  So was

6    there a specific person that was sending the email; for

7    example, was it an email you reviewed where Emily Reuter

8    sent the email as an example, or can you pinpoint to a

9    specific person?

10       MS. DUNOGUE:  Objection.

11       THE WITNESS:  Yeah.  I'd -- I'd be guessing now.

12   BY MR. COTILLETTA:

13       Q    Okay.  That's fair.

14       A    Yeah.  Because like I said, I perused them.

15       Q    Regarding text messages, how many did you review?

16       A    That's probably less than five.

17       Q    And these are your text messages or someone

18   else's?

19       A    Both.

20       Q    Okay.  Can you tell me what text messages --

21       A    Well, maybe clarify.  I'm on some where I'm

22   responding to somebody else.  So, you know, I don't know

23   what you mean by your text messages.  Like, me starting

24   them, or --

25       Q    That's fair.

```
 1      A    -- responding to them?

 2      Q    I'll rephrase it.

 3           The text messages you reviewed, did they come

 4   from your cell phone?

 5      MS. DUNOGUE:  Objection.

 6      THE WITNESS:  Some of them did.

 7   BY MR. COTILLETTA:

 8      Q    Okay.  And which ones didn't?

 9      MS. DUNOGUE:  Objection.

10      THE WITNESS:  I don't recall the, you know -- if

11   you're asking -- I don't know what you're asking.

12           Are you asking the individuals that they're from?

13   BY MR. COTILLETTA:

14      Q    Correct.

15      A    Yeah.  I don't recall that, but they were from

16   someone other than me in the exchange.

17      Q    Okay.  So the less than five text messages.  Can

18   you tell me what you reviewed?

19      MS. DUNOGUE:  Objection.

20      THE WITNESS:  Yeah.  I can't specifically recall what

21   the content of those exchanges.  They were -- yeah.  They

22   were brief exchanges, right?  I remember that.

23   BY MR. COTILLETTA:

24      Q    What --

25      A    There wasn't a lot of content in the -- there
```

1    wasn't -- you know, like, some people have really long

2    texts with a lot of information in it.  Those were not the

3    nature of my texts or the texts that I reviewed that were

4    not from me.

5        Q    The texts that you reviewed that were not from

6    you.  What was the context of those text messages?

7        MS. DUNOGUE:  Objection.

8        THE WITNESS:  Yeah.  I don't recall the specific

9    content.

10   BY MR. COTILLETTA:

11       Q    Why were you reviewing all of this information

12   before the deposition?

13       A    My understanding is there was a bunch of

14   information exchanged between the parties and that was in

15   the information.

16       Q    Did it help refresh your recollection about the

17   events during the IPO?

18       A    Not specifically.  More generally.  That's why I

19   was becoming familiar with all the documents.  So that's,

20   you know, you're flipping through a book of documents.

21       Q    Right.  And you obviously didn't have a complete

22   photographic memory of everything that happened during

23   that time period; is that fair?

24       A    Fair, yeah.

25       Q    And certainly what you reviewed helped refresh

 1    your recollection as to what took place and the

 2    information that was provided to the board and to the

 3    audit committee, correct?

 4        MS. DUNOGUE:  Objection.

 5        THE WITNESS:  Well, no.  I would say I was getting

 6    familiar with the documents that were exchanged between

 7    the parties, right?  I mean, that's how I would

 8    characterize it, right?

 9    BY MR. COTILLETTA:

10        Q    Okay.  Have we discussed all the ways that you

11    prepared for today's deposition?

12        A    Generally, yeah.  I mean, the couple days of

13    preparation and reviewing documents that were exchanged

14    between the parties, right?  Yeah.

15        Q    I want to go back over to the registration

16    statement.

17        A    Okay.

18        Q    You said you reviewed it?

19        A    When are you talking about?

20        Q    In preparation for today.

21        A    I scanned it, yeah.

22        Q    You scanned it.  Okay.

23        A    Yeah.

24        Q    I was going to ask you how long do you think it

25    took you to review it.

```
 1      A     Yeah.  Scanning it, I probably spent an hour, two
 2   hours max.
 3      Q     What were you looking at specifically?
 4      A     The entire document.
 5      Q     Was there any particular aspects of the document
 6   you were focused on?
 7      A     Since I knew I'd be speaking to the financials, I
 8   was -- and that's my line of work -- I was focused on
 9   that.  Twofold, one memory lane, right, of where we're at
10   at that time, but just to familiarize myself of -- remind
11   myself of the, you know, the whole document --
12      Q     Okay.
13      A     -- complete document.
14      Q     Now, in connection with all you reviewed, did you
15   take any notes?
16      A     When I -- okay.  So...
17            I think that's privileged, any notes I took when
18   I was --
19      MS. DUNOGUE:  You can answer --
20      THE WITNESS:  -- talking to counsel --
21      MS. DUNOGUE:  You can answer whether you actually took
22   notes or not.
23      THE WITNESS:  Yes.
24   BY MR. COTILLETTA:
25      Q     You took notes.  Okay.
```

```
 1        A     Yeah.

 2        Q     Can you tell me what kind of notes you took?

 3        A     More reminders on okay.  What are you here to --

 4   what are you getting deposed on?  What areas are you going

 5   to cover?  Reviewed the -- these documents that you

 6   reviewed earlier.

 7              That's what I recall.

 8        Q     Did you take any notes like on the margins that

 9   were on the actual documents reviewed?

10        A     No.

11        Q     Did you take also any notes with respect to the

12   substance of any of the documents you were reviewing?

13        A     Limited notes.

14        Q     Okay.  What do you mean by that?

15        A     On the financials, more of a -- from a memory

16   standpoint, when I was looking at the financials, I took a

17   couple of notes on that.

18        Q     When you --

19        A     Like what the financial loss was for, you know,

20   2018 or something like that, right?

21        Q     Like certain figures, certain numbers.

22        A     Right.

23        Q     Okay.  And how did you take those notes?  You

24   wrote them on a notebook, on your computer, somewhere

25   else?
```

1      A    G doc.

2      Q    I'm sorry?

3      A    A Google Doc.

4      Q    I'm not familiar with that --

5      A    It's like a word processor for like Google.  Yes.

6      Q    Okay.  And did you save that on your computer or

7  cloud?

8      A    It's automatically saved.  Yeah.

9      Q    Okay.  Do you still have that document?

10     A    Yes.

11     Q    Okay.  I'll make a request for his notes on the

12  break.

13     MS. DUNOGUE:  We'll take that under advisement.

14  BY MR. COTILLETTA:

15     Q    I want to now transition to prior depositions.

16  You had mentioned you took a couple.

17          Can you tell me the sum and substance of those

18  depositions?

19     A    Sorry.  Repeat that.

20     Q    Sure.

21          You took prior -- you were previously deposed,

22  correct?

23     A    Yes.

24     Q    It was more than once?

25     A    That's what I can't remember because they was so

```
 1    long ago.

 2            So at PwC, I remember prepping twice.

 3      Q    Okay.

 4      A    I think I got deposed once.

 5      Q    What was that in regard to?

 6      A    Audited financial statements, litigation related

 7    to the financial statements.

 8      Q    Okay.

 9      A    It was -- I believe I was representing just

10    myself and what I recalled from work papers and related to

11    an audit.

12      Q    Okay.  And do you know the nature of litigation?

13    Was it like, for example, a securities class action like

14    we're here for today?

15      A    I don't remember the nature of it.

16      Q    Other than -- excuse me.

17            Other than that one time with PwC, do you recall

18    any other prior testimony?

19      A    I've worked for decades.  So like I'm

20    remembering, like, I think I had testimony in a case for

21    an insurance proposition in California probably five years

22    into my career.  I believe PwC was acting as an

23    independent -- in their independent auditor mode and they

24    were getting questioned, so I had some -- some comments on

25    that.
```

 1     Q    Earlier -- I just want to make sure we're clear.

 2   Earlier you mentioned something about a trial.

 3          Were you involved in a trial or were you in the

 4   jury?

 5     A    This is just as an individual citizen.

 6          No, there wasn't a jury pool when I got called

 7   for jury duty.

 8     Q    Okay.

 9     A    Yeah.  And so I didn't get selected.

10     Q    I want to talk briefly about your compensation.

11   Of course, and this is confidential, so, you know, no

12   intention of divulging outside of this room.





13        MR. COTILLETTA:  We've been going for 45 minutes.

14   Let's take a five-minute break.  Thank you.

15        THE VIDEOGRAPHER:  The time is 9:44 a.m.  We're going

16   off the record.  One moment.

17           (Recess taken.)

18        THE VIDEOGRAPHER:  We are back on the record.  The

19   time is 10:00 o'clock a.m.

20        MR. COTILLETTA:  Okay.  We're back.

21   BY MR. COTILLETTA:

22        Q    Mr. Ceremony, you joined Uber in October of 2018;

23   is that right?

24        A    Yes.

25        Q    And prior to that, where were you working?

```
 1      A    Travelzoo.

 2      Q    What was your title there?

 3      A    CFO.

 4      Q    And you came into this position as chief

 5 accounting officer; is that right?

 6      A    Yes.

 7      Q    In your role at Travelzoo as a CFO, were you

 8 dealing with accounting issues?

 9      A    That's part of the CFO's role, yeah.

10      Q    But how would you describe -- well, let's go

11 back.

12           What are your roles and responsibilities as a

13 chief accounting officer at Uber?

14      A    Mainly to oversee the accurate and complete

15 preparation of the books and records of the company and

16 then issuance of financial statements.

17           There's -- I have several other teams that do

18 other things, like a finance technology team that works on

19 connecting the systems to achieve those accurate books,

20 right.  I have a team that does negotiation of contracts,

21 strategic sourcing.

22           Yeah.  I would say those are the two -- two

23 unique -- I have treasury as well --

24      Q    Okay.

25      A    -- reporting to me.
```

```
 1      Q    And how does that role differ from what you were

 2  doing at Travelzoo?

 3      A    The scale is different; larger scale at Uber.

 4           But as far as the defined roles, CFO includes

 5  things like forecasting and budgeting that in general, and

 6  specifically my role at Uber, doesn't include that as my

 7  functional role.

 8      Q    So at the time you joined, Nelson, and even to

 9  this day, Nelson Chai is the chief financial officer; is

10  that right?

11      A    Correct.

12      Q    So is it fair to say, then, Nelson is in charge

13  of forecasting and budgeting?

14      A    Yeah, he has direct reports that deal with that

15  and the reports go to him directly, yeah.

16      Q    In connection with your role at Uber as a chief

17  accounting officer, did you also have responsibility in

18  dealing with the SEC as it relates to the Uber IPO?

19      A    Yes.

20      Q    Were you -- was there a team that was like

21  designated for communications with the SEC?

22      A    A team...  Yeah, there was a collection of people

23  that were a group that was used to prepare for the

24  eventual IPO.

25      Q    And did that include yourself?
```

```
 1       A     Yes.

 2       Q     Were you the team leader for that group?

 3       A     For my functional area for the financial

 4   statements, yes.

 5       Q     Okay.

 6       A     Yeah.

 7       Q     Was there somebody else who you would

 8   characterize as like the team leader of that group

 9   overall, the overall picture?

10       A     Keir Gumbs, who was in legal --

11       THE STENOGRAPHIC REPORTER:  I'm sorry.  Who?

12       THE WITNESS:  Keir Gumbs.  I don't know if I'm

13   pronouncing his name right, but he was in the legal

14   department and he project-managed the process with like

15   the printers and coordinating different groups' input into

16   the registration statement.

17   BY MR. COTILLETTA:

18       Q     And in dealing with the SEC, did that group also

19   include Dennis Cinelli and Chris Cincotta?

20       A     Yes.

21       Q     Did it include Nelson Chai?

22       A     Yes, he would get updates from the team.

23       Q     Well, in connection with your role as a chief

24   accounting officer at Uber during the time leading to the

25   IPO, was it also your responsibility to synthesize
```

1  financial information provided from different departments

2  within Uber?

3      MS. DUNOGUE:  Objection.

4      THE WITNESS:  Yeah.  I don't know what you mean by

5  synthesize, but...

6  BY MR. COTILLETTA:

7      Q    Sure.

8           So what I mean is you may have different

9  departments and groups in Uber that have financial

10  information that they've gathered over the course of a

11  month or a year, et cetera.

12          Was it your responsibility to take that

13  information, put that together at a total company level?

14      MS. DUNOGUE:  Objection.

15      THE WITNESS:  Well, my function literally is that:  Is

16  keeping the books and records of the company.

17  BY MR. COTILLETTA:

18      Q    Okay.

19      A    So yeah, throughout, a big component of the

20  registration statement is the financial statements that

21  are audited and reviewed by PwC.

22      THE STENOGRAPHIC REPORTER:  Reviewed by who?

23      THE WITNESS:  By PricewaterhouseCoopers, our

24  independent auditors.

25

1    BY MR. COTILLETTA:

2       Q    And so the jurors understand, when you say PwC,

3    you mean PricewaterhouseCoopers?

4       A    Yes.

5       Q    How big is the accounting department in Uber on a

6    global level?

7       A    Currently there's about -- full-time employees,

8    there's about 550.

9       Q    You're in charge of all 550?

10      A    Yes.

11      Q    And do you have -- the accounting department, is

12   it broken out by region?

13      A    We have different employees in region, but it's

14   not broken out specifically to account for those regions,

15   right?  We have employees in different regions of the

16   world doing different functions, items, right?  And then

17   we have also nonfull-time employees that we engage outside

18   services like Accenture to do services from lower cost

19   jurisdictions like India.

20      Q    Okay.  What's the name of the entity again?  I'm

21   sorry, I missed it.

22      A    Accenture.

23      Q    Okay.

24      A    They have outsourced employees to help with some

25   of the work that you can -- that need to do accounting and

```
 1   leverage costs, yeah.

 2        Q    Does accounting have, like, for lack of better

 3   terms, boots on the ground, if you will, in certain

 4   regions within certain segments?  So, for example,

 5   riding -- you know, ride share business in U.S. and Canada

 6   versus Uber Eats in Brazil.  Is there, like, accountants

 7   that you have that are on a -- like, on a lower level that

 8   are in those regions, in those segments dealing with the

 9   accounting issues?

10        A    So up until about a year before I got to Uber, we

11   had regional accounting functions that did accounting for

12   that region.  And then those regions were rolled up and

13   consolidated in the U.S., right?  And then the company

14   just through the sheer hyper-growth and challenges with

15   consolidating those results.  And the different regions

16   decided to change the structure where it was mainly

17   centralized in the U.S.

18             And so, currently, we don't have -- we have

19   people throughout the world, right?  But to your point, I

20   think what you're referring to:  Is there an accounting

21   group for a business unit in a region accounting for that

22   business unit only?  And the answer is no, because our

23   systems and the way the traffic comes in from our app,

24   right, is centralized, right?  And so, we're able to

25   account for a lot of it centrally.
```

1       Q    When did that change occur?

2       A    The year -- sometime during the year before I

3   arrived.  I believe it was in late 2017 or early 2018.

4       Q    I want to talk to you a little bit now about,

5   like, reporting lines within accounting.  So --

6       THE STENOGRAPHIC REPORTER:  I'm sorry, counsel, you're

7   speaking a bit fast.  Could you repeat that.

8   BY MR. COTILLETTA:

9       Q    Sure.  I want to talk to you now a little bit

10  about reporting lines within accounting, okay?

11      A    Yes.

12      Q    So who is your direct report?

13      A    That changed over a period of time.  So what

14  period of time are you talking about?

15      Q    So let's start off pre-IPO, and then, we can talk

16  post-IPO.

17      A    Pre-IPO, just from memory, I didn't -- I don't

18  have it memorized, right?  But I had -- I had a person

19  focused on what we called the accounting operations, which

20  was mainly booking journal entries for everything but

21  revenue, right?  I had a lead that focused on revenue

22  only, right?  Then I had a lead that was brought in to

23  focus on controls around the financial reporting and

24  ensuring we had controls to get comfortable with the

25  accuracy and completeness of the numbers.

```
 1          I had a strategic sourcing lead, which negotiated
 2   contracts on behalf of the company.  I had a treasury lead
 3   that, at the time of the IPO, dealt with mainly cash
 4   management, which is movement of money around to operate a
 5   global company, right?  And then I had a head of finance
 6   technology, which is -- engineering background -- able to
 7   connect our -- the technology that the transactions come
 8   through to our financial systems, right, and automate that
 9   connection because we have a high volume of transactions.
10   Like, 17 million trips at the time per day, which ended up
11   being, like, 4 to 5 times the number of financial
12   transactions related to those trips.
13       Q    So --
14       A    Who else?  I'm going to pause here.
15       Q    Okay.
16       A    I'm trying to think.
17            Yeah, that's all I can think of right now.
18       Q    Who was the -- so this was all pre-IPO, right?
19       A    Pre-IPO, yeah.
20       Q    Who was the lead on revenue?
21       A    The lead on revenue at the time, pre-IPO, was
22   Josh Waldron who had been, yeah, with the company for a
23   while.
24       Q    Yeah.  And, post-IPO, let's just start off here.
25   Like, post-IPO, how did the team change?
```

1      A    Immediately after the IPO, we were in a process

2   of transformation and build out of the team.  So the year

3   and a half before the IPO, the company -- well, before the

4   IPO, the company was a private company and it wasn't

5   resourced to operate as a public company.

6          So one of the charters of the management team was

7   to build out teams to operate effectively.  So in my area,

8   that's getting accurate and complete financial statements

9   within the time frame that the SEC would require a public

10  company.

11         And so that was my focus.  That, in addition to

12  getting resources and the short term consultants to help,

13  right, achieve that.  But so I -- you know, the team

14  changed in bringing in new talent over time.  Like, I

15  hired Joe Yuen, I think, in -- right after the IPO, which

16  was June or July.  And he was an ex-KPMG, which was

17  another large accounting firm.  He was a partner at KPMG,

18  and so he had a lot of accounting experience, right?

19         Yeah, and I -- and so, I'd say, over time, I

20  built out and hired selected people to take on -- that had

21  the experience and -- able to bring the company to a state

22  to where we could operate effectively as a global company

23  in the financial area.

24     Q    And that was one of the things that you -- made

25  you excited about joining in October 2018, right, is the

1   size of the challenge that Uber presented in regards to

2   getting the company up to speed at a public company level;

3   is that fair?

4       MS. DUNOGUE:  Objection.

5       THE WITNESS:  There was a bunch of different factors

6   that -- that I considered.  One of them was, yeah, the

7   size and scale of Uber.  Uber was a known company.  And I

8   had deep experience in -- from my time at

9   PricewaterhouseCoopers.  I was an auditor in financial

10  statements.  And then, each company thereafter was a

11  public company.

12          So I felt like I had experience to offer in

13  getting, knowing what we needed to operate effectively as

14  a public company.  So that's -- it was clear that Uber

15  wanted to move in that direction at that point in time.

16  BY MR. COTILLETTA:

17      Q    So we've now talked about people who report to

18  you.  Who do you report to?

19      A    Nelson Chai, the CFO.

20      Q    Was that always the case?

21      A    Yes.

22      Q    And, CAO, that's -- that title is chief

23  accounting officer, correct?

24      A    Yeah, my exact title is chief accounting officer

25  and global corporate controller.  Global controller, I

1    think.  Yeah.

2        Q    And so, you would consider yourself a part of

3    Uber C-suite?

4        MS. DUNOGUE:  Objection.

5        THE WITNESS:  Yeah, I don't know.  I think I am -- I

6    know I'm a Section 16 officer because of the -- the areas

7    that I deal with.  But Uber has a -- yeah, so I don't know

8    what you mean by executives.

9    BY MR. COTILLETTA:

10       Q    So you mentioned Section 16.  Just so the jurors

11   understand, what do you mean by a Section 16 officer?

12       A    It's -- it's a legal SEC term for a person that

13   holds a certain responsibility in a company that has --

14   that has a broad application of policies, yeah, and

15   management.

16       Q    And other than you, do -- are you aware of anyone

17   else who would be considered a Section 16 officer within

18   Uber?

19       A    Yes.

20       Q    Who?

21       A    Well, they're on our website, I know that, right?

22       Q    Oh, you're talking about the executive --

23       A    Do you want me to list them all of?  Yeah.

24       Q    Are you saying the executive leadership?

25       A    Executive leadership on the --

```
 1        THE STENOGRAPHIC REPORTER:  I'm sorry.

 2        THE WITNESS:  -- website.

 3        THE STENOGRAPHIC REPORTER:  Could you speak one at a

 4   time, please.  I'm so sorry.

 5        THE WITNESS:  Yeah.

 6   BY MR. COTILLETTA:

 7        Q    Let me just -- so we can, kind of, fast track it.

 8             Are you saying that the members of the executive

 9   leadership team at Uber are considered Section 16

10   officers?

11        A    I believe so.

12        Q    Are you basing that on documents you've seen in

13   the past?

14        A    I'm basing it on based on my general knowledge.

15   But yeah, specifically, not documents I've seen.

16        MS. DUNOGUE:  And, Joe, you're asking him these

17   questions in his personal capacity, I --

18        MR. COTILLETTA:  Right.

19        MS. DUNOGUE:  -- take it?

20        MR. COTILLETTA:  Yeah.

21   BY MR. COTILLETTA:

22        Q    Counsel raised a good point.  So, like, you know,

23   today, you're here in both as capacity as a representative

24   and as an individual.  You know, there will be times where

25   I'll ask, Did Uber think this, or Did Uber do this?  And
```

1    sometimes, I'll ask, Did you think this, or Did you do

2    that?

3         A    Yeah.

4         Q    Right.  And those would be obvious which

5    direction I'm heading in.  Sometimes, I don't have a

6    designation.  I won't say Uber or you, I'll just -- it

7    will be more general.  And in those circumstances, if

8    you're going to answer the question fully, you know,

9    please let me know at that point in time whether you're

10   answering in your individual capacity or as a

11   representative of Uber --

12        A    Okay.

13        Q    -- okay?

14        A    Yes.

15        Q    All right.  I want to go through -- you know, let

16   me ask you a question about the ELT, which is executive

17   leadership, right?  Are you part of the ELT?

18        A    No.

19        Q    Is there a particular reason why you are not part

20   of the ELT?

21        A    I couldn't tell you, I mean, besides -- I think I

22   role up under an ELT member, and then, generally, there's

23   not, like, direct reports of ELT members that are also

24   ELT, right?  So I think Nelson, who I report to, covers my

25   area by me covering that, yeah.

1        Q     Got it.  All right.  So I want to transition now

2   to recurring meetings that would have existed in the

3   accounting department.  So does Uber's accounting

4   department have recurring meetings?

5        A     Yes.

6        Q     And I want to just draw the next set of questions

7   specifically before the IPO.  So I don't know if that

8   answer changes, but did they have recurring meetings

9   before the IPO?

10       A     Yeah.  I'd say yes.

11       Q     Okay.  How often?

12       A     There's so many different -- are you talking

13  about meetings that I organized?

14       Q     Right.

15       A     Or my team organizes?

16       Q     Meetings that you would have been present for.

17       A     Yes.  Like, a -- yeah, I had meetings with my

18  leads on a regular basis.  Probably weekly.

19       Q     Did you have department-wide meetings where

20  everybody was expected to attend?

21       A     Yeah, we call them all hands meetings.  I think I

22  started to have those, yeah, in 2019 before the IPO.

23       Q     And how often would those --

24       A     Just from my recollection.  I didn't review my

25  calendar for 2019, so... I'm just speaking generally,

1    right, from memory.

2        Q    How often would you have those all hands on

3    meetings?

4        A    Quarterly, I think.

5        Q    Okay.  Would anyone from outside of the

6    accounting department attend those meetings?

7        A    Not that I recall.

8        Q    Were there any sort of documents that were

9    generated before the all hands meetings that would be

10   circulated to those who attended?

11       A    No, I mean, there -- again, I don't have a

12   specific recollection, but I -- normally, with all hands

13   meetings, there's a slide deck that's presented.  It's not

14   distributed.

15       Q    Is there a particular person who presents on the

16   slide deck?

17       A    Not a particular one.  It's topical.

18       Q    Were there any -- this is, again, before the IPO.

19       A    Before the IPO.

20       Q    Were there any recurring meetings that you

21   attended where financial information was presented or

22   discussed?

23       A    Recurring meetings... I would say very limited

24   if -- on all hands because there's a -- there's a

25   sensitivity internally for broad groups for internal --

1    dissemination of, like, consolidated information.  In the

2    more narrow, I would say -- your question was regularly?

3        Q    Correct, recurring, yeah.

4        A    Yeah.  No, not that I recall.

5        Q    Would you attend board meetings?

6        A    Only periodically.

7        Q    Periodically.

8             Would you attend monthly business reviews?

9        A    Yes.

10       Q    Would you attend fiscal year budget discussions?

11       A    I would be part of some of those discussions, so

12   it depends on what your -- budget discussions.  There --

13   it's a long period of time where you go through a process

14   of --

15       Q    Right.

16       A    -- coming up with a budget in particular for your

17   department.  And then I was aware of the budgets through

18   the monthly business reviews as well.

19       Q    Monthly business reviews, those involved

20   attendance by individuals not just within accounting but

21   throughout Uber, correct?

22       A    Correct.

23       Q    And my understanding is -- and correct me if I'm

24   wrong -- the fiscal budget discussions, that was an annual

25   meeting; is that right?

 1      A     What -- a meeting with who?

 2      Q     My understanding --

 3      A     There were several meetings --

 4      Q     Yeah, sure.  I'll just clarify.

 5            My understanding is that there's a fiscal budget

 6    discussion meeting annually that Mr. Khosrowshahi and

 7    Nelson Chai and others from the ETL would attend; is that

 8    right?

 9      A     There's a period -- there's a series of meetings

10    to discuss the budget to get to a final budget.  Yeah.

11      Q     When you say the series of meetings, for each of

12    those meetings, do all the individuals who I just

13    mentioned, would they attend each of those meetings or is

14    there, like, a final meeting where everyone who needs to

15    attend attends?

16      A     I think there's a final review of the overall

17    budget, but there's a leadup of series of meetings --

18      Q     Okay.

19      A     -- to get there by business unit.

20      Q     By business unit --

21      A     And functional area.  Right.

22      Q     Would Mr. Khosrowshahi or Nelson Chai attend

23    those -- those leadups?

24      A     Yes.

25      Q     Do you meet with Mr. Khosrowshahi regularly?

1     A    Periodically.

2     Q    When you say periodically, how often?

3     A    Well, he's in the meetings and the monthly

4   business reviews, so monthly, right?  But that's not a

5   specific -- clarify, like, what you mean by meeting with

6   him.  He's in -- he's in meetings --

7     Q    Right.  Do you have any one --

8     A    -- that I attend, right?

9     Q    Do you have any, like, one-on-ones with him?

10    A    Not regularly.  No.

11    Q    Do you have any meetings where it's not

12  necessarily one-on-one, but maybe it's you and Nelson and

13  him?

14    A    Periodically.  And it depends what time period

15  you're talking about.

16    Q    I'm talking about -- let's -- well, we can

17  bookend it:  Since you started to a month or two after the

18  IPO.

19    A    Yeah, I would say periodically.

20    Q    When you say periodically, how often?

21    A    Yeah, during that time period, I'd be guessing

22  because it... yeah, I would be guessing.  So... it's --

23  it's not weekly.  It's -- before the IPO, yeah, I'd be

24  guessing.  I don't recall.  I just know it wasn't

25  regularly.  It wasn't a weekly meeting that I had with...

1    Q    For --

2    A    Now, Nelson, yes, weekly.  I'm his direct report.

3    Q    You had weekly meetings --

4    A    Generally, weekly, yeah.

5    Q    Is there a particular day?

6    A    No, no.

7    Q    Okay.  Just --

8    A    I mean, it's on a recurring basis, and then those

9    get moved --

10   Q    Sure.

11   A    -- based on priorities, right?

12   Q    Sure.  How long are those meetings with Nelson?

13   A    30 minutes or less.

14   Q    What do you discuss?

15   A    A whole range of topics from -- what time period

16   are you talking about again?  Pre-IPO?

17   Q    Pre-IPO, yeah.

18   A    Yeah.  Mainly about what I'm doing with the teams

19   to fulfill my responsibilities, right, and what resources

20   I need to do that properly.

21   Q    Okay.  Is there any, kind of, like, standing

22   topics?  You know, sometimes you have meetings and it's

23   like -- you know, every meeting, we're always going to

24   discuss current quarterly, you know, positioning --

25   A    No.

1      Q    -- or something like that?

2      A    Not with Nelson, no.  No set agenda.

3      Q    When you had these meetings with Dara that were

4   periodic with Nelson included, when those meetings were

5   scheduled, did someone have, like, an executive assistant

6   or something like that that would calendar and take care

7   of the coordination?

8      A    Sometimes, yeah.

9      Q    I want to talk --

10     A    Sometimes, they would be impromptu, we're in the

11  same building, yeah.

12     Q    You know, that's a great point because I was

13  going to ask that question.  So I don't obviously work at

14  Uber.  I don't know how meetings occur.  So is it a matter

15  of, sometimes, you can just literally walk into Dara's

16  office and talk to him, or is it a more formal process?

17     A    No, when I said periodic, that's if I'm -- like,

18  say, I'm waiting outside for a meeting and he gets out of

19  a meeting and we have a discussion, right?  That's what I

20  meant, right?

21     Q    Okay.

22     A    But he's -- most people have scheduled meetings,

23  and a lot of them.

24     Q    You mentioned earlier monthly business reviews,

25  correct?



1        A       Yes.

2        Q       So generally speaking, what was discussed at

3   those monthly business reviews?

3      Q    You mentioned earlier -- we talked about board of

4   director meetings, you said, periodically.  Pre-IPO, did

5   you attend any of the quarterly board of director meetings

6   for 2018 or 2019?

7      A    I can't recall.  If I was called into a board

8   meeting, it would be brief.  And -- and I'm talking for

9   myself, right?  Just I can't recall which ones I got

10   called in, but it was usually called in and it was related

11   to the -- the, you know, preparation for the IPO or

12   updates.  But I'm not a regular attendee of the board

13   meetings.

14      Q    So if I understand you correctly, when you do

15   attend board meetings, is it fair to say you're brought in

16   for a very specific time slot, and then, you're -- then --

17      A    Correct.

18      Q    -- then you leave?

19           You don't stay for the entirety of the meeting?

20      A    Correct.

21      Q    So, for example, if a particular board member had

22   a dispute about something or raised a concern, unless

23   you're present for that time period, there's a chance that

24   you would not have known that occurred?

25      MS. DUNOGUE:  Objection.

1      THE WITNESS:  Well, I -- let me clarify, like, the way

2   the process went.  So the -- the audit committee included

3   board members, right?  And so I met with them regularly.

4   I can't count the number of times before the IPO.  We had

5   both scheduled quarterly meetings as well as just all the

6   things you needed to do to prepare for the IPO.

7           They -- in those discussions, they regularly

8   brought up, you know, board questions that they were

9   trying to prepare for and get updated on.  Periodically,

10  Ron Sugar -- who's the chairman of the board -- would

11  attend the audit committee, even though he's not on the

12  audit committee, and have questions himself, either

13  questions he raised or questions that -- my

14  understanding -- was from the board, because they were all

15  interested in the -- the status of readiness.

16  BY MR. COTILLETTA:

17     Q    So you remember him in particular asking

18  questions regarding the IPO?

19     A    Regarding -- regarding the financial statements,

20  I would say.

21     Q    Anyone else from the audit committee?

22     A    All the audit committee members were very engaged

23  and asked questions in -- in most of the meetings, yeah.

24     Q    Was it your understanding it was their

25  responsibility to assess the financial statements and the

```
 1   accuracy of the financial statements on behalf of the full

 2   board?

 3        A    Yes, I know John Thain -- as the chair -- would

 4   do a readout of the results of our discussions and his --

 5   the audit committee review with me and Nelson.

 6        Q    Do you --

 7        A    They would do that with the readout to the board.

 8        Q    Do you understand if the audit committee had a

 9   specific charter that required them to review sections of

10   annual and quarterly reports or, you know, any similar or

11   related regulatory filings?

12        A    I believe there was an audit committee charter in

13   place when I arrived.  And I believe there was an update

14   to that in preparation to going public, yeah.

15        Q    When you say there was an update, did they modify

16   it to include disclosures under management's discussion

17   and analysis of financial condition and results of

18   operations; is that what you're talking about?

19        A    Yeah, I would -- one, I don't specifically

20   remember the updates, but I remember a lot of policies

21   were updated in anticipation of being a public company, so

22   to incorporate things that a public company would deal

23   with, which is -- that's one of them that you mentioned,

24   is -- is them being there.

25        Q    Okay.  Do you specifically recall if the audit
```

1   committee reviewed -- by the way, let me take a step

2   back --

3       A    Yeah.

4       Q    -- because I want to make sure the jurors

5   understand what we're talking about.  So because we might

6   use this acronym at another point in the deposition.

7            So when I say management's discussion and

8   analysis of financial condition and results of operations,

9   that is a section in the registration statement, correct?

10      A    Correct.

11      Q    And in finance lingo, people give an acronym of

12  MD&A, right?

13      A    MD&A.

14      Q    So is it your understanding, then, that the

15  responsibility of Uber's audit committee involved

16  reviewing the MD&A, and other sections of the registration

17  statement?

18      MS. DUNOGUE:  And, Joe, you're asking him in his

19  personal capacity?

20      MR. COTILLETTA:  Yeah.

21      THE WITNESS:  Yeah, I mean, my understanding -- well,

22  let's -- let me clarify it.  Like -- like, my

23  understanding of the audit committee is to review the

24  financials related to the company and (indecipherable

25  utterance) --

```
 1    BY MR. COTILLETTA:

 2        Q    Okay.  Keep going.

 3        A    And commentary around those financials.

 4        THE STENOGRAPHIC REPORTER:  I'm sorry, and what?

 5        THE WITNESS:  And commentary around those financials.

 6    BY MR. COTILLETTA:

 7        Q    Mr. Ceremony -- okay.  I'm marking Plaintiff's 3.

 8             (Whereupon Deposition Exhibit 3 was

 9             marked for identification.)

10    BY MR. COTILLETTA:

11        Q    And for identification purposes, it's beginning

12    Bates Uber_00329941 and runs through as a family to

13    Uber_00330039.  I just want to show -- direct your

14    attention to one page.  Mr. Ceremony, I'm actually going

15    to direct you to two pages.  Just bear with me.

16             Okay.  At the bottom right, you'll see -- and I

17    have it here for you -- (indicating) -- we have the

18    charter of the audit committee.

19             This is a draft that was proposed in 2019; is

20    that correct?  Have you seen this document before?

21        A    It looks like, yeah.

22        Q    Yeah.

23        MS. DUNOGUE:  And if you need to review the document,

24    go ahead.

25        THE WITNESS:  Yeah.
```

```
 1    BY MR. COTILLETTA:

 2        Q    So if you go to the bottom right corner -- yeah,

 3    the bottom right corner of the page, do you see how

 4    there's a Bates number here?

 5        A    Yeah.

 6        Q    Right there.

 7        A    What number is it, 21?

 8        Q    Yeah.

 9        A    Okay.

10        Q    And I'll flip to the second page where it talks

11    about--

12        A    Yeah.  It's not dated, right?  You said April?

13        Q    I'm sorry.  I didn't say April.

14             It was from an email that's -- if you look here

15    at the top of the email, look right here.  You sent an

16    email on March --

17        A    March.

18        Q    -- 8th, 2019 --

19        A    Okay.

20        Q    -- right?  There would have been an audit

21    committee meeting -- or -- excuse me -- a board meeting

22    around that time?

23        MS. DUNOGUE:  Objection.

24        THE WITNESS:  (Indecipherable utterance.)

25        THE STENOGRAPHIC REPORTER:  I'm sorry.  What was your
```

```
 1   answer?

 2       THE WITNESS:  I don't know if there was a board

 3   meeting during that time, but are you saying that the

 4   documents behind this email printed are what was attached

 5   to the email?

 6   BY MR. COTILLETTA:

 7       Q    Correct.

 8       A    Okay.

 9       Q    That's a representation.  You can see actually an

10   email above.  It has all the attachments you sent to

11   Emmanuelle at PwC.

12       A    Okay.

13       Q    Now, let's go back to the charter, if you don't

14   mind.

15       A    Yeah.  21?

16       Q    Yeah.  And it's on -- excuse me.

17            Do you see right here? (Indicating.)

18       A    Yes.

19       Q    On Bates --

20       A    22.

21       Q    -- 022.

22            And I want to draw your attention to section 3.

23            Do you see right here on the ELMO?

24       A    Yes.

25       Q    Responsibilities and duties.  And then right here
```

1    at 2, it says, To review other sections of any annual and

2    quarterly report or similar filing in any related

3    regulatory filings, including the disclosures under

4    management's discussion and analysis of financial

5    condition and results of operations to consider the

6    accuracy and completeness of the information contained

7    therein prior to their public release.

8              Is that fair?

9         A    It says that, yeah.

10        Q    Okay.  Is it your understanding that they did

11   that in preparation of the IPO?

12        MS. DUNOGUE:  Objection.

13        THE WITNESS:  Well, there was a process of preparing

14   the registration statement, and they were provided

15   multiple copies along the way to review, and we reviewed

16   those with them in various different meetings.

17   BY MR. COTILLETTA:

18        Q    And that would include reviewing the MD&A section

19   as well, correct?

20        A    Yes, commenting, yeah, and highlighting different

21   areas of the MD&A, yeah.

22        Q    You can set that aside.  Thank you.

23             Who were the members of the audit committee prior

24   to the IPO -- well, let me withdraw.

25             Since the time you joined in October 2018 to the

1    date of the IPO in May of 2019, did the audit committee

2    members -- did they -- did that composition change at all?

3        A    I don't know in particular the timing of when it

4    changed -- or I know it changed.  I just don't know the

5    timing of when it changed.  But the -- my memory of the

6    audit committee members that -- when I joined is a

7    specific set of people, and currently is -- has changed

8    since then.

9        Q    Okay.  Who were the set of people that you recall

10   when you joined?

11       A    That would be John Thain, Wan Ling, Ursula Burns,

12   and Matt Choler.

13       Q    Were those four individuals on the audit

14   committee at the time of the IPO?

15       A    I believe -- that's why I can't recall when it

16   was changed.  I know Matt rolled off the audit committee,

17   and I think off the board sometime after the IPO, if I

18   were guessing, right?  But I don't know the particular

19   timing.

20       Q    Okay.  I want to go back now to -- because we

21   digressed a little bit on the audit committee.

22            My question's regarding you coming in and out of

23   meetings with respect to the full board meetings, okay?

24            So for full board meetings, my understanding is

25   you would go in for whatever time slot you went in for and

1    then you would leave; is that fair?

2        A    Yeah.  It's probably more periodic than that.  I

3    wouldn't -- yes.  Yes, on a periodic basis, and that's

4    what I don't recall:  Which meetings it was periodically.

5        Q    Okay.

6        A    I would have been -- if it was there, I would

7    have been on the agenda --

8        Q    Okay.

9        A    -- for that periodic.

10       Q    And to go back to my hypothetical, if there was

11   an issue with a board director at Uber in a full board

12   meeting where there was some sort of contentious

13   discussion that was had, if you weren't slated to be there

14   at that time, you wouldn't know what actually occurred in

15   that meeting; is that fair?

16       MS. DUNOGUE:  Objection.

17       THE WITNESS:  Not necessarily because, I mean, the

18   process I described, right, there was a linkage through

19   the audit committee, which they were board members as

20   well, right?  And so a combination of what I described

21   earlier would happen:  That I'd be aware of certain

22   matters that the rest of the board raised that they had

23   addressed in the audit committee if it was related to

24   financial statements and then I was aware that John Thain

25   did his independent update directly to the board from

1   result of the audit committee and they had a discussion at

2   that level and then I would become aware of board

3   questions through Ron Sugar's periodic attendance to the

4   audit committees.

5   BY MR. COTILLETTA:

6        Q    And that's fair.

7             I guess my point is that would be secondhand

8   knowledge, right?  If you were not in the meeting -- it's

9   just a fair kind of commonsense question I'm asking is if

10  you're not present at the meeting, you're not actually

11  there to witness and hear what's being said; is that fair?

12  If you're not present at the meeting, you can't say

13  exactly what happened?

14       MS. DUNOGUE:  Objection.

15       THE WITNESS:  Yeah.  Objectively if you're not in a

16  meeting, then you wouldn't have firsthand knowledge of

17  that.

18  BY MR. COTILLETTA:

19       Q    Okay.  Yeah.

20       A    But what I'm saying is there was a process for

21  any significant matters -- my understanding was that any

22  significant matters related to the financials or the

23  registration statement that had to do -- yeah.  Definitely

24  had to do with the financials, I would have become aware

25  of through that process that I described.

1      Q    Okay.

2      A    Yeah.

3      Q    I want to direct your attention now to like what

4   I'm calling financial periodicals, which what I mean by

5   that is were there financial documents circulating through

6   email or anywhere else to Uber employees on a periodic

7   basis?

8      MS. DUNOGUE:  Objection.

9      THE WITNESS:  I mean, that's so broad, right?

10  BY MR. COTILLETTA:

11     Q    I can narrow it -- yeah, but I can narrow it.

12     A    As part of the function of my -- there's so much

13  financial information to get the books prepared that is

14  being exchanged amongst team members, right, that I'm

15  like -- yeah...

16     Q    Let me give you some examples.

17          Have you ever heard of reports at Uber called

18  monthly business metric reports?

19     A    Maybe not by that term but I think you're

20  referring to like what strategic finance would put

21  together and was fed into the monthly business reviews.

22     Q    Okay.  You know, I don't want to mince words.  So

23  is there another term that you're more familiar with

24  that --

25     A    No, no, there isn't.  It's just, if it gets to

1   your question -- your question is was there -- say your

2   original question again.

3       Q    Yeah.  Were there reports called -- and I don't

4   want to, you know, mince words, but something along the

5   lines of monthly business metric reports?

6       A    I don't recall that term.

7       Q    Okay.  Do you recall there being any sort of top

8   line summary emails being circulated?

9       A    Yes.

10      Q    Okay.  And who do you recall circulating those

11  emails?

12      A    Strategic finance.  At the time, pre-IPOs, Dennis

13  Cinelli.

14      Q    Okay.  And --

15      THE STENOGRAPHIC REPORTER:  I'm sorry.  Dennis who?

16      THE WITNESS:  Dennis Cinelli.

17      THE STENOGRAPHIC REPORTER:  Thank you.

18  BY MR. COTILLETTA:

19      Q    And who would Dennis send those emails to?

20      A    I can't recall particularly, but a couple

21  individuals that I can recall would be Dara, the CEO;

22  Nelson, the CFO; other business leaders at the time that

23  headed up the different divisions of the company.

24      Q    Would that include Barney Harford pre-IPO?

25      A    I'd be guessing.

```
 1        Q     Okay.

 2        A     Yeah.  I don't recall.

 3        Q     How long would those top line summary emails be

 4    sent?

 5        A     Pre-IPO, I don't recall.  It got -- you know,

 6    generally we closed the books on a monthly basis, right,

 7    and people are interested in what the financial results

 8    are.

 9              So strategic finance would provide an update on

10    that either through an email to those individuals and/or

11    through the monthly business review.

12        Q     You mentioned earlier today that you had reviewed

13    a limited set of emails.

14              Did any of that include top line summary emails?

15        A     I don't recall.

16        Q     What kind of data, if any, would be provided in a

17    top line summary email?

18        A     Gross bookings, adjusted net revenue, adjusted

19    EBITDA.  Those are the ones I can recall.  Metrics --

20    other operating metrics, like trips -- trips and -- yeah.

21    Monthly active users.  Yeah.

22        Q     And would those also be provided on a regional

23    level by segment?

24        A     From what I recall, yes.

25        Q     That would also include category posit.
```

```
 1                Ion?

 2       A    As I mentioned before, periodically.  So my yes

 3   to the last question was at least periodically, right?  I

 4   just don't know the cadence at that point in time.

 5       Q    Okay.  So we mentioned top line summary.  So

 6   that's an example of what I'm calling financial

 7   periodicals.

 8            Were there any other kind of financial

 9   periodicals that you can think of that were circulated

10   pre-IPO that we have not discussed already?

11       MS. DUNOGUE:  Objection.

12       THE WITNESS:  I know with investors we gave some

13   insight to the financial results.  So the major investors

14   would be able to join call where we would review the

15   financial results.

16   BY MR. COTILLETTA:

17       Q    Are those Section 163 either meetings or reports?

18       A    Yeah.  I'm not up to speed on Section 163,

19   whether it was in that context.  But as an investor of the

20   company, they would be interested in the financial

21   results, and we provided them some insight to those.

22       MR. COTILLETTA:  Lets take a quick five-minute break

23   and then we're going to jump into the next part.

24       THE WITNESS:  Okay.

25       THE VIDEOGRAPHER:  The time is 10:45 a.m.  Going off
```

```
 1    the record.  One moment.

 2            (Recess taken.)

 3        THE VIDEOGRAPHER:  We are back on the record.  Time is

 4    10:58 a.m.

 5        MR. COTILLETTA:  Okay.  Mr. Ceremony, are you ready to

 6    proceed?

 7        THE WITNESS:  Yes.

 8        MR. COTILLETTA:  Okay.  Great.

 9    BY MR. COTILLETTA:

10        Q    So I'm going to go through some questioning now

11    and unless I say otherwise, the time frame for all of

12    these questions are at or around the time of the IPO,

13    okay?

14        A    Yes.

15        Q    Does Uber use non-GAAP metrics?

16        A    Yes.  We report on GAAP metrics, yes.

17        Q    So the jurors understand, can you tell them the

18    difference between GAAP metrics versus non-GAAP metrics?

19        A    Yeah.

20             GAAP is generally accepted accounting principals,

21    and they're accounting rules for how to keep your books

22    and records, and you're audited by an independent auditor

23    based on those rules, and that's part of my job:  To keep

24    the books and records under generally accepted accounting

25    principals.
```

1              But the SEC allows public disclosure of financial

2    information that is not in accordance with generally

3    accepted accounting principals if they meet certain

4    criteria, and that's referred to as non-GAAP.  Yeah.

5         Q     When you say certain criteria, can you explain

6    for us what you mean?

7         A     They have a set of rules around -- rules and

8    guidance around what types of non-GAAP information is

9    appropriate and what types of are not appropriate.

10        Q     Can you give me an example?

11        A     Yeah.  It's so specific, right, that an example

12   of a non-GAAP metric would be adjusted EBITDA for a

13   profitability measure for a company, and that is a

14   different measure than the equivalent GAAP metric, which

15   would either be loss from operations or net income.

16             And the SEC requires you to disclose the

17   reconciliation between GAAP and your non-GAAP so the

18   public can see what items you're adjusting in or out.

19        Q     When you say reconciliation, just so the jurors

20   understand, you're talking about a document that might be

21   in a SEC filing that shows the difference of what it looks

22   like under GAAP versus what it would look like under the

23   non-GAAP metrics --

24        A     Correct.

25        Q     -- so that the investing public can determine how

1   that change occurs?

2       A    Yes.

3       Q    Okay.

4       A    Or the difference between the two, yeah.

5       Q    Is it fair to say that Uber uses a lot of

6   non-GAAP metrics?

7       MS. DUNOGUE:  Objection.

8       THE WITNESS:  A lot?  Not more than usual -- more than

9   I'm accustomed to with other public companies.  No.  If

10  that's what you meant by a lot.

11  BY MR. COTILLETTA:

12      Q    Okay.  So like, for example, you worked at

13  Travelzoo, right?

14      A    Yes.

15      Q    Was Travelzoo traded on the markets?

16      A    Yes.

17      Q    And in terms of size and scale, was Travelzoo

18  smaller or larger?

19      A    Smaller.

20      Q    Okay.  And in terms of the number of GAAP metrics

21  that was used at Travelzoo versus what was used at Uber,

22  were they roughly the same or more or less?

23      A    Roughly the same.

24      Q    Okay.  Can you approximate for me how many

25  non-GAAP metrics Uber uses?

1        A     Three, four.

2        Q     What are those non-GAAP metrics?

3        A     At the time of the IPO, which you said that this

4    applies to, the adjusted net revenue --

5        Q     Okay.

6        A     -- which is reconciled to revenue, GAAP revenue,

7    and adjusted EBITDA, which is reconciled to GAAP net

8    income and then we have adjusted segment EBITDA on a

9    consolidated basis, which is considered a non-GAAP, and

10   that was the sum of the segment profitability measure.

11       Q     I just want to stop you there for a second.  I

12   know there's a fourth one.

13             But just so the jurors understand, when you say

14   segment on a consolidated basis, for example, ride-sharing

15   business is a segment of Uber, correct?

16       A     At the time, it was not.  It was -- the

17   reportable segments was Core Platform, which included

18   Rides and Eats in those units.

19       Q     Okay.  And when you say segment on a consolidated

20   basis, can you explain how -- like using that example,

21   how --

22       A     So if you have several segments that you're

23   reporting separately, then when you total them up

24   together, those summed up together, the SEC views that as

25   a non-GAAP metric when you sum those up, I believe.

```
 1      Q     So can you give me an example with respect to
 2   Uber?  Would that be, for example, Core Platform plus
 3   Other Bets?
 4      A     Plus Other Bets, yes.
 5      Q     Okay.  All right.
 6            So you mentioned adjusted segment EBITDA, you
 7   mentioned adjusted EBITDA and then adjusted net review and
 8   then you said there might be a fourth one; is that right?
 9      A     I can't think of it right now.
10      Q     Okay.  And what about other kinds of metrics, if
11   you will, like trips, gross bookings; are those considered
12   non-GAAP metrics?
13      A     They're considered operating metrics --
14      Q     Operating metrics.
15      A     -- under SEC rules.  Yeah.
16      Q     Okay.
17      A     I mean, there could be periodic non-GAAP metrics.
18   If there's a similar measure under GAAP, then you'd be
19   required to disclose the reconciliation between those.
20      Q     Can you give me a specific example within the
21   context of Uber?
22      A     Not at that time period.  Yeah.
23      Q     But at this time period, you can?
24      A     I think throughout the time period I've been at
25   Uber, there's been periodic non-GAAP disclosures of
```

1    amounts.  Yeah.  But very, very infrequent --

2        Q    Sure.

3        A    -- other than what I just described, right?

4        Q    Can you give me any example of that?

5        A    Like a number that is excluding a large amount if

6    you're -- if you got a cost of revenue number and you're

7    excluding an amount that was unusual, unusually large,

8    right?  So to give the reader some comparative

9    normalization of the compared to prior periods, right?  If

10   you did the math and said cost of revenue, excluding this

11   amount, was X, right, that would be considered a non-GAAP

12   number that would -- you would need to at least tell the

13   reader what the comparable GAAP measure is and the

14   reconciling item.  Sometimes you do that in words, in

15   verbiage, right?

16            But our core non-GAAP metrics that we reported on

17   was adjusted net revenue and adjusted EBITDA.

18       Q    And for operating metrics, can you list out what

19   is considered operating metrics at Uber?

20       A    Some of them would be gross bookings, trips,

21   monthly active users.

22            Those are the ones that come to mind.

23       Q    Take rate?

24       A    Take rate, yeah.

25            During that time period, I just don't know how

1    much we were disclosing on take rate in that period.

2        Q    What about contribution margin?

3        A    Yes, I recall that, but it depends --

4    contribution margin, it depends -- like part of segment

5    reporting is GAAP.  So a contribution margin on a Core

6    Platform would not be considered non-GAAP.  It's part of

7    the GAAP financial statements, meaning it's derived from

8    GAAP numbers.  So it's not considered non-GAAP.

9        Q    But even if you're pulling it out from a normal

10   financial statement level?

11       A    If I'm reporting on core -- let's say, at the

12   time, Core Platform contribution margin, that's not

13   considered non-GAAP because the generally accepted

14   accounting principals define that management can come up

15   with their measure for an individual segment.

16       Q    Okay.  So let's just run through some of these.

17            So you've listed about five different operating

18   metrics and three non-GAAP metrics.  So we'll just say

19   it's a total of eight different metrics we talked about.

20            Were those all mentioned in the registration

21   statement in some way or form?

22       MS. DUNOGUE:  Objection.

23       THE WITNESS:  From my memory, yes.  From my

24   (indecipherable utterance).

25       THE STENOGRAPHIC REPORTER:  I'm sorry.  From my what?

 1        THE WITNESS:  From my memory, as I recall, they were.

 2   BY MR. COTILLETTA:

 3        Q    And do you recall whether the SEC had any

 4   questions regarding Uber's -- questions or commentary

 5   regarding Uber's non-GAAP metrics?

 6        A    Yes.  The SEC had several comments on a

 7   registration statement, which is a normal process that you

 8   go through in the confidential filing.  They have

 9   questions on the core financials.  They have questions on

10   non-GAAP metrics, right?  And as I recall, they had

11   questions on the non-GAAP metrics, yeah.

12        Q    Did they have questions on the operating metrics?

13        MS. DUNOGUE:  Objection.

14        THE WITNESS:  I can't recall whether they had

15   questions on those specifically, but there was multiple

16   comments in a comment letter process that are all

17   public -- in the public domain.  They get released after

18   your filings.

19   BY MR. COTILLETTA:

20        Q    Do you have any specific recollection of what the

21   SEC had questions or comments about as it relates to

22   adjusted net revenue or adjusted EBITDA?

23        A    Adjusted net revenue.  As I recall, one of their

24   questions was around -- yeah.  We had divested certain

25   divisions of our business and we were adjusting the prior

```
 1   periods to remove the impact of those businesses, and I

 2   think they had questions surrounding that.

 3        Q    Is that related to Yandex?

 4        A    Yeah.

 5        Q    Okay.

 6        THE STENOGRAPHIC REPORTER:  I'm sorry.  Related to

 7   what?

 8        THE WITNESS:  Yandex.

 9        MR. COTILLETTA:  Yandex, Y-a-n-d-e-x.

10   BY MR. COTILLETTA:

11        Q    Okay.  We just talked about adjusted net revenue.

12   Now I want to talk about adjusted EBITDA.

13             Did the SEC have any comments or questions

14   related to Uber's adjusted EBITDA?

15        A    I actually don't recall.  It wouldn't surprise me

16   if they had questions, but I don't recall.

17        Q    Was there any discussions internally at Uber

18   about how Uber's non-GAAP metrics could be potentially

19   confusing or difficult to understand?

20        MS. DUNOGUE:  Objection.

21        THE WITNESS:  Can you repeat the question?

22   BY MR. COTILLETTA:

23        Q    Sure.

24             Are you aware of anyone in Uber discussing how

25   Uber's non-GAAP metrics could potentially be confusing or
```

1   difficult to understand?

2         MS. DUNOGUE:  Objection.

3         THE WITNESS:  I don't specifically recall that.

4             I recall discussions about the non-GAAP metrics

5   we'd be using publicly, and that we needed to make sure

6   that both operating metrics and the non-GAAP metrics in

7   addition to the core financials were complete and

8   accurate, and we had confidence in those numbers that we

9   could consistently provide accurate and complete

10  information on them.

11  BY MR. COTILLETTA:

12       Q    Other than the ability to accurately report on

13  that information, were there any discussions as it relates

14  to non-GAAP metrics or operating metrics?

15       MS. DUNOGUE:  Objection.

16       THE WITNESS:  I mean, as I recall, there was

17  probably -- there was discussions of what other companies

18  provide as non-GAAP measures to complement their GAAP

19  financials.

20  BY MR. COTILLETTA:

21       Q    Would that include Lyft?

22       A    It would likely have included Lyft because

23  they're one of our competitors.

24       Q    Were there any discussions about what exactly

25  Uber had to report as it relates to non-GAAP metrics or

1   operating metrics?

2        MS. DUNOGUE:  Objection.

3        THE WITNESS:  Well, I think through the preparation of

4   the registration statement there were a host of various

5   discussions related to making sure we had full disclosure,

6   full and complete disclosure, related to those non-GAAP

7   measures and operating metrics.

8             So there was a complete kind of transparency,

9   what they meant, down to definitions and the

10  reconciliations we talked about.

11  BY MR. COTILLETTA:

12       Q    Okay.  But mine's a little bit -- and I

13  appreciate that.  I'm a little more honed in on something

14  right now.

15            Was there any discussion of specific metrics and

16  whether those metrics needed to be included in the

17  reporting?

18       MS. DUNOGUE:  Objection.

19       THE WITNESS:  You know, I don't have a -- I don't have

20  a specific recollection of -- you're honing in on specific

21  metrics and whether or not to include that metric?

22  BY MR. COTILLETTA:

23       Q    Correct.

24       A    Not that I recall.  I recall discussions of what

25  the company's using because that's one of the factors the

1  SEC looks at is whether that's being used to manage the

2  business.  And you're -- you're sharing that with

3  investors to -- as a complement, supplement to your GAAP

4  financials.

5     Q    Can you explain that a little further.  I don't

6  know exactly what you mean by what you just said.

7     A    If management uses a non-GAAP metric to manage

8  their business, that's one factor you consider in

9  determining if you want to share that with the public and

10 your public investors, right?  Because it's a -- it gives

11 them insight of how you're managing the business.

12    Q    So if I'm understanding you correctly, management

13 is, like, reviewing or tracking or monitoring a certain

14 metric that's a factor into whether or not that should

15 ultimately be reported to the public?

16    MS. DUNOGUE:  Objection.

17    THE WITNESS:  That's one factor, but it's not a

18 determining factor.

19 BY MR. COTILLETTA:

20    Q    Okay.

21    A    Determinant factor.  It's one factor I look at

22 because I... just my -- yeah, it's one factor I look at.

23    Q    What are some of the other factors that you look

24 at?

25    A    The SEC has a bunch of guidance.  They have rules

1  on non-GAAP metrics that you can -- and examples of what

2  you can and can't do in those.  And then they have

3  interpretations of those rules that they issue publicly.

4  And companies review those to make sure that they're

5  following the rules.

6       Q    Aside from SEC rules, are there also rules or

7  regulations through the ASC, ASC codes?

8       A    On non-GAAP metrics?

9       Q    Correct.

10      A    No.  So the ASC is what generally accepted --

11  GAAP -- GAAP is, right?  Those are accounting rules.  And

12  to my knowledge, there's not accounting rules on non-GAAP

13  metrics.  Those -- non-GAAP, as defined by the SEC.

14      THE STENOGRAPHIC REPORTER:  And, I'm sorry, counsel,

15  you said ASC SE codes?

16      MR. COTILLETTA:  ASC codes.

17      THE WITNESS:  Yeah, accounting --

18      MR. COTILLETTA:  ASC codes.

19      THE WITNESS:  Accounting standards --

20      THE STENOGRAPHIC REPORTER:  Thank you.

21      MR. COTILLETTA:  Okay.

22      THE WITNESS:  -- codification.

23  BY MR. COTILLETTA:

24      Q    So I just want to do a recap.  Let me make sure I

25  understand, kind of, your thought process in this in terms

1   of whether to disclose a particular non-GAAP metric.  So

2   one factor I think we already discussed was whether

3   management actually looks at that non-GAAP measurement; is

4   that correct?

5        A    One factor, yes.

6        Q    Okay.  What's another factor?

7        MS. DUNOGUE:  Objection.

8        THE WITNESS:  There's a whole host of factors.  But,

9   you know, whether it could help a reviewer of the

10  financial statements, having that non-GAAP metric as a

11  supplement -- supplementary financial information as

12  they're reviewing the financials.

13  BY MR. COTILLETTA:

14       Q    Okay.  Any other factors you can think of?

15       A    Well, the rules we talked about, right?

16       Q    Yeah.

17       A    You can have a metric that is -- that is not in

18  compliance of the rules.  And no matter how much you use

19  it or want it -- or want to disclose it if they don't

20  comply with the rules, or in the judgment of the SEC, they

21  would prefer you not using that because they have pretty

22  broad latitude under the rules that they've written to use

23  their judgment on what non-GAAP metrics would be

24  appropriate.

25       Q    Okay.  You know, earlier, we talked about these

1    factors.  You had mentioned there's certain factors you

2    personally use, right?  I guess I'm trying to -- I'm

3    trying to understand what factors are ones that are

4    promulgated by the SEC, versus factors that you yourself

5    believe are relevant and important to the analysis?

6         A    I would say that they're -- they're not --

7    there's not really a difference between those two.

8         Q    Okay.

9         A    Right.  I was emphasizing the use, internal use

10   of it, is -- that's one factor discussed by the SEC in

11   their speeches and all that, but it's not a definitive

12   factor, like, just to decide.

13        Q    Okay.

14        A    It's a -- from my personal view, it's a -- it's a

15   nice-to-have, right?

16        Q    So I want to do something a little fun right

17   here.  We're going to do a little hypothetical, if you

18   don't mind.  And, obviously, this is in your personal

19   capacity.  I want to pose a hypothetical to you:

20             You have segment A and you have segment B.  Both

21   segment A and B are presented as a single line of business

22   at the financial statement level.  Segment A is the older,

23   more established and recognized business line, and has

24   historically been the key revenue generator for the

25   company.

1          Are you with me?

2      A    Mm-hmm.

3      Q    In a reporting period, segment A performs poorly

4  while segment B outperforms.  Assume segment B --

5  segment B's over performance is greater than the poor

6  performance of segment A.  And I want you to further

7  assume that when A and B are reported jointly, it shows a

8  net increase in performance.  Is it safe to say that if

9  that was the only information you were provided in a

10  vacuum, you would not be able to tell that segment A is

11  performing poorly?

12      MS. DUNOGUE:  Objection.

13      THE WITNESS:  Well, I mean, you're using terms that

14  are -- that are generally used, and then -- specifically,

15  in accounting -- there's specific definitions.

16          So when you say segment, under U.S. GAAP, that

17  has a specific definition, right?  There -- you can have

18  segments that are -- that qualify for being a segment

19  under U.S. GAAP.  And then, you can have reportable

20  segments that are -- there's a definition in GAAP of what

21  those two are, right?

22          So when you're using the term segment, I don't

23  know what you're using, like --

24  BY MR. COTILLETTA:

25      Q    Yeah, this is a straight -- yeah, this is meant

1    to be a very simple, straight hypothetical.  And I

2    understand and I appreciate that distinction.  I could

3    just throw it out there and say, Let's say segment A is --

4    it's a line of business.  The company has two lines of

5    business:  A and B.  And A is car sales, and B is airplane

6    sales.

7         A    Yeah.

8         Q    And those are segregated out in two segments of

9    the business, right?  And the company is known for selling

10   cars.  The company -- you know, that's its bread and

11   butter, and that's why people -- or that's what that --

12   the car business is what that company is known for.

13            It happens to sell airplanes too.  But the

14   airplane is a new business and it's starting to skyrocket

15   and outperform the cars.  But they're reported together as

16   sales and transportation.  Wouldn't you agree with me,

17   under that circumstance, you can't tell that the

18   longstanding business, the -- what the company is

19   originally known for, that line of business is not

20   performing as well, you can't tell because they're being

21   jointly reported?

22        MS. DUNOGUE:  Objection.

23        THE WITNESS:  So that's why I go back to the

24   definition.  If you're reporting them together, there's a

25   reason under U.S. GAAP that you're reporting them

 1    together.  So the premise of -- that one's performing less

 2    than the other, right, is, like, if there were -- if there

 3    were a reportable segment as one segment, then, really,

 4    the disaggregation of those segments, there's reasons.

 5    There's economic reasons.  Maybe there's a lot of

 6    interplay between those two businesses, right, that

 7    ultimately you view them as one economic business.

 8            So I get your basic plain English question,

 9    right?  But it's -- I can't divorce that from what the

10    segment rules are in disclosing those, right, with your

11    question, right?  So I would say if they're reported

12    together, right, then there's a lot of factors you go

13    through in U.S. GAAP to determine to report that together.

14            So, therefore, it kind of makes the question of

15    one component of that versus another moot.

16    BY MR. COTILLETTA:

17    Q    Okay.  I want to change the hypothetical a little

18    bit.  Let's assume A and B are reported together, okay?

19    A    Yeah.

20    Q    And within A, there is a breakdown.  There's

21    regions.  You know, there's ten of them.  And they have a

22    region that's the bread and butter, but that region is

23    doing poorly over time.  And so -- but that's not being

24    reported.

25            Fair to say even if you're looking at it from a

```
 1   consolidated basis, you won't know that the bread and

 2   butter of the business isn't doing well?

 3       MS. DUNOGUE:  Objection.

 4       THE WITNESS:  Yeah.  Again, you would -- if there was

 5   a material trend or business issue, then you would be

 6   disclosing that fact whether you're reporting it

 7   separately or together.

 8   BY MR. COTILLETTA:

 9       Q    You're saying within -- let's say if we were to

10   narrow it to region within a segment?

11       A    Yeah.  Let's go off your hypothetical, the car

12   business versus the -- what --

13       Q    The airplane sales --

14       A    The airline business.  If you lost all your

15   contracts in your car business during the quarter, that

16   might be something -- even though they're combined -- you

17   would talk about if you felt it was material --

18       Q    Okay.

19       A    -- to the business.  Yeah.

20       Q    So --

21       THE STENOGRAPHIC REPORTER:  Sorry, a material or

22   immaterial?

23       THE WITNESS:  If you felt it was material.

24       THE STENOGRAPHIC REPORTER:  Okay.  Thank you.

25
```

```
 1    BY MR. COTILLETTA:

 2        Q    And when you say material, are you talking from

 3    the accounting perspective?

 4        A    Yes.

 5        Q    What do you deem as material from an accounting

 6    perspective?

 7        A    There's a whole host of factors.  We definitely

 8    go off what the -- the SEC guidance, sub 99.  So you look

 9    at quantitative guidance or measures and you also look at

10    qualitative measures to come to a conclusion whether it's

11    material or not.

12            There's different ways of doing the quantitative

13    and qualitative.  So... it's not one answer for what's

14    material, but you go through that process to determine --

15        Q    Okay.

16        A    -- if something's material.

17        Q    And so is it fair to say if you go through that

18    process and you do determine region A -- region 1 in

19    segment A, there was a material loss there, then it's your

20    understanding at that point in time, it's -- the

21    appropriate thing to do is to disclose it?

22        MS. DUNOGUE:  Objection.

23        THE WITNESS:  No -- yeah, so again, it's segment

24    reporting.  So you would follow the segment reporting.

25    And what I -- my point was, like, if that segment that
```

```
 1    you're reporting or you're required to report and

 2    appropriately reporting as a combined segment, right?  If

 3    there's something material about it, then my answer is you

 4    would talk about it.

 5    BY MR. COTILLETTA:

 6        Q    Okay.

 7        A    Right.  You wouldn't necessarily be required or

 8    need to talk about it in the components you're -- you've

 9    split it in.

10        Q    Right.  And you keep mentioning requirement.

11    Those are requirements that are by either statute or by

12    rule, right, regulation?

13        MS. DUNOGUE:  Objection.

14        THE WITNESS:  GAAP --

15    BY MR. COTILLETTA:

16        Q    Yeah.

17        A    -- has specific rules on segment reporting, yeah.

18    BY MR. COTILLETTA:

19        Q    Okay.  But there is also -- you know, there might

20    be rules that require you to do something, but there's

21    also the company's -- the company can voluntarily disclose

22    that information too, correct?

23            There's nothing stopping the company from doing

24    that?

25        MS. DUNOGUE:  Objection.  You're asking him, again, a
```

```
 1  hypothetical --

 2       MR. COTILLETTA:  Yes.

 3       MS. DUNOGUE:  -- in his personal capacity?

 4       MR. COTILLETTA:  In his personal capacity, correct.

 5       THE WITNESS:  You can voluntarily disclose things.  I

 6  think you have -- there's a host of factors you think

 7  about when you're doing that, whether you're going to

 8  regularly set an expectation of voluntarily disclosing

 9  that, whether that's accurate and complete information and

10  you have enough controls around that information that you

11  would be disclosing, right?

12  BY MR. COTILLETTA:

13       Q    Is that like -- when you talk about that, is that

14  in the context of, like, a cost benefit analysis or some

15  other kind of economic analysis?

16       MS. DUNOGUE:  Objection.

17       THE WITNESS:  No.  No, it's... I guess what I'm saying

18  is your hypothetical question is, like, Can you

19  voluntarily disclose information?  And the answer is yes,

20  you can.  But I'm saying there's a bunch of factors that

21  you would consider of voluntary disclosure.  And some of

22  those would be whether I can accurately do that,

23  completely do that.  And then, if it's voluntary, whether

24  that would set an expectation from readers of the

25  financial statements, investors, that they're going to get
```

 1    that information on an ongoing basis.

 2    BY MR. COTILLETTA:

 3        Q    So you mentioned three factors.  Any other ones

 4    that you can think of?

 5        A    No.

 6        Q    And certainly the factor about whether or not you

 7    think you can accurately report it, if my hypothetical

 8    further assumed that, like, you know, the company was

 9    keeping track of whatever -- let's say, we'll call it a

10    material loss in region -- in region 1 of segment A,

11    right, then that would be a factor you would consider,

12    then, to report, right?  Because if it was -- you're

13    accurately tracking it, then there's not an issue of

14    accurately reporting it?

15        MS. DUNOGUE:  Objection.

16        THE WITNESS:  Well, no, that -- that's one.  That's

17    one of the factors.  So you would need to determine if,

18    like, your process and your systems and your people were

19    able to do it at the level that -- of comfort that you

20    would need to publicly disclose that.  I'm giving that as

21    an example of one of the factors you would avoid

22    disclosing something as -- if you don't have the comfort

23    level of the accuracy or the completeness of the numbers,

24    numbers or information, yeah.

25

```
 1   BY MR. COTILLETTA:

 2        Q    So prior to the IPO, was there a point in time

 3   where Uber stopped reporting Uber Eats and ride shares

 4   separately?

 5        MS. DUNOGUE:  Objection.

 6        THE WITNESS:  From my memory, prior to the IPO, we

 7   were reporting on Core Platform, and then, I think ATG and

 8   Other Bets, yeah.

 9   BY MR. COTILLETTA:

10        Q    Right.

11        A    Yeah.

12        Q    Was there a period of time where Uber Eats and

13   ride share -- internally, right, because it was a private

14   company at the time -- internally, were reporting either

15   to investors or to other folks the Uber Eats and the ride

16   share business separately?

17        MS. DUNOGUE:  Objection.

18        THE WITNESS:  Well, I mean, they're businesses within

19   the company.  So it depends on who you say reporting to --

20   to whom, right?  Like, again, we're talking about

21   segments.  So accounting's my area, right?

22   BY MR. COTILLETTA:

23        Q    Yeah.

24        A    Segments have specific rules to them, right?  To

25   qualify as a segment, it has to be reported regularly at a
```

1   certain level, right?  And I know the -- on the Rides in

2   Eats' level, we concluded that, at that level, the

3   business is -- is being reported for the chief operating

4   decision maker, Dara, right, at the Core Platform level.

5               (Whereupon Deposition Exhibit 4 was

6               marked for identification.)

7   BY MR. COTILLETTA:

8       Q    Okay.  I'm marking as Plaintiff's 4 --

9       A    All right.

10      Q    It's an email, dated March 22, 2019, from Josh

11  Waldron to Emmanuelle Rivet.  And the beginning Bates is

12  Uber_00720530.  It's a family.  And it ends at

13  Uber_00720535.

14             And, you know, just to speed things along,

15  Mr. Ceremony, I don't plan on really discussing much of

16  anything in the body of the email, but in the memo that's

17  attached.

18      A    Okay.

19      Q    And my first question to you as you're reviewing

20  this:  Have you seen this document before?

21      A    I would have reviewed a document like this, yeah,

22  at the time in March, yeah, because it was a --

23      Q    Yeah.  If you look at the ELMO real quick,

24  Mr. Ceremony.  If you look at the ELMO screen --

25      A    Yes.

1      Q      -- you'll see that you received this, correct?

2      A      Yeah.

3      Q      And it's from Josh and it was to PwC?

4      A      Yes.

5      Q      Okay.  And this is the updated segments

6   accounting memo?

7      A      Yeah.

8      Q      Okay.  And I want to draw your attention to the

9   actual memo itself.

10      A      Mm-hmm.

11      Q      I'm going to try to work with the Zoom here --

12      A      Yeah.

13      Q      -- and we're going to have to just go as we go

14   through the document, right?  So this is a memo -- was

15   this a memo that you drafted or someone else within Uber?

16      A      I think on the team, the -- my team would have

17   drafted it.

18      Q      Okay.

19      A      Yeah, between Chris and Josh's team.

20      Q      Okay.

21      A      Yeah.

22      Q      So this is the fiscal year '18 segment reporting

23   memo, right?

24      A      Yes.

25      Q      Was the purpose of this memo to, kind of, keep

1  track of the commentary process with the SEC as it relates

2  to segment reporting?

3       MS. DUNOGUE:  Objection.

4       THE WITNESS:  Well, the company -- the accounting

5  group regularly writes memos on technical issues or

6  reporting issues to document their -- what their

7  considerations were under the rules of that area.

8            And this, I would characterize this as that,

9  right?  There's a memo on segment reporting.  We're --

10 we're making certain conclusions and documenting what the

11 basis for those conclusions were.

12 BY MR. COTILLETTA:

13      Q     The document -- and, in fact, you actually have

14 at the top of the document, it says, Purpose and scope.

15 It's a memo to provide a company's update and assessment

16 of operating segments.  And it references what we talked

17 earlier, right, accounting standards codification, topic

18 280, so ASC280?

19      A     Yes.

20      Q     Is that the standard under the ASC that is

21 supposed to give guidance on segment reporting?

22      A     Yes.

23      Q     Okay.  And then there's an executive summary

24 here.  Do you see that?

25      A     Yes.

1    Q    And it reads, During the budgeting process, the

2    CODM -- that's Dara Khosrowshahi, right, chief decision

3    maker?

4    A    I'd have to read to make sure that's who we

5    concluded the CODM was -- the chief operating decision --

6    under the Rules, but yes.

7    Q    Under --

8    A    I'm reading down below, and yes.

9    Q    Okay.

10    A    It can be a group of people or a single person.

11    That's why I clarified, but it says that in the

12    background.

13    Q    Okay.  And he was provided access to budgets for

14    disaggregated components of each segment, such as ride

15    sharing, which included revenue and profitability

16    measures --

17    A    Yes.

18    Q    -- for both 2018 actuals to date and budget in

19    2019; is that correct?

20    A    Yes.

21    Q    Okay.

22    A    It looks to be.

23    Q    It mentions segment managers here.  I just

24    highlighted it on the screen, if you look.

25         Segment managers, who are those?

1        A       I mean, for example, those would be the leaders,

2   the business leaders of -- of those individual components

3   listed above, like ride sharing, Uber Eats, Freight, NeMo.

4        Q       Okay.  And there's an important section I want to

5   read to you here, and I want to understand why it's here.

6   So in this bottom section of this paragraph, you'll see it

7   says here, The CODM relied upon the segment manager for

8   resource allocations within the segment -- so that's

9   within Core Platform or Other Bets -- and did not use this

10  information for purposes of his decision making, how

11  performance is assessed, and how resources are allocated

12  within the business, correct?  That's what it says?

13       A       Yeah, that's what it says.

14       Q       Why is this sentence in here?

15       MS. DUNOGUE:  Objection.

16       THE WITNESS:  I mean, this one sentence is part of a

17  whole explanation of our position.  And this is the

18  executive summary of that position.  So I think we're

19  clarifying what the CODM relies upon.  So there's -- these

20  segment rules were written a long time ago, actually, and

21  before the proliferation of a lot of information and

22  organizations, right?

23              And so, there's a -- there's a question under

24  segment -- the segment assessment that you go through to

25  say, Okay, There can be tons of information and

1    organization, but you need to focus on -- is what is the

2    CODM actually relying upon, right, to make decisions?

3    BY MR. COTILLETTA:

4        Q    And so, is that a difference of what gets

5    reported in the MD&A versus what isn't -- doesn't get

6    reported?

7        MS. DUNOGUE:  Objection.

8        THE WITNESS:  No, it's part of this determination

9    under U.S. GAAP what a -- what segments you have and what

10   reportable segments you have.  So that's part of the

11   analysis that you go through.  That's why I would --

12   BY MR. COTILLETTA:

13       Q    Right.

14       A    -- say we include that, right, because it's part

15   of the analysis that GAAP would tell you to go through.

16       Q    Was this an argument that folks from Uber made to

17   the SEC when Uber was -- when SEC was asking questions

18   about regional profitability?

19       MS. DUNOGUE:  Objection.

20       THE WITNESS:  I don't recall that specifically.

21   BY MR. COTILLETTA:

22       Q    Okay.  Do you recall the SEC requesting more

23   information about regional profitability?

24       A    I recall them requesting information related

25   to -- yeah, related to what is reviewed by the CODM, yeah.

1      Q    Okay.  And why is that?

2      A    Because that's one of the factors you look at is

3   what's regularly reviewed by the CODM.  And then, that's

4   not the only factor.  It's what -- what the CODM is

5   actually using out of that information to make decisions,

6   like resource allocations.  Those --

7      Q    So, for example, like, on a regional basis for

8   ride shares, if Dara Khosrowshahi was reviewing regularly

9   information related to the profitability of any particular

10  region, then those regions would need to be disclosed to

11  the SEC?

12      MS. DUNOGUE:  Objection.

13      THE WITNESS:  Not necessarily.  I mean, it's a

14  holistic determination of:  What is he doing with that

15  information?  What's the nature of his decision making?

16  Is he relying on that in making decisions?

17          I would say this -- back to your question -- did

18  not use this information for purposes of decision making.

19  I would guess that's why that sentence is in there, is

20  basically you're summarizing that assessment that he's

21  relying on the segment managers to make decisions within

22  their own segment, right?

23          So that would include the regions within the

24  segment.

25

```
 1   BY MR. COTILLETTA:

 2       Q    Right.

 3       A    So if a segment manager saw that Asia needed

 4   resources, they could take from Europe and give to Asia.

 5   And that's their decision to do, right?

 6       Q    Right.  But how do we actually ultimately know?

 7   Because it's subjective, is it not?  You don't really know

 8   what Dara's ultimately relying on.  He receives a lot of

 9   information on a periodic basis, no?

10       A    I mean, there's a --

11       MS. DUNOGUE:  Objection.

12       THE WITNESS:  So that's why the analysis is holistic

13   and you look at all the information, including the regular

14   meetings, the periodic meetings.  And you have to

15   determine, like, ultimately what is the chief operating

16   decision maker doing?  And that's through the nature of

17   the meetings, the nature of the information that he has,

18   the discussions at those meetings.

19   BY MR. COTILLETTA:

20       Q    Right.

21       A    And so...

22       Q    And, of course, he could be the sole source of

23   information too.  Someone could just ask him:  Did you

24   rely on this, or did you not rely on this to make

25   decisions?
```

1        MS. DUNOGUE:  Objection.

2        THE WITNESS:  Well, I think the way we look at it is

3    the holistic -- so, like, I'll give you -- one example is

4    the monthly -- there's a lot of people involved in

5    meetings that those decisions are being made, right?  So

6    there's a lot of people to talk to that would know, and

7    I'm one of them which attended those meetings, right?  And

8    certain members of my team know as well.

9    BY MR. COTILLETTA:

10       Q    Sure.  But, like, if I really wanted to know

11   whether he actually -- because, again, I think you said

12   earlier you do agree it's subjective, but it's a factor.

13   If I really wanted to know what he was relying on, I would

14   need to ask him what he's relying on?

15       MS. DUNOGUE:  Objection.

16       THE WITNESS:  Yeah, not necessarily, because it --

17   because that's an iterative process that that decision

18   making is visible.  That's what I'm saying.  There's many

19   people.  He's making decisions of, like, Okay, well, we

20   need to lean in on Other Bets, so let's take some from

21   Core Platform.  How can we -- you know, We need to take X

22   amount of dollars and move it to Core Platform, or -- or

23   vice versa, right.

24   BY MR. COTILLETTA:

25       Q    Do you have any specific knowledge from

1    discussions with Dara about his viewpoint on, let's say,

2    U.S. and Canada ride-sharing performance level leading up

3    to the IPO?

4        A    Well, I'm sure he was aware of many components of

5    the business, right?

6        Q    You said you're sure.  I'm asking did you have a

7    specific -- do you specifically recall having a

8    conversation with him about that?

9        A    He spoke regularly at company meetings about how

10   the business was doing, right?  Not a lot of specific

11   financial information in those, right, but obviously

12   demonstrated a general knowledge of all the business.

13       Q    Okay.  And did he ever hone -- do you have a

14   specific recollection of him honing down on any specific

15   regions within any particular segment?

16       A    Not a specific -- I would say, in general, he

17   asked a lot of questions about the business and then the

18   individual components of the business.

19            But for -- to bring it back to this, your

20   assessment is like what's he mainly focused on, right?

21   And that's what you have to assess under the segment

22   rules, right?

23       Q    Sure.

24       A    What's he mainly focused on for resource

25   allocation?  And there's a -- because of this

1   proliferation of information available, it doesn't only

2   solely -- it's not determined by the information he gets

3   or the questions he asks only, right?

4           So because there's a, you know --

5       Q    Sure --

6       A    With dashboards and all that, there could be a

7   lot of information that's available to all levels of

8   management.

9       Q    Right.  But everything you've kind of listed,

10  like the meetings, discussions, notes, those are all

11  circumstantial.

12          In other words, if the SEC wanted to -- although

13  they didn't here, if they wanted to, they could have went

14  directly to Dara and asked him what is it that you're

15  actually relying on to make these decisions; is that fair?

16      MS. DUNOGUE:  Objection.

17      THE WITNESS:  It's kind of a hypothetical.

18  BY MR. COTILLETTA:

19      Q    Sure.

20      A    They could ask anyone questions, yeah.

21      Q    But if he were to answer those questions

22  directly, he would be the best source of information to be

23  able to explain what he's thinking in terms of the

24  decision making that he has on a day-to-day at Uber?

25      MS. DUNOGUE:  Objection.

1        THE WITNESS:  Well, from my experience, the SEC -- if

2    you're saying the SEC would get the best information from

3    talking to the CEO, the SEC is relying on the company to

4    represent what the company's knowledge is of what their

5    basis is for segment reporting, right?

6             And so I have not seen or -- at least in my

7    experience in public accounting for 13 years and in public

8    companies since then, have seen the SEC interview like

9    CEOs on this topic, right?  They rely on the obligation of

10   the company to support their position and the facts and

11   circumstances.

12            Now, they'll test those.  They'll get information

13   like they did with us through their comment letter

14   process.

15   BY MR. COTILLETTA:

16       Q    I want to draw your attention to the next line.

17            It says here, The CODM's review and approval of

18   the budget resource allocation was focused on the

19   consolidated results at the Core Platform and Other Bets

20   segment levels?

21            Do you see that?  I have it right here too.

22   It's --

23       A    Mm-hmm.

24       Q    Okay.  Is that always true?

25       MS. DUNOGUE:  Objection.

1      THE WITNESS:  Yeah, always.  I think the fact that we

2   wrote that, we determined that that was generally the

3   case.

4   BY MR. COTILLETTA:

5      Q    Okay.  You're not aware of a particular instance

6   in where, let's say, Mr. Khosrowshahi approved or

7   unilaterally decided on a resource allocation based on

8   regional profitability or results?

9      A    Not specifically.  And, again, it has to be in

10  the context of what this exercise is about, right?

11  There's a bunch of conversations and a bunch of

12  information that happened.  You're under these rules.

13  That's the challenge of segment reporting is summarizing

14  all that into, well, what overall is the objective here in

15  the chief accounting, chief operating decision-maker, like

16  what's he overall doing, right?

17           And in this case, it was between Core and Other

18  Bets.

19      Q    And when you talk about segment reporting, would

20  that include operating metrics such as category position?

21      MS. DUNOGUE:  Objection.

22      THE WITNESS:  No, not in this context.

23           Segment reporting is a specific U.S. GAAP term

24  for what constitutes a segment and what constitutes a

25  reportable segment that you need to include in the

```
 1    footnotes to the financial statements.

 2    BY MR. COTILLETTA:

 3        Q     Okay.

 4        A     Yeah.

 5        Q     If Mr. Khosrowshahi is a chief decision-maker, is

 6    making decisions, let's say resource allocations, et

 7    cetera, on regional data related to, say -- let's say

 8    category position or incentive spending, does that

 9    information need to be disclosed in public filings?

10        MS. DUNOGUE:  Objection.

11        THE WITNESS:  Say your question again.

12    BY MR. COTILLETTA:

13        Q     Sure.

14             So if Mr. Khosrowshahi is the chief

15    decision-maker and is making decisions on, let's say,

16    resource allocations and budgeting, et cetera, based on

17    regional data related to category position or incentive

18    spending, does that information need to be disclosed to

19    the public?

20        MS. DUNOGUE:  Objection.

21        THE WITNESS:  Yeah.  I could comment on like the

22    various factors that he would need to consider on

23    allocating resources.  They're too long to list, right.

24    They're internal operational considerations, funding

25    considerations overall, market opportunities, future
```

1  potential of businesses, right?  Those all would be

2  factors that he would need to incorporate in any decision

3  he would make on resource allocation.

4  BY MR. COTILLETTA:

5      Q    Okay.  I want to -- need to go through this

6  document a little bit more, and...

7      A    Okay.

8      Q    So I have here in the middle of this sentence at

9  the bottom, if you look at the ELMO.  It says here, Dara

10 is the only person responsible for management of the

11 consolidated business operations, including Core Platform,

12 Other Bets in corporate activities, and remains our CODM.

13          Is that statement true as it relates to the time

14 period before the IPO and, let's say, running through the

15 IPO until July or August of 2019?

16     A    I believe so, yeah.

17     Q    It says here -- I'm on the next page, so if you

18 look, it's 533 at the bottom right.

19     A    Mm-hmm.

20     Q    Okay.  And up here, you'll see where I'm drawing

21 my highlighter.

22          The CODM meets monthly with the senior director

23 of strategic finance.

24          Is that Dennis Cinelli, at the time?

25     A    I believe so, yeah.

1       Q     The CODM direct reports.

2             Do you know who that is?

3       A     I would be -- I don't -- yeah.  I don't have that

4   committed to memory of the direct reports of Dara at the

5   time, right, but it would be business leaders, right?

6   Rides, Eats, right?  Barney.  Oh.  That's when Barney was

7   there.  Yeah.  So Rides and Eats, they might have been

8   rolling up to Barney --

9       Q     Okay.

10      A     -- as the operating officer.  Yeah.

11            So Barney was directed-reported this.  Nelson

12  direct-reported this.

13      Q     And it says here, and others, pertinent to the

14  information being reviewed to discuss the current month

15  results that are reviewed at the consolidated segment

16  level versus consolidated budget, which was approved in

17  January 2019 by the CODM and the BOD, which is the board

18  of directors, correct?

19      A     Yeah.

20      Q     And it says, This breakout is consistent with the

21  level of information provided to the board and has been

22  consistently what is presented since change in segments

23  that occurred in Q4.

24            Is that Q4, 2018?

25      A     I would assume so, at the time.  This was written

 1  in March of '19?  Yeah.

 2      Q     And it says here, There is no breakout of any

 3  profitability measures below the Core Platform and Other

 4  Bets, correct?

 5      A     That's what it says, yeah.

 6      Q     Was that statement made to the SEC?

 7      MS. DUNOGUE:  Objection.

 8      THE WITNESS:  I don't recall.

 9            I know that SEC saw certain reports that -- they

10  requested certain information related to the reports to

11  the CODM.

12  BY MR. COTILLETTA:

13      Q     Right.  It was something like -- I think it was

14  called like a matrix, right?  It was like an Excel sheet

15  that someone from Uber sent to the SEC.

16      A     I don't have that specific information but I

17  recall them having a list of understanding questions that

18  they wanted to get -- it was obvious they wanted to get a

19  feel for the reporting to the chief operating

20  decision-maker, yeah, the CODM.

21            And so we provided that information through the

22  comment letter process.

23      THE STENOGRAPHIC REPORTER:  Sorry.  Provided that

24  information to what?

25      THE WITNESS:  Through the SEC comment letter process.

1       THE STENOGRAPHIC REPORTER:   Thank you.

2   BY MR. COTILLETTA:

3       Q    I wanted to show you this sentence, and maybe you

4   can help me understand what this is all about.  It says

5   here -- you can look at the ELMO screen -- However, a

6   company must assess how that financial information is

7   being used by the CODM in making key operating decisions,

8   and the SEC staff has stated that inclusion of information

9   in the reporting package should not be the only factor

10  considered in the analysis.

11          What are they talking about here?

12      A    Let me read it again.

13      MS. DUNOGUE:  And feel free to read the rest of...

14      THE WITNESS:  Yeah.

15      MS. DUNOGUE:  Help to answer the question...

16      THE WITNESS:  Yeah.  It's just -- I think that

17  sentence is clarifying that one of the -- one of the parts

18  of the assessment of the segment analysis is what is

19  reviewed on a regular basis by the CODM, and that the SEC

20  has placed emphasis on the reporting package to the CODM.

21          But the However sentence that you highlighted is

22  basically saying that's not the only factor and the fact

23  that it's -- that certain information is included in the

24  reporting package is not the only factor considered in the

25  analysis.

1          So it's a holistic kind of review.  So if you --

2    yeah.  For example, if you had Core and Other Bets

3    disclosed on a regular basis and then periodically you had

4    a lower-level breakdown, you'd have to consider that, but

5    that's not definitive in your segment analysis in

6    determining what is in the segment.  Yeah.

7    BY MR. COTILLETTA:

8       Q    I want to draw your attention to the next page.

9    You'll see it's call notes.  It says, Call with the SEC.

10          Do you see that there?

11      A    Yes.

12      Q    It's also up on the ELMO, right?  It's

13   March 21st, 2019.

14          And you were present there, correct?

15      A    Yes.

16      Q    And it says here, Glen gave a background to the

17   SEC consistent with the above background section.

18          That's the background section of this memo,

19   correct?

20      A    Sounds... Yeah.  Sounds correct.

21      Q    And one of the questions they had here is how

22   does -- how Uber goes about branding, and at what level

23   Dara is involved in that process.

24          Do you see that there?

25      A    Okay.  Yes.

```
 1       Q     Were you involved in that specific discussion
 2    with the SEC?
 3       A     As I recall, late March, I was included in a call
 4    with the SEC that related to their comments.
 5       Q     Right.  But in other words, did you respond to
 6    the question about what I have highlighted here?
 7       A     I don't have a specific recollection of it, but
 8    that's -- that's what's being summarized here.  So...
 9       Q     Okay.  So you don't remember what the answer was
10    to that question?
11       A     Not specifically, no.
12       Q     I want to draw your attention to the last page.
13             Okay.  And somewhere in the middle here, you can
14    see -- I'm going to highlight it for you so you can
15    pinpoint it -- Dara is the only individual that approves
16    things at a total company level and is making decisions
17    for the company as a whole.  Barney makes decisions at the
18    Core level, including all decisions between Eats and
19    Rides.  And Nelson is responsible for the managing the
20    budget and questions concerning spend or costs.
21             Did I read that correctly?
22       A     Yes.
23       Q     Okay.  Is there anything about this statement
24    that is untrue?
25       MS. DUNOGUE:  Objection.
```

```
 1        THE WITNESS:  Let me read it again.

 2             No, not that I'm aware of.

 3   BY MR. COTILLETTA:

 4     Q    Okay.  And then one last sentence and we'll move

 5   on, Mr. Ceremony.

 6             Same paragraph.  I'm highlighting here.

 7             The company focuses mainly on revenue and

 8   category position, and many decisions are made around CP

 9   down to the city level.

10             Am I reading that correctly?

11     A    Yes.

12     Q    Okay.  Is category position considered a key

13   indicator for success for Uber?

14        MS. DUNOGUE:  Objection.

15        THE WITNESS:  It's one measure of success.

16   BY MR. COTILLETTA:

17     Q    Okay.  But it's one that's considered important

18   to Uber?

19        MS. DUNOGUE:  Objection.

20             You're asking him in his personal capacity?

21        MR. COTILLETTA:  Yes.

22        THE WITNESS:  What?

23        MS. DUNOGUE:  He's asking you in your personal

24   capacity; what your personal view is.

25        THE WITNESS:  Yeah.  So, I mean, my personal view,
```

```
 1    it's one of many factors.

 2            You're saying --

 3    BY MR. COTILLETTA:

 4        Q    Is it important?

 5        A    -- indicator of success?

 6        Q    Is it an important one?

 7            Well, I change my question.

 8        A    Well, it depends.  You could have a really high

 9    category position; you could be losing billions of

10    dollars.

11        Q    Right.  And that would be problematic?

12        MS. DUNOGUE:  Objection.

13        THE WITNESS:  In the long term, if you weren't going

14    to ever make money, one might view it that way.

15    Personally, I would.

16    BY MR. COTILLETTA:

17        Q    Okay.  You can set that aside.  Thank you very

18    much, Mr. Ceremony.

19        A    You're welcome.

20        Q    Okay.  I want to hand you what I'm marking as

21    Plaintiff's 5.

22            (Whereupon Deposition Exhibit 5 was

23            marked for identification.)

24    BY MR. COTILLETTA:

25        Q    Here's a copy for you and your counsel.  All
```

 1   right.  Okay.

 2        MR. COTILLETTA:  And for the record, it's an email

 3   from Chris Cincotta to Glen Ceremony dated April 25th,

 4   2019, and at the beginning Bates Uber_00719950 and ending

 5   Bates 00719956.

 6   BY MR. COTILLETTA:

 7        Q    Mr. Ceremony, is this email one of the emails you

 8   reviewed prior to coming here today?

 9        MS. DUNOGUE:  Objection.

10        THE WITNESS:  Can I review it a little?

11   BY MR. COTILLETTA:

12        Q    Sure.

13        A    It might have been.  I'm not sure.

14        Q    Okay.

15        A    Yeah.

16        Q    Let me draw your attention to -- because, you

17   know, these emails, they go back.

18        A    Yeah, yeah.

19        Q    So we have to go all the way to --

20        A    To the first email.

21        Q    All the way to the back of the document on

22   page 5- -- 953.

23             Do you see that?

24        A    953.  Document number.

25             Yes.



1     Q     Okay.  And you see here on April 24th, Chris

2   Cincotta sends a Google Doc with the title of Contribution

3   Margin to Include in Flash.

4           Do you see that?  It's right here too, sir, on

5   the ELMO.

6     A     Yeah.  Okay.  Yes.

7     Q     Okay.  And then below he writes a note.

23          Do you see that there?

24     THE WITNESS:  Mm-hmm.

25     MS. DUNOGUE:  Objection.

1    BY MR. COTILLETTA:





```
 6        THE STENOGRAPHIC REPORTER:  Sorry.  I have to write

 7   what you're saying...

 8        THE WITNESS:  Oh, sorry.  I'll read to myself.

 9        THE STENOGRAPHIC REPORTER:  Thank you.

10        THE WITNESS:  Okay.  I've read it.

11   BY MR. COTILLETTA:
```



 4   BY MR. COTILLETTA:

 5       Q    Are you familiar at the time there was ongoing

 6   issues with the TFL in London?

 7       A    Yeah, I probably was aware of that, but I would

 8   say, in general, I was aware of that.  We had a different

 9   business model that different jurisdictions were not yet

10   accustomed to.

11       Q    Okay.  And if you go to the next page at the very

12   bottom and then you have to go back to the page; you'll

13   see what I'm doing here on the ELMO.

14            We've got the email from Emily Reuter down here,

15   right?  And the way it is, it goes to this page.

16       A    Okay.  Yeah.

17       Q    Right.





25        Do you see that?

1        A     Mm-hmm.





16   BY MR. COTILLETTA:

17   Q   Yeah.

18   A   At the bottom there, that section --

19   Q   Mm-hmm.

20   A   -- where you highlighted the sentence, However, a

21   company must assess how that financial information is

22   being used by the CODM in making key operating decisions.

23       So the sentence before it says, The SEC staff has

24   placed emphasis on the financial information included in

25   the reporting package provided to the CODM.  It must be

1    used by the CODM to assess performance, allocate

2    resources.

3          And then it goes on to say, However, the company

4    must assess how that financial information is being used

5    by the CODM in making key operating --

6    Q    Yeah.  I understand the distinction.

7    A    Yeah.  So --

8    Q    I understand what your point is.  But my point







```
 5        MS. DUNOGUE:  Objection.  You're asking him a

 6    hypothetical?

 7        THE WITNESS:  Yeah.

 8        MR. COTILLETTA:  Yeah.

 9    BY MR. COTILLETTA:

10        Q    Assuming what he's saying is true.  Like,

11    Mr. Cincotta's email is being taken for its literal truth.

12        MS. DUNOGUE:  Objection.

13        THE WITNESS:  Yeah, I don't know how to -- I guess I

14    can only read the sentence, right?  And --

15    BY MR. COTILLETTA:

16        Q    Yeah.

17        A    And then, that's in conflict with my memory of

18    the discussion with the SEC and our basis for conclusion

19    of segment reporting.  That's -- he might be just missing

20    a phrase like regularly receives.

21    BY MR. COTILLETTA:

22        Q    Okay.

23        A    Because that's a consideration under the U.S.

24    GAAP segment rules is:  What do you regularly receive to

25    make decisions on resource allocation and performance?
```

1      Q     Okay.  Let's continue to work our way to the next

2    page.  It's on -- do you see Bates 551?  And I'm going to

3    put it up here too so you can see it.

4      A     Okay.

5      Q     So you have -- just so you understand what this

6    document's showing, it's -- you have an email here from

7    Keir Gumbs.  This is the individual you mentioned earlier,

8    correct?

9      A     Yes.

10     Q     He made a statement.  The lawyers have redacted

11   this so I can't see what it said.  But the next email is

12   from Chris Cincotta above that.  Do you see that?

13     A     Yes.

23   Do you see that?

24     A     Yes.



```
 4        A    Yes.
```

```
 7        A    Yes, that's what it says.
```

```
10        MS. DUNOGUE:  Objection.
```

```
12   BY MR. COTILLETTA:
```

```
14        A    That's what it refers to in the paragraph above.
15        Q    Okay.
16        A    Yeah.
```

```
20        MS. DUNOGUE:  Objection.
```



```
 4       A    Mm-hmm.




13            Do you see that?

14       A    Yes.




19       A    Yes.

20       Q    Okay.  Do you know one way or another -- do you

21   recall what the final language was that made the S-1 --

22       A    I don't.

23       Q    -- as it relates to this paragraph?

24       A    I'd have to look back at the...

25       Q    Okay.  You respond on April 24th.  You say,
```

```
 3       A    Yes, looks so.
```

```
 6       A    Yes.
 7       Q    -- right?
```

```
12       A    Mm-hmm.
```

```
17       A    I don't recall.
```

```
20       A    I don't recall.  Yeah, I don't recall that part
21    of it.  I mean, this is...
22       Q    This is --
23       A    Yeah.
24       Q    -- approximately the day before or the day of
25    that the S-1 amended was filed?
```

```
 1       A     Yeah, so I don't -- I don't recall that.

 2       Q     Okay.  You can set that aside.  Thank you.

 3             And I want to quickly show you this.  This will

 4  be marked Plaintiff's --

 5       THE STENOGRAPHIC REPORTER:   6.

 6       MR. COTILLETTA:   6.

 7             (Whereupon Deposition Exhibit 6 was

 8             marked for identification.)

 9       THE WITNESS:  Thank you.

10  BY MR. COTILLETTA:

11       Q     My question to you is -- as you're reviewing this

12  document -- from time to time, did you speak with PwC for

13  guidance about whether certain metrics could be disclosed?

14       MS. DUNOGUE:  Objection.

15       THE WITNESS:  PwC was, obviously, our independent

16  auditors who did an opinion on the financial statements

17  taken as a whole.  And they -- they have an obligation to

18  review registration statement for all the other areas,

19  whether they're opining on them or not.  And they would

20  regularly advise -- give advice to us and -- as part of

21  that process, right?

22  BY MR. COTILLETTA:

23       Q     Okay.  I want to draw your attention to Bates 60

24  of the document.  Okay.  And here, on Wednesday

25  April 29th -- 24th, 2019, Chris Cincotta sends an email to
```

1    Emmanuelle and Dirk.  Those are individuals at PwC,

2    correct?

3        A    Yes.

4        Q    Okay.  And he says, Talked with Nelson.  Here is

5    the final wording.

6             Do you see that?

7        A    Yes.

8        Q    And it's the same -- it's generally the same

9    paragraph we just saw in the previous exhibit, correct?

10   There are some changes, but it's generally the same?

11       MS. DUNOGUE:  Objection; if you want him to compare,

12   he can look back.

13       THE WITNESS:  Yeah, I don't --

14   BY MR. COTILLETTA:

15       Q    Well, let me narrow it for you.  How about his?

16       A    Yeah, there's some blanks on this one, and

17   there's --

18       Q    Yeah.

19       A    -- not blanks on that one.

20       Q    That --

21       A    But besides, yeah, doing a compare, it looks --

```
      ████████████████████████████████

      ████████████

 3    A    Correct.  That's what it says, yeah.

      ██████████████████████████████████

      ████████████████████████████████

 7    A    It doesn't look like it.

      ████████████████████████████████

      ████████████████████████████████

      ██████████████████████████████

11          Do you see that there?

12          MS. DUNOGUE:  Objection; I think you misread that.

13    BY MR. COTILLETTA:

      ████████████████████████████████

      ████████████████████████████████

      █████████████████

17    A    Okay.  I see that.

18    Q    Right?

19    A    I see that.

20    Q    What does he mean by that?

21          MS. DUNOGUE:  Objection.

22    BY MR. COTILLETTA:

23    Q    In the conversations you've had with PwC?

24    A    What does Emmanuelle --

25    Q    Yeah.
```

```
 1     A    -- mean?

███████████████████████████████████████

 3     A    I'd be guessing.

███████████████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████

█████████████████████████████████████████████

████████████████████████████████████████████████████████

████████

16     Q    No, don't guess.

17     A    Yeah.

18     Q    You know, the way this email is produced, you're

19  clearly on it at the top.  It's unclear --

20     A    Yeah.

21     Q     -- if you're on it below.  And so, if you don't

22  recall this email or this discussion, that's one thing.  I

23  don't -- we don't want you to speculate or guess.  If you

24  don't recall, you don't recall.

█████████████████████████████████████████████
```



14      Q    Okay.  I want to show you another document.

15  We'll mark it as Plaintiff's 7.

16           (Whereupon Deposition Exhibit 7 was

17           marked for identification.)

18  BY MR. COTILLETTA:

19      Q    It's an email chain beginning Bates Uber

20  00050274.  I'll draw your attention -- Mr. Ceremony, I

21  don't plan to spend too much time on this document.  It's

22  kind of relatively straightforward.  I'm going to show you

23  some numbers.  It's a brief discussion above.  Let me know

24  when you're ready.

25      A    Okay.

1    Q    Okay.  It says here, January 7, 2019.  It's from

2  Dennis Cinelli, and it's an email to Dara and Nelson.  You

3  don't see the title here, but above, it's the May 29th top

4  line results, right?

5    A    Correct.

6    MS. DUNOGUE:  Objection.

7  BY MR. COTILLETTA:

8    Q    And then, if you --

9    A    That's the subject line.

10   Q    Yup.

11        And if you go down, he says, these are the gross

12  bookings and then adjusted results from May 2019, right,

13  for gross bookings versus plan?  When -- so I've seen in

14  the documents, versus plan versus forecast.  What's the

15  difference between the plan and the forecast?

16   A    Plan generally refers to the budget for the year

17  that's set for the year.  Periodically, that would be

18  updated midyear.  The forecast is something that

19  continuously gets updated each month.

20   Q    Each month?

21   A    Yeah.  We do a -- we close the books and get

22  actual results each month.  And then, those are -- that

23  informs the forecast process.

24   Q    Okay.  And here, for gross bookings, it says,

25  versus plan, we missed our plan by 225 million; is that

```
 1    correct?

 2        A    That's what it says, yeah... X -- FX.

 3        Q    What's FX?

 4        A    Foreign currency.

 5        Q    Sorry, say that again.

 6        A    Foreign currency.

 10       A    That's what it says, yeah.

 14       MS. DUNOGUE:  Objection.

 15       THE WITNESS:  That's what it says, and it's under the

 16   gross bookings.

 17   BY MR. COTILLETTA:

 18       Q    Correct.

 19       A    Yeah.

 23       A    Mm-hmm.

 25       A    That's what it says, yeah.
```



```
5     A    Yeah, mm-hmm.

6     Q    And what region is NA?  Do you see down here, it

7  says, NA?

8     A    I mean, I'd be guessing.  But it's normally

9  referred to as North America.  Yeah.

10    Q    Okay.  And if you don't know, you don't know, and

11  that's fine.

12    A    Yeah, I don't know.

13    Q    All right.  And I want to go back to the, now,

14  top line of the email.

15    A    Okay.
```

1      A    Mm-hmm.

13     MS. DUNOGUE:  Objection.

14     THE WITNESS:  Yeah, I don't recall.  I would say based

15  on the conclusion we got to, if he was receiving it, it

16  was only on a periodic basis.

17  BY MR. COTILLETTA:

24     A    That's what it says, yeah.



4        MS. DUNOGUE:  Objection.

20   BY MR. COTILLETTA:

21       Q    I want to -- I want to -- and I appreciate that,

22   thank you.

23            I want to show you what's been marked as

24   Plaintiff's Exhibit 8.

25

1          (Whereupon Deposition Exhibit 8 was

2          marked for identification.)

3   BY MR. COTILLETTA:

4      Q     And for identification purposes, this is an SEC

5   investor bulletin titled, Investing in an IPO.

6          Have you ever seen this investor bulletin from

7   the SEC?

8      A     I don't recall this.

9      Q     Okay.  At a certain point in time during the

10   commentary process between Uber and the SEC, did the

11   Uber -- did the SEC eventually stop sending letters or

12   comments to Uber regarding the S-1?

13      MS. DUNOGUE:  Objection.

14      THE WITNESS:  Say -- repeat the question.

15   BY MR. COTILLETTA:

16      Q     Sure.

17          Did the SEC stop sending commentary letters to

18   the -- to Uber regarding the S-1?

19      A     Yeah, they eventually got to the end of the

20   process to where their -- all comments that they had were

21   resolved.

22      Q     Resolved.  Okay.  And then, at a certain point in

23   time, they deemed the S-1 effective, correct?

24      A     Correct.

25      Q     Okay.  I want to draw your attention to something

1    and see if you're familiar with this.

2            So this SEC commentary or this -- withdraw.

3            The SEC investor bulletin says here specifically

4    on the first page, Once any staff comments have been

5    addressed, the staff will issue an order declaring the

6    registration statement effective, which means the company

7    may proceed to consummate its IPO.

8            This is not a memory test, but do you recall

9    exactly when the SEC rendered the S-1 effective?

10   A    I don't have a specific --

11   Q    Okay.

12   A    -- recollection of that?

13   Q    But it would --

14   A    And I --

15   Q    -- have been sometime in May?

16   A    It's probably something that legal would have

17   been handling at the company --

18   Q    Okay.

19   A    -- to determine that they were okay with

20   proceeding.

21   Q    Okay.  And it says here, Although the staff will

22   not declare registration statement effective if the SEC

23   has reason to believe the disclosure is incomplete or

24   inaccurate in any material respect, the SEC's declaration

25   of effectiveness does not represent an approval of the

```
 1    merits of the IPO or an indication that the information

 2    disclosed is complete or accurate.

 3            Do you see that?

 4    A    Yeah, I see that.

 5    Q    Was there a point in time between May 25th of

 6    2019 and May 9th of 2019 where there was any discussions

 7    within -- that you're aware of about whether any

 8    additional changes needed to be made to the S-1?

 9    MS. DUNOGUE:  Objection.

10    THE WITNESS:  Between May 9th and May 25th?

11    BY MR. COTILLETTA:

12    Q    Between April 25th --

13    A    Oh, April 25th.

14    Q    -- of 2019 and May 9th of 2019.  Okay.  Are you

15    with me?

16    A    Yeah, I --

17    Q    It's a two-week time span --

18    A    I don't recall specifically that time period and

19    whether -- whether, yeah, adjustments were discussed.

20    Q    Okay.

21    A    Yeah.

22    MS. DUNOGUE:  And all of this we've been asking him,

23    Joe, in his personal capacity?

24    MR. COTILLETTA:  Right.

25
```

```
 1   BY MR. COTILLETTA:

 2       Q    We're at 12:30, so do you want to -- we can go

 3   take a half-an-hour break, and then come back.

 4       A    All right.

 5       THE VIDEOGRAPHER:  The time is 12:29 p.m.  Going off

 6   the record.  One moment.

 7            (Recess taken.)

 8       THE VIDEOGRAPHER:  We are back on the record.  The

 9   time is 1:13 p.m.

10   BY MR. COTILLETTA:

11       Q    Good afternoon, Mr. Ceremony.

12            Did you have a good lunch?

13       A    Yes.  Thank you.

14       Q    Did you speak to your lawyers during the lunch

15   break?

16       A    Yeah.

17       Q    What did you talk about?

18       A    Just relaxing talk.  Nothing specific about the

19   case.

20       Q    Okay.

21       A    Yeah.

22       Q    I want to shift gears now.  We're going to go

23   back a little bit into category position, okay?

24       A    Mm-hmm.

25       Q    Can you tell the jurors how Uber defines category
```

```
 1   position?

 2       A    Category position.  It's a measure of our

 3   position in a given market, right, relative to others that

 4   we define as competitors in that particular market.

 5       Q    Is it essentially give and take with competitors

 6   in the same market?

 7       MS. DUNOGUE:  Objection.

 8       THE WITNESS:  It's a measure -- it's one -- I know

 9   it's not an exact science.  I don't know the details of

10   how it's summarized, right, but I know it's an estimate of

11   your share of what you're defining as that marketplace.

12   Yeah.

13   BY MR. COTILLETTA:

14       Q    And apologies if I asked this question earlier.

15   I don't recall.

16            But did Uber consider category position important

17   to its business?

18       MS. DUNOGUE:  Objection.

19            This is in his personal capacity as well?

20       MR. COTILLETTA:  In capacity as the 30(b)(6).

21       MS. DUNOGUE:  Okay.  That's not within the topics.

22            But you can answer to the extent you have a

23   personal --

24       THE WITNESS:  Okay.  Repeat the question.

25
```

```
 1   BY MR. COTILLETTA:

 2       Q    Sure.

 3            Does Uber consider category position important to

 4   its business?

 5       A    It's a measure of the results of -- it's one

 6   measure of the results of us operating in a particular

 7   market.

 8       Q    Right.  I guess my question is -- and I

 9   appreciate that.  It's a simple yes or no or I don't know

10   or I don't recall.

11            But did Uber consider category position important

12   to its business?

13       MS. DUNOGUE:  Objection.

14       THE WITNESS:  Yeah.  I couldn't say like a definitive

15   on that.  So I don't know.

16   BY MR. COTILLETTA:

17       Q    Did you personally consider category position

18   important for Uber's business?

19       MS. DUNOGUE:  Objection.

20       THE WITNESS:  Again, it's one component that you would

21   look at.

22            And when you say like in my personal view, it's

23   one component, meaning it's the -- it's not a driver of

24   your business, right?  It's a result -- it's a measure of

25   the outside result, right?  And like we talked about
```

1  before, it's relative to all that information, other

2  information you have, right, meaning how you're operating

3  in that -- how you're operating that business in that

4  region that you have a certain category position in.

5  BY MR. COTILLETTA:

6      Q    Okay.  Just trying to narrow it a little bit.

7           So just in a vacuum here, it being the sole

8  focus, do you personally consider category position

9  important for Uber's business?

10     MS. DUNOGUE:  Objection.

11     THE WITNESS:  It's one of many things that I consider

12  as I look at Uber's business.

13  BY MR. COTILLETTA:

14     Q    Right.  I guess --

15     A    I don't know how to qualify like the importance

16  of it.  I wouldn't have a ranking of --

17     Q    Well, I'm not asking you to rank it.  Of course,

18  I'm not asking you to rank it.

19          I'm just asking do you think it's important?

20     MS. DUNOGUE:  Objection.

21     THE WITNESS:  It's one of the factors that I'd be --

22  I'd be interested in looking at.

23  BY MR. COTILLETTA:

24     Q    Okay.  Is it an important enough metric to view

25  the success of the business?

 1      MS. DUNOGUE:  Objection.

 2      THE WITNESS:  Again, it's almost a similar answer:

 3  One of the factors I view as (indecipherable utterance),

 4  as there's a bunch of other factors, but --

 5      THE STENOGRAPHIC REPORTER:  I'm sorry.  One of the

 6  factors I view what?

 7      THE WITNESS:  It's one of the factors I would view --

 8  or review as to determine the health of the business.

 9  BY MR. COTILLETTA:

10      Q    Do you personally have any knowledge about

11  whether the board considered category position important

12  to Uber's business?

13      A    Personally, no.

14      Q    Okay.  In your capacity as a 30(b)(6) witness for

15  Uber, does Uber know whether the board considers category

16  position important for Uber's business?

17      MS. DUNOGUE:  Objection.  That's beyond the topics on

18  which he's been designated.

19          You can answer in your personal capacity.

20      THE WITNESS:  Okay.

21          I'd be surprised if there wasn't category

22  position information in various different decks that were

23  included in the board presentations.

24  BY MR. COTILLETTA:

25      Q    Okay.  I'm sorry.  Can you repeat on the answer?

```
 1   Actually, I have the realtime here.  Let me just look at
 2   it.
 3            Well, I'm not necessarily concerned about what
 4   was -- not yet at least about what was presented to the
 5   board.
 6            My question is does Uber have an understanding of
 7   whether its board considered category position important
 8   to its business?
 9       MS. DUNOGUE:  Same objection.
10       THE WITNESS:  I would think that the board would have
11   a similar response with at least one of the factors that
12   they would consider in reviewing that, the business.
13   BY MR. COTILLETTA:
14       Q    Would your answer be the same if instead of the
15   board we talked about the executive leadership team?
16       A    Yeah.  Depends who and what business, but yes, it
17   would be one of the factors.
18       Q    How is category position tracked?
19       MS. DUNOGUE:  Objection.
20       THE WITNESS:  I don't have specific knowledge on how
21   that's tracked.
22   BY MR. COTILLETTA:
23       Q    Okay.
24       A    Yeah.
25       Q    Prior to coming here today, did you make any
```

1   attempts to determine how Uber, if at all, tracked

2   category position?

3        A     In preparation for the deposition?

4        Q     Correct.

5        A     No.

6        Q     Was Uber facing any risk to its category position

7   prior to the IPO?

8        MS. DUNOGUE:  Objection.

9        THE WITNESS:  Risk.  Define risk.  Yeah.

10  BY MR. COTILLETTA:

11       Q     Well, how would you define risk as an accountant?

12       A     Well, it's not a defined accounting term, but

13  it's a -- yeah.  So it's not -- it's not -- it's an

14  exposure, right?  Risk in the context of like exposures in

15  litigation that you accrue for, right?  That's one type of

16  risk in accounting.

17       Q     Right.  So when I mean risk, I mean any potential

18  for a loss or deterioration of that metric either in the

19  short term or long term.

20       A     Okay.  I'm back to the question on that.

21       Q     Yeah.

22       A     Yeah.

23       Q     Was Uber facing any risks to its category

24  position prior to the IPO?

25       MS. DUNOGUE:  Objection.

1        THE WITNESS:  Yeah.  So I think I would answer it this

2    way:  That category position was one measure that the --

3    that management used.  It varies throughout the world and

4    throughout regions.  So at any given point in time, yeah,

5    there could be opportunities and risk, right, to your

6    category position.

7    BY MR. COTILLETTA:

8        Q    Okay.  So if I understand, your answer, then, is

9    that yes, Uber was facing potential risk to its category

10   position --

11       MS. DUNOGUE:  Objection.

12   BY MR. COTILLETTA:

13       Q    -- prior to the IPO?

14       MS. DUNOGUE:  Objection.

15       THE WITNESS:  Yeah.  I wouldn't -- I wouldn't

16   characterize it that way.  I'd say there's different --

17   there's different factors in each region that we would

18   consider relative to category position.

19   BY MR. COTILLETTA:

20       Q    Okay.  But -- okay.

21            Well, let me ask you this:  In considering

22   whether risk exists, that requires some sort of monitoring

23   or tracking of that risk, correct?

24       MS. DUNOGUE:  Objection.

25       THE WITNESS:  Awareness of category position gives you

```
 1   information, and you use that information to either adjust

 2   your business or not, right?

 3   BY MR. COTILLETTA:

 4       Q    When you say awareness of category position, are

 5   you talking about whether it's an increase or decrease?

 6       A    Yes.

 7       MS. DUNOGUE:  Objection.

 8   BY MR. COTILLETTA:

 9       Q    And so my question -- so was Uber monitoring the

10   increase or decrease of its category position across

11   regions prior to the IPO?

12       A    I don't know what you mean by across regions, but

13   like for parts of its business, I know it tracked, to the

14   best of its ability, category position.  Yeah.

15       Q    Okay.  And at any point in time while tracking

16   category position, did it identify any potential risk to

17   its category position?

18       MS. DUNOGUE:  Same objections as before.

19       THE WITNESS:  Yeah.  Again, I wouldn't characterize it

20   as risk.  It's just information that you're given.  So if

21   your category position is going down, it might be an

22   indicator of something you're doing or something you're --

23   a common company in that category is doing that you would

24   want to be aware of.

25            So yeah.  So I don't know -- I mean, you're
```

 1  characterizing that as risk.  I'm just saying that's

 2  information.

 3  BY MR. COTILLETTA:

 4      Q    Well, there's --

 5      A    That's information that you could either act on

 6  or not act on.

 7      Q    Right.  But it's information that signals a

 8  potential loss.  Not that there's necessarily a loss, but

 9  there's at least the potential for a loss; is that fair?

10      MS. DUNOGUE:  Objection.

11      THE WITNESS:  You can have increasing category

12  position and increasing losses.  So it depends.

13          But like it is just -- it's information.  It's

14  category position either going up or down relative to

15  others, right?  So it's not all or nothing.  It's just

16  information, right?

17          So I'm saying yes, it's a good data point to show

18  you what your category position is in a particular

19  business, right, and that's just like any other

20  information that could be good information for -- to

21  inform you on how to operate your business in that region.

22  BY MR. COTILLETTA:

23      Q    Who at Uber was responsible for identifying

24  category position for each of the regions?

25      A    I don't know specifically.  The business is so

```
 1   large.  There's so many employees in the business, right?

 2   And the -- usually by business, they'll have groups, but I

 3   just don't know who in particular in the business is

 4   actually summarizing that and getting information

 5   necessary for it.

 6       Q    Okay.  Category position.  So that information.

 7   To whom were the category position information reported

 8   to?

 9       MS. DUNOGUE:  Objection.

10       THE WITNESS:  From memory, sometimes in the monthly

11   business reviews they would have category position

12   discussions for the business units.  That's something the

13   actual business unit or segment leaders would review.

14            I don't know if it's on a regular basis,

15   periodic.

16   BY MR. COTILLETTA:

17       Q    Okay.  And was category position ever reported to

18   Dara?

19       MS. DUNOGUE:  Objection.

20       THE WITNESS:  Well, yeah, based on what I just said.

21   Like I think periodically it was included in those monthly

22   business reviews, category position, yeah.

23   BY MR. COTILLETTA:

24       Q    Other than the monthly business reviews, are you

25   aware of anywhere else where category position would have
```

1   been reported to either the board or senior management?

2       A    No, not specifically.

3       Q    Is it fair to say a decrease in category position

4   means lost business to a competitor?

5       MS. DUNOGUE:  Objection.

6       THE WITNESS:  I would clarify by saying lost volume of

7   business.  So that excludes like profit or loss from the

8   business.

9   BY MR. COTILLETTA:

10      Q    It excludes profits?

11      A    Prof- -- meaning it's not -- it doesn't give you

12  information on whether that volume is profitable volume or

13  non-profitable volume.

14      Q    It's just volume.

15      A    It's just volume, yeah.

16      Q    But you would agree with me, though, the loss of

17  volume has a potential to either increase loss or decrease

18  profit than Uber having more volume, correct?

19      MS. DUNOGUE:  Objection.

20      THE WITNESS:  No.  I would -- I'd clarify by basically

21  saying both increases and decreases in contribution in

22  category position are not indicative of whether you're

23  increasing or decreasing your profit.

24          You could be increasing your losses and

25  increasing your contribution -- or your category position.

1    BY MR. COTILLETTA:

2        Q    Is that based upon how efficient the spending is;

3    for example, to acquire more business?

4        A    It could be.  It could be either individual to

5    the company or on your -- the way you've organized your

6    operations or incentives that you're giving, yeah, in that

7    particular area.

8        Q    Was category position discussed in the offering

9    documents?

10       A    I don't recall that actually.

11       Q    Do you recall -- so is it fair to say, then, you

12   wouldn't recall if there was any -- again, until I say

13   otherwise I'm talking about both as your capacity as a

14   30(b)(6) and individual capacity.

15       A    Okay.

16       Q    So is it fair, then, to say that you wouldn't

17   recall whether there was any discussions to alter the

18   contents of the offering documents based on category

19   position figures?

20       MS. DUNOGUE:  Objection; it's outside the scope of his

21   30(b)(6).

22            You can answer.

23       THE WITNESS:  Yeah.  Alter the documents based on

24   category position -- not that I recall.  And just the

25   whole -- that whole -- like -- no, I don't recall any

1    discussions of amending what we were going to disclose in

2    the registration statement (indecipherable utterance).

3        THE STENOGRAPHIC REPORTER:  I'm sorry.  Of amending

4    what?

5        THE WITNESS:  The registration statement.

6        THE STENOGRAPHIC REPORTER:  Thank you.

7        THE WITNESS:  Disclosures related to category

8    position.

9    BY MR. COTILLETTA:

10       Q    Did -- at the time of the IPO, did competition

11   pose a risk to Uber's category position?

12       MS. DUNOGUE:  Objection.

13       THE WITNESS:  I would say that I recall in the --

14   repeat the question.

15   BY MR. COTILLETTA:

16       Q    Yeah.  At the time of the IPO, did competition

17   pose a risk to Uber's category position?

18       MS. DUNOGUE:  Objection.

19       THE WITNESS:  Yeah.  I think at the time of the IPO

20   and before the IPO and after the IPO, competition is a

21   factor that you deal with as a business and was discussed

22   in the registration document of being a factor in running

23   your business.

24   BY MR. COTILLETTA:

25       Q    Right.  So --

```
 1        A    So I don't -- what I specifically -- back to my

 2   earlier response:  I'm not recalling whether or not

 3   category position is actually in the registration

 4   document, but competition is definitely discussed in the

 5   registration document --

 6        Q    Okay.

 7        A    -- as far as that competition exists, and it's

 8   something that we deal with as a business.

 9        Q    Right.  And competition itself does pose a risk,

10   though, to category position by nature of the definition

11   of category position, correct?

12        MS. DUNOGUE:  Objection.

13        THE WITNESS:  It's a component of category position,

14   yeah.  I mean, it's a, you know -- that's a -- your

15   competition is part of the category position assessment.

16   BY MR. COTILLETTA:

17        Q    When was risk as a -- when was risk to category

18   position first identified?

19        MS. DUNOGUE:  Objection.

20        THE WITNESS:  First identified...

21   BY MR. COTILLETTA:

22        Q    Yeah.  Let's say prior to the IPO, if that's

23   applicable.

24        A    I think -- so I would describe it as this:  Like

25   inherent in running a business, competition is something
```

```
 1   you need to consider, and so asking me when that was

 2   considered; anything was considered since the inception of

 3   the company.

 4       Q    Okay.

 5       A    Yeah.

 6       Q    And who was -- who at Uber would have been

 7   responsible for identifying competition as a risk to

 8   category position?

 9       MS. DUNOGUE:  Objection.

10       THE WITNESS:  I think the business collectively would

11   want to -- like I said before, access to that information

12   because it's a piece of information that would be

13   informative to running the business.

14   BY MR. COTILLETTA:

15       Q    Okay.  You said the business collectively.

16            Do you have any specific individuals in mind?

17       A    The leaders of the business, the segment managers

18   of the business.  Yeah.

19            Other than that, no, in general.  Yeah.

20       Q    Okay.  When you say leaders of the business, that

21   includes the executive leadership team?

22       A    Yeah, definitely individuals on the ELT, yeah.

23       Q    Specific individuals or the whole ELT?

24       A    That would be, what, interested in category

25   position?
```

1    Q    No.  My original question is who from Uber is
2  responsible for essentially identifying the risk of
3  competition to Uber's category position?
4      MS. DUNOGUE:  Objection.
5      THE WITNESS:  Yeah.  There's just not one person or
6  one group of people that are responsible for identifying,
7  in my experience.
8  BY MR. COTILLETTA:
9    Q    Okay.
10    A    I can't identify.
11    Q    Okay.  Not a single person, not even, you know, I
12  understand it's business collectively but you can't think
13  of any specific individuals that --
14    A    I can't.  I can't.  I just don't know like who in
15  the business is actually gathering that data and putting
16  it -- I just know the result is sometimes, periodically,
17  they would show up in slide decks.
18    Q    Okay.  And competition as a risk to Uber's
19  category position.
20      How is that reported?
21      MS. DUNOGUE:  Objection.
22      THE WITNESS:  Well, competition is part of running a
23  business, right, and I'd say throughout -- sorry.
24      How was that reported?
25

```
 1   BY MR. COTILLETTA:

 2       Q    Yeah.

 3       A    Yeah.

 4       Q    So was it reported in the form of emails to,

 5   let's say, to leadership, or was it in a deck or some

 6   other kind of report?  How is risk from competition as it

 7   relates to category position reported at Uber?

 8       MS. DUNOGUE:  Objection.

 9       THE WITNESS:  I mean, I would say there's various

10   forms of reporting that.  The ones I'm aware of are --

11   there's -- in slide decks, there would be a chart for

12   category position.  But emails, slide decks, right?

13   BY MR. COTILLETTA:

14       Q    Right.  Like, for example, we already looked at

15   top line summary emails generally contain that

16   information?

17       A    Yeah.

18       MS. DUNOGUE:  Objection.

19   BY MR. COTILLETTA:

20       Q    We talked about slide decks.  I'll show you some

21   in a minute, but slide decks are some areas where we'll

22   see category position; is that right?

23       A    Yeah.  I mean, that's a very general statement.

24   There's so many slide decks, right?

25       Q    Sure.
```

```
 1        A     That -- I'm saying that is one place I recall

 2   seeing category position.  I recall seeing it in a couple

 3   of emails too.

 4        Q     Okay.  And competition is a risk to category

 5   position.

 6              Was that reported to the members of the executive

 7   leadership team and the board of directors?

 8        MS. DUNOGUE:  Objection.

 9        THE WITNESS:  I actually don't -- don't have a

10   specific recollection whether -- -

11              You said the board of directors and who?

12   BY MR. COTILLETTA:

13        Q     The executive leadership team.

14        A     Yeah.  I would say -- the executive leadership

15   team I could say periodically.

16        Q     Okay.  You're not sure --

17        A     But not as a whole.  Like individuals that are on

18   the executive leadership team, I -- yeah.  I refer back to

19   my last -- earlier response, which is periodically it

20   would be in the monthly business reviews.

21        Q     Reviews.

22        A     So that's what I specifically recollect seeing.

23        Q     Okay.  But, for example, Dara Khosrowshahi and

24   Nelson Chai.  They would have received reports

25   periodically regarding competition as a risk to Uber's
```

 1   category position?

 2        MS. DUNOGUE:  Objection.

 3        THE WITNESS:  Yes.  So I would say they received that

 4   information on category position.  I'm just not sure --

 5   again, I would not characterize it necessarily as a risk.

 6   I mean, like it's just category position, right, that

 7   information they would receive.  Like I could speak to --

 8   I know periodically in the monthly business reviews.

 9   BY MR. COTILLETTA:

10        Q    But the information provided on category position

11   would at times include risk of declining or actual

12   declining category position, correct?

13        A    Both declines and increases, yeah.

14        Q    Sure.

15        A    Yeah.

16        Q    But you acknowledge they would include

17   declines --

18        A    Yeah.

19        Q    -- or potential for declines, correct?

20        A    Yeah.

21        Q    Okay.  Do you know whether or not the S-1

22   contains disclosures or information regarding competition

23   as a risk to category position?

24        MS. DUNOGUE:  Objection.

25        THE WITNESS:  I can recall several areas in the

```
 1   registration document that has discussion of competition,

 2   but, again, I don't have the specific recollection of

 3   category position being referred to --

 4   BY MR. COTILLETTA:

 5       Q    Okay.

 6       A    -- specifically.

 7       Q    So you don't have a specific recollection

 8   regarding whether competition could be a cause or was a

 9   cause for declining category position?

10       MS. DUNOGUE:  Objection.

11       THE WITNESS:  I don't recall that -- that connection

12   or that discussion.

13              I do recall various locations where we talked

14   about competition and the risk associated with

15   competition.

16   BY MR. COTILLETTA:

17       Q    Was there any discussions about adjustments being

18   made to the S-1 regarding competition -- well, let me

19   withdraw.

20              So based on your answer is it fair to say, then,

21   you wouldn't recall whether there was any discussions

22   regarding adjustments made to the S-1 for competition as a

23   risk for Uber's category position?

24       MS. DUNOGUE:  Objection.

25       THE WITNESS:  I mean, the whole -- there's -- it's an
```

```
 1   iterative process drafting a registration document that
 2   takes feedback from the whole team.  And so that's the
 3   result of a discussion to get to what we ended up with in
 4   the registration document, right?  So it's a...
 5   BY MR. COTILLETTA:
 6       Q    Yeah.
 7       A    Yeah.
 8       Q    With all due respect, I don't know if that
 9   answered my question.
10            I guess you said previously that you don't recall
11   competition being specifically referenced in the S-1 as it
12   relates --
13       A    No.  I said I don't remember category position --
14   I said competition is throughout the document.
15       Q    Right.  But I'm talking about competition as a
16   risk to category position.
17            You don't recall that being --
18       A    I don't recall that.  I don't recall a connection
19   to category position and --
20       THE STENOGRAPHIC REPORTER:  I'm sorry.  Could you
21   repeat your answer.
22       THE WITNESS:  I don't recall the connection of
23   competition and category position, but I do recall
24   multiple locations throughout the registration document
25   talking about competition and the risks of competition.
```

```
 1   BY MR. COTILLETTA:

 2        Q    Okay.  And so my next question, then, was, based

 3   on you being unable to recall whether it was in there or

 4   not, it's is it fair to say you would not recall whether

 5   there was any discussions about adjustments being made to

 6   the offering documents as it relates to competition risk

 7   against Uber's category position?

 8        MS. DUNOGUE:  Objection.

 9   BY MR. COTILLETTA:

10        Q    That's fair, right?  I'm just trying to --

11        A    Yeah.  I'm not recalling the connection between

12   competition and category position because I don't recall

13   whether category position was in there.

14             So your --

15        Q    That's fair.

16        A    Your next question is like -- say it again.

17        Q    Yeah.  It's -- so then you wouldn't that --

18        A    They're adjustments, yeah.

19        Q    If you wouldn't recall if they were even in

20   there, you wouldn't recall --

21        THE STENOGRAPHIC REPORTER:  Sorry.  You're talking

22   over one another.  I'm sorry.

23        MR. COTILLETTA:  Sorry.

24        THE WITNESS:  Okay.

25        MR. COTILLETTA:  I'll be clear.
```

```
 1    BY MR. COTILLETTA:

 2        Q     If you don't recall it being in the document,

 3    then it's fair to say you wouldn't recall if there was any

 4    adjustments that were discussed regarding that same issue?

 5        A     Correct.

 6        Q     Okay.

 7        MR. COTILLETTA:  I can't -- you know what?  Hang on.

 8    Can we just go off the record for a second?  I'm sorry.

 9        THE VIDEOGRAPHER:  The time is 1:39 p.m.  Going off

10    the record.  One moment.

11            (Recess taken.)

12        THE VIDEOGRAPHER:  We are back on the record.  The

13    time is 1:41 p.m.

14    BY MR. COTILLETTA:

15        Q     Okay.  Mr. Ceremony, back to competition.  I

16    think you said earlier that you do recall reference to

17    competition as a risk in the S-1, just not as it relates

18    to category position; is that fair?

19        A     Correct.

20        Q     Okay.  So it's fair to say, then, that

21    competition did pose a risk to Uber's growth?

22        MS. DUNOGUE:  Objection.

23        THE WITNESS:  Yeah, I would say competition is a

24    consideration of running the business.  So it could be a

25    risk or an opportunity, right, depending on what the
```

1    competition is doing.

2    BY MR. COTILLETTA:

3        Q    Sure.  But I'm just --

4        A    Yeah.

5        Q    I'm not just focusing on opportunity.  I'm

6    focusing on risk too.

7        A    Yeah.

8        Q    So you would agree it is a risk to growth?

9        A    Yeah.

10       Q    Okay.  And not just growth, but also the

11   financial status quo of the company?

12       MS. DUNOGUE:  Objection.

13   BY MR. COTILLETTA:

14       Q    Its ability to remain flat?

15       THE STENOGRAPHIC REPORTER:  As what?  I didn't --

16   BY MR. COTILLETTA:

17       Q    Not just growth, but the financial status quo,

18   the company's ability to remain flat.

19       MS. DUNOGUE:  Objection.

20       THE WITNESS:  What do you mean by flat?

21   BY MR. COTILLETTA:

22       Q    Well, it would not just impact your ability to

23   grow over time, but it could also cause a downturn and

24   you're not, you know, growing anymore, but you're either

25   remaining flat or declining.

1      A    Okay.  I would say -- I would say competition is

2   a factor that we would have to consider in running the

3   business.  And like I said, if you're focused on the risk,

4   then, yes, I'm aware that there was a bunch of discussion

5   throughout the registration statement that there were

6   risks related to competition.

7      Q    Right.  Competition as to growth.

8      A    As to growth and profitability.

9      Q    Profitability.  Okay.

10          And did competition influence Uber's financial

11  forecast?

12      MS. DUNOGUE:  Objection.

13      THE WITNESS:  I mean, the forecasts incorporate just a

14  bunch of estimates.  Competition is one factor you want to

15  consider because that would influence your behavior and

16  reaction to the competition.  So that's --

17  BY MR. COTILLETTA:

18      Q    Right.

19      A    -- one factor of many that would be included in a

20  forecast, which is an ultimate estimate at a point in

21  time.

22      Q    Right.  So I guess what I'm trying to get at is

23  did competition cause Uber to consider changing any of its

24  financial forecasts?

25      MS. DUNOGUE:  Objection.

```
 1        THE WITNESS:  I think competition is one factor that
 2   would be used in estimating a forecast, amongst many
 3   factors, yeah.
 4   BY MR. COTILLETTA:
 5        Q    All right.  So you acknowledge it -- that it
 6   could have caused Uber to consider changing its financial
 7   forecast?
 8        MS. DUNOGUE:  Objection.
 9        THE WITNESS:  Not in isolation, but I'd say it's one
10   factor that could be incorporated in your estimate --
11   would influence an estimate of your forecast.
12   BY MR. COTILLETTA:
13        Q    Okay.
14        A    Are you talking about forecasts of --
15        Q    Correct.  Financial forecasts.
16        A    -- of financials?
17        Q    Yes.
18        A    Okay.  Yeah.
19        Q    So it's a factor, but you're saying that you
20   disagree it's not a direct cause for change, financial
21   forecasts?
22        A    Yeah, it depends on a lot of different -- on the
23   other factors, right, and -- whether that would change
24   your forecast or not, yeah, and what part of the forecast
25   would it change.
```

1      Q     So but you do acknowledge, though, that the

2    competition was an important factor in the forecasts?

3      MS. DUNOGUE:  Objection.

4      THE WITNESS:  You know, it could be.  It could be,

5    like, in certain regions.  In certain segments of the

6    business, it could be.  And other segments, it wouldn't

7    be, right, just depending on a lot of different factors

8    that are, kind of too long to list, right, of funding of

9    competitors, your funding, the way you want to run your

10   business, what products you want to -- you want to see

11   growing.

12   BY MR. COTILLETTA:

13     Q     Right.  I'm just understanding, though, from just

14   a general financial perspective, didn't Uber consider

15   competition an important factor in its forecasts?

16     A     I think, again, I would say -- I would clarify by

17   saying we considered competition as an -- important

18   information to consider, right.

19     Q     Okay.

20     A     When you're connecting it to a forecast, it --

21   unfortunately, the answer is it depends.

22     Q     Okay.

23     A     Right?  It just depends on --

24     Q     Do you know if they did, if Uber did actually

25   consider competition a factor in its forecast?

```
 1        MS. DUNOGUE:  Objection.

 2        THE WITNESS:  I think indirectly, I would say

 3   competition -- the way they're operating their business

 4   might influence the way you respond to that.  And so that

 5   would -- that would impact -- if you decide to change your

 6   response from the previous forecast, then the answer is

 7   yes.  But you could also look at that information and

 8   decide not to change your response.  You follow?

 9   BY MR. COTILLETTA:

10        Q    Yeah, I hear you.

11             We'll talk a little more about that in a little

12   bit.

13             So did Uber identify Lyft as a competitor?

14        A    They're in the same, similar business that we had

15   started.  So in the general sense of a competitor, yes.

16        Q    At the time of the IPO, did Uber consider Lyft as

17   a risk to Uber's growth?

18        MS. DUNOGUE:  Objection.

19        THE WITNESS:  Yeah, I would more generalize it and say

20   we considered competition and the risks associated with

21   it.  And Lyft was part of the competition, right?  And

22   that was throughout different parts of the document.

23   BY MR. COTILLETTA:

24        Q    Right.

25        A    Like, throughout the registration statement, the
```

 1    business section, and the risk factors.

 2        Q    And I think you said earlier, because risk is --

 3    sorry, Lyft is a part of the competition, that that would

 4    have been identified and tracked since basically the

 5    beginning of the company?

 6        MS. DUNOGUE:  Objection.

 7        THE WITNESS:  Yeah, I don't know about the beginning

 8    of tracking that.  But yeah, we would want to monitor as

 9    much as -- as best as we could --

10    BY MR. COTILLETTA:

11        Q    Okay.

12        A    -- what the competition is doing.

13        Q    But as you sit here today in your dual capacity,

14    you can't tell us when Uber started tracking Lyft as a

15    potential risk to its growth?

16        MS. DUNOGUE:  Objection.

17        THE WITNESS:  Yeah, I think the presumption that

18    you're saying is that they're a risk to our growth, right?

19    So a growth in what, right?  So but yes.  The answer is

20    yes, I don't know of the specific time when that was

21    tracked, right.

22    BY MR. COTILLETTA:

23        Q    I'm sorry for the redundant questions, but I do

24    have to ask:  Is there someone or a group of individuals

25    at Uber who are responsible for identifying Lyft as a risk

1  for Uber's growth?  In other words, responsible for

2  tracking that information.

3       A    I can't pinpoint the group or the individuals

4  specifically.  I just know the information does -- did

5  exist periodically.

6       Q    Okay.

7       A    Yeah.

8       Q    And was that information reported to anyone in

9  senior management or at the board of directors' level?

10      A    Again, same answer.  Like, I am aware that it was

11 disclosed periodically at the monthly business reviews.

12      Q    Okay.

13      A    Yeah.  And then periodically, within -- well, no,

14 actually, that was the category position.  So periodically

15 in the monthly business reviews, there would be commentary

16 on competition.

17      Q    What about board decks?

18      A    I'd have to look back through to recollect.  But

19 it wouldn't surprise me if it was in the board decks.

20      Q    Did Uber monitor or was otherwise aware of Lyft's

21 category position?

22      A    Okay.  I'm pausing because I thought we just

23 talked about that.  So say it again.

24      Q    Well, we talked about -- previously, we had been

25 talking about Uber's category position.  My question to

1   you now is:  Did Uber monitor or was otherwise aware of

2   Lyft's category position?

3       A    Okay.  So my -- like, yes.  So for category

4   position, you know, it's relative to others, right, in the

5   marketplace.  So yes, certain competitors were highlighted

6   in that category position reporting, right?  And I can

7   recall Lyft was --

8       Q    Okay.

9       A    -- periodically.

10      Q    Is the category position reporting just Uber and

11  Lyft or does it involve other specific competitors?

12      A    I think it has other competitors in it, yeah.  I

13  think it has other competitors.

14      Q    Can you give me an example.

15      A    For Eats, Just Eats.  I'm forgetting the name of

16  the company that they bought, but it's a New York-based

17  company.

18           But yeah, so it -- we would have different,

19  relatively larger competitors highlighted.

20      Q    So for example, if, like, we're talking about

21  China, I think DiDi was in China, right?  Would that an

22  example where category position is Uber versus DiDi, as

23  opposed to a different region?

24      A    That could be example when we were operating in

25  China.  Yeah.

```
 1        THE STENOGRAPHIC REPORTER:  You said DD?

 2        MR. COTILLETTA:  Yeah.

 3        THE WITNESS:  DiDi, yeah.

 4        MR. COTILLETTA:  D-i-D-i.

 5        THE STENOGRAPHIC REPORTER:  Oh, D-i-D-i.

 6   BY MR. COTILLETTA:

 7        Q    Is it fair to say that Uber has taken --

 8   withdraw.

 9             Is it fair to say that Lyft had taken some of

10   Uber's category position prior to the IPO?

11        MS. DUNOGUE:  Objection.

12        THE WITNESS:  No, that would be hard to describe in

13   a nascent industry like ours, right, because --

14        THE STENOGRAPHIC REPORTER:  Hard to describe what?

15        THE WITNESS:  It would be hard to say that -- I think

16   what you said was Lyft was taking share from Uber?

17   BY MR. COTILLETTA:

18        Q    Had taken some of Uber's category position.

19        A    Yeah.  So it would be hard to say that just

20   because, relatively, also the industry could be growing,

21   right, in total.  So they could be taking new share,

22   right, for instance.

23        Q    Right.

24        A    For instance, like, for example, like on Eats,

25   that whole industry was much smaller, right?  So somebody
```

```
 1   could be growing, and they're not necessarily taking your

 2   business away.  They're just -- they're taking part of the

 3   growing industry.

 4       Q    Right.  But my understanding is category and

 5   position is relative.  So it's like almost -- like MPI,

 6   right -- (simultaneous cross talk) --

 7       A    Relative to all, yeah --

 8       Q    Right.  So --

 9       THE STENOGRAPHIC REPORTER:  I'm sorry, you're speaking

10   over one another.  I can't hear you.  I didn't hear your

11   answer.

12       THE WITNESS:  Go ahead.

13   BY MR. COTILLETTA:

14       Q    Go ahead.  I'm going to read you back the

15   question.

16            So my understanding is that category position is

17   relative to, like, Uber and then whoever that particular

18   competition is, right?

19       A    Yes.

20       Q    So it's similar to, like, an MPI kind of

21   calculation, right?  So if you had a market of 100 and 70

22   is Uber, 70 percent of the market's Uber at a category

23   position, and 70 percent is Lyft, right, category position

24   is analyzing who has the 70 percent and who has the 30.

25   If Uber goes down to 69, then Lyft goes to 31, correct?
```

```
1        A     Or the other participants of that market, yes.

2        Q     Right.

3        A     Correct.  Yeah, that's correct.

4        Q     Right.  So when we talk about a category

5   position, my question is to you:  Is it fair to say that,

6   prior to the IPO, Lyft had taken some of Uber's category

7   position?

8        MS. DUNOGUE:  Objection.

9        THE WITNESS:  I don't recall.  But I -- I think part

10  of my answer to your earlier question was you could still

11  be growing even if your category position is going down

12  because of what you just highlighted.  It's category

13  positions relatively, but the market could be growing.

14  You follow?

15  BY MR. COTILLETTA:

16       Q     Yeah.

17       A     Yeah.  Yeah.  But I do -- I do recall with the --

18  2017, some of the challenges Uber was going through, that

19  that was impacting Uber.

20       Q     Do you recall if there was issues regarding

21  Uber's category position and Lyft in late 2018?

22       A     I don't recall that.

23       Q     What about early 2019?

24       A     I recall something about pricing and incentives

25  in -- in the -- overall.  Like, overall competition, but
```

```
 1   not specifically with Lyft.
 2       Q    Same kind of questions I had earlier.  So Lyft's
 3   potential take of Uber's category position, was that ever
 4   reported to anyone at senior management or board level?
 5       MS. DUNOGUE:  Objection.
 6       THE WITNESS:  Repeat the question.
 7   BY MR. COTILLETTA:
 8       Q    Sure.
 9            So Lyft's potential take of Uber's category
10   position, was that ever reported to anyone at senior
11   management or board level?
12       MS. DUNOGUE:  Objection.
13       THE WITNESS:  Yeah, I would stick with my recollection
14   is periodically category position was highlighted for
15   certain members of ELT that were included in the monthly
16   business review.
17   BY MR. COTILLETTA:
18       Q    Do you recall whether or not any of the board
19   decks or information presented to the board would have
20   included Lyft taking any of Uber's category position?
21       A    I don't recall that, no.
22       Q    Was Uber aware that Lyft was in the process of
23   going public in early 2019?
24       A    I can't pinpoint specifically when we became
25   aware.  But yeah, I think in -- in -- sometime during the
```

```
 1   first quarter of 2019, we became aware that they were
 2   planning on going public, yeah.
 3       Q    Did Uber want to go public before Lyft?
 4       MS. DUNOGUE:  Objection.  And you asking him in his
 5   personal capacity?
 6       MR. COTILLETTA:  I'm asking in his dual capacity,
 7   so --
 8       MS. DUNOGUE:  Well, it's outside of the 30(b)(6)
 9   topics.
10       THE WITNESS:  Okay.  So --
11       MS. DUNOGUE:  But if you have any --
12       THE WITNESS:  Yeah?
13       MS. DUNOGUE:  -- personal view, you can answer.  But
14   it's...
15       MR. COTILLETTA:  I mean, you can object to the scope,
16   but you can't interrupt him.  He'll answer the best he
17   can, but --
18       MS. DUNOGUE:  Okay.  I'm just --
19       THE WITNESS:  So repeat the question, then.
20       MS. DUNOGUE:  -- on record, I'm just --
21       MR. COTILLETTA:  Sure.
22       MS. DUNOGUE:  -- noting it's outside of the 30(b)(6)
23   topics, so he'll answer in his personal capacity.
24       THE WITNESS:  Okay.  Can you repeat the question.
25
```

1   BY MR. COTILLETTA:

2       Q    Sure.

3            Did Uber want to go public before Lyft?

4       A    I don't have a specific recollection of that

5   being a goal of Uber's.  I do know that, before I arrived

6   at the company, the company was already in the process of

7   determining how they get prepared to be public.  And that

8   was part of me joining the company is to help the company

9   build up the team, processes, people, to get prepared to

10  go public.

11      Q    Did you have any concerns when you joined Uber

12  that the IPO date that they had proposed was too soon?

13      MS. DUNOGUE:  Objection.

14      THE WITNESS:  When I joined?

15  BY MR. COTILLETTA:

16      Q    Yeah, or any time before the IPO.

17      A    Yeah, so I mean, the company was in an iterative

18  process.  Like I said, we were operating as a private

19  company for almost a decade.  And so it was a big

20  undertaking to get the people, process, technology in

21  place to actually be prepared to do what you need to do as

22  a public company.  In particular, around the financial

23  statements, issuing them within the time frame that SEC

24  requires.

25           So it was -- I would characterize it as a heavy

1    lift of building teams, processes, controls.  So again,

2    that was an iterative process that built over time, since

3    before I joined and after I joined.  And so at any point

4    in time if you asked me, Are we ready, right, until we

5    were ready, we weren't ready.

6        Q    Okay.

7        A    You follow?

8        Q    Yeah, I hear what you're saying.

9        A    Yeah.

10       Q    Did you ever express in, let's say, an email to

11   anybody that you were concerned that the company was

12   moving too fast to an IPO?

13       A    I may have highlighted what the -- what still had

14   to be done to achieve that and how realistic it would be

15   to get prepared by a certain day.  And I don't have a

16   specific recollection, but I may have.  There were so

17   many, like, verbal and it could have been written updates

18   on status of our preparedness, right, for being ready to

19   be a public company.

20       Q    Okay.  So what do you mean by you may have

21   highlighted what still needed to be done and how realistic

22   it would be to prepare.  Are you saying, in other words,

23   that -- that you did, in fact, have concerns about how

24   quickly the company was IPOing?

25       MS. DUNOGUE:  Objection.

1        THE WITNESS:  No, I'm saying that at any point in time

2     if someone asks you that, it's dependent on what time

3     they're asking.  So if the 2018 financial statements

4     needed to be completed for a registration statement and

5     the auditor's issuing their opinion, then it would be

6     determinant on the status of the audit, what had to be

7     done to complete the audit.

8              And so, like, if you asked me at any month during

9     the leadup to the IPO, it would be different status

10    reports and different judgment of how prepared we were to

11    go at that point in time or at whatever date was being

12    proposed.  Because some things could have been -- like,

13    let's say after the 2018 audited financial statements were

14    completed, we still --

15       THE STENOGRAPHIC REPORTER:  I'm sorry, audit -- 2018

16    what?

17       THE WITNESS:  2018 audited financial statements were

18    completed, there was other things that needed to be

19    completed in order to have a full, complete, accurate

20    registration statement ready.  And to be in a position to

21    do that on an -- that your public company reporting duties

22    on an ongoing basis.

23              So I was giving updates whenever asked or if not

24    asked on the status at that point in time.

25

1    BY MR. COTILLETTA:

2         Q    Did you ever express concerns that the company

3    should not do an IPO roadshow in -- in late April?

4         A    I have a recollection that there was a discussion

5    on timing leading up to -- I think it was in the

6    March/April time frame of the exact, you know, kind of

7    weeks we would be ready to go and what was required to be

8    ready to go.  And that requirement was influenced by a

9    bunch of factors, like, well, we want Q1 numbers in the

10   registration statement.

11              So that influenced my response depending on the

12   date that bankers were asking or anyone internally was

13   asking.

14        Q    Just so the jurors understand, when I say IPO

15   roadshow, what do I mean?

16        MS. DUNOGUE:  Objection; why don't you tell us?

17        THE WITNESS:  What do you mean?  You tell me what you

18   mean.

19   BY MR. COTILLETTA:

20        Q    You've used the words IPO roadshow before, so

21   what does it mean to you, as --

22        A    I don't think I used those terms, but -- I don't

23   know.  You asked -- so your question is:  What's an IPO

24   roadshow?

25        Q    Yeah.

```
 1        A    An IPO roadshow is where the company, you know,
 2  before -- a roadshow is basically you're presenting to
 3  investors that are going to invest and buy the company
 4  stock.  And you're presenting the company and going
 5  through probably the key areas that are covered in the
 6  registration document, but presenting those to the company
 7  and fielding questions -- sorry, presenting those to
 8  investors and fielding questions, understanding questions
 9  with investors, during a -- a short period of time.  It's
10  a whirlwind.  It's like a week-long tour with investors --
11        Q    Did there --
12        A    -- to go through that.
13        Q    Was there an IPO roadshow for the Uber IPO?
14        A    Yes.
15        Q    Do you recall when that took place?
16        A    Not exactly.  My -- my best recollection is late
17  April.
18        Q    Okay.
19        A    Early May.
20        Q    And I just want to make sure I'm clear based on
21  your previous answer:  Did you have a concern at any point
22  in time about there being an IPO roadshow in late April?
23        A    Not necessarily the roadshow.  But I think the --
24  my recollection is that there was a discussion, not a
25  concern, about including and being prepared to include Q1
```

1   financial information in the registration statement that

2   was filed just prior to the roadshow beginning.  That's

3   what I recall.

4        Q    Okay.

5        A    That's what I recall the debate, like, Okay, Well

6   if we're going to have the roadshow here, can we get Q1 in

7   that before the roadshow?

8        Q    Okay.  And why was there a concern about

9   including Q1 '19 financial information?

10       MS. DUNOGUE:  Objection.

11       THE WITNESS:  Well, there wasn't a concern overall of

12  including that.  It was more timing of when we would be

13  done with all our procedures and reviews and controls that

14  we needed to execute to get comfortable with the, you

15  know, accuracy and completeness of the numbers and -- and

16  what was being asked.  I remember a debate of whether

17  there was a -- it's full financial statements for Q1 or

18  whether it's just what the bankers call flash numbers,

19  right, your key metrics, top line, bottom line.

20  BY MR. COTILLETTA:

21       Q    So and regarding flash numbers, was there a

22  discussion ever about whether or not the company would

23  just use flash numbers in the S-1 as it relates to Q1 '19?

24       MS. DUNOGUE:  Objection.

25       THE WITNESS:  I -- so I would have to go back to the

1   registration statement to see what we ended up doing, but

2   my memory is that we disclosed what is loosely defined as

3   flash numbers -- which is top line, bottom line, some

4   commentary on it -- and disclosed ranges.  Yeah.

5   BY MR. COTILLETTA:

6        Q    Okay.

7        A    Because we weren't fully complete with the

8   processes that we needed to do to issue full financial

9   statements.

10       Q    Right.

11       THE STENOGRAPHIC REPORTER:  Full financial what?

12       THE WITNESS:  Full financial statements.

13       THE STENOGRAPHIC REPORTER:  I'm sorry, someone --

14       THE WITNESS:  Financial statements.

15       THE STENOGRAPHIC REPORTER:  Thank you.

16       MR. COTILLETTA:  Sorry.

17       THE STENOGRAPHIC REPORTER:  Sorry, the cough is loud.

18       MR. COTILLETTA:  Sorry.

19       THE STENOGRAPHIC REPORTER:  And you're saying flash

20  numbers, right?

21       THE WITNESS:  Flash.

22       THE STENOGRAPHIC REPORTER:  Flash with an F, thank

23  you.

24       THE WITNESS:  Flash, yeah.

25

1    BY MR. COTILLETTA:

2        Q    So had the Q1 '19 been fully reported under

3    normal circumstances before the IPO, would it have been

4    Uber's -- would Uber have included more robust numbers

5    from Q1 '19 in the S-1?

6        MS. DUNOGUE:  Objection.

7        THE WITNESS:  Yeah, repeat it.

8    BY MR. COTILLETTA:

9        Q    Sure.

10           So you had just mentioned earlier that your

11   recollection is that the Q1 '19 figures in the S-1 were

12   flash numbers, correct?

13       A    Mm-hmm.

14       Q    In part because the timing of the preparation of

15   the Q1 '19 materials and when the IPO date was decided,

16   correct?

17       A    Mm-hmm.

18       Q    So my question to you is:  If the IPO date moved

19   back a little bit, let's say, enough time for you to fully

20   report in Q1 '19, would have Uber included more robust

21   numbers from Q1 '19 than the flash numbers they used in

22   the S-1?

23       MS. DUNOGUE:  Objection.

24       THE WITNESS:  The SEC has a concept of staleness on

25   registration statements, and that's a time period that the

1   financial information that you include goes stale and you

2   need to update, right?  And I think that was around the

3   time of mid-March that our 12/31/18 financials would

4   become stale.

5          So that meant that Q1 numbers would be required,

6   not -- so the flash numbers were elective disclosure.  We

7   wanted to be transparent with investors if we had enough

8   comfort to disclose what we thought Q1 was going to be

9   resulting in financially, right?

10          So I think that was the -- that was the

11  discussion on timing around that.

12  BY MR. COTILLETTA:

13     Q    Right.  So if I understand you correctly, you're

14  saying if you move the IPO back a little bit and you do

15  report on Q1 '19, then you have to get rid of what is

16  considered stale numbers on the back -- on the front end,

17  let's say, back from 2018 or whatever it was that was

18  originally recorded in the S-1; is that what you mean?

19     MS. DUNOGUE:  Objection.

20     THE WITNESS:  No, not -- not get rid of but add onto

21  the numbers already in the registration statement and add

22  in what would -- essentially what would be disclosed in a

23  public company 10-Q in your registration statement.

24          So the full required SEC disclosures on a

25  quarterly statement.  That's what you'd need to include

1    after the stale date, which I think was mid-May.

2           So we -- so there's -- there's -- like I said,

3    there's a whole process of validating, checking numbers,

4    assembling documents and disclosures related to getting a

5    full set of financial statements together, and at the

6    point we ended up filing the registration statement, we

7    weren't completed without those procedures to do the full

8    financial statements.

9    BY MR. COTILLETTA:

10      Q    Okay.  I guess my question is -- it's a simple

11   one:  Why didn't Uber just wait a little longer so they

12   could include more numbers from Q1 '19?

13      MS. DUNOGUE:  Objection.

14      THE WITNESS:  Well, I think there's a host of --

15   there's a bunch of different reasons that are baked into

16   the timing of the IPO, right?  And so it could be

17   calendars of investors, what's going on with the key

18   participants and the roadshow...

19   BY MR. COTILLETTA:

20      Q    But you're listing factors, and I just want to

21   know do you actually know why Uber did not just hold off

22   on the IPO so they can include Q1 '19 figures?

23      MS. DUNOGUE:  Objection.

24           And you're asking in his personal capacity?

25      MR. COTILLETTA:  I'm asking in dual capacity.  If you

 1   have an objection that's fine, but I'm asking in dual

 2   capacity.

 3        THE WITNESS:  I -- I don't recall why.  Yeah.

 4   BY MR. COTILLETTA:

 5        Q    Do you recall that there was a discussion about

 6   that, though, whether to wait --

 7        A    There was -- there was like continuous

 8   discussions of when we would be ready to be a public

 9   company, right --

10        Q    Okay.

11        A    -- throughout from the time I joined to -- before

12   I joined to the -- right up to the date of the IPO.

13        Q    Right.  But my specific question was:  Was there

14   any discussions that you recall with anyone from Uber

15   regarding whether or not they should -- we should -- the

16   company should wait on the IPO so that they could include

17   the Q1 '19 figures?

18        A    No, not specific to -- I know considerations of

19   timing had to do with when you got investors' attention,

20   and, you know, there's certain times of the year where

21   they're not all engaged, right, and you want them engaged

22   when you file and do your roadshow.

23        Q    Do you recall discussions about investor --

24        A    That's the part -- that's the part I don't recall

25   whether it was related to the timing of Q1, but I do

1    recall that part of the discussion related to the timing

2    in general --

3        Q    Okay.

4        A    -- right?  Like if were going to do it later in

5    the year, what's typically -- what's generally known is

6    that you don't want to do an IPO in August, right, because

7    investors are on vacation.  And so road shows in Europe

8    could be difficult with investors.

9        Q    But as you sit here today, you have no

10   independent recollection of whether there was any

11   discussions at Uber about waiting to IPO so that the Q1

12   2019 financials could be included?

13       MS. DUNOGUE:  Objection.

14       THE WITNESS:  No, I don't have any specific

15   recollections, and furthermore, I don't know if -- yeah.

16   That wasn't the discussion, right, meaning like it wasn't

17   relevant because they weren't required in the document,

18   right?

19   BY MR. COTILLETTA:

20       Q    Well, we talked about this earlier, just because

21   you're required to do something -

22       A    Yeah.

23       Q    You know, there's requirement to do things and

24   then there's voluntarily disclosures, right?  There's

25   decisions to do things that --

1      A     Yeah.  And --

2      Q     -- are perhaps above and beyond what the

3  requirements ask for.

4      A     Yeah, yeah.  And that's why we disclosed the

5  flash numbers for Q1.  We wanted to be fully transparent

6  at that point in time where, after you consider all the

7  considerations that go into timing --

8      THE STENOGRAPHIC REPORTER:  You're going -- you're

9  talking really fast.  I'm sorry.

10     THE WITNESS:  Oh.  So after you consider all the

11  factors that go into timing, that -- at that point in

12  time, it would -- we decided it would be appropriate to

13  disclose to investors flash numbers.

14  BY MR. COTILLETTA:

15     Q     Let's take a five-minute break.

16     THE VIDEOGRAPHER:  The time is 2:13 p.m.  Going off

17  the record.  One moment.

18          (Recess taken.)

19     THE VIDEOGRAPHER:  We are back on the record.  The

20  time is 2:28 p.m.

21          (Whereupon Deposition Exhibit 9 was

22          marked for identification.)

23  BY MR. COTILLETTA:

24     Q     Here you go.

25     A     Thank you.

1        Q    Okay.

2        MR. COTILLETTA:  I'm marking as Plaintiff's 9 a

3   document, for identification purposes ELT Offsite.  This

4   is Tab 89, beginning Bates Uber_00046251 running through

5   to Uber_0046257.

6   BY MR. COTILLETTA:

7        Q    Mr. Ceremony, I don't plan to go through all of

8   this.  You're more than welcome to look at it.  But what

9   we'll do is we'll go through some of these slides, and

10  when we have particular issues, if you feel like you need

11  to look somewhere else, we can do it, just to kind of

12  speed things along for everybody.

13            My first question to you is -- this is

14  Plaintiff's 9.  Look on the ELMO here.  It says, ELT

15  Offsite.

16            What is an ELT offsite?

17       A    Executive leadership team offsite.  It's -- I

18  think we talked about it before.  The executive leadership

19  team is a group identified as such, leaders of the

20  business.  My boss or the CFO is one of the ELT.

21       THE STENOGRAPHIC REPORTER:  I'm sorry.  My -- what was

22  that?

23       THE WITNESS:  My boss, Nelson Chai, is a member of the

24  ELT group.

25

1    BY MR. COTILLETTA:

2        Q    Okay.  I want to draw your attention to Bates

3    6253 on the bottom right, and I'm showing you here.  It

4    might make it easier.  I can blow it up here.

5             This is a -- let me ask you:  Have you seen this

6    slide deck before?

7        A    I don't believe so.

11   the beginning.  This is October of 2018, right?

12            So did you join by then?  Like when in October?

13       A    I think I joined at the end of October.

14       Q    Okay.

15       A    October 29th or thereabouts.

16       Q    So this is just before you joined.  Again, a

17   slide deck here.  This is gross bookings.  Let's zoom in a

18   bit more.  Gross bookings is the first graph, right?

19            Do you see it there?

20       A    Yes.

21       Q    And here we got it adjusted.

25            Do you see that?

1       MS. DUNOGUE:  Objection.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮

4   BY MR. COTILLETTA:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮

13       A    Correct.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

18       A    That's what it says, yes.

19       Q    Incentive spend.

20            What does that mean?

21       A    We incent drivers to drive, riders to ride,

22   eaters to eat, and -- yeah.  So it's referring to that.

23   If it's net to revenue, then I'm assuming it's primarily

24   referring to driver incentives because that's recorded as

25   a reduction of revenue.

1       Q    Right.  You're talking about the difference

2   between certain promotional spending.  Whether it's

3   incentive spending or rider incentive spending, the

4   company has a difference in how they account for it,

5   whether it be cost of revenue versus sales and marketing

6   expenses versus contra revenue; is that fair?

7        THE STENOGRAPHIC REPORTER:  Versus what revenue?

8        MR. COTILLETTA:  Contra --

9        THE WITNESS:  Contra.

10       MR. COTILLETTA:  -- revenue.

11       MS. DUNOGUE:  Objection.

12       THE WITNESS:  Yeah.  The accounting treatments

13   dictated by U.S. GAAP, the classification of the income

14   statement, and -- yes, if incentives are provided to an

15   individual or that is considered your customer under

16   revenue recognition rules -

17       THE STENOGRAPHIC REPORTER:  I'm sorry.  That is

18   considered what?

19       THE WITNESS:  That is considered your customer under

20   revenue recognition rules, then those payments generally

21   are recognized as contra revenue.

22       THE STENOGRAPHIC REPORTER:  I'm sorry.  Counsel, I

23   don't know if you're hearing -- are you hearing that?

24   This like loud air conditioning noise.  I don't know.

25   That's like all I'm hearing now.

1          MR. COTILLETTA:  Oh.  It's a slight rattling for me.

2          THE STENOGRAPHIC REPORTER:  Okay.  It's like very

3     amplified for me.

4          MR. COTILLETTA:  Sorry.

5          THE STENOGRAPHIC REPORTER:  I don't know.  Okay.

6          MR. COTILLETTA:  I don't know how to resolve it.  I

7     apologize.

8          THE STENOGRAPHIC REPORTER:  Okay.  Me neither.  It's

9     fine.

10          THE WITNESS:  Okay.  Yeah.  Based on the U.S. GAAP

11     rules, there's different classifications for incentives,

12     mainly determined on who you're paying those incentives

13     to, whether they're considered your customer under U.S.

14     GAAP or they're not your customer.

15     BY MR. COTILLETTA:

16          Q     I'm going to draw your attention to the third

17     graph.  It's adjusted EBITDA, right?  We talked about

18     earlier today.

19          A     Mm-hmm.

[REDACTED]

2          MS. DUNOGUE:  Objection.

3          THE WITNESS:  I don't know what that's a percentage

4     of.

5     BY MR. COTILLETTA:

6          Q     I can zoom in, if you can't see.

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

11         Q     Okay.  As you sit here today, do you have any

12    information that would suggest that the information

13    contained in this slide was inaccurate at the time that it

14    was made?

15         A     I know the company was going through a process of

16    ensuring that the financial information that it had --

17    that it had aggregated as a private company was accurate

18    and complete enough for the annual periods and the

19    quarterly periods for public distribution.

20         Q     Now, I appreciate that response.  I guess mine's

21    a little more narrow.

22         A     Yeah.

23         Q     I'm just asking as you sit here today, do you

24    have any information to suggest that this -- the

25    information in this slide is inaccurate at the time that

1    it was made?

2        A    No, not that I recall.

3        Q    Okay.  Let's go to 6254, the next page.  It's

4    double-sided, so you have to go here.

5        A    54.  Yeah.

6        Q    Let me zoom in a little more so we can see this

7    better.  (Indicating.)

8             Are you with me?

9        A    Yes.

10       Q    Okay.  So we have -- it's quarter 3 2018

11   comparison to July forecast, right?  We have the gross

12   booking number.  We've the net revenue number, which I

13   want to draw your attention to.  Okay.

14             Up here we have Q3 '18 actuals.  That's what the

15   little A means, right?

16       A    Yes.

17       Q    And then --

18       A    Understanding.





```
 9        Q    Okay.
22        Q    Okay.
23        A    Yeah.
```



7    A    Yeah.

8    Q    So jurors understand, when you see a parens,

9  right, that means miss?  Because up here, there's a

10  parens, right, and the word miss.  So this is indicating a

11  275 --

17    MS. DUNOGUE:  Objection.

18    THE WITNESS:  Yeah, variance.

19  BY MR. COTILLETTA:



```
 1      Q    Correct.  Right.  So just because I want to make

 2   sure the --

 3      A    Yes.

 4      Q    -- jurors are following us too.

 5      A    Yes.
```

██████████████████████████████████████████████

████████████████████████████████████████

████████████████████

██████████████████████████████████████████████████

███████████████████████████████████████████████

████████████

```
12      A    Correct.

13      MS. DUNOGUE:  Objection.

14   BY MR. COTILLETTA:
```

█████████████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████

██████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████████

████████████

█████████████████████████████

█████████████████████████████

██████████████████████████████████████████████

█████████████████████████

```
 1        A    Yes.

 2        Q    Okay.  And as you sit here today --

 3        THE STENOGRAPHIC REPORTER:  I'm sorry, you said

 4    variance.  Is that ending in c-e or t-s?  You said

 5    variance.

 6        THE WITNESS:  c-e.

 7        THE STENOGRAPHIC REPORTER:  Thank you.

 8    BY MR. COTILLETTA:

 9        Q    And as you sit here today, you don't have any

10    information that would suggest that anything in this slide

11    wasn't accurate at the time that it was made?

12        A    As I sit here today, no.  But again, I would -- I

13    would qualify it by basically saying that there was an

14    effort both on our operating metrics as well as our

15    financial statements to ensure they were complete and

16    accurate and ready for public consumption.

17        Q    Okay.  I'm going to draw your attention to the

18    next page.  Again, I think it's best because of the way

19    this printout is that we continue to focus on the ELMO.

20        A    Yeah.
```





```
 1        A    Was that your question?
```

```
15        A    Yes.
```

```
20        A    That's what it says, yeah.
```

```
23        A    Yeah.
24        Q    Year over year?
25        A    It appears that way, yeah.
```

     6       Q    Yes.

     8       Q    Yeah.

    12       Q    Right.

    13       A    Yeah, that's what I see.

    16       A    It looks that way.

    19       A    It looks that way, yeah.

    22       A    It appears so, yeah.



 1      MS. DUNOGUE:  Objection.

 2  BY MR. COTILLETTA:

 3      Q    Am I reading that correctly?

 9      THE STENOGRAPHIC REPORTER:  I'm sorry, like what?

12  BY MR. COTILLETTA:

13      Q    Fair enough.

20      Q    Okay.

21      A    Okay.

22      Q    All right.  And as you sit here today, you don't

23  have any information that would suggest that the

24  information presented in this slide was inaccurate at the

25  time that it was made?

1        MS. DUNOGUE:  Objection.

2        THE WITNESS:  Yeah, again, I would restate the

3    forecasts are estimates based on information that

4    everybody has at that point, right?

5    BY MR. COTILLETTA:

6        Q     I appreciate that.  My question --

7        A     Yeah.

8        Q     -- to you is:  Do you have any information as you

9    sit here today that would suggest that the information

10   contained in this slide at the time that it was made --

11   that we're looking at right now -- is inaccurate?

12       A     No.

13       MS. DUNOGUE:  Objection.

14       THE WITNESS:  No.

15   BY MR. COTILLETTA:

16       Q     Okay.  I want to draw your attention to the next

17   page.  And we'll focus on the ELMO here because it's just

18   easier to read off of.

19       A     Can I clarify that, the last question?

20       Q     How so?

21       A     Just, I guess, my pause when you say inaccurate

22   is that I don't think of forecasts that way.  I think of

23   forecasts as a week later it could be different.  So if a

24   week later it was different, it doesn't mean it's

25   inaccurate; it means your forecast was updated.

```
 1      Q     Right.  But my question to you is:  At the time
 2   that that was made, so -- which is what we're looking at
 3   now -- is there anything -- any -- do you -- are you in
 4   possession of any information that would suggest at the
 5   time that that slide was presented or made that that
 6   information was inaccurate?
 7      MS. DUNOGUE:  Objection.
 8      THE WITNESS:  Yeah, I guess I'm thinking about why I'm
 9   pausing on that.  Like, inaccurate, it's -- it's the best
10   estimate at that time.  I don't have any --
11   BY MR. COTILLETTA:
12      Q     Okay.
13      A     -- any information that would be -- that would
14   tell me that somebody was putting some other number that
15   was not their best estimate.
16      Q     And --
17      THE STENOGRAPHIC REPORTER:  Not the what estimate?
18      THE WITNESS:  Best estimate.
19      THE STENOGRAPHIC REPORTER:  Thank you.
20   BY MR. COTILLETTA:
21      Q     All right.  And what -- and so just so we're
22   clear, when I ask that question, I'm talking about at that
23   point in time that a slide is made, it's being -- you
24   don't have any information that would suggest that it's
25   based on either inaccurate information or unreasonable
```



1   assumptions that, as it's made, it's -- it would presume

2   to be accurate?

3       A   Yeah, I'm not aware of any.

15      A   That's what it says, yeah.

21      Q   Okay.

22      A   In the context of the forecast, yeah.



7    MS. DUNOGUE:  Objection.

15    Q    Okay.



 3      A    Yes.

 7      A    Yes.

13           Did I read that correctly?

14      A    Did you read it correctly?  Yes.

18      MS. DUNOGUE:  Objection.

24   BY MR. COTILLETTA:

████████████████████████████████████████████████████

███████████████████████████

████████████████████████████████████████████████████

    4      MS. DUNOGUE:  Objection.

    5   BY MR. COTILLETTA:

███████████████████████████████████

    7      A    Say -- repeat the question, then.  I --

    8      Q    Sure.

████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████

   12      MS. DUNOGUE:  Objection.

████████████████████████████████████████████████████

████████████████████████████████████████████████████

   15   BY MR. COTILLETTA:

   16      Q    Okay.

   17      A    Right.

   18      Q    So you didn't think it needed to be addressed?

   19      MS. DUNOGUE:  Objection.

   20      THE WITNESS:  No, I -- well, I'm looking at this, that

   21   they're talking about key themes looking forward, right?

   22   To address looking forward, okay.  You're using that word,

   23   right?

   24   BY MR. COTILLETTA:

   25      Q    Yes, that's my point.

1       A    Yeah.  Yeah.

2       Q    You disagree with me?

3       MS. DUNOGUE:  Objection.

4       THE WITNESS:  Well, I -- I agree with you that it's

5  listed on this page and that this is what they thought

6  they should address looking forward.

7  BY MR. COTILLETTA:

8       Q    Okay.  Fair.

9       A    Yeah.

10      Q    Thank you.

11      A    I mean, this -- it's in black and white, yeah.

16      A    No.

17      MS. DUNOGUE:  Objection.

18      THE WITNESS:  I don't have a -- knowledge of whether

19  this is a ranking or whether this is just a -- they

20  decided to list it instead of bullets with numbers, right?

21  BY MR. COTILLETTA:

24           Do you have any idea what that means?



9     A    I don't recall at that point in time.

17    Q    Right.

21    Q    Right.  But my point's a little more narrow and

22    it's a simple yes, no, or I don't know.

25        MS. DUNOGUE:  Objection.

1        THE WITNESS:  I -- I don't know.

2   BY MR. COTILLETTA:

3        Q     And then it references here in that sentence, you

4   know, where it says, Can we drive efficiency given

5   competitive pressure?

6              What do they mean by competitive pressure?

7        MS. DUNOGUE:  Objection.

8        THE WITNESS:  Yeah, I don't know what the person that

9   wrote that means.  I'd be guessing.

10  BY MR. COTILLETTA:

11       Q     You can set that aside.

12             (Whereupon Deposition Exhibit 10 was

13             marked for identification.)

14  BY MR. COTILLETTA:

15       Q     I am marking as Plaintiff's 10:  ELT offsite

16  three-year plan review.  It's Tab 90.  And the beginning

17  Bates is Uber_00543934, ending Uber_00543986.

18       MS. DUNOGUE:  Just for the record, you said it's

19  Tab 90.  I think you meant it's Exhibit 10.

20       MR. COTILLETTA:  Yeah, that's -- it's for Charlie, I'm

21  sorry.

22       MS. DUNOGUE:  Okay.

23       MR. COTILLETTA:  Internal reference.

24       MS. DUNOGUE:  Yeah.

25

1   BY MR. COTILLETTA:

2       Q    Have you seen this document before today?

3       A    I can't recall.

4       Q    Okay.  And I apologize in advance of how this

5   was.  I don't mean to point any fingers at anybody.  This

6   is how it was produced and this is how it was printed.

7   And I -- you know, I'll just make a request to find,

8   Agnes, about reproduction of this document in a better

9   format.

10          But I'm going to zoom in and do the best I can

11  with what I've got here.  And we also have magnifying

12  glasses for you.  I came well prepared, Mr. Ceremony.

13          So let's see how we can do here.  Let's see how

14  close this thing can get.

15      A    Oh, without blurring.

16      Q    No, that's all right.  I've got auto focus.  We

17  can go into it in a second.  Okay.  Let's get a little

18  closer.  Still a little blurry.

19          This is the three-year plan, though, that we just

20  looked at before; am I right?

21      MS. DUNOGUE:  Objection.

22      THE WITNESS:  Yeah, I would have to have them side by

23  side and compare them.  So I can't -- I can't do that.

24  BY MR. COTILLETTA:

25      Q    Okay.  Let's get a little closer here.  The auto

1   focus is struggling.

7      MS. DUNOGUE:  What page are we on, Joe?

8      MR. COTILLETTA:  This is 935.

9      THE WITNESS:  935.

10      MS. DUNOGUE:  Okay.

11      THE WITNESS:  Yeah, it's really small.  I can't read

12   it.  It's pretty blurry, so...

13   BY MR. COTILLETTA:

14      Q    It is, but I have -- I have -- unfortunately, the

15   way I have it here is a little bit better, but I can't

16   show it to you.

17      A    Okay.

23      A    Yeah.



10      MS. DUNOGUE:  Objection.

14   BY MR. COTILLETTA:

19      A      Yeah.

24      MS. DUNOGUE:  Objection.

25

1    BY MR. COTILLETTA:



8         Q    Yeah.  So you --

9         A    So... what -- like, I don't get the point of...

10        Q    Okay.  That's fine.

11        A    It's a document.  You're asking me, Are those the

12   numbers; is that the question?

13        Q    Yeah.

14        A    Those are the numbers on the page that you're

15   pointing to?

16        Q    Yeah.  Yeah.  So I mean --

17        A    Okay.  So I'd need a more clear document to agree

18   with you definitively.

19        Q    Okay.  Fair enough.

20        A    Because that -- right.

21        Q    Let's see if there's a section that's a little

22   better.

23        A    I mean, I could even look at your screen if you

24   want to turn that around.

25        Q    I wish I could show you, but there's more --

1      A    Yeah.

2      Q    -- in here than just --

3      A    Okay.

4      Q    -- just the actual slides.

5      A    Okay.  I'm not -- like, I didn't know if you were

6   asking me the question --

7      Q    No, it's --

8      A    -- to respond.

9      Q    You raise a good --

10     A    I'm not trying to be --

11     Q    You raise a good point, Mr. Ceremony.  So we'll

12   move along.



22          MS. DUNOGUE:  Objection.



9          MS. DUNOGUE:   Objection.



```
19        Do you see it there?

20     A   Mm-hmm.
```

```
24     MS. DUNOGUE:  Objection.
```



15    Q    That's fair.

16         And, again, the same questions as before:

17 Sitting here today in your dual capacity, do you have any

18 information that would suggest the numbers here or the

19 figures in this slide are inaccurate at the time that they

20 were made?

21    MS. DUNOGUE:  Objection.

22    THE WITNESS:  I don't, but I'll repeat:  The forecast

23 can change day by day because it's an estimate inherently.

24 BY MR. COTILLETTA:

25    Q    Okay.  We're going to go to 39 -- sorry -- 939.

```
 1      A    I'll qualify that last answer too:  Especially at

 2  this point in time when we weren't as rigorous in our

 3  process to have versions of forecasts and know what we're

 4  talking about as far as what forecast we're talking about.

 5  So it was -- we were still in the process of developing

 6  that as a company.

 7      Q    I appreciate your response.  Thank you.

 8      A    Yeah.

 9      Q    Let's see if we can work this out to be a little

10  better.

11      A    Yeah.

12      Q    All right.  The numbers -- we can zoom in in a

13  minute.
```



```
21      A    Mm-hmm.
```



8      MS. DUNOGUE:  Objection.

9      THE WITNESS:  Based on those forecasts, it looks to be

10   that way.

11   BY MR. COTILLETTA:

15      MS. DUNOGUE:  Objection.

21   BY MR. COTILLETTA:

22      Q     Yeah.

23      A     I'm just saying there are different ways to

24   measure growth rates; like cumulative average growth rate

25   is another way to span years, right?  So I'm just not used



1    to comparing growth rates in multiple years; like

2    comparing one year three years out, right, together,

3    right?

12        MS. DUNOGUE:  Objection.

25        MS. DUNOGUE:  Objection.

```
1        THE WITNESS:  Yeah.  I would have to do the math, but

2    roughly, yeah.

3    BY MR. COTILLETTA:
```



```
7        MS. DUNOGUE:  Objection.
```

```
22       A    Mm-hmm.

23       Q    Let me see here...  There's a bullet right here I

24   want to draw your attention to.  Maybe we'll go there

25   first.
```



7    MS. DUNOGUE:  Objection.

22    MS. DUNOGUE:  Objection.



4   BY MR. COTILLETTA:

5       Q    You can't really say one way or another, though,

6   right because this was before you started?

7       A    Yeah.  What date?  This is in October?

8       Q    Correct.  17.

9       A    17th.  Yeah, this was before I started, yeah.

10      Q    So you weren't there for the presentation?

11      A    Correct.

12      Q    So you're not sure if there's a discussion point

13  or whether someone really thought that the take rates were

14  unsustainable?

15      MS. DUNOGUE:  Objection.

16      THE WITNESS:  Well, it's framed as a question.  So

17  yes, I'm assuming.  So it even says -- like it says, Given

18  the competitive pressure -- I'll read it.

19           Yeah.  All I can say is it's a question posed on

20  the slide.  So it's not a statement; it's a question.

21  BY MR. COTILLETTA:

22      Q    Okay.

23      A    Yeah.

24      Q    I'm going to draw your attention here with the

25  zoom out now because the way this thing is, at least this



```
 1   is a little bit easier to read, huh?

 2       A    Yeah.

 3       Q    All right.

 4       A    What number are we on?

 5       Q    It's the same slide deck.  It's on 944.

 6       A    44.  Okay.  Hold on, just in case, I'll read it.
```

```
11            Okay.  Did I read that right?

12       A    Yes.
```

```
17       A    Yes.  You read that right.
```

```
25
```

```
 1    BY MR. COTILLETTA:

 2        Q    Right.  So --

 3        A    It's the top line.

 4        Q    Would you agree with me that U.S., Canada, and

 5    Latin America regions together were considered a material

 6    part of Uber's business?

 7        MS. DUNOGUE:  Objection.

 8        THE WITNESS:  Taken collectively together, yes.

 9    BY MR. COTILLETTA:
```

[REDACTED]

```
14        MS. DUNOGUE:  Objection.
```

[REDACTED]

```
16    BY MR. COTILLETTA:

17        Q    The answer's yes?
```

[REDACTED]

```
20        Q    Right.  So you would consider that a material

21    part of Uber's business?

22        MS. DUNOGUE:  Objection.

23        THE WITNESS:  Yeah.  I wouldn't -- I wouldn't

24    characterize it.  I would just say -- because I don't have

25    all the information on those businesses, like -- yeah.
```



1    The full P&L, the balance sheet related to those, right?

2    I don't have that information, right?

3    BY MR. COTILLETTA:

4        Q    Right.  But --

9        Q    Yeah.

10       A    Yeah.

14       A    I don't --

15       MS. DUNOGUE:  Objection.

23       Q    Okay.

24       A    I'm assuming it's true, right?



```
10        MS. DUNOGUE:  Objection.
```

```
17 │ BY MR. COTILLETTA:
```

```
18 │     Q     Okay.
```

```
22        MS. DUNOGUE:  Objection.
23        THE WITNESS:  I don't know.  Yeah.  I'd be guessing.
24 │ BY MR. COTILLETTA:
```



4        MS. DUNOGUE:  Objection.

5        THE WITNESS:  That depends on a lot of things because

6    it's one component of your full financial -- if you're

7    asking from a financial statement perspective?

8    BY MR. COTILLETTA:

9        Q    Yes.

24        MS. DUNOGUE:  Objection.

```
 1        MS. DUNOGUE:  Go ahead.

 █████████████████████████████████████████

 ████████████████████████████████████████████

 ████████████████████████████████████████████

 ███████████████████████████████████████████

 ███████████████

 7             So we talked about that.

 8   BY MR. COTILLETTA:

 9        Q    Oh.  So that's the same thing that we saw before,

10   just mentioned differently?

11        A    Yeah.

12        Q    Okay.

 ████████████████████████████████████████████

 ████████████████████████████████████████

 ████████████████████████████████████████

 ███████████████

 ████████████████████████████████████████████

 ██████████████████████████████████████████

 ███████████████

20             So I guess your question is what do they mean by

21   that?

22        Q    Yeah.

 ████████ ██ █ █████████████████████████████████

 ████████████████████████████████████████████

 ████████████████████████████████████████████
```

3      Q    Okay.

4      A    Yeah.

5      Q    Let's move on.  You can set that aside.  Thank

6   you, Mr. Ceremony.

7           (Whereupon Deposition Exhibit 11 was

8           marked for identification.)

9      MR. COTILLETTA:  I'm marking as Plaintiff's 11 Global

10   MBR November 28th, 2018, beginning Bates Uber_0046486

11   ending Uber_00046561.

12   BY MR. COTILLETTA:

13     Q    So now I want to draw your attention to --

14     A    What page?

15     Q    Page 4.  If you look over here on the ELMO, it's

16   right here.  It's 494.

17     A    494.  Okay.

18     Q    Okay.  And I'm going to highlight this section I

19   want to talk to you about on this slide.

20          So here, it's reading -- and let me just do a

21   slight zoom out so you can see the chart as well.

22          You have 2018 U.S. category position trend in the

23   chart, right, above?  Right up here?

24     A    Say it again.  2018 U.S. CP --

25     Q    It's category.  Yeah.  U.S. categories.

```
 1      A    CP trend.  Yes.
```

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

```
 6      A    That's what it says, yeah.
 7      Q    What's the difference between billings and trips
 8   CP?
```

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

```
13      Q    Okay.  You said that would be your assumption.
14           Do you actually know one way or another?
15      A    No.  That's -- that's my guess.
16      Q    Let me zoom in a little bit here.
17           I'm going to draw your attention to the top
18   bullet up here.
```

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮

```
24      MS. DUNOGUE:  What page are we on, Joe?
25
```

```
1    BY MR. COTILLETTA:

2        Q    We're on the next page, 495.

3        A    495.

4        Q    495.
```

[redacted]

```
17       MS. DUNOGUE:  Objection.
```

[redacted]

```
22   BY MR. COTILLETTA:

23       Q    Okay.  I want to draw your attention to the next

24   bullet point -- or the third one actually down on the

25   list.
```



```
14        A     Mm-hmm.

15        Q     And other than Lyft, did Uber have any other

16   competitors in the U.S. for rides?

17        A     Yeah.  At that time, I think Lyft was our main

18   competitor --

19        Q     Okay.

20        A     -- in the U.S.

21        Q     Do you know if it was the sole competitor at the

22   time, other than of course, traditional taxi or...

23        A     I don't know.  Yeah.

24        Q     Okay.  You can set that aside.  Thank you.

25        A     Okay.
```

```
 1        Q    Okay.

 2        MR. COTILLETTA:  I'm marking Plaintiff's 12.  It's a

 3   PowerPoint deck.

 4             (Whereupon Deposition Exhibit 12 was

 5             marked for identification.)

 6        MR. COTILLETTA:  Global Ride Strategy, October 2018,

 7   beginning Bates Uber_00536030 and it ends Uber_00536070.

 8   BY MR. COTILLETTA:

 9        Q    Have you ever seen this slide deck before?

10        A    I don't recall.  I've received so many slide

11   decks since I started, and some were from before I started

12   and some were current, contemporaneous.

13        Q    So let me draw your attention -- unfortunately,

14   again, this is just how I have the document; not ideal.

15   I'm going to make a request for reproduction of something

16   more legible, but...

17        A    Page...

18        Q    This is the very next page.

19        A    Okay.

20        Q    Yeah.  31.

21             Okay.  I'm going to zoom in for you.
```



13      MS. DUNOGUE:  Objection.

24   BY MR. COTILLETTA:

25      Q    Right.  It was a global MBR, right?

1       A     I don't know if this was a -- this was -- so I

2    don't know if this was presented at the -- at the MBR or

3    not or whether it's a presentation just for the rides

4    business.

5       Q     Okay.

6       THE STENOGRAPHIC REPORTER:  You're saying MBR?

7       MR. COTILLETTA:  MBR.

8       THE STENOGRAPHIC REPORTER:  As in Mary?

9       THE WITNESS:  Monthly business review.

10          So I don't know if this was just for the rides

11   business presented to rides management or someone in rides

12   management, or whether it was reviewed with the broader

13   company.  Yeah.

14   BY MR. COTILLETTA:

15      Q     Okay.  And going back to the statement, if you

16   don't mind, sir.

17      A     Yeah.

24      Q     Yeah.  I guess I'm just trying to --

25      A     Read it at face value, right --

```
1       Q    Right.

█████████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

8       MS. DUNOGUE:  Objection.

████████████████████████████████████████

█████████████████████████████████████████████

███████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

████████████████████████████████

██████████████

███████████████

███████████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████

20      MS. DUNOGUE:  Objection.

21      THE WITNESS:  Yeah, I don't know because I didn't

22   write this, so I don't... I don't know.

23   BY MR. COTILLETTA:

█████████████████████████████████████████████

25      A    But I -- sorry to interrupt you.  Can I --
```



1        Q      Go ahead.

2        A      So when I read this and I think of what was

3    disclosed in the registration statement, in general, none

4    of it surprises me from the risks and disclosures that we

5    had in the registration statement.

6        Q      Okay.  And why do you mean -- what do you mean by

7    it doesn't surprise you?

8        A      Meaning, we talked extensively about risk and

9    uncertainties about acquiring new users.  I think we went

10   as far as saying our growth rates are declining, right?

11              So I -- it's a general statement.  But I don't --

12   I think a lot of these, these factors were highlighted as

13   risks in the registration statement.  Let's put it that

14   way, right?

15       Q      Okay.  Anything else you want to discuss about

16   that, the statement that's highlighted?

17       A      No.



15          MS. DUNOGUE:  Objection.



3      MS. DUNOGUE:  Objection.

4   BY MR. COTILLETTA:

6      MS. DUNOGUE:  Objection.

15     A    Yeah.

21     MS. DUNOGUE:  Objection.



 7        MS. DUNOGUE:  Objection.

10    BY MR. COTILLETTA:

11        Q    Okay.

12        A    Yeah.

22        A    Yes.

25        A    Yes.

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████

4    A    Correct.  That's what it says, yeah.

████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████

8    MS. DUNOGUE:  Objection.

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

██████████████████

██████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████

19    MS. DUNOGUE:  Objection.

20    THE WITNESS:  No.

21   BY MR. COTILLETTA:

██████████████████████████████████████████████

██████████████████

24    MS. DUNOGUE:  Objection.

████████████████████████████████████████████



```
 6   BY MR. COTILLETTA:
```

```
10        Q    You can set that aside.

11             One more, Mr. Ceremony.

12             (Whereupon Deposition Exhibit 13 was

13             marked for identification.)

14   BY MR. COTILLETTA:

15        Q    Okay.  Here you go.  This is Plaintiff's 13.  And

16   it's October 2018, Monthly Financial Review, beginning

17   Bates 00643708, ending 00643730.

18        MS. DUNOGUE:  I think it ends at 31.

19        MR. COTILLETTA:  Oh, thank you.  I appreciate that.

20   I'm sorry, I didn't see the back end.  It actually ends

21   00643731.

22   BY MR. COTILLETTA:

23        Q    Okay.  Mr. Ceremony, do you know what a monthly

24   financial review is?

25        A    Yes.
```

```
 1        Q     Did you ever attend any of the company's monthly
 2    financial reviews?
 3        A     I did.
 4        Q     Every single month since you started?
 5        A     Well, I don't know if it's every single month,
 6    but I try to attend them regularly.
 7        Q     Okay.  Did you attend any of the company's
 8    monthly financial reviews leading up to the IPO?
 9        A     I believe I did, yeah.
10        Q     Okay.  And who typically attended these meetings?
11        A     It was mainly run by Stratfinn.  So Dennis
12    Cinelli was the head of Stratfinn, who was -- presented to
13    the CFO.  And so I attended because the actuals were often
14    referred to in these documents.
15        Q     Okay.
16        A     My team took care of the actual results.
17        Q     So, like, Josh Waldron would have helped?
18        A     Have helped -- he helped on my team to get the
19    books closed, right?
20        Q     Okay.
21        A     But the Stratfinn team mainly prepared these, the
22    reports included in this.
23        Q     And you said this was -- or these would be
24    presented to Nelson?
25        A     Yes.
```

```
 1      Q     Would it be presented to Dara as well?

 2      A     No, I mean, Dara was never at that -- at those

 3   meetings.

 4      Q     You say never.  Is that --

 5      A     The ones I attended, Dara was not invited or he

 6   did not attend.

 7      Q     And were -- so you mentioned Josh Waldron.  Do

 8   you know who else might have helped him prepare these

 9   slides?

10      A     Josh didn't prepare these slides.  So just to

11   clarify, Josh and my team, including other people other

12   than Josh, helped get the books closed that get the

13   actuals for the month done, right?  And then Stratfinn

14   would have access to those actual results, and they would

15   be able to compare those actual results to their forecast

16   for the month.  And then they would summarize that in this

17   presentation and present that to the CFO.

18      Q     All right.  And this deck that we're looking at,

19   this is like -- this is generally typical of the kind of

20   deck that would be circulated in advance of a monthly

21   financial review?

22      A     I think that varied especially in the earlier

23   days, whether it was just presented at the meeting because

24   it was coming together quickly or shortly before the

25   meeting, it would be shared.
```

```
 1        Q    Okay.  Just a moment.

 2             I just want to highlight some stuff for you and

 3   then we'll go through it.

 4        A    Okay.

 5        MS. DUNOGUE:  What page are we on, Joe?

 6        MR. COTILLETTA:  This is 710.

 7   BY MR. COTILLETTA:

 8        Q    Can you see that well, Mr. Ceremony?

 9        A    It just got blurry again, but...

10        Q    Yeah, I'll hit the auto focus.

11        A    Yeah.

12        Q    How about that?

13        A    Yeah, better.
```





```
 6      A    That's what the sentences are referring to.

 7      Q    Okay.  We mentioned earlier a percentage.  So the

 8   top right, do you see the chart on the right, sir, up

 9   here?

10      A    Yes.




13      A    Yes.

14      Q    Okay.  And for net revenue for October 2018, it's

15   down 11 percent?

16      MS. DUNOGUE:  Objection.










25      MS. DUNOGUE:  Objection.
```



15        A     Yeah.

23        Q     Okay.



12          Do you have any idea what that means?

Case 3:19-cv-06361-RS Document 431 Filed 02/23/24 Page 272 of 510

August 16, 2023                                    270



2       MS. DUNOGUE:  Objection.

U.S. LEGAL SUPPORT
(877) 479-2484

2        MS. DUNOGUE:  Objection --

3   BY MR. COTILLETTA:

4        Q    Yeah, let me finish and then I'll withdraw it,

5   and then, I'll ask the actual question.

6        A    Okay.

7        Q    I'm just trying to understand.

11       THE STENOGRAPHIC REPORTER:  Sorry, you're talking

12  really fast.  Sorry.

13       MR. COTILLETTA:  I'm sorry.

14       THE STENOGRAPHIC REPORTER:  Sorry.

15  BY MR. COTILLETTA:

20       MS. DUNOGUE:  Objection.



23        MS. DUNOGUE:  Objection.



```
12   BY MR. COTILLETTA:

13      Q    Okay.  I just highlighted the next slide, which

14   is 711 to try to speed things up a little bit.

15      A    Okay.
```



```
17     Q    Okay.

18     A    But it's an estimate at some point in time.


20     A    Yes.


22          MS. DUNOGUE:  Objection.
```



6        MS. DUNOGUE:  Objection.

21        MS. DUNOGUE:  Objection.

22        THE WITNESS:  That's whatever the math is, you know,

23   of adjusted EBITDA, yeah.

24   BY MR. COTILLETTA:

25        Q    And based on --



16    A    Yes.

21    A    Yes.



3     A     Can you move the slide so I can see the bottom a

4   little?

5     Q     (Indicating.)

23     MS. DUNOGUE:  Objection.



```
 4   BY MR. COTILLETTA:

 5        Q    Okay.
```

```
13        MS. DUNOGUE:  Objection, and outside the scope of

14   30(b)(6) topics for which he's been designated.
```

1    BY MR. COTILLETTA:

2        Q    No.  It's fine.

4        Q    No.  I appreciate that.  But I want to draw your

5    attention closer to the IPO.

6             So at the time of the IPO, how would you rank

7    these?

8        MS. DUNOGUE:  Objection; outside of the 30(b)(6)

9    scope.

15   BY MR. COTILLETTA:

16       Q    Okay.  We're going to go to the next page, 714.

17   Okay.

18       A    14.



1           Can you see that a little bit better?

2      A    Yes, it's more clear now.

7      MS. DUNOGUE:  Objection.



2          MS. DUNOGUE:  Objection.

20         THE STENOGRAPHIC REPORTER:  I'm sorry.  Repeat that.

21         MR. COTILLETTA:  All of it?



18          MS. DUNOGUE:  Objection.

3      THE STENOGRAPHIC REPORTER:  I'm sorry.  Repeat.  It

4   was in what?

6   BY MR. COTILLETTA:

7      Q    And was it ever in presentations to the board?

8      A    I would have to look.  I don't recall.

9      Q    Okay.  Okay.  I want to focus your attention to

10   the top table.  There's two tables there, right?

11      A    Yeah.

14         Are you looking at that?

15      A    Yes.

20      A    Yeah, those are the numbers presented.

21      Q    Is that right?

22      MS. DUNOGUE:  Objection.

23   BY MR. COTILLETTA:



11      Q    You said you don't know?

12      A    I don't know.  That's why I couldn't tell you

13   what groups track them.  So I don't recall.  I don't

14   recall --

15      Q    That's fair.

16      A    -- the level of diligence that went behind.  I do

17   know that it's not as -- it's likely not as -- there's not

18   as many resources put behind that as the financial

19   statements that we compared and put into the registration

20   statement.

21      Q    Yeah.  I understand that.

22           I guess is there somebody at the company who

23   would be better to speak on that topic?

24      MS. DUNOGUE:  Objection.

25      THE WITNESS:  No.  I don't know a particular person or



1   a group.  I just know that within the groups, somebody's

2   summarizing it, or as you can see, it's either a

3   centralized group or a by-business-unit group.

4   BY MR. COTILLETTA:

5       Q    Okay.  And I want to draw your attention to what

6   I just highlighted.  It's the notes at the bottom of the

7   slide.

15      MS. DUNOGUE:  Objection.

18  BY MR. COTILLETTA:

19      Q    And let me rephrase it.

24      MS. DUNOGUE:  Objection.



```
12        Q    Okay.
```

```
17        MS. DUNOGUE:  Objection.
```

 6      MR. COTILLETTA:  You can set that aside.  We'll take a

 7  five-minute break.

 8      THE VIDEOGRAPHER:  The time is 4:15 p.m.  Going off

 9  the record.  One moment.

10          (Recess taken.)

11      THE VIDEOGRAPHER:  We are back on the record.  The

12  time is 4:34 p.m.

13  BY MR. COTILLETTA:

14      Q    Mr. Ceremony, I've marked what's Plaintiff's 14.

15          (Whereupon Deposition Exhibit 14 was

16          marked for identification.)

17  BY MR. COTILLETTA:

18      Q    It's a global MBR deck dated December 20th, 2018.

19          Have you ever seen this deck before?

20      A    It's likely I went to this meeting.  Yeah.

21      Q    Okay.  You didn't review this deck in preparation

22  for today?

23      A    I don't remember doing that, no.

24      Q    Okay.  I want to draw your attention to page 458.

25  I apologize.  Let me withdraw.

 1      MR. COTILLETTA:  Just for the record, it's Bates

 2  0046451 and it ends 40046485.

 3  BY MR. COTILLETTA:

 4      Q    All right.  So I want to draw your attention to

 5  458.

 6      A    Yes.

 7      Q    Okay.  So this is December 2018, correct, this

 8  deck?

 9      A    Yes.  It says, Q4, December 20th, 2018.  Yeah.

10      Q    Okay.  It says here, More broadly -- and then let

11  me just highlight some of this.



18      A    Correct.

1          Okay.  Do you remember this topic being discussed

2    at the MBR?

3          A    Not specifically but generally.

4          Q    Okay.

9          A    Correct.

10         Q    And the slide above it, up top, is a 2018 U.S.

11   category trend chart for Rides?

12         A    Looks to be, yes.

13         Q    Okay.  And so going back to the note, it

24         Q    Okay.



        3        A        I'm just reading it again.

        16        A        Mm-hmm.

3      Q      It says here, if you look at where I'm pointing

4   with my highlighter, a cross-functional team is going to

5   lead the efforts.

6      A      Mm-hmm.

7      Q      What cross-functional team are they talking

8   about?

9      A      I don't know specifically, but we have many teams

10   that analyze the business.  So I'm assuming they're not

11   only talking about the central ops team; they're talking

12   about incorporating other teams that are used to analyzing

13   and giving their opinions on the business.  So that could

14   be our strategic and planning team that's --

15      THE STENOGRAPHIC REPORTER:  Sorry.

25

 1   BY MR. COTILLETTA:

 2       Q    So this cross-functional team they're talking

 3   about, it didn't include anybody that reports to you?

 4       A    I wouldn't think so, no.

 5       Q    Okay.

 6       A    No.  They might ask us questions, if there's

 7   questions on the accounting related to incentives and

 8   where they end up because they're using that data to do

 9   their analysis, but not as a regular participant in a team

10   that would be doing this type of analysis.

11       Q    It says here the cross-functional team, their

12   effort is to try to get an understanding of why Uber's

13   more expensive despite spending more.

14           So do you know one way or another whether the

15   team -- Uber was able to figure that out?

16       MS. DUNOGUE:  Objection, and outside the scope of the

17   30(b)(6) topics.

18       THE WITNESS:  I think, like I referred to before, it's

19   a regular part of our business, trying to balance the

20   marketplace, right?

21           So your question was why they wanted to do that

22   analysis?

23   BY MR. COTILLETTA:

24       Q    Well, they said they wanted to do an analysis,

25   right, and they wanted to understand why, right?



```
 1              Do you understand where it says understand why?

 2       A    Yes.




 7       MS. DUNOGUE:  Same objection:  Outside the scope of

 8   30(b)(6).







14   BY MR. COTILLETTA:

15       Q    No.  I understand that.





20       Q    Right.  I guess my question's a little bit more

21   benign.
```



18          MS. DUNOGUE:  Objection.

2        THE STENOGRAPHIC REPORTER:  Thank you.

3    BY MR. COTILLETTA:

4        Q    My question is a little bit simpler.

5        A    Yeah.

6        Q    I guess let's do it this way:  You don't know if

7    they ever reached, in finding out their answer, an

8    understanding why, right?  You mentioned that earlier.

9             So having said that --

10       A    Right.

11       Q    -- would it be fair to say to the extent they

12   found out why, you wouldn't know when that would have

13   occurred?

14       MS. DUNOGUE:  Objection, and outside the scope of

15   30(b)(6) topics.

16       THE WITNESS:  Yeah.  I don't recall -- yeah -- any

17   results of what they're referring to.  Yeah.

18       MR. COTILLETTA:  You can set that aside, which is

19   1092.

20            Marking as Plaintiff's 16 2018 financial review,

21   ETL offsite.

22            (Whereupon Deposition Exhibit 15 was

23            marked for identification.)

24       THE STENOGRAPHIC REPORTER:  Counsel, I believe this is

25   15, not 16, but I could be wrong.

1        MR. COTILLETTA:  Oh.  You're right.  It is 16.  I

2   didn't see that there.  I'm sorry.  15.

3        THE WITNESS:  That's ELT.  Yeah.

4        MR. COTILLETTA:  Yep.

5            And this is beginning Bates Uber_00702467.  It

6   ends 00702499.

7   BY MR. COTILLETTA:

8        Q    And I want to draw your attention to 2484.

9            Okay.  Have you seen this deck in general before?

10       MS. DUNOGUE:  Objection.

11       THE WITNESS:  I don't recall reviewing this deck.

12   BY MR. COTILLETTA:

13       Q    Okay.  Are you looking at the same slide in your

14   copy as I have up here on the ELMO?

15       A    2484?  Yes.

████████████████████████████████████████████████████

17   right?

18       A    Yes.

████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████

████████████████████████████████████████████████████

██████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████

```
 1      A    Correct.
```

██████████████████████████████████████████

```
 3      A    That's what it says, yeah.
```

███████████████████████████████████

████████████████

██████████████████████████████████

████████████████████████████████

██████████████

```
 9           So on 2481, they're talking about Q1 '18.

10           And then on 2483, it looks like they're talking

11   about the year.
```

███████████████████████████████████████

████████████████████████████████████

███████████████████████████████████████

████████████

```
16      Q    Okay.  You know what?  Let's do this.  Let's

17   just, for the sake of time, we'll move along and we can

18   move this exhibit to the side.

19      A    Okay.

20      MR. COTILLETTA:  Okay.  I'll mark this as

21   Plaintiff's 16.

22           (Whereupon Deposition Exhibit 16 was

23           marked for identification.)

24      MR. COTILLETTA:  It's the ETL offsite 2019 plan

25   January 16, 2019.
```

```
 1    BY MR. COTILLETTA:

 2        Q    Here you go.

 3             Okay.  Have you ever seen this document before?

 4        A    I don't recall.

 5        Q    Okay.  I want to draw your attention to page 734.

 6        A    734.

 7        Q    Correct.

 8        A    Okay.  I think I'll rely on your ELMO.

 9        Q    The ELMO's helpful.  I mean, this would have been

10    even, you know -- this would have been very challenging

11    without this --

12        A    Yeah.

13        Q    -- just from past experience trying to go through

14    PowerPoints.
```



```
18        A    Correct.
```

```
23        A    Mm-hmm.
```



```
14        A    Yes.

15        Q    Okay.
```

```
24        A    Yeah.
```

1    right?

5        Q    Yeah.

6        A    Yeah.

10       A    Yes, that's what it says.

17       MS. DUNOGUE:  Objection.



3        MS. DUNOGUE:  Objection.

7    BY MR. COTILLETTA:

8        Q    Right.

19       MS. DUNOGUE:  Objection.

25

1    BY MR. COTILLETTA:



22      MS. DUNOGUE:  Objection.



 4     BY MR. COTILLETTA:

 5          Q     That's what I figured.

 7          Q     Yeah.  And here, they're talking about --

10          Q     Okay.

11          A     Right.

12          Q     And here, in this context, they're talking about

15          A     Yeah, in the words, there's no reference there,

16     yeah.

17          Q     Okay.  And if you look at the next graph or the

20          A     That's what it says, yes.

21          Q     Okay.  The numbers are little fuzzy here, but you



1    A    It looks to be, yeah.

2    Q    Right.

3    A    Mm-hmm.

7    Q    Yeah.

13   A    I don't know what that -- that line is the
14   percentage?

15   Q    That line is the percentage, correct.

16   A    It's the graph --

17   Q    Yeah.

```
1      Q    It's 2018 actual.  I'll try to zoom in a little

2   closer for you.

3      A    Oh, okay.  Okay.

4      Q    It's 2018 actual.

5      A    Okay.  All right.

6      Q    Okay.  And over here, it says --
```



```
9      Q    Right.

10     A    -- actuals, yeah.

12     A    Yes.

17     A    That's what it says, yes.

20     MS. DUNOGUE:  Objection.
```



```
22      Q    Let's go to 4741.

23      A    4741.

24      Q    Okay.  I'll zoom in in a minute on some of the
```



6    A    It looks that way, yes.

12        Do you know what they're talking about here?

13    A    I do not.

14    Q    Okay.

15    A    I mean, besides the words written there, I

16    just -- I don't have any other further context on that.

19    MS. DUNOGUE:  Objection.

20    THE WITNESS:  I -- yeah, that would be a guess.

21    But... I don't have any information to give me more

22    information to make that guess.

23    BY MR. COTILLETTA:

24    Q    Okay.  Let's go to the next page, 42.

25    A    Yeah.



 4   here?

 5        A    Give me a moment to review it.

12        Q    Right.

16        Q    Right.  And --

17        A    -- in several locations, not all of them.

25        MS. DUNOGUE:  Objection.



4    BY MR. COTILLETTA:

5        Q    Okay.

6        A    Yeah.

13       A    It looks that way, yeah.

14       Q    Okay.

15       A    On the slide, yeah.

19       MS. DUNOGUE:  Objection.

22   BY MR. COTILLETTA:

23       Q    Yeah.

24       A    But I don't remember the periods of time that

25   that was covering.  We can go back to it if you want.



 9      MS. DUNOGUE:  Objection.

10      THE WITNESS:  Yeah, I -- I just don't have it in front

11  of me.  If you want to get it in front of me, I can

12  compare the two because there's so many metrics that you

13  want to make sure you're comparing apples to apples when

14  you're doing that kind of comparison.

17  BY MR. COTILLETTA:

21      Q    Right.

22      A    Yeah.

25      MS. DUNOGUE:  Objection.

```
 1    BY MR. COTILLETTA:
```



```
18    A    I see that, yeah.

19    Q    So --

20    A    Incentives, you mean?

21    Q    Yeah, as a percentage of gross bookings.  Do you

22    see that?

23    A    Okay.
```

1      A    Yes.

4      A    Yeah.

5      Q    -- then, 8, right?

13     Q    Do you have any general understanding of, kind

14  of, how Uber thought the cost structure was for each point

15  of category position?  In other words, how much Uber would

16  need to spend per point of category position.

17     MS. DUNOGUE: Objection.



```
13        MS. DUNOGUE:  Objection.

14        THE WITNESS:  No, because I don't think there's a one

15   for one.  My understanding is there's not a one for one

16   connection to those two.  Yeah, so I'm not aware of any --

17   BY MR. COTILLETTA:

18        Q    Okay.  Let --

19        A    -- analysis like that.

20        Q    I'll show you one now.

21        A    Okay.

22        Q    If you can go to page 4756.

23        A    Okay.
```



4        A      Okay.

25          MS. DUNOGUE:  Objection.





```
 3        MS. DUNOGUE:  Objection.
```

```
15   BY MR. COTILLETTA:

16       Q    To keep it at --

17       A    This might be a depiction of what that is, as you

18   described, right?

19       Q    Right.  This is just -- that would be, kind of,

20   what you're saying, but it would just be a breakdown of

21   how much it is per point for that given month --

22       A    Yeah.

23       Q    -- right?

24       A    And if that was the case, I'd have a lot of

25   questions on assumptions baked into that analysis.
```



        5        MS. DUNOGUE:  Objection.

       15        MS. DUNOGUE:  Objection.

       24        MS. DUNOGUE:  Objection.

10    BY MR. COTILLETTA:

11        Q    Okay.  We could move this one aside.

12             (Whereupon Deposition Exhibit 17 was

13             marked for identification.)

14    BY MR. COTILLETTA:

15        Q    Okay.  This is for identification purposes,

16    Plaintiff's 17, Core Platform Update, Rides and Eats,

17    January 29, 2019, Bates Uber_00792065.  And I want to draw

18    your attention to 2065.0003.

19             Okay.  Let me zoom out for a second.  So this is

20    a slide regarding rides, U.S. and Canada, and it's titled,

3       A    I do.

8       A    Yeah.

9       Q    So I guess my first question is:  Were you

10   present for this meeting where this deck would have been

11   presented?

12      A    I don't recall whether this was an MBR deck.  I

13   would say, in general, I joined the monthly business

14   reviews.  And they had --

15      MR. COTILLETTA:  Bless you.

16      THE WITNESS:  Bless you.

17          So I'm not sure.

18   BY MR. COTILLETTA:

19      Q    Okay.  I want to -- let's go down, further down

24      Q    Okay.  And it says here, We believe we are

25   relatively worse supplied --

█████████████████████████████████

2      Q    Okay.

3      A    Yeah.

4      Q    I appreciate that clarification.  Thank you.

████████████████████████████████████

██████████████████████████████████████████

██████████████████

██████████████████████████████████████████

9    be anything --

10       MS. DUNOGUE:  Objection --

11   BY MR. COTILLETTA:

██████████████████████████████████

██████████████████████████████████

██████████████████████████████████████

████████████

██████████████████████████████████████████

████████████████████████

18      A    Yeah.

████████████████████████

██████████████████████████████████████

21   but I told you my guess.

22      Q    Sure.

████████████████████████████████████

████████████████████████████████████████

████████████

3        A      Mm-hmm.

5        A      Looks that way, yeah.

9        A      That's what it says, yeah.

10       Q      Okay.  So let me show you this here.  It says,

16              Do you see that?

17       A      I do.

18       Q      Do you know what they're talking about here?

19       A      Let me read it again.

20              I mean, yeah.  I'm reading the words, and it



3          MS. DUNOGUE:  Objection.

9     BY MR. COTILLETTA:

10         Q     Okay.

17         Q     Down at the bottom here.  I just want to -- I



3          MS. DUNOGUE:  Objection.

12   BY MR. COTILLETTA:

13       Q    Correct.

14       A    Yes.  Okay.

18       Q    Well, I mean, that's your interpretation, right?

19   You weren't -- you just admitted you weren't there for the

20   presentation.  So you don't know if that --

21       A    Yeah.

22       Q    That could have been a statement from Dara

23   Khosrowshahi, right?  We don't know.  You weren't there.

24       MS. DUNOGUE:  Objection.

25       THE WITNESS:  Yeah.  I was talking generally of how

 1   speaker notes are used.  They're usually used by the

 2   speaker to the slide to prompt them what to say when

 3   they're presenting the slide --

 4   BY MR. COTILLETTA:

 5       Q    Let's do this?

 6       A    -- in general.

 7       Q    I'm sorry.  I didn't mean to cut you off.

 8       A    In general.

 9       Q    Okay.  You can set that aside.  Thanks.

10       A    Okay.

11       MR. COTILLETTA:  I'm marking as Plaintiff's 18 U.S.

12   and C monthly rides update covering up to February 10th,

13   2019, beginning Bates Uber_00159372, ending in

14   Uber_00159379.

15             (Whereupon Deposition Exhibit 18 was

16             marked for identification.)

17   BY MR. COTILLETTA:

18       Q    Okay.  Mr. Ceremony, have you ever seen a U.S.

19   and Canada monthly rides update before?

20       A    I don't recall.

21       Q    There's an email address up top.

22            Do you see it says, To US.  Can leadership email

23   update at Uber?

24       A    Yes, I see that.

25       Q    Okay.  Do you have any idea who that is?

```
 1      A    Specifically, at the time, U.S. -- I can only

 2  guess it's the leadership team for that -- for those

 3  businesses in the U.S. and Canada.

 4      Q    Okay.  I want to -- we're on the first page,

 5  right?

 6      A    Yeah.

 7      Q    We're going to stay on the first page for a

 8  little bit and then we're going to move on.

 9      A    Okay.
```

```
12      A    Mm-hmm.
```

```
14           What does that mean?
```

```
19      MS. DUNOGUE:  Objection, and it's outside the scope of

20  the 30(b)(6) topics.
```

```
25
```



```
 4      A    Uh-huh.

 5      Q    You see right here it says -- look in the ELMO,

 6   if you don't mind, Mr. Ceremony.

 7      A    Yeah.
```

```
10      Q    Do you see that?

11      A    Okay.
```

```
15           Yes, it looks that way.
```

```
18      A    Yeah, that's what it says.
```

```
22           MS. DUNOGUE:  Objection.
```

```
25
```

```
 1   BY MR. COTILLETTA:

 3   sorry.  Withdraw.

 4            If you look over to the left, we have

 6       MS. DUNOGUE:  Objection.

 7       THE WITNESS:  Yeah, that's what's written there under

 8   trips column, yeah.

 9   BY MR. COTILLETTA:

20       MS. DUNOGUE:  Objection.

21       THE WITNESS:  I mean, as I have mentioned multiple

22   times, right, this -- my understanding of how we operated

23   the business back then and currently is that it's a

24   week-to-week assessment of multiple factors on how much

25   incentives spend we're going to be spending.  Yeah.  I
```

1    mean, estimates of that are included in forecasts as we

2    talked about before.

3    BY MR. COTILLETTA:

13    Q    Okay.

14    A    -- these slide decks, right?

15         So there's no -- it doesn't -- I'd have to review

16    the documents to see if those are defined.

17    Q    Do you know what NPI generally means?

18    A    Yeah -- actually, specifically, no.  Pricing --

19    it's something to do with pricing.

20    Q    Okay.  Have you ever heard the term relative to

21    pricing?

22    A    Yeah.  Net promoter scores.  That's my common

23    understanding of it, right?  So...

24         THE STENOGRAPHIC REPORTER:  Sorry.  You said net what?

25         THE WITNESS:  Net promoter scores.



1          THE STENOGRAPHIC REPORTER:  Thank you.

2      BY MR. COTILLETTA:

5              Do you know what that means?

6          A    Again, I would be guessing, so...  Yeah.

15             Do you see that?

16         A    I do.

21         MS. DUNOGUE:  Objection, and outside the scope of the

22     30(b)(6) topics.



```
 8    BY MR. COTILLETTA:

 9        Q    Okay.

10        A    So this is one -- a weekly report.

11        Q    Right.  This is about two months before the S-1

12    amended gets filed, right?

13        MS. DUNOGUE:  Objection.

14        THE WITNESS:  We had an S-1 filed in -- we started the

15    confidential process in early December --

16    BY MR. COTILLETTA:

17        Q    Right.

18        A    -- and it wasn't finished until sometime in

19    April.

20        Q    You had two filings in April, right?

21        A    I don't recall how many filings we had.

22        Q    Okay.

23        A    But we had updates along the way.  Yeah.

24             That's normal when it gets filed with the SEC.
```



```
 9      Q    Okay.  I want to draw your attention to the next

10   page.

11      A    Yeah.
```

```
16      A    Mm-hmm.
```

```
23      A    That's what it says, yeah.

24      Q    Now, at this time while employed at Uber, did you

25   hear of this news that -- of what the information's being
```

1   conveyed in that bullet point as read to you?

2      A    Not specifically, but in general, I knew Uber and

3   Lyft -- like Lyft was competitor --

4      Q    Right.

5      A    -- and they were spending money, and the concept

6   of them spending a lot of money leading up to their IPO

7   was, from my memory, known by me, right?

8      Q    Okay.

9      A    And so that impacted the marketplace, right, our

10  response to that, whether we responded or not.

11     Q    But did you know, prior to today, that exclusive

12  of any kind of preparation for today's deposition, that in

13  February 2019 that Uber was facing some of its lowest

14  category position numbers that it had seen in a very long

15  time?

16     MS. DUNOGUE:  Objection.

17     THE WITNESS:  Not that I recall.

18  BY MR. COTILLETTA:

19     Q    Okay.

20     A    No.  I mean, that's a very specific time period.

21  I can speak generally, like what I said earlier, right?

1        MS. DUNOGUE:  Objection.

2        THE WITNESS:  Let me read it again.

7   BY MR. COTILLETTA:

8        Q    Would you -- would Uber -- withdraw.

11       THE STENOGRAPHIC REPORTER:  Sorry.  Sorry.  Would Uber

12   what?

13       MR. COTILLETTA:  Sure.  I'll go back.

14   BY MR. COTILLETTA:

18       MS. DUNOGUE:  Objection, and the question's outside

19   the scope of the 30(b)(6).

20            You can answer in your personal capacity.

21       MR. COTILLETTA:  I object.  I don't think you can

22   instruct him.  You can make an objection to scope.

23   BY MR. COTILLETTA:

24       Q    But go ahead and answer the question as best you

25   can.

```
 1      A    Can you repeat the question?

 2      Q    Sure.
```

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

```
 6      MS. DUNOGUE:  Same objection.
```

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮

```
15  BY MR. COTILLETTA:
```

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

```
18          Do you recall that?

19      A    I do recall that.
```

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

```
22      A    Yes.
```

▮▮▮▮▮▮▮▮▮▮▮▮▮

```
24      Q    It says -- if you look at the ELMO real quick, it
```

▮▮▮▮▮

```
 2        Q    Yeah.

 3        A    Yeah.   Okay.

 4        Q    Okay.

 5        A    I was looking at the chart below.  Sorry.
```

```
 9        MS. DUNOGUE:  Objection; outside the scope of the

10   30(b)(6) topics for which he's been designated.
```

```
18   BY MR. COTILLETTA:

19        Q    Prior to today, have you ever heard of the term

20   category position sprint?

21        A    No, not that I can recall, no.

22             Is it in here?

23        Q    No.  I'm just asking have you ever heard of the

24   term CP sprint, or category position sprint?

25        A    I have not.
```



5     A   Okay.

8     A   Mm-hmm.

10   correct?

11     A   Correct.

12     Q   And so this is a -- this spans about over a year

13  and a half, correct?

14     A   Looks to be that way, yeah.

17     A   I'm just reviewing.

18         Yes.

22     MS. DUNOGUE:  Objection.

```
 1   BY MR. COTILLETTA:

 2       Q    Right.

 3       A    Yeah, yeah.  Which is not surprising with a

 4   competitor that's funded and competing against you.

 5       Q    Well, that's not my point, right?

 6       A    Yeah.

 7       Q    We can debate that at some other point, another

 8   time.




11       MS. DUNOGUE:  Objection.

12       THE WITNESS:  I mean, it just shows information on the

13   category position.

14   BY MR. COTILLETTA:

15       Q    I'm just asking.  The jurors are obviously

16   watching this.  It's a very simple question.




19       MS. DUNOGUE:  Objection.
```

```
 1    BY MR. COTILLETTA:

 2        Q    Okay.




 6        Q    Okay.

 7        A    Yeah.

 8        Q    Well, someone from Uber wrote that -- sorry.

 9    Withdraw.




12        A    Yeah.







19        A    Yeah, that's what it says, yeah.




23        A    Yeah --

24        MS. DUNOGUE:  Objection --

```



```
 1        MS. DUNOGUE:  Objection --

 2   BY MR. COTILLETTA:

 3        Q    Okay.
```

```
11        MS. DUNOGUE:  Objection.
```

```
17   BY MR. COTILLETTA:

18        Q    I want to draw your attention to page 9377.
```

```
21             Do you see that there?

22        A    I do.
```



```
 4        A    That's what it says, yeah.
```

```
10      right?
```

```
11       A    That's what that second bullet says, yeah.
```

```
12       Q    Okay.  From a -- so I guess, looking at that last
```

```
15      impact financial statements?
```

```
16       MS. DUNOGUE:  Objection.
```

```
17       THE WITNESS:  I'm just reading it again.
```

```
18            And your question was how would that...
```

```
19      BY MR. COTILLETTA:
```

```
23       MS. DUNOGUE:  Objection.
```

        3       THE STENOGRAPHIC REPORTER:  I'm sorry.  I can't hear
        4    you.

       12    BY MR. COTILLETTA:
       13       Q    Okay.  Let me be a little more specific.

       24       THE STENOGRAPHIC REPORTER:  I'm sorry.  If there's
       25    excess...

2       THE STENOGRAPHIC REPORTER:  Thank you.

5   BY MR. COTILLETTA:

6       Q    If we were to assume that the spend was -- let's

7   say it was just a particular number for driver incentives

8   and you shift that exact amount over and allocated it to

9   rider incentives.

10          By doing so, would that affect -- have the effect

11  of increasing revenue on a financial statement level?

12      MS. DUNOGUE:  Objection.

13      THE WITNESS:  I -- you don't know, right?  I mean, you

14  don't know.  It depends on a lot of things.  It depends on

15  the market at the time and whether those incentives are

16  having the intended purpose, right, and whether your

17  marketplace is in balance, you have your supply and demand

18  in balance, and all those factors you consider while

19  you're shifting incentives between riders and drivers.

20  BY MR. COTILLETTA:

21      Q    Okay.  I don't know how long we've been going

22  here.

23      THE VIDEOGRAPHER:  One hour 18, this session.

24      THE WITNESS:  Quick break, if possible.

25      MR. COTILLETTA:  Yeah.  Let's do a five-minute break.

```
1        THE WITNESS:  Okay.

2        THE VIDEOGRAPHER:  The time is 5:53 p.m.  Going off

3   the record.  One moment.

4             (Recess taken.)

5             (Whereupon Deposition Exhibit 19 was

6             marked for identification.)

7        THE VIDEOGRAPHER:  We are back on the record.  The

8   time is 6:24 p.m.

9   BY MR. COTILLETTA:

10       Q    Okay.  Good evening, Mr. Ceremony.  I want to

11  show you now what's been marked as Plaintiff's 19.  And

12  for identification purposes, this is an email beginning

13  Bates Uber 00610286.  It goes all the way through to

14  00610298.

15            And what I want to do is, consistent with other

16  emails, we're going to go to the message at the end of the

17  trail because that's the first one.

18       A    Mm-hmm.

19       Q    And so I actually want to draw your attention to

20  page 289.

21       A    Uh-huh.

22       Q    See that there?

23       A    Yes.

24       Q    Okay.  And you'll see -- I'll put it here on the

25  ELMO.  I'm just going to draw your attention to it.  And
```

```
 1    you can just read it.  I won't read it to you anymore.

 2          Do you see right here, from Andrew Macdonald?

 3    A    Yes.

 4    Q    Okay.  It's addressed to Dara, Barney, Nelson,

 5    and Manik?

 6    A    Yes.

 7    Q    Who is Manik?

 8    A    He was the head of product at the time.

 9    Q    Okay.  I'm just going to highlight some stuff

10    here.  I want you to read the paragraph.  And then, when

11    you're ready, I'll ask you the next question.

12    A    Okay.

13    Q    Okay.  So I've highlighted a couple of different

14    things on this page.  Do you see that?

15    A    Okay.  Yes.
```

19    MS. DUNOGUE:  Objection.

23    BY MR. COTILLETTA:

24    Q    But this is actually shortly after the document I

25    just showed you on U.S. and Canadian monthly Rides Update,

1   right, the previous exhibit?

4        Q    Yeah, it's Plaintiff's Exhibit 18.  And we

5   mentioned that it says in the document, Covering up to

6   February 10th of 2019?

7        A    Okay.

8        Q    Right.  And --

9        MS. DUNOGUE:  Objection.

10       THE WITNESS:  I'm just looking at that first page --

11  BY MR. COTILLETTA:

12       Q    Yeah, I'll show you again.

13       A    I thought there was a chart where -- yeah, there

14  is it is --

15       Q    Yeah.

16       A    -- on page 373 of that weekly report.  1/1/19, at

17  68.7.  I don't know if --

18       Q    Yeah.

19       A    -- that's the same period or not.

20       Q    But it's in the month of February of 2019, right?

21  It's about a week later?

22       A    Well, 1/1/19.  That's January 1st, '19.  This is

23  February 4th --

24       Q    What I'm showing you, sir, is -- if you don't

25  mind taking a look at the ELMO just --

1      A     Oh, yeah.

2      Q     -- to speed things up.

3      A     Yeah.

4      Q     This is Plaintiff's 18, right?  This is the

5   document we just showed.  It says, Covering up to

6   February 10th of 2019?

7      A     Yes.

8      Q     Okay.  And the email you see there, it's February

9   of -- on Plaintiff's 19, it's February 16, 2019, correct?

10     A     Okay.  Yeah.

11     Q     Okay.  And so, here, Andrew is providing updates

12  to Dara, Barney Harford, Nelson Chai, and Manik Gupta on

13  category position numbers, correct?

14     A     Say the question again.

15     Q     In this email, Andrew Macdonald is updating Dara,

16  Barney, Nelson, and Manik on category position in the

17  U.S., correct?

18     A     I haven't read through it fully.  But it looks

19  like that's one of the first things he references was

20  category position in the U.S.

21     Q     Okay.

22     A     Yeah.

23     Q     If you look right above it, Dara responds to him

24  and he writes, Good update.  Super important that we stay

25  on top of this.

3       A    Correct.  It says that.  The email says that.

4       Q    Yeah.  He references an April and May time.  Do

5   you see that in the email?

6       A    I do.

7       Q    I'm pointing to it right there.

8            April, May, is that the roadshow -- the time

9   frame where the roadshow and the IPO was expected to

10  launch?

11       MS. DUNOGUE:  Objection.

16  BY MR. COTILLETTA:

17       Q    Right.  So he says here, We have to watch CP

18  carefully as we enter into April and May.

19            Is it your understanding he's saying April and

20  May because that's the IPO and the roadshow?

21       MS. DUNOGUE:  Objection.

22       THE WITNESS:  No, I don't know.

23  BY MR. COTILLETTA:

24       Q    Do you know of --

25       A    I -- (simultaneous cross talk) --

1      Q     -- any other significant events that were

2   occurring for Uber in April and May?

3      MS. DUNOGUE:  Objection.

4      THE WITNESS:  No, I don't.  I don't know.  There could

5   be multiple reasons why.  I can't get inside his head.

6   Like, I -- April, May, it could have been seasonality.

7   BY MR. COTILLETTA:

8      Q    Right.  You can't get inside his head, right?

9            Only he can tell me what he means by April and

10  May, correct?

11     MS. DUNOGUE:  Objection.

12     THE WITNESS:  Well, if -- I don't know if they had a

13  conversation live on this.  So maybe the people in the

14  email could tell you.  I could -- I would be guessing.

15  I'm reading words.  And I wasn't on the email, right,

16  so...

17  BY MR. COTILLETTA:

18     Q    Okay.  So he's -- let's continue on.  The next

19  sentence says, Lyft will want to demonstrate share gains,

20  right?  Do you see that, where that sentence begins?

21     A    I do.

22     Q    Okay.  And he mentions here, We don't want to

23  give them a freebie here, right?

24     MS. DUNOGUE:  Joe, do you want him to read the whole

25  paragraph?  Because you're reading excerpts.

```
 1        THE WITNESS:  Yeah, you know, actually, can I peruse
 2   the original email?  Because it's kind of out of context
 3   and I haven't read this email.
 4   BY MR. COTILLETTA:
 5        Q    You want to read the whole email?
 6        A    Well, yeah.  He's responding to an email, so I
 7   don't have context without reading the email.
 8        Q    Sure.  You want to spend 10 minutes reading the
 9   email?  I know what you're trying to do, but go ahead and
10   read the whole email.
11        MS. DUNOGUE:  Joe, that's not an --
12        THE WITNESS:  What --
13        MS. DUNOGUE:  -- acceptable thing to say.
14   BY MR. COTILLETTA:
15        Q    Go ahead.
16        A    What do you mean?
17        MS. DUNOGUE:  Will you withdraw that?
18   BY MR. COTILLETTA:
19        Q    Well, what I'm asking you is -- I'm just drawing
20   your attention to a small paragraph here --
21        A    Yeah.
22        Q    -- okay, where he's talking about an April, May
23   time frame, right?
24        A    Yeah.
25        Q    You're telling me you need to read --
```

1       A       Yeah, I do.

2       Q       Okay.

3       A       And the reason why I would have to read it is I

4    don't know if Matt -- if Andrew Macdonald referred to a

5    May, April time frame in his original email.

6       Q       Fair.

7       A       That's why you read an email from the lower --

8       Q       Go ahead.  You know what --

9       A       -- portion up, right?

10      Q       -- that's fine, Mr. Ceremony.  Go ahead and read

11   the email.

12      A       Yeah.  Yeah.

13              Okay.  Which one?  89.

14      MS. DUNOGUE:  (Indicating.)

15      THE WITNESS:  That's the beginning of it.  Okay.

16              Okay.  So Dara was the first to respond.

17              Okay.

18   BY MR. COTILLETTA:

19      Q       Are you ready?

20      A       I read through it, yeah.  Yeah.

21      Q       All right.  So focusing your attention on the

22   email from Dara in response to Andrew Macdonald.

23      A       Yes.

24      Q       Okay.  So he says, We have to watch CP carefully

25   as we enter into April and May.  Do you know what he's



1    talking about right there?

2        A    Not specifically.

3        Q    Okay.  And then he mentions with respect to Lyft,

4    We don't want to give them a freebie here.

5            Do you know what he's talking about?

6        A    Not specifically.  I'd be guessing, yeah.

7        Q    Okay.  He mentions in this sentence -- again,

11           Do you know what he's talking about?

15       Q    Okay.

16       A    Yeah.



```
7        A     Yeah.

8        Q     What does he mean, We revert back to do the right

9    thing?

10       MS. DUNOGUE:  Objection.

11       THE WITNESS:  Yeah, I don't know exactly what that

13   I don't -- I don't -- yeah, I'd be guessing what he means

14   by that, right?

15   BY MR. COTILLETTA:

16       Q     Okay.
```

BY MR. COTILLETTA:

2    BY MR. COTILLETTA:

3    Q   If you could just look over it now, in response

4    to Dara, right, we have a short response back from Andrew

5    Macdonald, Understood.  Thanks, Dara.

6    And then at the top of this email, sir -- I don't

7    know if you read this as a part of your review just a

8    moment ago, but --

9    A   I didn't, no.

10    Q   Okay.  Why don't you take a look at this email

11    here on --

12    A   Okay.  The one after Dara's response?

13    Q   Correct.  It's at the top.  It's from Sundeep

14    Jain.  Do you know who that is?

15    A   Yeah.  He worked at that point in time for the

16    head of product.

17    Q   Okay.

18    A   He's currently the head of product.

19    Q   Why don't you go ahead and read his response.

20    And then when you're ready, I'll ask the next question.

21    A   Okay.  That's the beginning, the --

22    Q   Yeah.

23    A   289, that's the beginning of -- that's his

24    response, right?

25    Q   Yeah.



 1      A    Okay.

 2           Okay.  Yeah, I read it.

 3      Q    Okay.  In that first paragraph, do you understand

 4  what he is trying to say?

 5      A    My understanding of that -- I mean, he's

 6  prompting a question about whether, externally, you'd want

 7  to get the -- the people that are monitoring your -- your

 8  spend and your CP levels, get them used to a longer term,

 9  kind of, position and not a weekly position to -- to

10  assess, make any conclusions about your position.

11      Q    Okay.

12      A    Yeah.  And I do recall discussions around that

13  time, whether there was -- you know, the balance between a

14  short-term focus and the immediate impact of spending or

15  not spending versus the long-term impact of that -- of

16  that spending.

17      Q    Okay.  But he -- here, he's talking about dampen,

18  misleading effects.  What is he talking about here?

19      MS. DUNOGUE:  Objection.



           4        MS. DUNOGUE:  Objection.

           7   BY MR. COTILLETTA:

           8        Q    Okay.  I want to draw your attention to the next

           9   page.  So if you -- if you actually turn to it, it's 288.

          10   And at the bottom, Dara responds to Sundeep.

          11             And so that first paragraph that Sundeep had

          16             Did I read that correctly?

          17        A    Yes.

          21        A    Correct.

          22        Q    Okay.  Let's move further up the chain on Bates

          23   287.

          24             Okay.  And somewhere up this chain -- and you're

          25   free if you want to pause to review more --

```
 1       A    Which one are you talking about, the Tony West
 2   email or --
 3       Q    No, I'm actually going to draw your attention to
 4   Dara's email right here.  It's, kind of, like, sandwiched
 5   towards the bottom.  Do you see that on the ELMO?
 6       A    Bottom of 287?
 7       Q    Yeah.  Do you see that right there?  I'm sorry,
 8   it's 286.
 9       A    Yes.  Yes.  28-what?
10       Q    I'm sorry.  I'm -- I've got my numbering mixed
11   up, I apologize.  Give me a moment.
12       A    That's 286, yeah.
13       Q    Give me a moment, I'm sorry.
14       A    Yeah.
15       Q    Okay.  Still kind of in the same spot.  287,
16   you've got this email from Dara, right?
17       A    Yeah.  If you wouldn't mind, this seems like an
18   email discussion, so skipping multiple emails --
19       Q    Again, if you want continue to read up --
20       A    It'd be great to read up.
21       Q    -- that's fine with me.  Go ahead --
22       A    Yeah.
23       Q    -- and read up.
24       A    Yeah.  Then I'll just scan it, right?
25       Q    In fact, while you're at it, why don't you
```

```
 1   continue to read up the email all the way through to

 2   the -- the very last email from Andrew Macdonald on

 3   February 27th -- I'm sorry, February 17th.

 4       A    On 286?

 5       Q    Yeah.

 6       A    Yeah.  Okay.

 7       Q    Go ahead and do that so we don't have to do this

 8   again.

 9       A    Okay.

10            Okay.

11       Q    Okay.  All right.  So let's go to 287.

12       A    Okay.

13       Q    And I'm just going to show you the highlight now

14   that you've read the entire email, okay?  He says here --

15   you see the highlights here?

16       A    Yes.

17       Q    Okay.  What is he talking about in this -- in

18   this paragraph?
```



 3      Q    I'm going to draw your attentions --

 9           THE STENOGRAPHIC REPORTER:  Okay.

10    BY MR. COTILLETTA:

11      Q    Okay.  And I want to draw your attention here

12    to -- Dara has this comment.

14    BY MR. COTILLETTA:

15      Q    If you could please read what I've highlighted

16    here, okay?  And then my question to you is:  What does it

17    mean by this?

24      Q    Yeah.

25      A    -- he's saying optimize nationally.

by

3    that?

9    Q    Okay.

10    A    Yeah.

11    Q    All right.  So we'll set that aside.  I've now

12   marked as Plaintiff's 20, H2 Forecast Review, May 10,

13   2019, beginning Bates Uber_0588687, and ends 00588701.

14              (Whereupon Deposition Exhibit 20 was

15              marked for identification.)

16   BY MR. COTILLETTA:

17    Q    Sir, have you seen this document before?

18    A    I can't recall.

19    Q    Okay.  May 10th, this -- withdraw.

20         This presentation is dated May 10th, 2019,

21   correct?

22    A    Correct.

23    Q    That's one day after the IPO?

24    A    Mm-hmm.

25    Q    Okay.  And I want to draw your attention to the

```
 1   very next page, 8688.  And this -- I'm just going to make

 2   a request that this document be reproduced.  It's very,

 3   very small language.  We are going to try our best to get

 4   it zoomed in.

 5           So this is a 2019 forecast summary P&L, correct?

 6   You could see that language?

 7       A    Yeah, I could see that language, yeah.

 8       Q    Okay.  I'm going to try my best to zoom in here?

 9       A    That's a little better.  It is kind of blotchy.

10       Q    Okay.  And without -- let's see if we can do

11   this.  (Indicating.)  Let's see what we can do.  Hey,

12   look, this is the document I'm dealing with.

13           Okay.  There we go.  Can you see this?  All

16       A    Either one of those, yeah.  In brackets, yeah.

21       Q    Okay.  And this is a -- this is a forecast,

22   right, second half forecast?

23       A    Can you zoom out.

24       Q    Sure.

25       A    Yeah, it says --
```

1     Q     Right?

2     A     -- 2019 forecast.

6     MS. DUNOGUE:  Objection.

7     THE WITNESS:  I just don't know if that -- what time

8   period that is.  So zoom out again.  Like, I can't -- does

9   that match something in the --

10  BY MR. COTILLETTA:

11    Q     This slide --

12    A     -- table?

13    Q     This slide deck is from May 10, 2019.

14    A     No, I know.  But that number, I'm just wondering

15  if those are actuals for a period or the forecast.  The

16  whole thing is about forecast.  But a lot of these --

17    Q     Correct.

18    A     -- forecast decks have actuals and forecast on

19  it, right?  So...

20    Q     Okay.  Well, this is H2 2019 and we're not there

21  yet, right?  Because on May 10th, 2019, you would have

22  been about -- about a quarter or a halfway through 2Q '19,

23  correct?

24    A     Okay.

25    Q     So this is forecasting the second half of 2019,

1    correct?

2        MS. DUNOGUE:  Objection.

3        THE WITNESS:  It's just not clear, not only because

4    it's fuzzy writing.  Just --

5    BY MR. COTILLETTA:

6        Q    Right.

7        A    -- zooming out, reading the whole thing in

8    context, I'm not sure what the period that is, right?

9    Maybe I can read it, like...  yeah, it's too small.

10           Because there are actuals on this chart, right?

11   So if I could see the chart relative to --

12   BY MR. COTILLETTA:

13       Q    Right.  And so, like, if you look here, these

14   are -- let's see if we do this -- '17 actual, '18 actual,

15   '19 forecast.

16       A    Mm-hmm.

17       Q    Right.  My point is this -- and this is

22       MS. DUNOGUE:  Objection.

5       A    In the past, but I've seen it --

6       Q    Yeah.

7       A    -- both in these decks.

8       Q    Okay.  So it says here -- well, okay.  We'll go

9    through it.

10      A    Yeah.

13      A    Yeah, I do.

17      MS. DUNOGUE:  Objection.

18      THE WITNESS:  Yeah.  I'm not trying to be difficult.

19   I'm just not seeing -- my brain wants to go to the chart

20   and validate that, right?  Because they have actuals and

21   forecasts.  So it would be helpful to actually see it on

22   the chart, because then it's labeled.

23   BY MR. COTILLETTA:

24      Q    Well, here's -- well, here's an example.  This is

25   gross --

1    A    Where's the gross bookings?  Yeah.

2    Q    This is gross bookings right here.

6  want to waste time on this document.  I'm sure we can get

7  a reproduced document that's clearer and it is what it is.

8    A    Yeah.

12    MS. DUNOGUE:  Objection.

13    THE WITNESS:  Yeah.  If it was clearer, I probably

14  could tell.  If I got the comfort, I could agree it -- to

15  the actuals versus forecast and the variance.

16  BY MR. COTILLETTA:

17    Q    Okay.

18    A    Then I would.  But it's not in the table.

19    Q    And I assume you're going to give me the same

1      Q      Here's another -- there's another --

2      A      Yeah, it's just a blotch, right?

3      Q      It is -- consistent with this being four digits,

4   this is three digits --

5      A      Yeah.

6      Q      And they both have parens?

7      A      Yeah.

8      Q      So it -- and I understand.  I'm very frustrated

9   that the document is the way it is.

10     A      Yeah.

11     Q      But you would agree with me that this would --

12   this would be a day after the -- let's assume I'm right,

13   okay?

14     A      Yeah.

23         MS. DUNOGUE:  Objection.

24         THE WITNESS:  If that -- if I made those assumptions

25   you referred to, it's for the annual period; is that what

```
 1    you're reading?

 2    BY MR. COTILLETTA:

 3        Q    Yeah.  Because this is 2019 forecast, summary

 4    P&L, and it's related to -- it's related to the second

 5    half forecast review.

 6        MS. DUNOGUE:  Joe, we have a native version of the --

 7    we've just pulled up the native version.  We're fine with

 8    putting that up on the screen.

 9        MR. COTILLETTA:  Yeah.  So let's just go off the

10    record for a second because I don't want to lose time over

11    this.  Why don't you --

12        THE VIDEOGRAPHER:  The time is 6:58 p.m.  Going off

13    the record.  One moment.

14            (Recess taken.)

15        THE VIDEOGRAPHER:  We are back on the record.  The

16    time is 7:06 p.m.

17        MR. COTILLETTA:  Do you want me to wait for them to

18    have copies or you want me show him this on the ELMO?  I'm

19    only showing one page.

20        MS. DUNOGUE:  You can do that.

21        MR. COTILLETTA:  Okay.

22            So let me mark this as Exhibit 21.

23            (Whereupon Deposition Exhibit 21 was

24            marked for identification.)

25        MR. COTILLETTA:  This is the H2 forecast review dated
```

```
 1   May 10th, 2019, beginning Bates Uber_00588687.

 2        MS. DUNOGUE:  And just for the record, the entire

 3   document is marked confidential --

 4        MR. COTILLETTA:  Sure.

 5        MS. DUNOGUE:  -- but we just reprinted it, so it

 6   doesn't have that on every page.

 7        MR. COTILLETTA:  That's okay.

 8            All right.  So we got a cleaner version.  Thank

 9   you, Shearman & Sterling, for that.

10   BY MR. COTILLETTA:

11        Q    All right.  So --

12             Are you with me, Mr. Ceremony?

13        A    I am.

14        Q    Okay.  Great.  On page 2 of the slide, which I'm

15   highlighting on the ELMO, you have 2019 forecast summary

16   P&L?

17        A    Yes.



20        A    Say that again.

21        Q    Where I've highlighted here.

22        A    Yep.

23        Q    Gross bookings?

24        A    Yes.
```

1      A    Yes.

8      Q    Okay.

9      A    Yeah.

12     MS. DUNOGUE:  Objection.

15   BY MR. COTILLETTA:

16     Q    Okay.

17     A    Yeah.  I can see it in the chart now.  So for

18   Rides.  Yeah.

19     Q    It's clearer now?

20     A    Oh, yeah.

21     Q    Okay.  So that's a forecast or a plan of

22   1.2 billion?

23     MS. DUNOGUE:  Objection.

 4   BY MR. COTILLETTA:

 5        Q    Right.  So what I have highlighted on the ELMO,

 6   right?

 7        A    Yeah.

 9        MS. DUNOGUE:  Objection.

11   BY MR. COTILLETTA:

12        Q    Okay.  All right.

13        A    Yeah.  And, again, the forecast, just as context,

14   this looks like I was remembering earlier, which is you do

15   a -- you do a plan at the beginning of the year, which is

16   synonymous with budget, right, and then you're looking for

17   your second -- as you get more information as you work

18   your way through the year, you're going to relook at that,

19   right, for the full year.

20             There's a monthly process where you're doing

21   forecasts within the period.  They don't relook at the

22   whole year at that point.  They don't do that every month,

23   right?  They took a deeper look in halves of the year,

24   right?

25             And so this looks like one of those deeper looks

1   that they looked at, the full year, what their forecast,

2   given the latest information, would be.

3         Q    Right.  But the numbers that they presented for

4   this, they didn't do this overnight.  This would take at

5   least a couple of days to generate, correct?

6         MS. DUNOGUE:  Objection.

7         THE WITNESS:  I don't know how much time it would

8   take, but yeah, there's a lot of information.  It would be

9   based on the -- normally, the latest information they

10  could get their hands on.

11  BY MR. COTILLETTA:

12        Q    All right.  And this is a day after the IPO,

13  correct, May 10th?

14        A    I believe so.  I honestly forget.

15             The 9th was the IPO?

16        Q    Yes.

17        A    Okay.

21        A    Yes.

24        A    Yeah.



 9      Q    Okay.  And do you have any --

10      A    And then the difference between those two would

11  be the variance.

14      MS. DUNOGUE:  Objection.

```
 1    BY MR. COTILLETTA:

 2       Q    Sure.



 4       Q    I understand that.



 8       MS. DUNOGUE:  Objection.

 9    BY MR. COTILLETTA:

10       Q    -- other than what's already noted in this slide?

11       A    Yeah.  Not specifically.  Not in detail.












22       A    Yeah, that's what it says, yeah.


24            What does that mean?

```

12        What does that mean?

21   Q    Okay.

22   A    -- right?

25   Q    Okay.  And as you sit here today in your dual

```
 1    capacity --

 2       A     Yeah.

 3       Q     -- do you have any information that would suggest

 4    that the informing contained on this slide was inaccurate

 5    at the time that it was made?

 6       MS. DUNOGUE:  Objection.

 7       THE WITNESS:  I don't have any information of

 8    inaccuracies but I would caveat that by saying the

 9    forecast is one big estimate, right?  It's a detailed

10    estimate at any given point in time, so...

11            I'm not used to dealing with questions about --

12    or did you have -- did you say inaccuracies?

13            Normally, there's not -- you don't talk about

14    forecasts as being inaccurate.  It's an estimate --

15    BY MR. COTILLETTA:

16       Q     Sure.

17       A     -- at a point in time.  Yeah.

18       Q     So I'll rephrase it if that makes things easier

19    for you.

20            I mean, just looking at this slide, as you sit

21    here today in your dual capacity, do you have any

22    information available to you that would suggest that this

23    information is inaccurate or unreasonable or just wrong at

24    the time that this slide was made?

25       A     I'm not aware --
```

 1      MS. DUNOGUE:  Same objection.

 2      THE WITNESS:  I'm not aware of any.

 3      MR. COTILLETTA:  Okay.  You can set that aside.  Thank

 4 you.

 5      THE WITNESS:  Okay.

 6      MR. COTILLETTA:  I'm going to mark now what's

 7 Plaintiff's 22.

 8           (Whereupon Deposition Exhibit 22 was

 9           marked for identification.)

10      MR. COTILLETTA:  And this is the April 2019 U.S. and

11 Canada monthly rides update.

12      THE WITNESS:  Thank you.

13      MR. COTILLETTA:  Okay.

14      MS. DUNOGUE:  Sorry.  The other one was -- I thought

15 you were doing 20-A or something.

16      MR. COTILLETTA:  No.  I did 21.

17      MS. DUNOGUE:  You ended up doing 21.  Okay.  Got it.

18      MR. COTILLETTA:  Yeah.

19 BY MR. COTILLETTA:

20      Q    Now, Mr. Ceremony, have you seen this document

21 before?

22      A    Not that I recall.

23      Q    Okay.  Earlier we looked at a February version

24 of it, a similar version of this document but like

25 February, correct?

1       A    Well, correct, but it was a week in February.

2   This looks like it's referring to a month of activity,

3   month of April.

4       Q    Okay.  And I do want to draw your attention to

5   the first page, right, just to confirm some things.  We

6   can quickly go through this.  I just want to make sure I

7   understand.

8            So I've highlighted three things on the bars that

9   are in the pink, if you look at the ELMO.

12      MS. DUNOGUE:  Objection.

13      THE WITNESS:  It looks like that's what they're trying

14  to communicate, but since, you know, like I don't recall

15  seeing this and it wouldn't -- I wouldn't expect to be on

16  this email group.

17  BY MR. COTILLETTA:

18      Q    Okay.

22      THE STENOGRAPHIC REPORTER:  You're saying versus plan,

23  right?

24      THE WITNESS:  Versus plan.

25      THE STENOGRAPHIC REPORTER:  Thank you.



```
 1    BY MR. COTILLETTA:

 2        Q    Okay.  Let me draw your attention to the next

 3    page -- it's 999 -- where it says Financials at the

 4    bottom.  You can look at the ELMO as a reference to look

 5    at the document, just so you know what I'm talking about.

 6        A    Okay.

 7        Q    And I'm just going to highlight some things and

 8    I'll ask you some questions.

 9             Okay, sir, I have a handful of questions on some

10    of the numbers posted on the financials, okay?
```

14        MS. DUNOGUE:  Objection.

15        THE WITNESS:  It looks -- that's what it says, yeah.

16    BY MR. COTILLETTA:

```
 1    Q    Sure.  Right.

 2    A    Yeah.
```



```
 5    A    Yeah.
```

```
 7         Do you see that there?

 8    A    Yes.
```

```
14    A    Yeah, that's what it says.

15    Q    All right.  Do you have any reason to believe

16  that the numbers that are presented here on this page are

17  inaccurate?

18    A    I'm not aware of where they got these numbers, so

19  I don't have an opinion either way.  But I don't, you

20  know -- to your point like I've never seen this document.

21  So I wouldn't --

22    Q    Fair enough.

23    A    -- have any knowledge of whether they're accurate

24  or inaccurate.

25    Q    Fair enough.  Okay.  You can set that aside.
```

```
 1    Thank you.

 2        A    Okay.

 3        Q    Okay.  At the time of the IPO, did Uber

 4    experience stagnant cumulative MAPC growth?

 5        MS. DUNOGUE:  Objection.

 6        THE WITNESS:  I actually don't recall.

 7    BY MR. COTILLETTA:

 8        Q    I'm marking --

 9        A    But I know we have the monthly active user

10    operating metric in the registration document.

11        THE STENOGRAPHIC REPORTER:  You said MAPC, as in Mary?

12        THE WITNESS:  M- --

13        THE STENOGRAPHIC REPORTER:  MAPC?

14        THE WITNESS:  --A-P-Cs.

15        THE STENOGRAPHIC REPORTER:  Okay.

16        THE WITNESS:  Yeah.

17        MR. COTILLETTA:  Okay.  I'm marking Plaintiff's 23,

18    beginning Bates 00050474.

19              (Whereupon Deposition Exhibit 23 was

20              marked for identification.)

21        THE WITNESS:  Okay.  Should I just read it or...

22    BY MR. COTILLETTA:

23        Q    It's up to you.  It's a short email.  I mean, I'm

24    only showing you -- I'm not going to go through all the

25    numbers.  I'm just showing you the top line, the very last
```

```
 1    email, but -- and if you believe it's going to give you

 2    context to read the rest, I don't think it will, but

 3    you're more --

 4        A    I'll just scan it just to get context.

 5        Q    Yeah.  Quite honestly, I think if you read the

 6    email from Dara on May 22nd and then the response from

 7    Dennis Cinelli, that should be enough for what I'm trying

 8    to discuss with you today.

 9        A    Okay.
```

21        Q    Okay.

22        MR. COTILLETTA:  And before I go any further, I'm just

23    going to make a request for the documents contained in

24    this link below by Dennis Cinelli, and I'll highlight

25    here, just for the record, it's not attached to the email.



```
 1   BY MR. COTILLETTA:

 2        Q    Okay.  So let' go back up to Dennis's response to

 3   Mr. Khosrowshahi.




 8        A    Yeah, that's what it says, yeah.




11        MS. DUNOGUE:  Objection.

12        THE WITNESS:  Well, he's sending this on May 23rd.  So




16   BY MR. COTILLETTA:

17        Q    That's correct?

18        A    Yeah.

19        Q    Okay.

20        A    I mean, that's what it says, yeah.

21        Q    Yeah.  Okay.  You can set that aside.

22        A    Okay.

23        Q    I'm kind of doing a little bit of a rifle shot

24   here, Mr. Ceremony --

25        A    Okay.
```

 1       Q    -- because we're running out of time.  So we're

 2   going to cut back on some of things I wanted to show you,

 3   save them for another time.

 4       MS. DUNOGUE:  Obviously, there won't -- well, I'll

 5   leave it at that.  He's here for you.  He's been here, and

 6   he's going to be here nine hours.  So just ask him what

 7   you want to ask him.

 8       MR. COTILLETTA:  You want to pass me 53, please?

 9           Thanks, Charlie.

10   BY MR. COTILLETTA:

11       Q    At the time of the IPO, Uber's operating results

12   were impacted by its inability to attract and retain new

13   platform users, correct?

14       MS. DUNOGUE:  Objection.

15       THE WITNESS:  I would say we talked extensively

16   throughout the registration document about our platform

17   users, the potential implications of incentives for users,

18   incentives for drivers throughout the document, and

19   disclosed user information through all the historical

20   periods.

21   BY MR. COTILLETTA:

22       Q    My question to you is -- I'm just going to repeat

23   my question again because it's you either agree or

24   disagree.  It's fine if you disagree.  I just want you to

25   listen closely to the question, okay?

```
 1        A     Yeah.

 2        Q     At the time of the IPO, Uber's operating results

 3   were impacted by its inability to attract and retain new

 4   platform users, correct?

 5        MS. DUNOGUE:  Objection.

 6        THE WITNESS:  Yeah.  I wouldn't agree with that

 7   characterization.

 8   BY MR. COTILLETTA:

 9        Q     That's fine.

10        MR. COTILLETTA:  I'm going to mark this as

11   Plaintiff's 24.

12              (Whereupon Deposition Exhibit 24 was

13              marked for identification.)

14   BY MR. COTILLETTA:

15        Q     Do you know who -- we talked earlier about Manik

16   Gupta, right?

17              Who's Mads Jensen?

18        A     Say that again.

19        Q     Mads Jensen.

20        A     I don't know, based on that email, just Mads.

21        Q     There's a lot of different conversations.

22   They're not all relative to everything.  I'm going to

23   highlight some stuff.  We'll go through it, but if you

24   want to read it after and go through it, that's fine too.

25   For sake of time --
```

1    A    Does it go backwards like an email?

2    Q    No.  This is actually going --

3    A    Going forward?

4    Q    Yeah.  So let me just draw your attention over

5  here.  I'm going to highlight some things.

6         Okay.  Just on this first page, and we'll

7  continue on.

8         So this is a chat, right?  Is that fair?

9    MS. DUNOGUE:  Objection.

10   THE WITNESS:  Yeah.  I mean, I don't know what

11 platform it's on, but it looks like a conversation between

12 two different email addresses.

13 BY MR. COTILLETTA:

14   Q    And one of them is Manik?

15   A    Yep.

16   Q    Okay.  And Manik says to him, Are you invited --

17 Are you on the invite for MBR tomorrow, right?

18   A    Correct.

19   Q    That's the monthly business review.

20        And Mads says yes?

21   A    Yeah.

22   Q    And then Manik asks him, Have you seen the deck?

23   A    Have you see the deck.  Yeah.  He misspelled it.

24 Yeah.  Okay.

25   Q    You get what I mean.

1          And he says -- he says, No, right?

2      A    Uh-huh.

3      Q    And then Mads says, U.S. biz -- I think he means

4  business there, right?

5      A    A lot of times it refers to business, yeah.

6      Q    -- is a disaster, right?

7      A    Yeah, that's what it says.

8      Q    And Mads responds, Yes, that I know, correct?

9      A    That's -- yeah, I'm agreeing that that's what's

10  written there, yeah, yeah.

11     Q    Okay.  There's some other conversation here.

12  You're happy to read it, but it doesn't necessarily relate

13  to this, so that's why I'm going to jump here.

14          Manik says, Shared deck with you.

15          Does that -- can it be inferred that's the deck

16  from up here, which is for the MBR?

17     MS. DUNOGUE:  Objection.

18     THE WITNESS:  I mean, I'm implying if this is the

19  same -- I don't know how to read that time text, but if

20  this is one conversation, then I'd be assuming, but it

21  might be a safe assumption.

22  BY MR. COTILLETTA:

23     Q    Yeah, I think it is because look -- if you look

24  at it, right, it's May 30th of 2019.  So this is post-IPO.

25     A    Yeah.

1      Q    I don't know exact time frame this is, but it's

2   at 4:59 and then they actually provide seconds as well,

3   right?

4      A    Okay.

5      Q    And it continues to go down, right?

6           Are you interpreting it the same way?

7      A    4:59, 4:59 and then 4:59.  So within a minute

8   again.  Yeah.  That's quick.

9      Q    Yeah, it is quick.  It's probably some sort of

10  chat, like either Slack or something like that.

11     A    Yeah.

12     Q    So Manik says, Shared deck with you.  Take a

██████████████████████████████████████████████████

████████████████████████

15          Did I read that right?

16     A    Yeah, you read that right.

17     Q    Okay.  Again -- okay.  Some questions for you on

18  this page.

19          So here, then, further into the conversation,

20  Mads says -- he has this revision.  Does he mean like for

21  whatever it's worth?

22     A    I have never seen that, but that's a good guess.

████████████████████████████████████████

███████████████████████████

██████████████████████████████████████████

2          Did I read that right?

3     A    Looks like you did, yeah.

6     A    That's what it says, yeah.

8  withdraw.

10    A    That's what it says.

11    Q    And that's a reference to Uber X?

12    MS. DUNOGUE:  Objection.

13    THE WITNESS:  I don't know, but that's -- again, that

14  might be a good guess.

15  BY MR. COTILLETTA:

18          Do you see that?

19    A    I see that.

20    Q    Okay.

21    MR. COTILLETTA:  I'll make a request for all documents

22  that are circulated in this chat.  There's a number of

23  links.  There's no attachment to the document itself.

24  BY MR. COTILLETTA:

25    Q    If you go down to where it says, here, after the



10    A    That's what it says, yes.

15        Do you know what that means?

16    A    I do not.

19        Do you know what that means?

20    MS. DUNOGUE:  Objection.

21    THE WITNESS:  No.

22  BY MR. COTILLETTA:

23    Q    All right.  Let me go to the next page.

```
 1              I don't know what he's trying to say there, but




 4       A    Yes, it says that.




 6       A    Yes, it says that, yeah.




 8       MS. DUNOGUE:  Objection.

 9       THE WITNESS:  I don't know.  I'd be guessing.  But

10   yeah.  He's talking about --

11   BY MR. COTILLETTA:




13       A    That would be a guess, yeah, because it's right




18       A    That's what it says, yeah.




21            Did I read that right?

22       A    Yes, you read it right.

23       Q    Do you have any idea what he's talking about?




25            No, I don't.
```

```
 3    A    Yeah, you read that right, yeah.

 4    Q    Okay.  So you have no idea what documents he's

 5  talking about, though?  You've never seen that?

 6    A    I wouldn't be able to comment on whether seeing a

 7  document if I haven't seen it, yeah.

 8    Q    Okay.

 9    A    I don't know what document he's referring to.

10  Yeah.

11    Q    Okay.  So at the very bottom -- it's unfortunate

12  how the document came out to be generated, but you see how

13  it says Mads here.  It doesn't have what he's going to say

14  next.  It's on the next page.  I'm going to show that to

15  you, okay?

16    A    Okay.

17    Q    So Mads, then, has a message, right, lower.


19  it says?

20    A    It looks to be that way, yeah.


22    A    Okay.
```

1        A    Yes, I agree it says that, yeah.

4        MS. DUNOGUE:  Objection.

19   BY MR. COTILLETTA:

20        Q    Okay.

21        A    Yeah.

22        Q    Right here, it says -- the next page.  This is at

23   78, okay.

24        A    Mm-hmm.



 6          Do you see what I'm saying?

 7     A    Mm-hmm.  I see that written, yeah.

 8     Q    All right.  Does TK reference Travis Kalanick?

 9     MS. DUNOGUE:  Objection.

10     THE WITNESS:  Yeah, my recollection was that people

11   referred to Travis as TK, his initials.

12   BY MR. COTILLETTA:

13     Q    Were you present for the March 2019 board

14   meeting?

15     A    I don't recall.  Yeah.  I can -- I have specific

16   recollections of the audit committee meetings.

17     Q    But Travis wasn't on the audit committee,

18   correct?

19     A    He wasn't on -- an official member on the audit

20   committee but he, from my recollection, appeared at one of

21   the audit committee meetings pre-IPO.

22     Q    Do you know which one?

23     A    I don't -- I don't know which one.

24     Q    Okay.  Is that common for a non-audit committee

25   member to attend an audit committee meeting?

```
1      A    Well, like I said before, like the chairman of

2   the board would join periodically, right, so it didn't...

3   Yeah.  I wasn't surprised that another board member was

4   interested in the audit committee, given the context,

5   right, given that we were preparing for an IPO and the

6   financials were a big part of that IPO effort.
```

```
9      A    No.

10      Q    Okay.  You have no idea what they're talking

11   about here?

12      MS. DUNOGUE:  Objection.

13      THE WITNESS:  Well, besides this conversation that

14   you've just read out to me, no.  No, I don't -- I didn't

15   hear -- if you're asking me if I recollect a conversation

16   at a board meeting that TK was drilling Dennis on this, I

17   don't recall any discussion about that.

18   BY MR. COTILLETTA:

19      Q    You don't recall at any point in time in 2019

20   Travis Kalanick -- let me withdraw.

21          In 2019, at any board meeting that you attended,

22   do you recall, if you did attend any of those meetings,

23   whether Travis Kalanick was drilling Dennis Cinelli on

24   anything?

25      MS. DUNOGUE:  Objection.
```

```
 1        THE WITNESS:  No, I don't recall.

 2   BY MR. COTILLETTA:

 3        Q    Okay.  You can set that aside.

 4        MR. COTILLETTA:  Charlie, can you please pass me

 5   Tab 45?  Thanks.

 6   BY MR. COTILLETTA:

 7        Q    Okay.  At the time of the IPO, Uber's operating

 8   results were impacted by its inability to maintain

 9   adequate growth rate and effectively manage that growth

10   rate, correct?

11        MS. DUNOGUE:  Objection.

12        THE WITNESS:  I wouldn't agree with that

13   characterization.

14   BY MR. COTILLETTA:

15        Q    Okay.  Let's mark as Plaintiff's 25.

16             (Whereupon Deposition Exhibit 25 was

17             marked for identification.)

18   BY MR. COTILLETTA:

19        Q    Okay.  I'm handing you that.

20        A    Okay.

21        Q    Here you go.

22             Okay.  I've marked as Plaintiff's 25 an email and

23   monthly business metrics report for April 2019, beginning

24   Bates Uber_00312205, ending 00312227, okay?

25             Just in the face of this email, sir --
```

```
 1      A    Yes.

 2      Q    -- this is an email that's dated May 8th, 2019,

 3   correct?

 4      A    Yes.

 5      Q    And it's being sent to the ETL -- ELT, rather?

 6      A    ELT, looks to be.

 7      Q    And it says here, You can find the April 29th

 8   monthly business report here, as well as a PDF version of

 9   the report attached, correct?

10      A    Yeah.

11      MS. DUNOGUE:  Objection.

12   BY MR. COTILLETTA:

13      Q    Okay.  Please take a look at the highlighted

14   sentence I just put up on the ELMO.  Do you see that?

15      A    Yeah.

16      Q    Okay.  They attached the April 2019 monthly

17   business metrics report?

18      A    It looks like it is.  When it says, Here, that's

19   usually a hyperlink to a file.

20      Q    Right.

21      A    Yeah.

22      Q    But then it says, As well as a PDF version of

23   the -- (simultaneous cross talk) --

24      A    Oh, okay.  Yeah.

25      Q    -- right?
```



```
 1       A    Correct.  I just don't know -- usually that shows
 2   up somewhere in the email, but maybe not in the printed
 3   version.
 4       Q    Okay.  And the attachment's actually -- I'll
 5   represent to you it's on the document.  So the very next
 6   page is the first page on the slide.
 7       A    Okay.
 8       Q    Right here.  Do you see that?
 9       A    Okay.
10       Q    And it says, Monthly business metrics data for
11   April 2019?
12       A    Yeah.
13       Q    Okay.  And I want to draw your attention to 209,
14   Bates 209.
15       A    Mm-hmm.
16       Q    Okay.  And this is showing Core Platform year
17   over year trip growth.  And I want to draw your attention
18   to developed, right here on the left, right?
19       A    Mm-hmm.
```



```
 1        Q    Correct.

                                                    [REDACTED]

                                                    [REDACTED]

                                                    [REDACTED]

                                                    [REDACTED]

                                                    [REDACTED]

                                                    [REDACTED]

                                                    [REDACTED]

                                                    [REDACTED]

10        MS. DUNOGUE:  Objection.

                                                    [REDACTED]

                                                    [REDACTED]

13   BY MR. COTILLETTA:

14        Q    Yes.

                                                    [REDACTED]

                                                    [REDACTED]

                                                    [REDACTED]

18        A    Let's see, 2018.

19        Q    If you look at the ELMO, sir, just to speed

                                                    [REDACTED]

                                                    [REDACTED]

22        A    Yeah, except for December.

23        Q    Right.  I didn't circle December.

                                                    [REDACTED]

                                                    [REDACTED]
```



```
 2      A    Yes.

 3      Q    Okay.  Let's go to the next document -- or the

 4   next page, rather, which is 210.

 5      A    Mm-hmm.
```

```
12      Q    Yeah.
```

```
14      Q    Right.  I'm just mentioning the one I circled.

15   Do you see how I --
```

```
17      Q    Well, I stopped for a reason, yeah.  Do you see

18   it right there?

19      A    For the circled amounts, yeah.
```

```
22      A    Correct.
```



```
 1      A    Correct.  Those are year over year rates, yes.

 2      Q    Okay.  And if we go --

 3      THE STENOGRAPHIC REPORTER:  I'm sorry, those are your

 4   what?

 5      THE WITNESS:  Year over year rates --

 6      THE STENOGRAPHIC REPORTER:  Thank you.

 7      THE WITNESS:  -- of growth.

 8   BY MR. COTILLETTA:




12      A    Okay.

13      Q    It goes from May 18th, again, all the way to






19      A    Correct.




23      A    Correct.

24      Q    Let's go to 212.
```



1     A    Yes.

9    correct?

10      MS. DUNOGUE:  Objection.

12    BY MR. COTILLETTA:

14     A    Yeah.

15     Q    Okay.

16     A    Yeah.

17     Q    Can you please turn to page 214.  I'm sorry --

18    yeah, 214.  I want to focus very quickly on Core rides

19    year over year trip growth.  Okay.  Now, was this metric

20    actually put into the S-1?

21      MS. DUNOGUE:  Objection.

22      THE WITNESS:  I don't recall.  The trips for rides,

23    I'm not... yeah.  I don't recall.

24    BY MR. COTILLETTA:

25     Q    Okay.  Same kind of analysis.  I'm going to do

```
 1    two circles:  One for May to November 2018, and then one

 2    for December of 2018 to April '19?

 3        A    For developed, right?
```

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████

```
 7    correct?

 8        MS. DUNOGUE:  Objection.

 9        THE WITNESS:  Except for March '19.

10    BY MR. COTILLETTA:

11        Q    Right.

12        A    Yeah.
```

██████████████████████████████████████████████████

██████████████████████████████████████

```
15        A    Roughly.

16        Q    Okay.  I want to show you page 216.  You have

17    Core rides, year over year trips, and gross bookings,

18    growth by regions.  And I want to draw your attention to

19    U.S. and Canada.

20        A    Mm-hmm.

21        Q    Okay.  Again, two circles:  One of May '18 to

22    November '18, and a second circle from December '18 to

23    April '19.  Do you see those two circles on my ELMO?

24        A    Yes.

25        Q    And you see the line that runs across for U.S.
```

 1   and Canada?

 2       A    Yes.

 3       Q    And so from the first bubble, May '18 to

 4   November '18, the numbers are in the 20s, correct?

 5       A    Yes.

 8   correct?

 9       A    Yes.

12       MS. DUNOGUE:  Objection.

15   BY MR. COTILLETTA:

16       Q    Do you know if regional data such as U.S. and

17   Canada growth was disclosed in the S-1?

18       A    I don't know.  Yeah, I don't recall.  I'd be a

19   little surprised if it was because we had a segment,

20   our -- the way we were managing the business was Core

21   Platform.  It wasn't --

22       Q    The discussion we had earlier?

23       A    Yeah, the segment information.

24       Q    Okay.

25       A    These were the operating metrics, right?  This is

1  a different thing, but... normally, operating metrics

2  align with your segment information.

3        Q    Okay.  Sir, you signed the registration

4  statement, correct?

5        A    I believe so.

6        Q    All right.  You believe so or you know so?

7        A    Yeah, I believe I signed the registration

8  statement, yeah.

9        Q    Okay.  Did you review it before you signed it?

10       A    Oh, definitely, yeah.

11       Q    How long did it take you for you to review?

12       A    It was over a period of months that I was

13  reviewing drafts of the registration statement.

14       Q    Well, not just on the drafts.  I mean, the final

15  version of the -- of the registration statement that you

16  signed.  Did you review the final version?

17       A    Yes.

18       Q    How long did it take you to review the final

19  version?

20       A    I don't recall, but it was a very large document

21  so I would imagine hours, many hours.

22       Q    Can you approximate.

23       A    Not at this point, no, five years --

24       Q    Did it take you more than --

25       A    Four and a half years later, no, I don't recall.

1       Q    Did it take you more than a day to read?

2       A    Yes.

3       Q    Did it take you more than two days to read?

4       A    Yes.  I mean, like I said, we had several drafts

5  and we were reviewing each draft and change it -- changes.

6  Updated changes to the draft.  And there was marked --

7  marked drafts along the way from the printer.

8       Q    Did you -- I understand you read drafts.  I guess

9  my point is, though, when everything was said and done,

10 did you get a chance to look at the final version before

11 you -- and review it before you signed it?

12      A    Yes.

13      Q    Okay.  And were there particular -- did you

14 review the whole S-1 or were you focused on particular

15 areas?

16      A    I reviewed the whole registration statement.  My

17 focus and the role of me and my team were on the financial

18 statements being incorporated, but I reviewed the whole

19 document.

20      Q    What steps did you take to determine the truth

21 and accuracy of the statements contained in the

22 registration statement?

23      A    Oh, boy.  I think my -- my understanding gained

24 from all the meetings I was involved in talking about the

25 business, my understanding from the financial statements

```
 1   and being involved in the team that -- leading the team

 2   that prepared those financial statements, yeah, the

 3   monthly business reviews, all of that, collectively, there

 4   was so much activity during the time period from when I

 5   was hired to the IPO.

 6          So that cumulative knowledge, I used to review

 7   the financials.

 8      Q    Okay.

 9      A    And then read the whole entire registration

10   statement, yeah.

11      Q    Right.  And so some of the things you're talking

12   about are -- some of the day-to-day activities that you

13   performed at Uber that would help inform you in your

14   review of the financial documents?

15      A    Yes, my day-to-day.  And, yeah, the business

16   reviews that weren't necessarily -- I wasn't necessarily

17   leading, but those business reviews that I participated

18   in.  And taking that knowledge, like, for that -- yeah.

19   All of those collectively was good background for me to

20   review the document.

21      Q    Are you aware that the plaintiffs in this case

22   are alleging that the offering documents contained

23   misstatements or omissions related to passenger safety

24   concerns at Uber?

25      A    I was aware of something with safety.  One of the
```

1  claims was safety.

2     THE STENOGRAPHIC REPORTER:  I'm sorry, Counsel, you

3  said misstatements or what relating to safety concerns at

4  Uber?

5     MR. COTILLETTA:  Misstatements or omissions.

6     THE STENOGRAPHIC REPORTER:  Admissions?

7     MR. COTILLETTA:  Omissions.

8     THE STENOGRAPHIC REPORTER:  Omissions.

9     MR. COTILLETTA:  Okay.

10 BY MR. COTILLETTA:

11    Q    So what steps did you take to determine the truth

12 and accuracy of statements made in the S-1 related to

13 passenger safety?

14    A    I can't recall besides safety.  It was a periodic

15 topic of the monthly business reviews.  Yeah.  So I would

16 be -- just like any other information, I would be -- I'd

17 be reviewing what we had in the registration statement and

18 making sure that information was not inconsistent from

19 what I understood.

20    Q    You said you would be doing.  What did you

21 actually do that you can recall?

22    A    Well, I actually had that cumulative -- I took

23 that cumulative knowledge and reviewed the registration

24 statement.  And, I mean, that's all I can say, right?

25    Q    Okay.

1    A    I didn't do a research project on every page to

2    go find the data.  My team was involved in validating

3    financial information.  So there were specific steps to

4    tie out the -- there was a comfort letter that the

5    underwriters do.  And we work with the auditors to get

6    support for every single financial number in there, but --

7    so there was a lot of activity on the financials.

8         But on the -- just on the nonfinancial

9    information, it was more a review, like, an auditor would

10   do that I was trained in audit, which is reviewing

11   information that -- to make sure it's not inconsistent

12   with financials or inconsistent with your knowledge of the

13   business.

14   Q    I understand that.  So with respect to passenger

15   safety, can you tell me what exactly it is that you

16   reviewed to help inform you as to whether there was

17   inconsistencies regarding passenger safety in the S-1?

18   A    Again, the only thing I recall is that there was

19   periodic updates on safety.  And they would probably occur

20   in the monthly business reviews.  And that's -- that's my

21   only exposure to safety information.

22   Q    Okay.  So --

23   A    So I'm -- I was -- if I read anything in the

24   registration statement about safety, I was reading it and

25   comparing that to my knowledge of whether that sounded,

1    like -- not correct, but inconsistent with my

2    understanding.

3         Q    Okay.

4         A    But there could likely be, in that area -- since

5    it wasn't financial information -- there could likely be

6    new information in that -- in the registration statement

7    that I didn't have any prior knowledge of.

8         Q    Did you actually go back and look at monthly

9    business reviews and pair them up with statements made

10   about passenger safety in the S-1?

11        A    Not that I recall.

12        Q    So when you talk about your knowledge regarding

13   passenger safety issues that would have been presented in

14   monthly business reviews, you're thinking about your

15   recollection from prior meetings?

16        A    Cumulative knowledge of the business, which would

17   include periodic reviews of safety information.

18        Q    Did you review any document as it relates to

19   passenger safety that would -- as part of your review for

20   any potential inconsistencies in the S-1?

21        A    Not that I recall.

22        Q    Okay.  Did you talk to anybody at Uber about

23   passenger safety issues in an effort to determine whether

24   there was inconsistencies regarding passenger safety in

25   the S-1?

1      A    Not that I recall.

2      Q    Okay.  Are you aware that in this lawsuit,

3  plaintiffs are also alleging, generally speaking, that

4  Uber had illegal business operations in various parts of

5  the world?

6      A    That specific on the claim, no, I don't think I

7  understand the claim that specifically on safety because I

8  was -- I was advised that I was speaking to financial

9  condition and anything to do with the financials.  Yeah.

10     Q    Okay.  Do you have an understanding what

11  plaintiff's allegation is regarding business operations --

12  Uber's business operations --

13     MS. DUNOGUE:  Objection.

14  BY MR. COTILLETTA:

15     Q    -- outside of the financial condition context?

16     THE WITNESS:  Oh, outside of the financial --

17     MS. DUNOGUE:  Objection.  And just for the record, all

18  of these questions, we understand to be in his personal

19  capacity as an --

20     MR. COTILLETTA:  As an individual defendant.

21     MS. DUNOGUE:  The ones you asked previously --

22     MR. COTILLETTA:  Yes, he's an individual defendant.

23  BY MR. COTILLETTA:

24     Q    So my question to you is:  Do you have an

25  understanding what plaintiff's claims are regarding Uber's

1  business operations outside of the context of financial

2  condition?

3      A    No, besides generally that the claims are we --

4  there was omissions in disclosures.

5      Q    What steps did you take prior to signing the S-1

6  to investigate whether statements made about Uber's

7  business operations were truthful and accurate?

8      A    There's a whole host of controls in disclosure

9  where we rely on different members of management to review

10  the document in their capacity as part of management.  We

11  created a disclosure committee that included various

12  different members of management that reviewed the

13  document.

14          Yeah.  Repeat the question, I'm sorry.

15      Q    It's okay.  What steps did you take prior to

16  signing the S-1 to investigate whether statements made

17  about Uber's business operations were truthful and

18  accurate?

19      A    Yeah, I -- I -- the question is asking about

20  investigations.  And I guess the way I'd characterize my

21  review of the registration statement was my role at the

22  company was to focus on the financial condition.  So I

23  know your question's not:  Is, you know, the financial

24  statements included in the registration?  I know your

25  question is on, what, the business operations?

1      Q    Yes.

2      A    So I reviewed that, again, similar to the way an

3   auditor reviews information that is presented next to the

4   financial statements, I reviewed it based on my cumulative

5   knowledge of the business from the time I joined Uber to

6   the time of the IPO and made sure that none of those

7   statements that I was reviewing were inconsistent with my

8   understanding.

9          And that was based on the cumulative context of

10  verbal, written, meetings, from late October to the IPO.

11     Q    Okay.  That response is -- appears to be slightly

12  different from what you had said about what you were doing

13  as it relates to -- to passenger safety.  So I just want

14  to follow up with you a little bit.

15     A    But I -- I would mean the same thing.  Because I

16  referred to -- it was just more limited, I think,

17  especially with the passenger safety because when you're

18  talking about business operations, that's a broad --

19  again, that's not defined.  But I'm just being liberal

20  with the definition of that, meaning just a broad

21  definition of business operations.

22         That's included in many meetings and many decks

23  that I was aware of.  Safety is not, but I would give it

24  the same context.  The context is I was reviewing the

25  document and ensuring none of that information was

 1  inconsistent with my understanding or the financial

 2  statements.

 3      Q    Okay.  So what documents did you go back and look

 4  at prior to signing the S-1 that helped inform you about

 5  whether the business operation disclosures in the S-1 were

 6  truthful and accurate?

 7      A    Yeah, I can't think of individual documents, but

 8  I'm -- when I say cumulative knowledge, that's the

 9  cumulative knowledge gained over a period of months of

10  what my understanding was of the business operations and

11  safety issues.

12      Q    So did you attend any like, let's say, policy

13  meetings that would have -- may have occurred at Uber

14  regarding, you know, whether their operations were illegal

15  or not in certain jurisdictions?

16      MS. DUNOGUE:  Objection.

17      THE WITNESS:  I was -- so part of the keeping of the

18  books and records of the company were gaining an

19  understanding of contingencies and exposures, right?  So

20  some of those dealt with jurisdictions where the rules of

21  that and regulations of that country or state or region

22  were unclear and did not anticipate Uber's business model.

23          And so there were discussions of those sorts, and

24  the base of that discussion was that my interaction was

25  on -- was on determining if there was a contingency that

1    we had to either accrue for an exposure or disclose.

2    BY MR. COTILLETTA:

3       Q    So what kind of meetings are you talking about?

4    Those with like Gus Fuldner and other people or who were

5    they with?

6       A    Meetings with legal mainly are the ones I'm

7    referring to.

8       Q    Okay.  But you're looking at those contingencies

9    from a financial perspective, right, in terms of like lost

10   reserves and things of that nature?

11      A    Well, to understand the financial, they have to

12   put it in a business context to understand the exposure.

13           So if there's an exposure in a particular

14   country, whether you owe a tax in that region, right, or

15   should be collecting a tax based on that region, then you

16   need to understand how we're operating the business;

17   what's the unclarity in the rules around the tax that

18   they're talking about or the regulation.

19      Q    I don't want to put words in your mouth, but I'm

20   just trying to understand.

21           Is it your testimony, then, that what you were

22   doing was you were having discussions with legal, and by

23   legal, you mean in-house at Uber?

24      A    Yes, in-house.

25      Q    Okay.  And in those discussions you had with

 1    in-house counsel at Uber, were you relying on them to

 2    provide you the information necessary regarding Uber's

 3    illegal business operations in other to determine whether

 4    or not they were truthful or not in the -- (simultaneous

 5    cross talk) --

 6         MS. DUNOGUE:  Objections.

 7         THE WITNESS:  So you're assuming in the question that

 8    we had illegal business operations.  So --

 9    BY MR. COTILLETTA:

10         Q    Right.

11         A    -- I would say we had in some jurisdictions

12    regulations that weren't clear related to our business

13    model, right?

14         Q    Okay.  And you were involved in discussions with

15    the lawyers, in-house lawyers at Uber, about whether or

16    not Uber actually thought that the laws were ambiguous or

17    not in those jurisdictions?

18         MS. DUNOGUE:  Objections.

19         THE WITNESS:  Periodically, if there were -- they rose

20    to a level that -- that -- that legal felt there was an

21    exposure and we had an obligation in the financials to

22    either accrue for that exposure or disclose or both.

23    BY MR. COTILLETTA:

24         Q    Right.  I guess my understanding -- what I'm

25    trying to understand is in the process of your review in

1   understanding whether the S-1 was truthful and accurate

2   before you signed it --

3       A    Yeah.

4       Q    -- are you telling me that, with respect to

5   business operations, the conversations you had with

6   in-house counsel helped establish the so-called cumulative

7   knowledge that you used to determine whether or not S-1

8   was in fact truthful and accurate?

9       MS. DUNOGUE:  Objection.

10      THE WITNESS:  Yeah.  So that's one component of that

11  cumulative knowledge, and that one component was not

12  really done in anticipation of the S-1.  That one

13  component was -- was -- that's part of my cumulative

14  knowledge in reviewing the registration statement was done

15  in particular for the accounting for books, accounting for

16  the books and records and the disclosures and financials

17  statements.

18  BY MR. COTILLETTA:

19      Q    Again, I don't want to mince words; I'm just

20  trying to understand this.

21          You had mentioned earlier that your cumulative

22  growth had helped -- cumulative knowledge had helped

23  inform you at least whether or not there was potential

24  inconsistencies with statements made in the S-1 as it

25  relates to Uber's business operations.

```
 1              Am I understanding that correctly?

 2         MS. DUNOGUE:  Objection.

 3         THE WITNESS:  Well, what I can say is -- I can say it

 4    again, right?

 5              All those meetings, all those decks, all the

 6    conversations I had from the day I started at Uber to the

 7    day I was reviewing the final registration statement

 8    created by cumulative knowledge of the business, right?

 9    BY MR. COTILLETTA:

10         Q    Okay.

11         A    And so when I was reviewing the registration

12    statement, I was accessing that cumulative knowledge, and

13    is as I read through that registration statement, if

14    anything was inconsistent with that, I'd probably have a

15    comment or a question on it.

16         Q    Okay.  With respect to getting an understanding

17    of whether or not Uber knew whether it was operating

18    legally or illegally in a jurisdiction, were you relying

19    on conversations you had with in-house counsel?

20         MS. DUNOGUE:  Objection.

21              I'm going to counsel the witness not to disclose

22    privileged communications, and I'm not sure if you're

23    asking him a legal question.

24              Can you clarify?

25
```

```
 1    BY MR. COTILLETTA:

 2         Q    I'm just trying to understand.

 3              So you said you relied on discussions, meetings.

 4    I'm focused solely on business operations right now and

 5    the allegations pointed out about business operations,

 6    okay?  We talked about passenger safety already, right?

 7    We talked about financial condition.  I'm just focused

 8    solely on business operations.

 9              You had mentioned for that, to get that

10    knowledge, you did a couple of things.

11              One:  You had meetings, correct?

12         A    Yeah, had meetings.

13         Q    Right.

14         A    Yeah.

15         Q    Two:  You reviewed documents --

16         A    Yes.

17         Q    -- right?

18              Anything else?

19         A    Conversations.

20         Q    Conversations.  Okay.

21         A    Day to day -- I mean, just day-to-day job, right,

22    gave me a cumulative knowledge of the business.

23         Q    And as part of your day-to-day job, particularly

24    in trying to understand from a -- from an accounting

25    perspective whether Uber was in fact operating legally or
```

```
 1   illegally in certain jurisdictions.
 2           Did you have meetings with in-house counsel to
 3   get an understanding of that?
 4      MS. DUNOGUE:  Objection.
 5   BY MR. COTILLETTA:
 6      Q   I'm not worried about what you talked about.  I
 7   just want to know if you had meetings with them to gain an
 8   understanding about that.
 9      MS. DUNOGUE:  Objection; he's asked and answered this
10   multiple times.
11      THE WITNESS:  I guess what I'm -- I guess my answer
12   is -- yeah.  The way you frame that question is I went out
13   and had conversations to specifically determine if we had
14   legal or illegal business operations.  I -- I don't recall
15   specifically reaching out or legal reaching out for those
16   specific conversations.
17      MS. DUNOGUE:  What time are we at?  Just want to make
18   sure we're staying consistent.
19      MR. COTILLETTA:  We have 15 minutes left.
20      MS. DUNOGUE:  Okay.
21   BY MR. COTILLETTA:
22      Q   We mentioned the roadshow.
23           Did you participate in the roadshow?
24      A   I did not.
25      Q   And just broadly speaking, were you involved in
```

```
 1   any way, such as helping preparing decks or information
 2   that was used in decks or may have been used in decks for
 3   the IPO roadshow?
 4       A     The actuals that were periods that were
 5   completed, my team was involved in providing those to the
 6   team that was preparing the decks pretty much.
 7       Q     I want to talk about briefly about 409As.
 8       A     Yes.
 9       Q     My understanding is in March of 2019, you had --
10   Uber had its final 409A valuation before the IPO?
11       A     That's about the time when I recall that too.
12       Q     And the 409A for March 2019 is -- I believe, the
13   conclusion from Duff & Phelps at the time was $51.31 per
14   share.
15             Does that ring a bell to you?
16       A     It rings a faint bell, yes.
17       Q     Okay.
18       A     Yes.
19       Q     Just from a -- I know that there are differences
20   between public market valuations and 409 valuations, but
21   can you -- do you have any indication of why the 409A
22   valuation in March 2018 was higher than the IPO price?
23       A     Well, the valuation is at a point in time, and so
24   it incorporates a bunch of different estimates that you
25   have.  And so there's a lot of diligence done to get the
```

```
 1    information that is incorporated in the valuation and

 2    different valuation methods used that were included in the

 3    409A.

 4              And then if you're asking -- compared to what?

 5    The 409 compared --

 6         Q    The IPO price.

 7         A    IPO price.

 8              So the company hires the bankers, you know,

 9    pre-IPO, and they advise on a valuation they believe would

10    be sufficient to meet the goals of, you know, how much

11    capital you want to raise, and that had changes regularly,

12    right, based on conversations with investors and sharing

13    of update -- like the roadshow is a big

14    information-sharing with investors.

15              And then that feedback is synthesized by and

16    assessed by the bankers, and they advise the company on

17    the valuation that they would advise as kind of a

18    market-maker for the stock.

19              And so that is not the process that you would go

20    through for a 409A.  You're not talking to bankers and

21    checking with investors.

22              You're going through different methodologies of

23    valuing companies; like you're comparing to peers,

24    multiples of revenue, discounted cash flow.

25         Q    Correct.
```

```
 1        A     So it's an inherently different process, right?

 2   It's trying to get to the same thing, but it's a different

 3   process, and a market value on one period of time can be

 4   greatly different a month later for multiple different

 5   reasons, including market reasons that have nothing to do

 6   with the performance of the company.

 7        THE STENOGRAPHIC REPORTER:  With the what of the

 8   company?

 9        THE WITNESS:  Performance.

10        THE STENOGRAPHIC REPORTER:  Thank you.

11   BY MR. COTILLETTA:

12        Q     Shortly before the IPO, so let's say 2018,

13   2017 --

14        A     Yeah.

15        Q     -- was Uber looking into alternative paths at an

16   IPO, such as merging out or some other alternative

17   transaction?

18        MS. DUNOGUE:  Objection.

19        THE WITNESS:  What time period are you talking about?

20   BY MR. COTILLETTA:

21        Q     Before the IPO.

22        A     Not that I'm aware of.

23        Q     Okay.  Prior to coming today, did you have your

24   cell phone pulled by anyone at Uber to review your text

25   messages?
```

```
 1        A    I believe they took a copy of my cell phone

 2   maybe -- I don't know; I lost track of time -- a month,

 3   two months ago.

 4        Q    Okay.  About a month or two ago?

 5        A    Yeah.

 6        Q    Did you get it back the same day?

 7        MS. DUNOGUE:  Objection.

 8        THE WITNESS:  I forget if it was the same day.  My

 9   guess is yes.

10   BY MR. COTILLETTA:

11        Q    Do you have an understanding of the text

12   messages -- do you have an understanding that text

13   messages were produced in this case from your cell phone?

14        A    I don't.

15             What text messages were produced, meaning shared

16   with you?

17        Q    Yeah.

18        A    I don't.

19        Q    Okay.

20        A    I mean, like I said, I reviewed -- I think I told

21   you earlier I reviewed probably like five or so text

22   messages in preparation for the deposition.  I forget if

23   any of them were from me, to me.  So...

24        Q    Have you ever texted Dara Khosrowshahi?

25        MS. DUNOGUE:  Objection.
```

```
 1      THE WITNESS:  Not that I recall.

 2      THE STENOGRAPHIC REPORTER:  Sorry.  What was the name,

 3  Counsel?

 4      MR. COTILLETTA:  Dara Khosrowshahi.  I've got to learn

 5  how to pronounce that.  All in due time.

 6  BY MR. COTILLETTA:

 7      Q    Did you ever send a text message or receive a

 8  text message from Jill Hazelbaker?

 9      MS. DUNOGUE:  Objection.

10      THE WITNESS:  I can't recall.

11      MR. COTILLETTA:  We have about eight minutes left.

12  I'm going to take a short break to regroup here and then

13  I'll finish up my questions, but we'll be done at the

14  nine-hour mark.

15      MS. DUNOGUE:  Okay.

16      THE VIDEOGRAPHER:  The time is 8:20 p.m.  Going off

17  the record.  One moment.

18          (Recess taken.)

19      THE VIDEOGRAPHER:  We are back on the record.  The

20  time is 8:47 p.m.

21      MR. COTILLETTA:  Okay.  We can conclude the video, and

22  I'm just going to go on the record, on the steno.

23      THE VIDEOGRAPHER:  Oh, sure.  This concludes today's

24  testimony.  We are going off the record at 8:47 p.m.  One

25  moment, please.
```

```
 1              Sorry.  I thought that you --

 2         MR. COTILLETTA:  No.  It's okay.

 3         THE VIDEOGRAPHER:  I thought you wanted that on the

 4    record.

 5         MR. COTILLETTA:  No.  The video of me having the --

 6    because we're going to, if --

 7         THE VIDEOGRAPHER:  My apologies.

 8         MR. COTILLETTA:  -- this is really going to go to

 9    trial, this stuff's not going to make it.

10         THE VIDEOGRAPHER:  Got you.  My apologies.

11         MR. COTILLETTA:  Okay.

12              We're on the record?

13         THE STENOGRAPHIC REPORTER:  Yes.

14         MR. COTILLETTA:  Okay.  I had a conversation with

15    Counsel off the record.  We spent about -- plaintiff had

16    conducted an examination that has gone to about 8 hours

17    and 52 minutes.  There's eight minutes remaining.  I'm not

18    going to get into all of it today, but I have plenty more

19    I can go through and the eight minutes just won't suffice.

20              So I have agreed with counsel to round up those

21    eight minutes and for purposes of today, have used my nine

22    hours.  I reserve my right to seek up to an additional

23    four hours of Mr. Ceremony's testimony.  We will discuss

24    that offline.

25              Counsel, if you want to go ahead and say that
```

1    you, you know -- or I can speak on your behalf.

2        MS. DUNOGUE:  Right.  No, and thanks, Joe.

3            And so for the witness, we -- and for Uber, we

4    are, we of course will object and reserve all of our

5    rights and objections to plaintiff seeking to call

6    Mr. Ceremony back for any amount of time, including up to

7    four hours.

8        MR. COTILLETTA:  Thank you, everybody.

9        MS. DUNOGUE:  Thank you.

10           (WHEREUPON THE DEPOSITION WAS

11           CONCLUDED AT 8:49 P.M.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        Please be advised I have read the
         foregoing deposition, pages 1 through
2        429, inclusive.

3        I hereby state there are:

4

5

6

      (Check one)_____ no corrections
7
                  _____ corrections per attached
8

9

                  _____
10
             GLEN CEREMONY
11

12

13

14

15

16

17

18

19
                        --oOo--
20

21

22

23

24

25

```
1                 WITNESS'S CHANGES OR CORRECTIONS

2

3    NOTE:    If you are adding to your testimony, print
              the exact words you want to add.  If you are
4             deleting from your testimony, print the exact
              words you want to delete.  Specify with "Add"
5             or "Delete" and sign this form.

6
     Deposition of:        GLEN CEREMONY
7    Case Title:           BOSTON V. UBER
     Date of Deposition:   AUGUST 16, 2023
8

9    I,_____have

10   the following corrections to make to my deposition:

11   PageLine Change/Add/Delete

12

13   ____ ____ _____

14   ____ ____ _____

15   ____ ____ _____

16   ____ ____ _____

17   ____ ____ _____

18   ____ ____ _____

19   ____ ____ _____

20   ____ ____ _____

21   ____ ____ _____

22   ____ ____ _____

23   ____ ____ _____

24   ____ ____ _____

25   ____ ____ _____
```

1                    REPORTER'S CERTIFICATE

2        I, Christa Yan, CSR No. 14316, do hereby declare:

3        That, prior to being examined, the witness named in
     the foregoing proceeding was by me duly sworn pursuant to
4    Section 30(f)(1) of the Federal Rules of Civil Procedure,
     and the proceeding is a true record of the testimony given
5    by the witness as accurately as possible.  That said
     proceeding was taken down by me stenographically at the
6    time therein named and thereafter reduced to text under my
     direction.

7
         ____  That said witness was requested to review the
8    transcript and make any changes to the transcript as a
     result of that review pursuant to Section 30(e) of the
9    Federal Rules of Civil Procedure.
         ____  No changes have been provided by the witness
10   during the period allowed.
         ____  The changes made by the witness are appended to
11   the transcript.
         ____  No request was made that the transcript be
12   reviewed pursuant to Section 30(e) of the Federal Rules of
     Civil Procedure.

13
         I further declare that I have no interest in the event
14   of the action.  I declare under penalty of perjury under
     the laws of the United States of America that the
15   foregoing is true and correct.

16       WITNESS my hand this 17th day of August 2023.

17

18

19

20   _____
     Christa Yan, CSR NO. 14316
21

22

23

24

25

**$**

**$0.30**   251:22
**$0.40**   251:22
**$1,80**   327:24
**$1.2**   368:19
**$1.80**   327:20
**$2.7**   314:17
**$2.72**   315:20
**$20**   214:22
**$51**   328:12
**$51.31**   420:13

**-**

**--a-p-cs**   380:14

**0**

**00050274**   147:20
**00050474**   380:18
**00312227**   395:24
**0046451**   288:2
**00588701**   360:13
**00610286**   344:13
**00610298**   344:14
**00643708**   263:17
**00643730**   263:17
**00643731**   263:21
**00702499**   296:6
**00719956**   127:5
**022**   72:21
**034**   261:14

**1**

**1**   14:20,21 19:23
   20:14 100:18 103:10
   149:12 223:25 224:5
   226:14,15 257:7,18
   274:19 312:6 323:23
   356:13
**1,000,194**   370:3
**1.-**   362:4
**1.04**   330:4
**1.1**   362:5 363:21,24
   364:11,16 365:10
   366:15

**1.10**   330:3
**1.194**   361:19 369:13
   370:3
**1.2**   234:7 235:2
   244:14 248:19 250:2
   368:25 369:11,22
   371:23 372:1,13
   373:7,16,17,18,19,20
**1.5**   318:24
**1.8**   328:11
**1/1/19**   346:16,22
**10**   139:21 140:6,8,19
   141:18 142:9,10,11,
   15,19 145:1,6 217:21
   224:11 227:10,23
   228:12,15,19 232:3
   270:16,17 309:17,20
   310:7 318:23 350:8
   360:12 362:13
**10-Q**   150:19 201:23
**10.3**   208:11
**10.4**   378:18,20
**100**   189:21
**1092**   295:19
**10:00**   44:19
**10:45**   80:25
**10:58**   81:4
**10th**   325:12 346:6
   347:6 360:19,20
   362:21 366:19 368:1
   371:13
**11**   250:7,9 266:20
   267:15,21 269:7,9
   274:21
**1134**   361:15
**1194**   361:14,18
**12**   214:13,14 254:2,4
**12/31/18**   201:3
**120**   233:21 234:7,16
   236:22 249:4,5,13
**126,000**   42:6
**128.9**   378:12
**12:29**   156:5
**12:30**   156:2
**13**   116:7 263:12,15
**130**   149:8
**14**   239:1,6,19 279:18
   287:14,15
**14's**   239:2
**14857**   240:21

**15**   233:19 240:8
   295:22,25 296:2
   299:12 419:19
**150-**   296:20
**154**   275:3,9,12,18
**16**   55:6,10,11,17 56:9
   240:21 295:20,25
   296:1 297:21,22,25
   307:4 345:16 347:9
**163**   80:17,18
**16th**   8:2
**17**   52:10 243:8
   283:18,25 284:5
   308:10,15 310:23
   318:12,16 321:1
   363:14
**170**   274:21
**17th**   243:9 358:3
**18**   29:21,24 106:22
   208:11 212:14 219:5
   230:22 234:8 238:25
   273:20,21,22 275:10,
   15 283:19 284:1,5
   297:9 299:12,13,19,
   20,25 303:22 304:19
   308:10,14 309:11
   310:19,20 321:4
   325:11,15 343:23
   346:4 347:4 363:14
   400:14 402:21,22
   403:3,4,6
**180**   279:22
**18F**   212:19
**18th**   400:13,15
**19**   121:1 128:13 140:3
   198:9,23 200:2,5,11,
   15,20,21 201:15
   202:12,22 203:17
   224:9 226:13 230:22
   231:5 233:17 240:7
   303:22 304:19 307:7
   344:5,11 346:22
   347:9 362:22 363:15
   369:6,7,25 401:11
   402:2,9,25 403:6,7,
   10
**1:13**   156:9
**1:39**   179:9
**1:41**   179:13
**1st**   337:9 346:22

---

**2**

**2** 19:2,3 73:1 150:3
219:17 223:25 224:9
226:22 257:7,18
312:7 323:23 328:11
356:18 368:14 378:21
398:15 401:3,6
403:14
**2.2** 310:24 311:7
318:23
**2.3** 378:21
**2.4** 276:15 277:2,16
**2.5** 321:7 323:9,18,
20,24
**2.6** 266:25
**2.7** 314:20
**2.72** 315:25
**2/4** 332:14
**20** 215:17 222:18
224:10 231:5 244:9
303:23 307:8 360:12,
14 402:6 403:7
**20-** 304:25 312:12
**20-A** 376:15
**20.7** 299:12 304:20
**200** 296:20 328:2,18
**2015** 261:23 262:7
**2016** 238:18 337:6
**2017** 51:3 190:18
238:18 240:22 318:24
422:13
**2018** 31:21 38:20
42:15 44:22 51:3
53:25 66:6 73:25
108:18 120:24 190:21
195:3,13,15,17
201:17 207:11 208:10
212:10 214:1 217:14
218:3,18 219:15,19
230:5,6 233:24
234:17,21 235:2
238:19,23 239:6,14,
18 240:10 250:10,22,
24 253:4,12 254:6
255:11 261:24 262:7
263:16 267:4,14
273:16 275:4,5 280:5
281:17,23 287:18
288:7,9 289:10 293:3
295:20 297:4 298:15

304:25 305:1,4,8
308:19 309:8,11
312:7 315:19 318:22,
23 321:8 323:9
372:22 382:6,15
398:16,18 399:6,16
400:21 401:8 402:1,2
420:22 422:12
**2019** 10:21 31:20
41:13,22 42:14
58:22,25 66:6 70:19
71:18 74:1 105:10
108:19 119:15 120:17
123:13 127:4 136:10
140:3 141:2 143:25
148:1,12 155:6,14
190:23 191:23 192:1
204:12 217:3,10,19
218:3,11 222:9,13,17
223:9,18,19 230:6
231:23 238:19,23
297:24,25 298:22
300:16 302:5 303:24
304:22,24 305:14
307:9 308:1,2 309:18
310:1,4,8 311:10
312:3,7,12 318:17,22
320:17 325:13 330:17
333:13,25 337:9
345:16,18 346:6,20
347:6,9 348:15
360:13,20 361:5
362:2,13,20,21,25
366:19,22 367:3
368:1,15 376:10
377:11,20 386:24
393:13 394:19,21
395:23 396:2,16
397:11,21,22 398:8
399:24 401:8 420:9,
12
**2020** 217:3 218:15
222:9 223:19,21
232:2,3 238:19,23
303:24 307:11,18
**2021** 217:3,21 218:20
219:14 223:21 224:9
226:13 232:3 233:17,
24 234:21 238:19,24
239:7,14,19 240:10
303:24 307:11,18
309:18 310:1,8
**2022** 16:6

**2023** 8:2 293:4
**2065.0003** 318:18
**209** 397:13,14
**20s** 398:25 399:1
400:17 402:5 403:4
**20th** 287:18 288:9
**21** 71:7 72:15 136:10
219:6,19 222:10,18
223:19 234:8,17
235:2 307:4 310:4
367:22,23 376:16,17
**210** 399:4
**212** 400:24
**214** 401:17,18
**216** 402:16
**21st** 123:13
**22** 72:20 105:10
376:7,8
**22171** 240:22
**225** 148:25
**22nd** 381:6
**23** 149:11 380:17,19
**23rd** 382:12
**24** 238:25 240:7
384:11,12
**24.3** 398:15
**2481** 297:9
**2483** 297:10
**2484** 296:8,15 297:13,
14
**24th** 128:1 136:10
141:1,25 143:25
**25** 395:15,16,22
**25th** 127:3 155:5,10,
12,13
**26.8** 398:24
**27** 17:11,15 19:21
**275** 213:11 214:11,15
215:16 297:2
**27th** 358:3
**28** 217:22 231:21
**28-what** 357:9
**28.3** 328:5,12
**28.7** 379:12
**280** 107:18 275:4,15,
18
**286** 357:8,12 358:4
**287** 356:23 357:6,15
358:11

**288**   356:9
**289**   344:20 354:23
**28th**   250:10
**29**   303:24 318:17
**29.7**   398:15
**290**   274:10
**29th**   143:25 148:3
  207:15 396:7
**2:13**   205:16
**2:28**   205:20
**2Q**   362:22

---

### 3

**3**   19:20 70:7,8 72:22
  212:10 218:23,25
  224:11 308:11 323:23
**3-year**   218:24 234:19
  302:5 307:10
**3.3**   210:24
**3.5**   277:16
**3.9**   210:24 211:10
**30**   17:20 20:13 63:13
  189:24 219:17 230:4
  231:6 398:21
**30(b)(6)**   157:20
  160:14 168:14,21
  192:8,22 278:14
  279:8 292:17 293:8
  295:15 326:20 330:22
  334:19 336:10
**30s**   398:17 399:21
  400:22
**30th**   386:24
**31**   149:8 189:25
  238:25 239:6,18
  254:20 263:18 382:6,
  14
**319-CV-06361-RS**   8:7
**31st**   140:2 141:6
**32**   239:6 240:7
**33**   218:21 219:18
**34**   382:6,14
**35**   230:3
**35.4**   379:10 399:13
**356**   365:22 366:17
  371:19 374:10,17
**36**   18:6 20:23 21:1
  218:15

**36C**   18:10,11
**37**   18:21,22 20:23
  21:1
**373**   346:16
**38**   217:18 230:3,19,20
  231:21
**39**   237:25
**39.4**   379:11
**39.9**   399:10

---

### 4

**4**   52:11 105:5,8
  217:18 218:2,7,9
  232:2 250:15 307:10
**4.5**   377:11,21
**4.9**   378:22
**40**   218:18 219:19
  230:5,21 399:11
**40046485**   288:2
**409**   420:20 421:5
**409A**   24:17 43:1,2
  420:10,12,21 421:3,
  20
**409as**   24:20 25:4,15
  420:7
**40s**   399:9
**41**   230:4 231:4
**42**   217:12 231:21
  307:24
**424**   12:7
**44**   244:6
**45**   44:13 282:4 395:5
**458**   287:24 288:5
**47**   231:20
**4741**   306:22,23
**4756**   313:22
**48**   218:15
**494**   250:16,17
**495**   252:2,3,4
**4:15**   287:8
**4:34**   287:12
**4:59**   387:2,7
**4th**   326:18 332:15
  334:4 346:23

---

### 5

**5**   44:3 52:11 126:21,

**22** 140:1 217:13
  231:22 274:19 327:13
  332:17 398:9 402:14
**5-**   127:22
**5.9**   208:9
**50**   44:1 239:13 240:23
  246:8
**50/50**   43:25
**51**   328:17
**52**   281:18,25
**53**   383:8
**533**   119:18 135:14
**54**   139:21 140:6
  141:17 142:9 144:25
  212:5
**550**   49:8,9
**551**   139:2
**56**   244:9 245:11,15,19
  246:6
**5:53**   344:2

---

### 6

**6**   143:5,6,7 326:13
  403:11,14
**6.1**   277:16
**60**   143:23
**62**   266:17
**6253**   207:3
**6254**   212:3
**6257**   223:23
**64**   332:18
**66**   246:19
**67.5**   321:4
**67.8**   332:17 335:21,25
  336:1 345:21 346:2
**68.0**   251:5
**68.7**   335:23 337:9
  346:17 352:13
**68.9**   284:5
**69**   189:25
**69.9**   251:4
**6:24**   344:8
**6:58**   367:12

---

### 7

**7**   147:15,16 148:1
  218:25 219:15

381:16,18  399:24
**7.6**  309:11  310:23
  311:5,24  312:10
**7.8**  310:20
**70**  189:21,22,23,24
  283:18  308:10,11
  314:19,21,22  315:24,
  25  335:17  352:10,13,
  18,23
**70.7**  284:1
**71**  251:20  321:1
**710**  266:6
**711**  273:14
**714**  279:16
**715**  282:15
**722**  214:14
**73**  308:10
**734**  298:5,6
**737**  302:2
**743**  311:9
**76**  140:1  149:21  244:8
  246:12,22
**77.9**  284:4
**78**  392:23
**79**  14:24  283:18
**79.3**  284:1
**7:06**  367:16
**7s**  312:10

---

**8**

**8**  152:24  153:1  218:17
  312:5,11  332:18
**8.7**  312:3
**83**  279:20  337:7
**8688**  361:1
**89**  206:4  351:13
**8:20**  424:16
**8:47**  424:20,24
**8th**  71:18  396:2

---

**9**

**9**  205:21  206:2,14
  361:15
**9.0**  312:3
**9.6**  312:3  378:12
**9.8**  309:11  310:6,15,
  16,18  311:3,4,25

312:11
**90**  228:16,19  308:20,
  22
**91**  401:8
**935**  230:8,9
**9377**  340:18
**939**  237:25
**944**  241:16  244:5
**953**  127:22,24
**96**  401:7
**97**  401:6
**99**  100:8  401:6
**997**  214:13
**999**  378:3
**9:02**  8:2
**9:44**  44:15
**9th**  155:6,10,14
  371:15

---

**A**

**a.m.**  8:2  44:15,19
  80:25  81:4
**aberration**  294:23
  295:1
**abilities**  291:19
**ability**  12:21  90:12
  164:14  180:14,18,22
  321:13
**able**  16:15  50:24  52:6
  53:21  80:14  96:10
  103:19  115:23  128:9
  223:5  265:15  286:22
  292:15  335:7,8  391:6
**about--**  71:11
**above**  72:10  109:3
  123:17  128:17  129:14
  139:12  140:14  147:23
  148:3  205:2  250:23
  251:19  270:21  275:9
  289:10  339:14  347:23
**accelerated**  309:8
**accelerating**  302:20
**Accenture**  49:18,22
**acceptable**  350:13
**accepted**  81:20,24
  82:3  87:13  93:10
**accepting**  42:8
**access**  108:13  151:9
  171:11  255:4  258:18,

22  259:1,3,11  265:14
**accessing**  417:12
**accordance**  82:2
**account**  43:3  49:14
  50:25  209:4
**accountant**  162:11
**accountants**  50:6
**accounting**  45:5,8,13
  46:17  47:24  49:5,11,
  25  50:2,9,11,20,21
  51:5,10,19  53:17,18
  54:23,24  58:3  59:6
  60:20  81:20,21,24
  82:3  87:14  93:11,12,
  17,19  96:15  100:3,5
  106:6  107:4,17  116:7
  117:15  152:1  162:12,
  16  209:12  271:22
  273:2  292:7  416:15
  418:24
**accounting's**  104:21
**accrue**  162:15  414:1
  415:22
**accuracy**  51:25  68:1
  73:6  103:23  147:4
  198:15  405:21  407:12
**accurate**  45:14,19
  53:8  90:8,9  102:9
  155:2  195:19  211:17
  216:11,16  222:2
  259:13  308:24  379:23
  411:7,18  413:6
  416:1,8
**accurately**  90:12
  102:22  103:7,13,14
**accustomed**  83:9
  131:10
**achieve**  45:19  53:13
  194:14  215:10
**acknowledge**  175:16
  182:5  183:1
**acquainted**  21:12
**acquire**  168:3
**acquiring**  258:9
**acquisition**  255:3
  256:18  257:19  259:10
  260:1
**acquisitions**  256:22
  257:2
**acronym**  69:6,11
**acronyms**  329:11

**across**  164:10,12
207:9 240:6 279:24
303:19 308:19,20
402:25
**act**  165:5,6
**acting**  40:22
**action**  8:24 13:19
40:13
**activate**  389:8
**active**  79:21 86:21
380:9
**activities**  119:12
406:12
**activity**  377:2
392:12,14,18 406:4
408:7
**actual**  9:22 38:9
41:23 106:9 148:22
166:13 175:11 213:17
214:1 233:4 240:21
264:16 265:14,15
267:12,17,20 271:5
274:13 305:1,4
326:15 363:14 372:6
**actuals**  108:18 212:14
213:11 214:3,13
238:17 240:24
255:15,16 264:13
265:13 267:21 268:4
269:6,7 273:20,21
274:7,8,10 281:7,11
305:10 306:21
362:15,18 363:10
364:20 365:15 420:4
**add**  201:20,21 381:13,
16
**adding**  259:18
**addition**  53:11 90:7
**additional**  28:23
42:18 43:6 44:9
139:21 155:8 305:25
**address**  223:24 224:4
225:6,22 226:6,15
325:21 340:24
**addressable**  255:5
**addressed**  75:23 154:5
224:17,19 225:11,14,
18 345:4
**addresses**  385:12
**adequate**  395:9
**adjust**  164:1

**adjusted**  79:18 82:12
84:4,7,8 85:6,7
86:17 88:22,23
89:11,12,14 148:12
207:21 210:17 236:3
266:15,24 267:4
270:10 272:8,15
274:8 275:1,3,14,23
277:13 282:2,3
299:18,19,25 304:4,
12,21,23 365:20,23,
24 366:17,21 371:18
373:14 374:9,13,14,
15
**adjusting**  82:18 88:25
322:11
**adjustments**  155:19
176:17,22 178:5,18
179:4 270:10 341:6,
13,20 342:14
**Admissions**  407:6
**admitted**  324:19
**advance**  229:4 265:20
356:2
**advice**  25:23 143:20
**advise**  25:20 143:20
421:9,16,17
**advised**  410:8
**advisement**  39:13
**affect**  288:20 306:8,
14 343:10
**affected**  342:16,18
**affecting**  129:7
**afford**  352:20
**afternoon**  156:11
**agenda**  64:2 65:15
75:7
**aggregated**  211:17
**Agnes**  229:8
**ago**  9:2 15:12,14,15,
16 23:19 24:11 40:1
109:20 317:20 354:8
423:3,4
**agree**  97:16 113:12
167:16 180:8 226:4
232:6,17 245:4,12
277:21,24 280:4
301:11,22 304:9
323:7,12,25 337:19
339:13,20 365:9,14
366:11 383:23 384:6
392:1 395:12

**agreed**  20:18,19 21:3,
4 142:5
**agreeing**  20:7 386:9
**agreement**  18:25
**agrees**  340:8
**ahead**  70:24 189:12,14
249:1 258:1 330:17
334:24 350:9,15
351:8,10 354:19
357:21 358:7
**air**  209:24
**airline**  99:14
**airplane**  97:5,14
99:13
**airplanes**  97:13
**airport**  391:25
**algorithms**  290:8
**align**  404:2
**aligned**  137:15 273:4
**all-time**  330:11
**allegation**  410:11
**allegations**  418:5
**alleging**  406:22 410:3
**Allen**  21:24
**allocate**  136:1
**allocated**  109:11
343:8
**allocating**  118:23
**allocation**  114:25
116:18 117:7 119:3
138:25 151:7 279:3
342:14,16
**allocations**  109:8
111:6 118:6,16
134:10 341:6,14,21
**allow**  9:15
**allows**  82:1
**alter**  168:17,23
**alternative**  26:13
422:15,16
**ambiguous**  415:16
**amended**  136:11 142:25
331:12
**amending**  169:1,3
**amendment**  136:15
**America**  150:1,9
222:8,13 241:20
242:3 243:3 244:8,
10,18 245:5,10 247:2
300:9 388:4

amount   42:13 44:2
    86:5,7,11 113:22
    272:9 296:24 318:3,5
    343:8
amounted   26:18
amounts   86:1 147:11,
    12 251:21 300:13
    378:25 399:19
amplified   210:3
analysis   18:18 68:17
    69:8 73:4 95:5
    102:14,15 110:11,15
    112:12 122:10,18,25
    123:5 132:6,10
    137:11 227:14 291:24
    292:9,10,22,24
    294:19 313:19 315:2,
    4,15 316:25 401:25
analyze   291:10,19,21
analyzing   189:24
    291:12
and/or   79:10
Andrew   345:2 347:11,
    15 351:4,22 354:4
    358:2,23
angle   207:22
annual   41:18 60:24
    68:10 73:1 211:18
    366:25
annually   61:6
answer   9:15,16 10:15
    11:2,13,15,25 14:4
    37:19,21 50:22 57:8
    58:8 72:1 100:13
    101:3 102:19 115:21
    122:15 124:9 129:16
    157:22 160:2,19,25
    161:14 163:1,8
    168:22 176:20 177:21
    183:21 184:6 185:19
    186:10 189:11 190:10
    192:13,16,23 197:21
    225:3 236:5 238:1
    279:10 283:24 295:7
    334:20,24 338:25
    339:3 365:20 419:11
answer's   245:17
answered   177:9 419:9
answering   57:10
answers   10:8
anticipate   413:22

anticipated   266:20
    269:11
anticipation   68:21
    260:13 276:9 416:12
anybody   26:25 194:11
    229:5 292:3 409:22
anymore   180:24 345:1
anyone   21:25 44:7
    55:16 59:5 67:21
    89:24 115:20 142:13
    186:8 191:4,10
    196:12 203:14 279:11
    392:2 422:24
apologies   157:14
apologize   210:7 229:4
    287:15 311:14 357:11
app   50:23
appeared   393:20
appears   213:14,25
    217:25 218:22 277:20
    299:12 412:11
appendix   390:20,24
apples   310:13
applicable   170:23
application   55:14
applied   271:23
applies   84:4
apply   286:24
appreciate   17:6 91:13
    97:2 152:21 158:9
    211:20 220:6 238:7
    263:19 279:4 313:9
    320:4
approach   359:19
appropriate   82:9
    94:24 100:21 205:12
    227:15
appropriately   101:2
approval   116:17
    154:25
approved   117:6 120:16
approves   124:15
approximate   43:12
    44:2 83:24 404:22
approximately   42:6
    141:17,18 142:24
    144:25 239:13 244:8
    307:10 363:21 373:6,
    17,20
April   25:7 71:12,13
    127:3 128:1 136:10

141:1,25 143:25
    155:12,13 196:3
    197:17,22 331:19,20
    348:4,8,18,19 349:2,
    6,9 350:22 351:5,25
    376:10 377:3,11,20
    378:22 379:11 395:23
    396:7,16 397:11,22
    398:8,15 399:24
    400:14,16 401:3
    402:2,13,23 403:6,10
area   47:3 53:7,23
    57:25 61:21 104:21
    107:7 168:7 258:20
    409:4
areas   38:4 55:6 73:21
    143:18 173:21 175:25
    197:5 244:21 405:15
argument   110:16
around   16:3 51:23
    52:4 70:3,5 71:22
    81:12 82:7,8 88:24
    102:10 125:8 193:22
    201:2,11 232:24
    345:16 355:12 414:17
array   65:4
arrived   51:3 68:13
    193:5
arrow   208:2
arrow's   207:24
ASC   93:7,10,15,16,18
    107:20
ASC280   107:18
ASC606   272:2,17
Asia   112:3,4 262:3
asked   11:2 24:11 28:8
    67:23 114:17 115:14
    133:18 157:14 194:4
    195:8,23,24 196:23
    198:16 410:21 419:9
asking   23:15 30:5
    34:11,12 41:15 56:16
    67:17 69:18 76:9
    101:25 110:17 114:6
    125:20,23 138:5
    155:22 159:17,18,19
    171:1 192:4,6 195:3
    196:12,13 202:24,25
    203:1 211:23 232:4,
    11 233:6 236:21
    247:7,13 248:7
    286:24 310:5 317:6

336:23 338:15 350:19
381:13,16,18 394:15
411:19 417:23 421:4
**asks** 115:3 195:2
381:10 385:22
**aspects** 37:5
**assembling** 202:4
**assess** 67:25 114:21
122:6 132:7 135:21
136:1,4 355:10
**assessed** 109:11
313:11 421:16
**assessment** 107:15
109:24 111:20 114:20
122:18 133:2 152:9
170:15 328:24
**assistant** 64:5
**associated** 31:8 42:11
176:14 184:20
**assume** 96:4,7 98:18
120:25 139:17 236:3
257:18 259:2 270:15
314:17 315:24 328:17
343:6 365:19 366:12,
15,16,18
**assumed** 103:8 236:21
269:14
**assumes** 233:21 234:19
**assuming** 137:22
138:1,10 208:23
223:20 231:13 235:7
242:8,9 243:2,17
246:24 251:9 253:7
259:12 269:13 277:8
280:19,20 291:10
302:11 308:9,13
309:2 322:7 324:10
386:20 415:7
**assumption** 223:5
234:12 235:1 251:10,
13 275:14 386:21
398:5
**assumptions** 222:1,5,
6,11 234:6,17 316:25
317:9 366:24
**astounding** 390:5,14,
15
**ATG** 104:7
**attached** 72:4 105:17
381:17,25 396:9,16
**attachment** 388:23

**attachment's** 397:4
**attachments** 72:10
**attempt** 10:23
**attempts** 162:1
**attend** 58:20 59:6
60:5,8,10 61:7,13,
15,22 62:8 66:5,15
67:11 264:1,6,7
265:6 393:25 394:22
413:12
**attendance** 60:20 76:3
**attended** 59:10,21
113:7 264:10,13
265:5 394:21
**attendee** 66:12
**attendees** 65:20
**attends** 61:15
**attention** 15:4 17:11
19:12,19 70:14 72:22
77:3 106:8 116:16
123:8 124:12 127:16
140:25 143:23 147:20
149:20 153:25 203:19
207:2 210:16 212:13
216:17 220:16 223:25
238:15 241:19,24
243:24 250:13 251:17
252:23 254:13 266:14
279:5 283:9 285:5
287:24 288:4 296:8
298:5 302:2 318:18
327:2 329:4 330:7
332:9 340:18 344:19,
25 350:20 351:21
356:8 357:3 359:11
360:25 374:8 377:4
378:2 385:4 397:13,
17 402:18
**attentions** 359:3
**attract** 383:12 384:3
**audit** 28:1,12 30:12,
22 31:2,3,5,9 36:3
40:11 67:2,11,12,21,
22 68:5,8,12,25
69:15,23 70:18 71:20
73:23 74:1,6,13,16,
21 75:19,23 76:1,4
195:6,7,15 393:16,
17,19,21,25 394:4
408:10
**audited** 40:6 48:21
81:22 195:13,17

**auditor** 31:4 40:23
54:9 81:22 408:9
412:3
**auditor's** 195:5
**auditors** 48:24 143:16
151:20 408:5
**August** 8:2 119:15
204:6 213:13
**auto** 229:16,25 266:10
**automate** 52:8
**automatically** 39:8
**available** 29:9 115:1,
7 294:9 375:22
**average** 219:7,10
239:24 249:25 253:2,
3 314:15 319:6
**avoid** 103:21
**aware** 55:16 60:17
75:21,24 76:2,24
89:24 114:4 117:5
125:2 131:7,8 155:7
164:24 166:25 173:10
181:4 186:10,20
187:1 191:22,25
192:1 222:3 262:25
263:1,9 313:16
375:25 376:2 379:18
392:2 394:7 406:21,
25 410:2 412:23
422:22
**awareness** 163:25
164:4

## B

**B's** 96:5
**back** 9:23 10:20,21
31:20 36:15 44:18,20
45:11 69:2 72:13
74:20 75:10 81:3
97:23 111:17 114:19
127:17,21 131:12
133:11 141:24 142:4
144:12 150:13 156:3,
8,23 162:20 170:1
174:18 179:12,15
186:18 189:14 198:25
200:19 201:14,16,17
205:19 246:25 251:19
252:16 256:15 263:20
276:12 287:11 289:13
309:25 328:23 331:25

334:13 337:6 340:5
344:7 352:10,18,23,
25 353:5,8 354:4
356:12 367:15 382:2
383:2 409:8 413:3
423:6 424:19
**background**  52:6
108:12 123:16,17,18
406:19
**backwards**  385:1
**bad**  269:16 280:13
281:1,8
**Baed**  128:8
**baked**  202:15 316:25
**balance**  246:1 290:8,
24 292:19 343:17,18
355:13
**balanced**  322:15
**balancing**  290:23
**Bang**  340:24
**bank**  26:8,10
**banker**  25:14,18,19
**bankers**  24:16 25:20
196:12 198:18 421:8,
16,20
**banks**  26:3
**bar**  400:25
**Barney**  78:24 120:6,8,
11 124:17 150:17
151:7 345:4 347:12,
16 358:23
**bars**  208:2 377:8
**base**  41:17 413:24
**based**  56:14 63:11
81:23 117:7 118:16
131:25 139:21 151:14
166:20 168:2,18,23
176:20 178:2 197:20
210:10 215:19 220:3
221:25 223:4 237:12
239:9 240:13 241:4
245:11 269:23 275:25
276:25 280:4 281:11
290:9 301:1 306:11,
20 359:1,5 371:9
372:25 384:20 412:4,
9 414:15 421:12
**baseline**  302:6
**bases**  137:4
**basic**  98:8

**basically**  29:8 111:20
122:22 167:20 185:4
197:2 216:13 234:13
241:19 332:4 359:19
**basing**  56:12,14
**basis**  58:18 63:8 75:3
77:7 79:6 84:9,14,20
99:1 103:1 107:11
111:7 112:9 116:5
122:19 123:3 138:18
147:8 150:3 151:16
166:14 195:22
233:22,23 234:7,16
236:18,22 249:3,4,5,
13 266:17 279:22
330:10 332:21 360:6
**basket**  288:14
**Bates**  70:12 71:4
72:19 105:11 127:4,5
139:2 143:23 147:19
149:21 206:4 207:2
228:17 241:16 250:10
254:7 263:17 288:1
296:5 318:17 325:13
344:13 356:22 360:13
368:1 380:18 395:24
397:14
**bear**  70:15
**beat**  214:25 215:6
**beginning**  25:7 70:11
105:11 127:4 147:19
185:5,7 198:2 206:4
207:11 213:3 228:16
248:11 250:10 254:7
263:16 296:5 325:13
329:10 344:12 351:15
354:21,23 360:13
368:1 370:15 380:18
387:25 395:23
**begins**  349:20
**behalf**  8:16 12:12
13:2 14:3 52:2 68:1
**behavior**  181:15
**behind**  72:4 147:12
262:18 284:9,16,18
**believe**  12:20 16:9
18:6 40:9,22 51:3
56:11 68:12,13 74:15
84:25 95:5 119:16,25
154:23 207:7 242:2,
17 247:5 264:9
295:24 319:24 320:5

371:14 379:15 381:1
404:5,6,7 420:12
421:9 423:1
**bell**  42:7 420:15,16
**below**  108:8 121:3
128:7 146:21 147:9
150:25 208:15 252:15
270:22 303:18 308:7
324:11 329:12 330:3
336:5 339:15 340:13
381:24 402:6 403:7
**bend**  302:21,24 303:2,
6
**bending**  302:7,9,19
303:2,9,13 307:1
**benefit**  102:14
**benign**  293:21
**besides**  44:6 57:21
65:15 144:21 146:9
223:14 307:15
326:22,23 332:3
378:24 394:13 397:24
407:14 411:3
**best**  115:22 116:2
164:14 185:9 192:16
197:16 216:18 221:9,
15,18 229:10 262:18
293:10 302:3 334:24
341:2 361:3,8
**Bets**  85:3,4 104:8
109:9 113:20 116:19
117:18 119:12 121:4
123:2 150:19,23,24
151:22 152:2 266:21
307:2
**better**  50:2 212:7
229:8 230:15 231:1
232:22 238:10 261:19
266:13 279:25 280:1
284:23 302:3 311:14
361:9
**BH/MAC**  358:22
**big**  48:19 49:5 193:19
278:17 296:22 340:24
375:9 394:6 421:13
**biggest**  276:25 288:24
290:14
**billing**  251:20 252:6
285:10 330:20 332:17
337:4
**billings**  251:3,5,7,9
283:17 285:9,17

286:8 314:9 326:11
330:10 332:20,21
339:15,17,22 340:9,
14,16 356:19
**billion** 224:10
318:23,24 321:8
323:9,18,20 361:19
362:5 363:21,24
364:11,16 365:10
366:15 368:19,25
369:11,14,22 370:3
371:23 372:1,13
373:7,17,18,19,20
378:21
**billions** 126:9
**binds** 14:3
**bit** 12:23 51:4,7,9
74:21 91:12 98:18
119:6 156:23 159:6
184:12 200:19 201:14
207:18 224:1 230:15
233:13,15 244:1
251:16 273:14 279:25
280:1 293:20 295:4
314:3 326:8 382:23
412:14
**biz** 386:3
**black** 135:7 226:11
**black-and-white**
132:13 133:2
**blanks** 144:16,19
**Bless** 319:15,16
**blotch** 366:2
**blotchy** 361:9
**blow** 207:4
**blurring** 229:15
**blurry** 229:18 230:12
232:7 239:2 266:9
314:11
**board** 28:2,12 30:12
31:7,8,9 32:18 36:2
60:5 66:3,5,7,12,15,
21 67:3,8,10,14
68:2,7 71:21 72:2
74:17,23,24 75:11,
19,22,25 76:2
120:17,21 151:4
160:11,15,23 161:5,
7,10,15 167:1 174:7,
11 186:9,17,19
191:4,11,18,19 283:7
393:3,13 394:2,3,16,

21
**BOD** 120:17
**body** 105:16
**bold** 242:17 332:19
**bonus** 41:18
**book** 35:20
**bookend** 62:17
**booking** 51:20 212:12
224:6 234:25 273:19
298:25 299:17 302:7
306:25 362:4 374:23
**bookings** 79:18 85:11
86:20 140:2 148:12,
13,24 149:16 207:17,
18,23 211:9 213:25
214:12 215:15 217:5,
6,13,17 224:8,11
226:12 227:8,23
231:17,20 233:16
234:5,14 236:8
238:14 239:4 242:15
251:10 255:20 261:21
262:6,10 263:5
277:11,15 282:3
283:13 298:24 304:6,
8 307:4 308:21,23
309:18 311:21 313:1,
7 326:11 342:19
359:2 361:14 363:20
364:15 365:1,2
366:16,21 368:18,23
373:14 374:7,20
378:17,20 400:10
402:17
**books** 45:15,19 48:16
77:13 79:6 81:21,24
148:21 264:19 265:12
413:18 416:15,16
**boots** 50:3
**boss** 206:20,23
**Boston** 8:4
**bottom** 17:20 70:16
71:2,3 109:6 119:9,
18 131:12 135:18
139:25 141:15 198:19
199:3 207:3 208:5
244:13 251:2 261:20
277:3 284:2 285:6
322:17 356:10 357:5,
6 378:4 391:11
**bought** 187:16

**box** 326:10
**boy** 405:23
**BPS** 233:23
**bracket** 307:9
**bracketed** 363:23
**brackets** 361:16
**brain** 364:19
**brand** 276:19
**branding** 123:22
**Brazil** 50:6
**bread** 97:10 98:22
99:1
**break** 10:13,18 39:12
44:14 80:22 156:3,15
205:15 231:2 287:7
314:23 343:24,25
389:1,5,7 424:12
**breakdown** 98:20 123:4
146:13 150:24 152:3
316:20
**breakout** 120:20 121:2
**breakouts** 150:19
**breaks** 10:13
**bridge** 275:1 276:25
277:12,20 300:3
**brief** 34:22 66:8
147:23
**briefly** 41:10 420:7
**bring** 53:21 114:19
**bringing** 53:14
**brings** 322:13
**broad** 55:14 59:25
77:9 94:22 223:10
226:25 412:18,20
**broader** 256:12
**broadly** 288:10,12
419:25
**broken** 49:12,14 323:6
**brought** 51:22 66:15
67:8
**bubble** 402:6 403:3
**budget** 60:10,12,16,24
61:5,10,17 108:18
116:18 120:16 124:20
148:16 212:22 282:3
303:24 304:22,24
307:9 326:15,17
369:6 370:16 372:7
**budgeted** 279:21 280:6
**budgeting** 46:5,13

108:1 118:16
**budgets** 60:17 108:13
  306:11
**build** 53:2,7 152:13
  193:9
**building** 64:11 194:1
**built** 53:20 194:2
  317:9 337:3
**bullet** 233:20 234:2
  241:23 242:23 244:7,
  22 245:11 248:18
  251:18 252:24 266:16
  332:12 333:1 339:14
  341:11,13 342:9
  382:5
**bulletin** 153:5,6
  154:3
**bullets** 226:20
**bunch** 35:13 54:5
  92:25 102:20 117:11
  133:3 160:4 181:4,14
  196:9 202:15 215:19
  312:22 313:2 336:12
  342:1 373:12 420:24
**Burns** 74:11
**business** 30:21 50:5,
  21,22 60:8,18,19
  61:19,20 62:4 64:24
  65:3,16,18 77:18,21
  78:5,22 79:11 84:15
  88:25 92:2,8,11
  95:21,23 97:4,5,9,
  12,14,18,19 98:7
  99:2,5,12,14,15,19
  104:16 105:3 109:2,
  12 114:5,10,12,17,18
  119:11 120:5 131:9
  157:17 158:4,12,18,
  24 159:3,9,12,25
  160:8,12,16 161:8,
  12,16 164:2,13
  165:19,21,25 166:1,
  2,3,11,12,13,22,24
  167:4,7,8 168:3
  169:21,23 170:8,25
  171:10,13,15,17,18,
  20 172:12,15,23
  174:20 175:8 179:24
  181:3 183:6,10
  184:3,14 185:1
  186:11,15 189:2
  191:16 206:20
  224:20,21 227:13,14

244:19 245:6,13,21
  248:14,15 255:1
  256:4,9,11 259:17,23
  260:9,23,24 266:21
  267:2 273:6,8 276:6,
  10 277:22 278:1,7,
  17,20 279:12 280:22
  281:5 282:5,6,8
  291:10,13,19,20,21,
  24 292:19 294:20
  302:12,16 305:25
  306:9 308:1 312:21
  319:13 328:23 342:11
  373:3 374:4 385:19
  386:4,5 395:23
  396:8,17 397:10
  403:20 405:25 406:3,
  15,17 407:15 408:13,
  20 409:9,14,16
  410:4,11,12 411:1,7,
  17,25 412:5,18,21
  413:5,10,22 414:12,
  16 415:3,8,12 416:5,
  25 417:8 418:4,5,8,
  22 419:14
**businesses** 89:1 98:6
  104:18 119:1 245:25
  278:2,12 279:13
  302:14,17 326:3
**butter** 97:11 98:22
  99:2
**buy** 197:3 313:11
  314:5
**BVA** 326:13,15
**by-business-unit**
  285:3

— C —

**c-e** 216:4,6
**C-SUITE** 55:3
**cadence** 80:4
**CAGR** 219:7,10
**calculate** 41:24
  239:17 290:9
**calculated** 41:25
**calculation** 189:21
  372:5
**calculator** 240:19
**calendar** 42:14 58:25
  64:6

**calendars** 202:17
**California** 8:6,9
  40:21
**call** 58:21 80:14
  103:9 123:9 124:3
  136:9 198:18 249:3
  313:2
**called** 8:16 24:17
  41:6 51:19 66:7,10
  77:17 78:3 121:14
  223:24
**calling** 77:4 80:6
  374:17
**cameras** 9:12
**Canada** 50:5 114:2
  139:20 140:9,11
  149:13,24 150:2
  233:18 238:16,20
  240:5 244:7,9,18
  245:4,11,12 285:8,
  13,22 288:17,24
  290:14 293:23 318:20
  320:17 321:2 325:19
  326:3 335:17 336:7
  337:21 364:12 373:21
  376:11 400:11,16
  402:19 403:1,17
**Canadian** 345:25
**CAO** 54:22
**capacity** 12:13 56:17,
  23 57:10 69:19 95:19
  102:3,4 125:20,24
  155:23 157:19,20
  160:14,19 168:13,14
  185:13 192:5,6,23
  202:24,25 203:2
  237:17 334:20 335:8
  375:1,21 410:19
  411:10
**capital** 421:11
**captured** 309:3
**car** 97:5,12 99:11,15
**care** 64:6 264:16
**career** 40:22
**carefully** 275:7
  348:2,18 351:24
**cars** 97:10,15
**case** 8:7 13:21 22:10
  40:20 54:20 117:3,17
  156:19 244:6 273:10
  316:24 406:21 423:13

cases 10:22 147:2
  255:9 273:9
cash 52:3 421:24
casual 25:6 391:24
catch 391:24
catchall 274:5
categories 27:22
  250:25
category 65:8,9,23
  79:25 117:20 118:8,
  17 125:8,12 126:9
  141:11 149:21
  156:23,25 157:2,16
  158:3,11,17 159:4,8
  160:11,15,21 161:7,
  18 162:2,6,23 163:2,
  6,9,18,25 164:4,10,
  14,16,17,21,23
  165:11,14,18,24
  166:6,7,11,17,22,25
  167:3,22,25 168:8,
  18,24 169:7,11,17
  170:3,10,11,13,15,17
  171:8,24 172:3,19
  173:7,12,22 174:2,4
  175:1,4,6,10,12,23
  176:3,9,23 177:13,
  16,19,23 178:7,12,13
  179:18 186:14,21,25
  187:2,3,6,10,22
  188:10,18 189:4,16,
  22,23 190:4,6,11,12,
  21 191:3,9,14,20
  222:24 250:22,25
  276:22 282:15,16
  283:13,17 284:3,8
  285:12,21 286:8
  289:11 312:15,16,21
  313:12 314:6,9,18,
  19,21 315:24 316:1
  317:20,22 318:3
  324:2 330:8,9,11,18,
  19 333:14 334:10,16
  335:4,11 336:7,20,24
  337:7,20,23 338:10,
  13,18,21 339:4
  345:18 347:13,16,20
  360:7 387:13
caused 182:6
caveat 10:14 375:8
Celebrate 340:19
cell 34:4 422:24
  423:1,13

central 288:19 291:11
  293:23
centralized 50:17,24
  285:3
centrally 50:25
CEO 78:21 116:3
CEOS 116:9
Ceremony 8:4,15,21
  16:15 44:22 70:7,14
  81:5 105:15,24 125:5
  126:18 127:3,7
  144:22 147:20 156:11
  179:15 206:7 229:12
  233:11 250:6 263:11,
  23 266:8 287:14
  325:18 327:6 344:10
  351:10 368:12 376:20
  382:24
certain 22:10 38:21
  50:3,4 55:13 75:21
  82:3,5 88:24 92:13
  95:1 105:1 107:10
  113:8 121:9,10
  122:23 128:11 134:15
  141:8 143:13 153:9,
  22 159:4 183:5 187:5
  191:15 194:15 203:20
  209:2 252:10 263:3
  268:11 315:13,14
  316:13 320:20 335:17
  355:24 413:15 419:1
certainly 35:25 103:6
  300:25
certainty 315:3
cetera 27:24 48:11
  118:7,16 393:5
CFO 45:3,7 46:4 54:19
  78:22 206:20 264:13
  265:17
CFO's 45:9
Chai 46:9 47:21 54:19
  61:7,22 174:24
  206:23 347:12
chain 147:19 356:22,
  24
chair 13:25 16:18
  68:3
chairman 67:10 394:1
challenge 54:1 117:13
  152:14 299:2,3
challenged 299:1

challenges 50:14
  190:18
challenging 151:19
  298:10
chance 66:23 405:10
change 19:22 50:16
  51:1 52:25 74:2 83:1
  98:17 120:22 126:7
  182:20,23,25 184:5,8
  231:16 237:23 252:21
  273:2 298:16 348:1
  374:6 405:5
changed 19:23 51:13
  53:14 74:4,5,7,16
  252:10
changes 58:8 144:10
  155:8 297:8 302:25
  374:6 405:5,6 421:11
changing 181:23 182:6
  268:8
characterization
  248:11 301:10 331:2
  384:7 395:13
characterize 27:3
  36:8 47:8 107:8
  163:16 164:19 175:5
  193:25 219:15
  225:13,14 241:8
  245:24 247:16 282:19
  300:18,22 335:8
  372:16 411:20
characterizing 165:1
  249:17
charge 46:12 49:9
Charlie 228:20 383:9
  395:4
chart 173:11 250:21,
  23 262:5,11,22
  263:1,7 267:8 282:14
  283:25 289:11 303:18
  306:25 308:7,24
  309:2,3,7 311:16
  314:8,13 336:5
  338:17 339:3,15,21
  340:9,13 346:13
  363:10,11 364:19,22
  369:17,24 372:3
  390:19,24
charter 68:9,12 70:18
  72:13
charters 53:6

charting 262:11
chat 385:8 387:10
  388:22 389:5
cheaper 253:3,5
checking 202:3 421:21
chief 45:4,13 46:9,16
  47:23 54:22,24 105:3
  108:2,5 112:15
  117:15 118:5,14
  121:19
China 187:21,25 262:2
Choler 74:12
Chris 24:4,7 25:3
  26:7,21,24 27:4
  47:19 106:19 127:3
  128:1 133:14 137:14
  139:12 141:2 142:4
  143:25 145:8,9,14
Christa 8:12
chronologically
  301:13
chronology 24:15
churn 390:5,7,14,15
  391:2,24 392:3
Cincotta 24:4,7 26:8
  47:19 127:3 128:2
  133:14 134:2 136:13
  139:12 143:25
Cincotta's 138:11
  286:21 287:2
Cinelli 47:19 78:13,
  16 119:24 129:6
  148:2 264:12 381:7,
  24 394:23
circle 398:23 400:21
  402:22
circled 399:8,14,19,
  20
circles 402:1,21,23
circling 400:15
circulated 59:10 78:8
  80:9 265:20 388:22
circulating 77:5
  78:10
circumstance 97:17
circumstances 57:7
  116:11 200:3
circumstantial 115:11
cities 359:22
citizen 41:5

city 125:9 359:21,22
  360:7
city-by-city 388:1
claim 257:7 410:6,7
claims 407:1 410:25
  411:3
clarification 320:4
clarified 108:11
clarify 20:5,12 33:21
  61:4 62:5 65:14 67:1
  69:22 167:6,20
  183:16 215:18 220:19
  265:11 280:9 324:10
  417:24
clarifying 109:19
  122:17 281:6
clarity 242:5 261:19
class 13:19 40:13
classification 209:13
classifications
  210:11
classify 273:3
cleaned 277:9
cleaner 368:8
clear 26:11 41:1
  54:14 130:2 178:25
  197:20 221:22 232:17
  268:9 280:2 297:13
  326:21 340:6 363:3
  365:25 415:12
clearer 240:7 365:7,
  13 369:19
clearly 11:12 22:15
  146:19 224:2 305:14
climbing 253:1
close 148:21 229:14
  310:7 314:10 399:11
closed 79:6 264:19
  265:12
closely 273:5 287:5
  310:2 383:25
closer 133:12 229:18,
  25 238:15 279:5
  305:2 307:3
cloud 39:7
CM 139:15
CM's 139:22
codes 93:7,15,16,18
codification 93:22
  107:17

CODM 108:2,5 109:7,19
  110:2,25 111:3,4
  119:12,22 120:1,17
  121:11,20 122:7,19,
  20 135:22,25 136:1,5
  152:8,19 278:25
CODM's 116:17 152:10
cohorts 393:5
Coleman 23:7
collecting 414:15
collection 46:22
collective 27:5 341:2
collectively 171:10,
  15 172:12 245:8
  406:3,19
column 274:12 296:19,
  22 304:25 327:24
  328:8 365:25
combination 75:20
combined 99:16 101:2
  246:12
combining 281:9
come 34:3 52:7 86:22
  87:14 100:10 156:3
  281:4
comes 50:23 142:4
comfort 103:19,22
  201:8 365:14 408:4
comfortable 51:24
  147:7,11 198:14
comment 88:16 116:13
  118:21 121:22,25
  133:17,20 136:18
  255:21,22 258:18
  301:21 330:24 359:12
  391:6,23 392:25
  417:15
commentary 70:3,5
  88:4 107:1 153:10,17
  154:2 186:15 199:4
commenting 73:20
  137:2 334:4
comments 40:24 88:6,
  16,21 89:13 124:4
  153:12,20 154:4
  253:12
commission 234:3,11
  236:1 237:7 242:6
  246:13
commissions 233:21
  241:17,18

committed 120:4
committee 28:2,12
  30:13,22 31:2,3,5,9
  36:3 67:2,11,12,21,
  22 68:5,8,12 69:1,
  15,23 70:18 71:21
  73:23 74:1,6,14,16,
  21 75:19,23 76:1
  393:16,17,20,21,24,
  25 394:4 411:11
committees 76:4
common 164:23 322:11
  329:22 393:24
commonly 259:8
commonsense 76:9
communicate 133:8
  315:6 377:14
communications 32:5
  46:21 417:24
companies 83:9 90:17
  93:4 116:8 421:23
company 12:24 26:12
  28:5 41:16 43:2,7
  45:15 48:13,16 50:13
  52:2,5,22 53:3,4,5,
  10,21,22 54:2,7,10,
  11,14 55:13 68:21,22
  69:24 78:23 80:20
  82:13 95:25 97:4,9,
  10,12,18 101:21,23
  103:8 104:14,19
  107:4 114:9 116:3,10
  122:6 124:16,17
  125:7 135:21 136:3
  154:6,17 164:23
  168:5 171:3 180:11
  185:5 187:16,17
  193:6,8,17,19,22
  194:11,19,24 195:21
  196:2 197:1,3,4,6
  198:22 201:23 203:9,
  16 209:4 211:15,17
  213:19 218:23 234:14
  238:6 242:20 255:12
  256:13 262:17 268:20
  272:21 275:1 277:11
  279:11 284:22 305:18
  331:6 335:9,10,14
  411:22 413:18 421:8,
  16 422:6,8
company's 91:25
  101:21 107:15 116:4
  180:18 212:23 218:24

224:15 225:9 227:7
  248:1 255:12 262:23
  263:8 264:1,7
comparable 86:13
comparative 86:8
compare 144:11,21
  219:14 229:23 265:15
  310:12
compared 86:9 214:1
  267:20 269:6,14
  278:12 280:12 282:7
  284:19 399:24 421:4,
  5
comparing 213:11,18
  218:3,4,5 219:5
  240:1,2 267:18
  310:13 408:25 421:23
comparison 212:11
  310:14 372:2
compensated 44:4
compensation 41:10,
  13,17,23,24
competently 12:18
competing 338:4
competition 169:10,
  16,20 170:4,7,9,15,
  25 171:7 172:3,18,22
  173:6 174:4,25
  175:22 176:1,8,14,
  15,18,22 177:11,14,
  15,23,25 178:6,12
  179:15,17,21,23
  180:1 181:1,6,7,10,
  14,16,23 182:1
  183:2,15,17,25
  184:3,20,21 185:3,12
  186:16 189:18 190:25
  227:6 253:8
competitive 65:6,7
  141:8 224:12 226:23
  228:5,6 233:25
  236:14,23 237:12
  242:1 243:18 247:4
  255:4 288:24 289:5
  290:14
competitor 167:4
  184:13,15 253:18,21
  288:13 289:14,15,17
  293:12 306:10 333:3
  338:4
competitor's 336:13

competitors 90:23
  157:4,5 183:9 187:5,
  11,12,13,19 227:20
  253:10,16 289:16
  341:9 342:5
complaint 19:17
complement 90:18 92:3
complete 29:2 30:25
  35:21 37:13 45:14
  53:8 90:7,9 91:6,8
  102:9 155:2 195:7,19
  199:7 211:18 216:15
  282:11
completed 195:4,14,
  18,19 202:7 420:5
completely 102:23
completeness 51:25
  73:6 103:23 147:5
  198:15
complex 271:22 278:24
  290:4
compliance 94:18
comply 94:20
component 48:19 98:15
  158:20,23 170:13
  248:6,10 416:10,11,
  13
components 65:16
  101:8 108:14 109:2
  114:4,18
composition 74:2
compromise 142:2
computer 38:24 39:6
concept 129:22 130:12
  200:24 333:5
concern 66:22 129:6
  197:21,25 198:8,11
concerned 16:13 161:3
  194:11 242:20
  259:18,19
concerns 130:24
  193:11 194:23 196:2
  340:24 406:24 407:3
conclude 424:21
concluded 105:2 108:5
concludes 424:23
conclusion 100:10
  133:23 138:18 151:15
  420:13
conclusions 107:10,11
  355:10,24

**concrete** 129:16
**condition** 17:21 18:14
  19:13 68:17 69:8
  73:5 410:9,15 411:2,
  22 418:7
**conditioning** 209:24
**confidence** 90:8
**confidential** 41:11
  88:8 331:15 368:3
**confirm** 330:17 377:5
**conflict** 138:17
**conflicting** 132:17
**confused** 257:17 286:1
  324:4
**confusing** 89:19,25
  132:22 275:8 277:6
  286:10
**confusion** 132:11
**connect** 52:7
**connecting** 45:19
  183:20
**connection** 37:14
  42:5,8 44:8 46:16
  47:23 52:9 176:11
  177:18,22 178:11
  313:16
**consecutive** 332:21
  333:23 334:5
**consequences** 14:16
**consider** 55:2 73:5
  92:8 102:21 103:11
  118:22 123:4 132:3
  157:16 158:3,11,17
  159:8,11 161:12
  163:18 171:1 181:2,
  15,23 182:6 183:14,
  18,25 184:16 205:6,
  10 245:20 259:17,22
  260:9 301:17 312:19
  334:9,15 335:3 336:6
  343:18
**considerably** 319:5
**consideration** 138:23
  179:24
**considerations** 107:7
  118:24,25 203:18
  205:7
**considered** 54:6 55:17
  56:9 84:9 85:11,13
  86:11,19 87:6,8,13
  122:10,24 125:12,17
  132:6 160:11 161:7

171:2 183:17 184:20
  201:16 209:15,18,19
  210:13 224:16 225:10
  227:10 244:19 245:5,
  13 255:11 272:2
  273:10 300:15 336:15
**considering** 163:21
  227:18 300:12
**considers** 160:15
**consistency** 133:6
**consistent** 120:20
  123:17 249:3 344:15
  364:3 366:3 419:18
**consistently** 90:9
  120:22 262:7 269:3
  275:13
**consolidated** 50:13
  60:1 84:9,14,19 99:1
  116:19 119:11
  120:15,16
**consolidating** 50:15
**constant** 322:5
**constitutes** 117:24
**constraining** 255:6
  260:17
**constraints** 233:25
  236:15,23 237:13
  319:7 321:12,22
**consultants** 53:12
**consummate** 154:7
**consumption** 216:16
**contained** 73:6 211:13
  220:10 375:4 381:23
  405:21 406:22
**contains** 175:22
**contemporaneous**
  254:12
**content** 34:21,25 35:9
**contentious** 75:12
**contents** 168:18
**context** 26:9 35:6
  80:19 85:21 102:14
  117:10,22 135:11
  162:14 222:22 237:1
  242:25 246:17 297:6
  303:12 305:21 307:16
  318:1 350:2,7 353:17
  363:8 370:13 381:2,4
  394:4 410:15 411:1
  412:9,24 414:12

**contingencies** 413:19
  414:8
**contingency** 413:25
**continue** 133:10 139:1
  216:19 222:17 223:23
  253:2 285:9,13
  349:18 355:25 357:19
  358:1 385:7
**continued** 330:19
**continues** 128:11
  330:9 387:5 393:3,4
**continuing** 285:22
**continuous** 203:7
**continuously** 148:19
  213:2
**contra** 209:6,8,9,21
  269:18,25 270:5,9,
  16,20 271:10,17
  272:3
**contracts** 45:20 52:2
  99:15 272:18,19
**contributed** 244:8
**contribution** 87:2,4,
  5,12 128:2,10 130:4
  139:16,18 140:5,18,
  22 141:3,7,16 142:16
  144:24 146:6 150:20,
  24 151:9,12 167:21,
  25 275:10,12,15
  277:1,13,18 279:19,
  23 281:11,18,23
  379:6,9
**contributor** 277:1
**controller** 54:25
**controls** 51:23,24
  102:10 194:1 198:13
  411:8
**convened** 340:25
**conversation** 24:7,9
  25:2,6 26:7 114:8
  349:13 385:11
  386:11,20 387:19
  389:24 394:13,15
**conversations** 21:13
  26:17,18 27:10,15
  30:5 117:11 145:23
  384:21 416:5 417:6,
  19 418:19,20 419:13,
  16 421:12
**conveyed** 333:1
**coordinating** 47:15

**coordination** 64:7

**copies** 73:15 367:18

**copy** 14:25 126:25
296:14 423:1

**core** 84:17 85:2 86:16
87:5,11,12 88:9 90:7
104:7 105:4 109:9
113:21,22 116:19
117:17 119:11 121:3
123:2 124:18 140:5
141:6,16 144:24
145:1 146:13 150:18,
23 151:22 152:2
241:16 255:3 267:1
276:18 277:14,17,21
278:6,11 282:15
303:14 318:16 397:16
398:4 399:8 400:9
401:18 402:17 403:20

**corner** 71:2,3

**corporate** 12:12 13:3,
5,24 54:25 119:12
210:22

**correct** 13:15 14:7
20:8,16 21:18 22:20,
22 24:23 26:14,15
27:20 31:13,14 34:14
36:3 39:22 46:11
54:23 60:3,21,22,23
64:25 66:17,20 69:9,
10 70:20 72:7 73:19
82:24 84:15 91:23
93:9 94:4 101:22
102:4 106:1 108:19
109:12 120:18 121:4
123:14,19,20 129:3
130:25 134:12,16
135:8 136:11,15
138:4 139:8,16
140:3,6,9 144:2,9
145:2,3,6 148:5
149:1,9,13,18
151:10,23 153:23,24
162:4 163:23 167:18
170:11 175:12,19
179:5,19 182:15
189:25 190:3 200:12,
16 207:24 208:12,13,
17 210:24 214:23
215:1,12 217:3,14,
19,22 218:10,21
222:13,18,25 230:6,
21 232:3 236:5,18

240:8 243:8,11
246:13 251:5 261:21,
24 262:3,4 267:2
272:19 273:22 274:11
275:20 276:23 277:2,
19 288:7,18 289:8,9
296:21,25 297:1
298:7,18 299:20
300:2 304:15,23
305:11,16 307:5
309:18 310:8 312:8
316:2 317:4 324:13
327:21 332:22
337:10,11,13,16
339:11,18 341:3
347:9,13,17 348:3
349:10 352:18 353:6
354:13 356:20,21
360:21,22 361:5,15,
19 362:5,17,23
363:1,21 364:4
366:22 368:19 369:11
371:5,13,23 373:21
376:25 377:1 378:13,
23 379:4,13 381:12
382:7,17 383:13
384:4 385:18 386:8
388:9 390:17 393:18
395:10 396:3,9
397:1,23 398:1,9,17,
21 399:9,22,25
400:1,17,18,19,22,
23,25 401:3,4,9
402:7,14 403:4,8,11
404:4 409:11 418:11
421:25

**correctly** 66:14 92:12
124:21 125:10 201:13
214:2 219:3 223:3
224:13,14 242:12
356:16 417:1

**COS** 276:23

**cost** 49:18 86:6,10
102:14 209:5 270:17,
23 271:18 272:6,9
276:24 312:14 313:11
314:8,15 315:22
317:10 342:22

**costs** 50:1 124:20
314:17

**Cotilletta** 8:20,23
11:19,22 14:23
16:14,18,20,24 17:3,

5,9,10 19:5 20:8,10,
11 24:6 30:8,18 32:1
33:12 34:7,13,23
35:10 36:9 37:24
39:14 44:13,20,21
47:17 48:6,17 49:1
51:8 54:16 55:9
56:6,18,20,21 67:16
69:20 70:1,6,10 71:1
72:6 73:17 76:5,18
77:10 78:18 80:16,22
81:5,8,9 83:11 88:2,
19 89:9,10,22 90:11,
20 91:11,22 92:19
93:16,18,21,23 94:13
96:24 98:16 99:8
100:1 101:5,15,18
102:2,4,12 103:2
104:1,9,22 105:7
107:12 110:3,12,21
112:1,19 113:9,24
115:18 116:15 117:4
118:2,12 119:4
121:12 122:2 123:7
125:3,16,21 126:3,
16,24 127:2,6,11
129:1,13 130:11
131:4,21 132:16,21
133:9 134:7,20
135:3,4,16 137:8
138:8,9,15,21
140:12,24 143:6,10,
22 144:14 145:13,22
147:18 148:7 149:17
151:17 152:20 153:3,
15 155:11,24 156:1,
10 157:13,20 158:1,
16 159:5,13,23
160:9,24 161:13,22
162:10 163:7,12,19
164:3,8 165:3,22
166:16,23 167:9
168:1 169:9,15,24
170:16,21 171:14
172:8 173:1,13,19
174:12 175:9 176:4,
16 177:5 178:1,9,23,
25 179:1,7,14 180:2,
13,16,21 181:17
182:4,12 183:12
184:9,23 185:10,22
188:2,4,6,17 189:13
190:15 191:7,17
192:6,15,21 193:1,15

196:1,19 198:20
199:5,16,18 200:1,8
201:12 202:9,19,25
203:4 204:19 205:14,
23 206:2,6 207:1
208:4 209:8,10
210:1,4,6,15 211:5
214:19 215:14 216:8
219:2,12 220:5,15
221:11,20 223:11
224:24 225:5,15,24
226:7,21 228:2,10,
14,20,23 229:1,24
230:8,13 231:14
232:1 235:5,16
237:8,24 239:11,21
240:16 241:3,15
242:11 243:4,21
245:1,9,16 246:3,18
247:17,24 248:8
249:8 250:9,12
252:1,22 254:2,6,8
255:24 256:7,14
257:16,23 259:24
260:4,10 261:4,10
262:16,21 263:6,14,
19,22 266:6,7 267:23
268:2 270:12 271:3,
13,15 272:13,16
273:12 274:24
275:16,24 276:11
278:4 279:1,15
280:18 281:16,21,25
282:1,23 283:6,23
285:4,18 286:5,19
287:6,13,17 288:1,3
292:1,23 293:14
295:3,18 296:1,4,7,
12 297:20,24 298:1
300:24 301:7 302:1
303:4 306:3 307:23
309:4,22 310:17
311:1 313:8,17
315:10 316:15
317:11,18 318:10,14
319:15,18 320:11
322:9 324:12 325:4,
11,17 327:1 328:1,9
329:3 330:2 331:8,16
333:18 334:7,13,14,
21,23 335:15 336:18
338:1,14 339:1
340:2,4,7,17 341:19
342:12 343:5,20,25

344:9 345:23 346:11
348:16,23 349:7,17
350:4,14,18 351:18
353:15 354:2 356:1,7
359:10,14 360:16
362:10 363:5,12
364:1,23 365:16
367:2,9,17,21,25
368:4,7,10 369:15
370:4,11 371:11
373:1,9 375:15
376:3,6,10,13,16,18,
19 377:17 378:1,16
380:7,17,22 381:22
382:1,16 383:8,10,21
384:8,10,14 385:13
386:22 388:15,21,24
389:22 390:11 392:19
393:12 394:18 395:2,
4,6,14,18 396:12
398:13 400:8 401:12,
24 402:10 403:15
407:5,7,9,10 410:14,
20,22,23 414:2
415:9,23 416:18
417:9 418:1 419:5,
19,21 422:11,20
423:10 424:4,6,11,21

**cough** 199:17
**counsel** 8:11 15:13
17:1 21:10,13,16,21,
23 22:4,9 23:5,7
27:2 28:21 29:9
30:4,6 37:20 51:6
56:22 93:14 126:25
135:1 209:22 230:25
295:24 361:17 407:2
415:1 416:6 417:19,
21 419:2 424:3
**count** 67:4
**counterintuitive**
324:9
**countries** 128:11,12
133:16 140:1,22
141:17 144:25
**country** 130:2,21
133:22 139:22 413:21
414:14
**couple** 31:1 36:12
38:17 39:16 78:20
174:2 345:13 371:5
372:21 418:10

**course** 10:6,21 27:2
41:11 48:10 112:22
159:17 253:22
**court** 8:6,12,13 15:21
16:11 22:14 28:18
**courtroom** 14:13
**cover** 38:5 65:17
**covered** 197:5
**covering** 57:25 309:25
325:12 326:22 346:5
347:5
**covers** 57:24
**COVID** 278:17
**CP** 125:8 222:7,23
250:24 251:1,2,3,5,
8,19,20 252:6,9
253:12 276:22 280:23
283:2,25 285:9,10
299:1,2,3,4 308:2,7,
9,13,14,21,23 315:6,
13 316:9 318:6
320:23 321:1,6
322:18,20,23 323:10,
18,22 324:5 326:11
332:17,18,20 335:16
336:24 337:4 339:15,
17,22 340:9,14,16
341:3 345:21 348:2,
17 351:24 352:13,14
353:18 355:8,22
359:8,13,20 360:1
**CP's** 327:12
**CPS** 359:1,5,6,7
**create** 152:16
**created** 294:1 366:19
411:11 417:8
**criteria** 82:4,5
**cross** 29:14 189:6
348:25 396:23 415:5
**cross-functional**
288:16 291:4,7,22
292:2,11 293:22
294:15
**cumulative** 137:3
219:7,10 239:24
380:4 406:6 407:22,
23 409:16 412:4,9
413:8,9 416:6,11,13,
21,22 417:8,12
418:22
**curiosity** 31:19

currency  149:4,6
current  23:12 27:10,
  15 63:24 120:14
  152:15 252:12 254:12
  313:5 373:3
curve  302:8,9,19,21
  303:1,8,13 307:1
customer  209:15,19
  210:13,14 273:10
  314:6 321:11
customers  270:4
cut  222:17,18 325:7
  383:2 389:5

**D**

D-I-D-I  188:4,5
dampen  355:17
Dara  64:3 78:21 105:4
  108:2 111:8 114:1
  115:14 119:9 120:4
  123:23 124:15 129:16
  133:19 134:3 136:20
  137:24 148:2 150:22
  151:5,8,11 166:18
  174:23 265:1,2,5
  324:22 345:4 347:12,
  15,23 351:16,22
  354:4,5 356:10,12
  357:16 359:12 381:6,
  10 423:24 424:4
Dara's  64:15 112:8
  354:12 357:4
dashboards  115:6
  152:16
data  79:16 118:7,17
  165:17 172:15
  282:21,22 291:19,21
  292:8 397:10 403:16
  408:2
date  8:2 74:1 108:18
  193:12 195:11 196:12
  200:15,18 202:1
  203:12 243:7
dated  71:12 105:10
  127:3 287:18 360:20
  367:25 396:2
dates  25:13
day  23:16 46:9 52:10
  63:5 136:11 138:3
  142:24 152:15 194:15
  237:23 268:6,7

360:23 362:3 366:12,
  20 371:12 405:1
  417:6,7 418:21
  423:6,8
day-to-day  115:24
  406:12,15 418:21,23
Daylight  8:3
days  36:12 136:14
  265:23 371:5 372:18
  405:3
DD  188:1
deal  46:14 55:7 68:22
  169:21 170:8
dealing  45:8 46:18
  47:18 50:8 287:3
  361:12 375:11
dealt  52:3 413:20
debate  198:5,16 237:5
  338:7
decade  193:19
decades  40:19
December  287:18
  288:7,9 293:3 315:19
  331:15 382:6,15
  398:22,23 399:7,13,
  16 400:15,21 401:8
  402:2,22 403:6
decide  95:12 184:5,8
decided  50:16 117:7
  200:15 205:12 213:8
  226:20 269:15
decides  272:21
decision  105:4 108:2,
  5 109:10 111:15,18
  112:5,16 113:17
  115:24 119:2 269:19
  280:16,21,23 281:13
  282:13 358:24,25
decision-maker  117:15
  118:5,15 121:20
decisions  110:2
  111:5,16,21 112:25
  113:5,19 115:15
  118:6,15 122:7
  124:16,17,18 125:8
  135:22 137:4,5
  138:25 151:6 204:25
  248:14 268:7 276:2
  280:14 300:20
  372:17,18
deck  28:9 29:3 30:21,
  22 59:13,16 65:19

173:5 207:6,8,17
  233:14 244:5 254:3,9
  255:22 265:18,20
  287:18,19,21 288:8
  296:9,11 298:20
  300:3 319:10,12
  362:13 366:18
  385:22,23 386:14,15
  387:12
decks  27:25 28:5,14,
  16,22,24,25 30:10,
  15,19,24 31:2,4,7
  150:23 160:22 172:17
  173:11,12,20,21,24
  186:17,19 191:19
  237:2 254:11 255:16
  329:14 362:18 364:7
  412:22 417:5 420:1,
  2,6
declaration  154:24
declare  154:22
declaring  154:5
decline  224:15,16,23
  225:9,10 230:6
  231:22 232:2,3
  233:16,24 234:7
  236:18,22 237:11
  266:24 299:8 312:11
  330:10,19 334:17
  335:5 336:8 337:16
  397:20,21,22 402:14
declined  208:16 262:7
  266:17 267:4 283:18
  284:4 299:6 300:7
declines  175:13,17,19
  224:9 226:13
declining  175:11,12
  176:9 180:25 230:24
  231:8 240:10 258:10
  262:14 337:20
  338:10,18 339:21
  340:9
decrease  164:5,10
  167:3,17 223:5
  248:16 269:22 276:18
  280:22 299:21,23
  308:9 336:6 378:18
  399:24 403:11
decreased  260:24
  378:12,20
decreases  167:21
  269:18

decreasing   167:23
  223:16
deem   100:5
deemed   153:23
deep   54:8
deeper   370:23,25
defendant   410:20,22
defer   342:10
define   87:14 157:4
  162:9,11 274:13
defined   46:4 93:13
  162:12 199:2 236:6
  246:8 268:20 329:16
  338:23 412:19
defines   156:25
defining   157:11
definitely   76:23
  100:7 132:3 170:4
  171:22 336:16 404:10
definition   96:17,20
  97:24 147:7 170:10
  329:12 334:6 391:24
  412:20,21
definitions   91:9
  96:15 329:10,11
definitive   95:11
  123:5 137:6,18
  152:11 158:14
definitively   232:18
deliver   341:2
delta   277:17,18
demand   259:21 260:17
  290:9 293:17 322:6
  343:17
demonstrate   349:19
demonstrated   114:12
demonstrating   280:12
  353:19
Dennis   47:19 78:12,
  15,16,19 119:24
  128:17 129:11 130:20
  148:2 264:11 381:7,
  10,24 393:1 394:8,
  16,23
Dennis's   382:2
denominator   241:14
department   47:14
  49:5,11 58:3,4 59:6
  60:17
department-wide   58:19

departments   48:1,9
dependent   195:2 261:8
depending   179:25
  183:7 196:11 261:2
  271:23 342:19 374:3
depends   41:15,23
  60:12 62:14 87:3,4
  104:19 126:8 134:18
  135:10 161:16 165:12
  182:22 183:21,23
  212:25 248:5,13
  255:14 260:7 270:3
  336:12 343:14
depict   219:7
depicting   308:8
depiction   304:18
  308:24 316:17
deploying   251:20
deposed   8:24 38:4
  39:21 40:4
deposition   8:3,8 9:11
  13:7,11 14:21 16:9
  19:3,10 21:9 22:5,25
  27:9 35:12 36:11
  69:6 70:8 105:5
  126:22 143:7 147:16
  153:1 162:3 205:21
  228:12 250:7 254:4
  263:12 287:15 295:22
  297:22 298:20 318:12
  325:15 333:12 344:5
  360:14 367:23 376:8
  380:19 384:12 395:16
  423:22
depositions   39:15,18
derived   87:7
describe   24:8 25:17
  45:10 170:24 188:12,
  14 271:1,25 277:12
described   75:18,20
  76:25 86:3 282:12
  316:18
describing   132:12
  236:7 306:16
description   30:15
designated   46:21
  160:18 278:14 336:10
designation   57:6
desire   128:9
detail   316:8 373:11
  392:8

detailed   65:5 133:4
  152:8 375:9 392:11
details   157:9
deter   358:20
deterioration   162:18
determinant   92:21
  195:6
determination   110:8
  111:14
determine   82:25 98:13
  100:14,18 103:17
  112:15 154:19 160:8
  162:1 405:20 407:11
  409:23 415:3 416:7
  419:13
determined   115:2
  117:2 210:12
determining   92:9,18
  123:6 193:7 413:25
develop   25:22
developed   233:18
  239:5 240:5,11
  397:18 399:8 402:3,4
developing   238:5
  280:10
development   128:14
dictated   209:13
Didi   187:21,22 188:3
differ   46:1
difference   81:18
  82:21 83:4 95:7
  110:4 148:15 209:1,4
  210:23 251:7 270:14,
  23 271:9,17 277:13
  372:10
differences   420:19
different   15:4 25:15
  41:16 46:3 47:15
  48:1,8 49:13,15,16
  50:15 54:5 58:12
  73:16,20 78:23 82:14
  87:17,19 100:12
  131:8,9 133:3 134:11
  160:22 163:16,17
  182:22 183:7 184:22
  187:18,23 195:9,10
  202:15 210:11 213:4,
  6,8 214:3 215:19
  220:23,24 233:15
  237:2 239:16,23
  278:10 286:14 301:14
  313:3,4 345:13

359:21,22 374:2,3
384:21 385:12 403:14
404:1 411:9,12
412:12 420:24 421:2,
22 422:1,2,4

**Differentiation**
318:21

**differently**  41:25
134:6 249:10 286:22
329:8

**difficult**  89:19 90:1
204:8 256:21 364:18
365:3

**difficulty**  11:14,16

**dig**  288:19 293:24

**digits**  366:3,4

**digressed**  74:21

**diligence**  284:16
420:25

**dip**  401:2

**direct**  23:25 46:14
51:12 57:23 63:2
70:13,15 77:3 120:1,
4 182:20

**direct-reported**
120:12

**directed-reported**
120:11

**direction**  54:15 57:5

**directly**  46:15 75:25
115:14,22

**director**  66:4,5 75:11
119:22

**directors**  120:18
174:7,11

**directors'**  186:9

**Dirk**  144:1

**disaggregated**  108:14
147:2

**disaggregation**  98:4

**disagree**  182:20 226:2
301:9 317:12,16
383:24

**disaster**  386:6

**disclose**  30:6 82:16
85:19 94:1,19 100:21
101:21 102:5,19
103:20 128:18
129:19,20 130:13,14
133:4 169:1 201:8
205:13 414:1 415:22

417:21

**disclosed**  111:10
118:9,18 123:3
132:18 143:13 147:5,
8 155:2 186:11
199:2,4 201:22 205:4
258:3 383:19 403:17

**disclosing**  87:1 98:10
99:6 102:8,11 103:22
132:8 146:10 257:13

**disclosure**  82:1 91:5,
6 102:21 154:23
201:6 411:8,11

**disclosures**  68:16
73:3 85:25 129:23
169:7 175:22 201:24
202:4 204:24 258:4
411:4 413:5 416:16

**discounted**  421:24

**discuss**  61:10 63:14,
24 120:14 243:1
258:15 381:8

**discussed**  36:10 59:22
65:2,4,10,12 80:10
94:2 95:10 145:9,14
155:19 168:8 169:21
170:4 179:4 212:21
248:25 249:2 280:3,
16 289:1,6 318:1

**discussing**  25:2 89:24
105:15

**discussion**  61:6 64:19
68:16 69:7 73:4
75:13 76:1 91:15
124:1 135:11 138:18
146:22 147:23 176:1,
12 177:3 181:4 196:4
197:24 198:22 201:11
203:5 204:1,16
225:14 236:16 237:4
242:24 243:12
290:18,23 309:16
348:12 352:25 357:18
394:17 403:22 413:24

**discussions**  23:22
27:4 60:10,11,12,24
65:6 67:7 68:4 89:17
90:4,13,17,24 91:5,
24 112:18 114:1
115:10 137:10
142:13,18 147:1
155:6 166:12 168:17
169:1 176:17,21

178:5 203:8,14,23
204:11 257:12 316:9,
12 317:19 341:13
353:17 355:12 392:11
413:23 414:22,25
415:14 418:3

**displayed**  214:13

**displaying**  274:14

**dispute**  66:22 140:17

**dissemination**  60:1

**distinction**  97:2
136:6

**distributed**  59:14

**distribution**  211:19

**District**  8:6

**divested**  88:24

**divisions**  78:23 88:25

**divorce**  98:9

**divulging**  41:12

**doc**  39:1,3 128:2

**document**  15:8,11
19:1,6,9,20 22:17
29:5,22,24 37:4,5,
11,13 39:9 70:20,23
82:20 105:20,21
106:14 107:6,13,14
119:6 127:21,24
132:5 133:2,7,10
135:12,14 136:9
143:12,24 147:14,21
169:22 170:4,5 176:1
177:1,4,14,24 179:2
184:22 197:6 204:17
206:3 207:10 213:24
229:2,8 232:11,17
254:14 298:3 317:2
345:24 346:5 347:5
360:17 361:2,12
363:18 365:6,7 366:9
368:3 376:20,24
378:5 379:20 380:10
383:16,18 388:23
391:7,9,12 397:5
399:3 404:20 405:19
406:20 409:18
411:10,13 412:25

**document's**  139:6

**documenting**  107:10

**documents**  12:5,6,8
21:11,12 25:10
27:19,22 29:1,17,18,
23 31:11 35:19,20

36:6,13 38:5,9,12
56:12,15 59:8 72:4
77:5 148:14 168:9,
18,23 178:6 202:4
264:14 268:13 329:16
372:22 381:23 388:21
391:4 406:14,22
413:3,7 418:15
**doing** 9:23 10:5 23:15
46:2 49:16 63:18
98:23 99:2 100:12
101:23 102:7 111:14
112:16 114:10 117:16
131:13 144:21
164:22,23 180:1
185:12 199:1 212:23
225:2 227:20 241:13
278:1 287:23 292:10
310:14 336:14 342:5
343:10 363:18 370:20
372:4 376:15,17
382:23 407:20 412:12
414:22
**dollar** 234:25 318:3,5
378:25
**dollars** 113:22 126:10
274:12 352:22
**domain** 88:17
**double-sided** 212:4
**doubling** 275:19 277:1
**downturn** 180:23
**downward** 207:22 286:8
299:4 337:20
**draft** 70:19 405:5,6
**drafted** 106:15,17
**drafting** 177:1
**drafts** 404:13,14
405:4,7,8
**draw** 16:25 17:11
19:12,19 58:6 72:22
106:8 116:16 123:8
124:12 127:16 140:25
143:23 147:20 149:20
153:25 207:2 210:16
212:13 216:17 220:16
223:25 238:15
241:19,24 243:24
250:13 251:17 252:23
254:13 266:14 279:4
285:5 287:24 288:4
296:8 298:5 302:2
318:17 327:2 329:4

330:7 332:9 340:18
344:19,25 356:8
357:3 359:3,11
360:25 374:8 377:4
378:2 385:4 397:13,
17 402:18
**drawing** 15:4 119:20
350:19
**drilling** 393:1 394:8,
16,23
**drive** 208:21 224:12
226:22 228:4 259:6
270:5 305:25 313:5,6
373:13
**driven** 149:8,12
266:18,25 279:21
319:6 330:13 365:22
374:10 379:3
**driver** 158:23 208:24
234:15 242:16 255:4,
7 258:19,22,24
259:1,3,4,8,12 260:1
270:11 273:3,7,8,10
280:24 319:6,22
320:1 321:21 341:7,
21 342:15,21,22
343:1,7
**driver-side** 273:8
**drivers** 208:21 236:2
257:24 259:5 269:20
277:13 290:5,25
322:13 343:19 383:18
**drives** 272:4 312:25
319:7
**driving** 294:23
**drop** 218:20 219:15
239:13 248:3 252:20
398:9
**drops** 231:6
**drove** 329:10
**dual** 185:13 192:6
202:25 203:1 237:17
374:25 375:21
**due** 177:8 208:16
210:21 266:20 267:5
269:10 276:19 277:17
281:7 285:10 286:20
299:6,8 300:8 330:10
364:11 365:10 369:2
373:20 374:18,20
424:5

**Duff** 24:22,25 420:13
**duly** 8:16
**Dunogue** 16:11,15,21
20:5,9 21:21 30:4,17
31:23 33:10 34:5,9,
19 35:7 36:4 37:19,
21 39:13 48:3,14
54:4 55:4 56:16,19
66:25 69:18 70:23
71:23 73:12 75:16
76:14 77:8 80:11
83:7 87:22 88:13
89:20 90:2,15 91:2,
18 92:16 94:7 96:12
97:22 99:3 100:22
101:13,25 102:3,16
103:15 104:5,17
107:3 109:15 110:7,
19 111:12 112:11
113:1,15 115:16,25
116:25 117:21
118:10,20 121:7
122:13,15 124:25
125:14,19,23 126:12
127:9 128:25 129:9,
24 131:1,20 132:14,
19,25 134:5,17 135:9
136:22 138:5,12
140:10,20 143:14
144:11 145:12,21
148:6 149:14 151:13
152:4 153:13 155:9,
22 157:7,18,21
158:13,19 159:10,20
160:1,17 161:9,19
162:8,25 163:11,14,
24 164:7,18 165:10
166:9,19 167:5,19
168:20 169:12,18
170:12,19 171:9
172:4,21 173:8,18
174:8 175:2,24
176:10,24 178:8
179:22 180:12,19
181:12,25 182:8
183:3 184:1,18
185:6,16 188:11
190:8 191:5,12
192:4,8,11,13,18,20,
22 193:13 194:25
196:16 198:10,24
200:6,23 201:19
202:13,23 204:13
208:1 209:11 211:2

214:17 215:13 219:1
220:1,13 221:7 223:7
224:18 225:4,12,19
226:3,17 227:25
228:7,18,22,24
229:21 230:7,10
231:10,24 234:22
235:9 236:24 237:21
239:8,15 240:12,25
241:7 242:7,22
243:15 244:20 245:7,
14,22 246:15 247:10,
22 248:4,24 249:1
251:24 252:17 255:13
257:8,20 259:15
260:3,6,21 261:7
262:8,19,24 263:18
266:5 267:16,25
270:2 271:2,20
272:23 274:22 275:6,
21 277:23 278:13
279:8 280:7 281:2
282:18 283:22 284:24
285:15,24 286:17
292:16 293:7 294:18
295:14 296:10 300:17
301:3,19 302:22
305:20 307:19 308:25
309:19 310:9,25
312:17 313:13 314:25
316:3 317:5,15,24
320:10 322:3 324:3,
24 326:19 327:22
328:6,20 330:21
331:13 333:16 334:1,
18 335:6 336:9
337:22 338:11,19
339:24 340:1,11
341:16,23 343:12
345:19 346:9 348:11,
21 349:3,11,24
350:11,13,17 351:14
353:10 355:19 356:4
362:6 363:2,22
364:17 365:12 366:23
367:6,20 368:2,5
369:12,23 370:9
371:6 372:14 373:8
375:6 376:1,14,17
377:12 378:14 380:5
382:11 383:4,14
384:5 385:9 386:17
388:12 389:20 390:8
392:4 393:9 394:12,

25 395:11 396:11
398:10 401:10,21
402:8 403:12 410:13,
17,21 413:16 415:6,
18 416:9 417:2,20
419:4,9,17,20 422:18
423:7,25 424:9,15
**duties** 72:25 195:21
**duty** 41:7
**dynamics** 298:17

---

**E**

**earlier** 15:25 38:6
41:1,2 64:24 66:3
75:21 79:12 94:25
107:17 113:12 133:19
135:12 136:14 139:7
157:14 170:2 174:19
179:16 185:2 190:10
191:2 200:10 204:20
210:18 212:21 222:24
242:4,9 255:16
265:22 267:7 268:25
271:25 293:12 295:8
298:20,21 302:15
305:14 333:21 345:21
346:3 352:12 353:21
370:14 371:23 376:23
384:15 403:22 416:21
423:21
**early** 51:3 190:23
191:23 197:19 330:17
331:15 345:18
**earn** 235:14
**earning** 234:20,23
**earnings** 150:19
**easier** 151:8 207:4
220:18 233:13 244:1
373:19 375:18
**East** 373:25
**eat** 208:22
**eaters** 208:22 401:4,5
**Eats** 50:6 65:13 84:18
104:3,12,15 109:3
120:6,7 124:18
149:7,9 150:20
151:7,9,12 187:15
188:24 208:17 210:21
266:19 267:2 278:17,
21,22 299:7,9 302:8
303:13,19 307:1

318:16
**Eats'** 105:2
**EBITDA** 79:19 82:12
84:7,8 85:6,7 86:17
88:22 89:12,14
210:17,21 211:1,7
266:15,23,24 267:4
275:1,3,14,23
276:19,25 277:14
282:3 299:18,19,25
300:4,7 304:4,12,21,
23 311:16
**economic** 18:18 98:5,7
102:15
**economically** 272:10
**ecosystem** 306:8
**EDI** 319:21 320:1
321:11,13
**effect** 260:2,5,20
343:10
**effective** 153:23
154:6,9,22 233:21
234:3,11 236:1 237:7
241:17,18 242:6
246:13
**effectively** 53:7,22
54:13 235:3,24
239:12 395:9
**effectiveness** 154:25
**effects** 355:18 356:12
**efficiency** 224:12
226:22,25 228:4
340:20
**efficient** 168:2
**effort** 24:5 216:14
288:19 292:12 293:24
394:6 409:23
**efforts** 288:24 290:15
291:5
**eight** 87:19 424:11
**either** 11:13,24 24:22
32:12 65:21 67:12
79:10 80:17 82:12
101:11 104:14 151:25
162:18 164:1 165:5,
14 167:1,17 168:4
180:24 211:9 215:20
221:25 223:10 280:23
285:2 303:22 353:19
361:16 379:19 383:23
387:10 389:1,7 414:1
415:22

elective  201:6
elevated  208:16
  285:9,14,22 286:2,3,
  7,11 299:7,8 300:11,
  12,14
Elizabeth  23:6
ellipses  299:1 305:15
ELMO  15:2 72:23
  105:23,24 119:9
  122:5 123:12 128:5
  131:13 206:14 216:19
  220:17 250:15 296:14
  298:8 327:5,8 335:24
  344:25 346:25 357:5
  367:18 368:15 370:5
  371:19 377:9 378:4
  396:14 398:19 402:23
ELMO's  298:9
else's  31:17 33:18
ELT  57:16,17,20,22,
  23,24 171:22,23
  191:15 206:3,14,16,
  20,24 228:15 296:3
  396:5,6
email  29:15 31:20
  32:15,17 33:6,7,8
  71:14,15,16 72:4,5,
  10 77:6 79:10,17
  105:10,16 127:2,7,20
  131:14 133:14 138:11
  139:6,11,18 141:2
  143:25 146:18,22
  147:19 148:2 150:14
  194:10 286:21,23
  325:21,22 344:12
  347:8,15 348:3,5
  349:14,15 350:2,3,5,
  6,7,9,10 351:5,7,11,
  22 352:13 353:21
  354:6,10 357:2,4,16,
  18 358:1,2,14 377:16
  380:23 381:1,6,10,
  15,25 384:20 385:1,
  12 395:22,25 396:2
  397:2
emails  27:23 28:2
  31:12,16,17,24,25
  32:2,12,19,21 33:5
  78:8,11,19 79:3,13,
  14 127:7,17 150:22
  173:4,12,15 174:3
  344:16 357:18

EMEA  373:23,25 374:5
emerging  244:15
  248:20 249:18,24
Emily  33:7 129:14
  131:14
Emmanuelle  72:11
  105:11 144:1 145:8,
  24
emphasis  122:20
  135:24 360:5
emphasizing  95:9
employed  332:24
employee  41:14 44:6
employees  23:13
  27:11,15 42:20 43:8
  49:7,13,15,17,24
  77:6 166:1
employment  42:9,17
encourage  290:5,7
end  25:7 153:19
  201:16 207:13 261:23
  263:20 281:7 292:8
  308:19 309:8 344:16
  356:15
ended  52:10 140:2
  141:6 177:3 199:1
  202:6 269:6 294:10
  376:17
ending  127:4 216:4
  228:17 250:11 263:17
  325:13 395:24
ends  26:1 105:12
  242:16 254:7 263:18,
  20 288:2 296:6
  360:13
engage  25:20 49:17
engaged  67:22 203:21
engineering  52:6
English  98:8
ensure  216:15
ensuring  51:24 211:16
  412:25
enter  348:18 351:25
entering  308:2
entire  37:4 43:15
  277:11 306:8 358:14
  368:2 406:9
entirely  330:14
  389:1,7
entirety  66:19

entitled  10:13 11:6
entity  13:6 14:3,4
  49:20
entries  51:20
environment  308:1
equal  41:21 270:16
equally  279:12
equivalent  82:14
essentially  157:5
  172:2 201:22 212:22
  236:17 240:9,23
  293:24 294:1 308:22
establish  416:6
established  95:23
establishing  269:2
estimate  11:2,3,4,5,6
  157:10 181:20
  182:10,11 215:19,23
  221:10,15,17,18
  237:23 250:1 268:5
  274:15,18 280:11
  342:1 372:19 373:13
  375:9,10,14
estimated  140:5
  141:16 144:24
estimates  181:14
  220:3 315:3,15 329:1
  372:24 420:24
estimating  182:2
et  27:24 48:11 118:6,
  16 393:5
ETL  61:7 295:21
  297:24 396:5
Europe  112:4 204:7
  242:3 243:3 247:2
  373:25
evaluations  42:23
evening  344:10
events  35:17 349:1
eventual  46:24
eventually  153:11,19
  306:1 329:12
everybody  58:20
  206:12 220:4
everyone  61:14 217:11
evidence  306:20
ex-kpmg  53:16
exacerbate  259:14
  260:19
exact  54:24 157:9
  196:6 343:8 387:1

exhibits  345:21

exactly  33:1,2 76:13
  90:24 92:6 154:9
  197:16 353:11 373:18
  393:5 408:15
EXAMINATION  8:19
examples  31:1,11
  77:16 93:1 130:21
exceeds  270:7
Excel  121:14
excellence  340:19
exception  399:7
  400:17,22 403:7
excerpts  349:25
excess  270:10 273:3
  342:22,25 343:1
exchange  22:11 34:16
exchanged  21:12 29:10
  35:14 36:6,13 77:14
exchanges  23:16 32:17
  34:21,22
excited  53:25
excluded  274:5
excludes  167:7,10
  262:2
excluding  86:5,7,10
  273:25 312:8 379:10
exclusive  333:11
excuse  27:18 30:9
  40:16 42:4 71:21
  72:16 285:11
execute  198:14 311:11
executive  55:22,24,25
  56:8 57:16 64:5
  107:23 109:18 161:15
  171:21 174:6,13,14,
  18 206:17,18 254:23
executives  55:8
exercise  117:10
exhibit  14:20,21
  19:3,23 20:14 70:8
  105:5 126:22 143:7
  144:9 147:16 152:24
  153:1 205:21 228:12,
  19 250:7 254:4
  263:12 287:15 295:22
  297:18,22 318:12
  325:15 344:5 346:1,4
  360:14 367:22,23
  376:8 380:19 384:12
  395:16

exist  186:5
existed  58:2
existence  260:14
existing  320:1 340:23
  389:8
exists  163:22 170:7
expansion  388:1
expect  151:19 231:8
  341:8 342:9 377:15
expectation  102:8,24
  306:1
expectations  313:6
expected  43:4 58:20
  149:8 151:21 266:21
  309:17 310:6 348:9
expecting  227:19
  235:21 304:22 305:11
  310:7
expense  286:2
expenses  209:6 235:15
  236:10,11 276:14,20
  305:25 343:4
expensive  253:2,5
  288:12,21 290:1
  292:13 293:6 294:6
  314:5 319:6 330:12
  332:5,8
experience  53:18,21
  54:8,12 116:1,7
  172:7 298:13 314:7
  380:4
experiment  389:13
explain  82:5 84:20
  92:5 115:23 128:10
  371:25
explanation  109:17
explosive  255:1
exposure  162:14
  408:21 414:1,12,13
  415:21,22
exposures  162:14
  413:19
express  194:10 196:2
extensively  258:8
  383:15
extent  23:21 157:22
  295:11
external  132:8
externally  355:6

extremely  365:3
eye  356:19

---

F

F1  268:13
F2  268:14
F3  268:14
face  256:25 285:9,14,
  22 315:4 330:25
  395:25
facing  162:6,23 163:9
  333:13
fact  14:24 99:6
  107:13 117:1 122:22
  134:15,24 135:6
  138:2 194:23 245:18
  280:11 323:9 324:9
  337:24 357:25 366:19
  402:13 403:10 416:8
  418:25
factor  92:8,14,17,18,
  21,22 94:2,5,6
  95:10,12 103:6,11
  111:4 113:12 122:9,
  22,24 169:21,22
  181:2,14,19 182:1,
  10,19 183:2,15,25
  224:20 260:8 315:7,8
factors  54:5 91:25
  92:23 94:8,14 95:1,
  3,4 98:12 100:7
  102:6,20 103:3,17,21
  111:2 118:22 119:2
  126:1 159:21 160:3,
  4,6,7 161:11,17
  163:17 182:3,23
  183:7 185:1 196:9
  202:20 205:11 227:18
  248:13 258:12
  259:16,22 312:19
  328:24 335:10 336:13
  342:1 343:18
facts  116:10
factually  339:3
faint  420:16
fair  9:18,19 26:22
  27:7 30:13 33:13,25
  35:23,24 46:12 54:3
  66:15 73:8 75:1,15
  76:6,9,11 83:5 98:25
  100:17 115:15 137:12

165:9 167:3 168:11,
16 176:20 178:4,10,
15 179:3,18,20
188:7,9 190:5 209:6
219:13 226:8 232:19
237:15 247:7 284:15
289:18 294:3 295:11
308:24 351:6 379:22,
25 385:8
**fairly**  289:20
**fairness**  18:1,24
362:5
**fall**  16:3,6 372:22
**fallen**  251:4
**false**  219:14
**familiar**  30:3 35:19
36:6 39:4 77:23
129:22 130:18 131:5
154:1 234:12 237:2
259:4 352:24
**familiarize**  37:10
**family**  70:12 105:12
**far**  43:10 46:4 170:7
238:4 258:10
**fare**  242:13 373:23
374:1
**fast**  51:7 56:7 135:2
194:12 205:9 271:12
**February**  16:2 325:12
326:18 332:15
333:13,23 334:4
345:16 346:6,20,23
347:6,8,9 358:3
376:23,25 377:1
401:8,13
**February/march**  42:21
**fed**  77:21
**feedback**  128:8 142:1
177:2 421:15
**feel**  121:19 122:13
206:10
**fell**  332:17,18
**felt**  54:12 99:17,23
129:11 335:14 415:20
**fewer**  390:2
**fielding**  197:7,8
**fight**  252:16 352:10,
23
**figure**  25:9 211:8
292:15 294:20
314:15,21 315:25

398:4
**figured**  293:5 294:15
303:5
**figures**  38:21 168:19
200:11 202:22 203:17
237:19 240:6 275:17
**figuring**  294:10
**file**  203:22 396:19
**filed**  8:5 22:11
136:11,15 142:25
198:2 331:12,14,24
**filing**  15:20 73:2
82:21 88:8 202:6
**filings**  68:11 73:3
88:18 118:9 331:20,
21
**final**  61:10,14,16
141:21 144:5,23
404:14,16,18 405:10
417:7 420:10
**finalizing**  372:20
**finance**  45:18 52:5
69:11 77:20 78:12
79:9 119:23 152:1
**financial**  17:21 18:14
19:13 24:1 32:7,8,10
38:19 40:6,7 45:16
46:9 47:3 48:1,9,20
51:23 52:8,11 53:8,
23 54:9 59:21 65:5
67:19,25 68:1,17
69:8 73:4 75:24
77:4,5,13 79:7 80:6,
8,13,15,20 82:1
87:7,10 94:10,11
95:22 102:25 114:11
118:1 122:6 135:21,
24 136:4 143:16
147:7,9 180:11,17
181:10,24 182:6,15,
20 183:14 193:22
195:3,13,17 198:1,9,
17 199:8,11,12,14
201:1 202:5,8 211:16
216:15 247:25 248:2,
6,7,17 263:16,24
264:2,8 265:21
270:13,19 271:9,16,
19 272:6 273:16
284:18 295:20 312:20
341:15,22 342:16,17
343:11 405:17,25
406:2,14 408:3,6

409:5 410:8,15,16
411:1,22,23 412:4
413:1 414:9,11 418:7
**financially**  201:9
**financials**  37:7
38:15,16 69:24 70:3,
5 76:22,24 88:9
90:7,19 92:4 94:12
182:16 201:3 204:12
263:2 276:7 378:3,10
394:6 406:7 408:7,12
410:9 415:21 416:16
**find**  229:7 396:7
408:2
**finding**  256:21 295:7
**fine**  10:24 16:14
144:22 150:11 203:1
210:9 232:10 279:2
351:10 357:21 365:5
367:7 383:24 384:9,
24
**fingers**  229:5
**finish**  9:15 10:2
132:14 271:4 424:13
**finished**  331:18
**firm**  53:17
**first**  10:16 15:6,10
19:8,13 21:15 105:19
127:20 140:25 154:4
170:18,20 192:1
206:13 207:18 217:9
241:25 244:7 248:25
249:2 252:5 255:10
283:16 284:2 296:22
314:2 315:1 318:25
319:9,20 326:4,7
333:22 344:17 346:10
347:19 348:15 351:16
355:3 356:11 377:5
385:6 397:6 403:3
**firsthand**  76:16
**fiscal**  60:10,24 61:5
106:22 217:3,10,13
218:3 230:6,22
238:17,18,23 240:10,
21
**five**  26:18 27:5 33:16
34:17 40:21 87:17
207:23 208:5 251:22
327:12 332:22 404:23
423:21

**five-minute** 44:14
80:22 205:15 287:7
343:25
**flash** 128:3 198:18,
21,23 199:3,19,21,
22,24 200:12,21
201:6 205:5,13
**flat** 180:14,18,20,25
304:10 401:11,13
**flatlined** 382:10
**flattening** 257:4
311:10
**flip** 15:6 18:1 71:10
**flipping** 35:20
**flow** 421:24
**focus** 51:23 53:11
110:1 133:22 159:8
216:19 220:17 229:16
230:1 266:10 283:9
288:24 290:14 322:5
355:14 401:18 405:17
411:22
**focused** 37:6,8 51:19,
21 114:20,24 116:18
181:3 335:10 405:14
418:4,7
**focuses** 125:7
**focusing** 180:5,6
217:6 351:21
**folks** 23:4 104:15
110:16
**follow** 100:24 184:8
190:14 194:7 412:14
**following** 93:5 215:4
316:5
**follows** 8:18 236:18
**footnotes** 118:1
**forecast** 148:14,15,
18,23 181:11,20
182:2,7,11,24
183:20,25 184:6
212:11,19,21,23
213:2,3,7,11,12,17,
18 214:1,2,4,12
215:9,18 216:23
217:3,9,12,16,19
218:2,14,20 220:25
222:22 231:11 234:6
237:22 238:4,19
241:5 265:15 266:19
267:11,17,18,19,20,
21 268:4,5,8,10,12,

21 269:4,5,8,14
274:11,12,16 279:21
280:8,10,13 281:10,
14 312:2 360:12
361:5,21,22 362:2,
15,16,18 363:15,19
365:11,15 367:3,5,25
368:15 369:6,21,25
370:2,13 371:1
372:6,8,25 375:9
**forecasted** 218:18
224:16 225:10 235:3
300:14
**forecasting** 46:5,13
218:25 231:22 362:3,
25 364:15 366:20
**forecasts** 181:13,24
182:14,15,21 183:2,
15 213:21 220:3,22,
23 238:3 239:9
240:13 273:22 274:14
307:18 329:1 364:21
370:21 375:14
**Foreign** 149:4,6
**foreseeable** 288:25
290:17,19
**forfeit** 43:19
**forget** 255:20 309:20
322:18 371:14 423:8,
22
**forgetting** 187:15
**form** 12:7 87:21 173:4
**formal** 64:16
**formalities** 9:10
**format** 229:9
**formatted** 324:8
**forms** 41:16 173:10
**forth** 9:24 352:25
**forward** 223:24 224:4
225:21,22 226:6
242:2 243:2 247:6
381:12,20 385:3
**found** 295:12
**four** 41:21 43:9 74:13
84:1 328:16,18 366:3
372:17 404:25
**fourth** 84:12 85:8
298:16
**frame** 42:21 53:9
81:11 193:23 196:6
348:9 350:23 351:5
387:1 419:12

**framed** 243:16
**Francisco** 8:9
**free** 122:13 356:25
**freebie** 349:23 352:4
**Freight** 109:3 302:8
303:14
**front** 14:13 16:12
19:1 29:22 201:16
260:1 310:10,11
337:2
**frustrated** 366:8
**Fuldner** 414:4
**fulfill** 63:19
**full** 68:1 74:23,24
75:11 91:5,6 195:19
198:17 199:8,11,12
201:24 202:5,7
223:20 246:1 248:6
370:19 371:1
**full-time** 49:7
**fully** 57:8 199:7
200:2,19 205:5
347:18
**fun** 95:16
**function** 48:15 77:12
**functional** 46:7 47:3
61:21
**functions** 49:16 50:11
**funded** 338:4
**funding** 118:24 183:8,
9
**future** 118:25 247:9
269:19 276:9 279:14
288:25 290:17,19
300:14 305:24 313:7
**fuzzy** 302:4 303:21
363:4
**FVA** 213:15,16 266:20
267:11
**FX** 149:2,3 379:9

---

**G**

**GAAP** 81:16,18,20
82:14,17,22 83:20
84:6,7 85:18 86:13
87:5,7,8 90:18 92:3
93:11 96:16,19,20
97:25 98:13 101:14
110:9,15 117:23
138:24 209:13

210:10,14 251:3
270:5,8 272:2,6
273:4 287:3
**gain** 419:7
**gained** 405:23 413:9
**gaining** 413:18
**gains** 307:1 349:19
**gathered** 48:10
**gathering** 172:15
**gave** 14:7 80:12
123:16 381:15 418:22
**GB** 224:5 275:8 277:7
283:12 318:24
**gears** 156:22
**general** 27:11 46:5
56:14 57:7 114:12,16
131:8 146:9 147:1
152:14 171:19 173:23
183:14 184:15 204:2
258:3,11 296:9
312:13 319:13 325:6,
8 333:2 338:25
**generalize** 184:19
**generally** 27:16 32:4,
6 35:18 36:12 41:21
43:9 57:22 58:25
63:4 65:2 79:6
81:20,24 82:2 87:13
93:10 96:14 117:2
144:8,10 148:16
173:15 204:5 209:20
224:16 225:10 231:7,
8 234:3 236:6
247:20,25 255:11,21
256:20 262:17 265:19
267:3 289:3 312:6
324:25 329:17 333:21
397:21 399:9 402:5
410:3 411:3
**generate** 147:12 371:5
**generated** 59:9 317:12
339:10 391:12
**generating** 276:8
**generator** 95:24
**geo/average** 373:23
374:1
**geos** 308:20
**getting** 22:10 30:3
36:5 38:4 40:24
53:8,12 54:2,13
130:15 166:4 202:4
314:5 417:16

**give** 9:14,22 13:21
14:12 29:20 30:15,25
31:1 32:15 33:2
41:17,18 43:12 69:11
77:16 82:10 85:1,20
86:4,8 107:21 112:4
113:3 129:15 130:2
143:20 146:9 157:5
167:11 187:14 307:21
308:5 318:3,5 349:23
352:4 357:11,13
365:19 381:1 412:23
**given** 9:8 29:15
150:16 151:19 157:3
163:4 164:20 224:12
226:23 227:3,6,16
228:4 233:25 236:14
237:12 242:1 243:17
247:4 316:21 323:25
342:1 371:2 375:10
394:4,5
**giving** 14:3,4 103:20
168:6 195:23 234:15
291:13 327:20 342:6
**glasses** 229:12
**Glen** 8:3,15 123:16
127:3
**global** 49:6 52:5
53:22 54:25 244:13
248:18 250:9 254:6,
22 255:25 287:18
**globally** 140:1 300:8
**goal** 193:5 252:9,12,
14,18,19,21
**goals** 341:3 421:10
**goes** 18:2 123:22
131:15 136:3 189:25
201:1 216:23 217:17,
21 218:14 227:14
298:25 299:12 312:10
344:13 387:25 389:17
390:2 391:1 393:3
400:13
**going** 9:7,20 10:2,12,
20 11:4,20,23 12:4
14:20 15:2,6 16:10
17:16 19:19 23:24
25:10 26:1,13 36:24
38:4 44:13,15 52:14
57:8 63:23 64:13
68:14 70:2,14 80:23,
25 81:10 95:17
102:7,25 106:11,13

124:14 126:13 132:23
133:11 137:13 139:2
141:5 147:22 156:5,
22 164:21 165:14
169:1 179:9 189:14
190:11,18 191:23
192:2 197:3,4 198:6
201:8 202:17 204:4
205:8,16 207:24
208:2 210:16 211:15
216:17 223:12 227:4
229:10 235:2,6
237:25 239:5,13
242:2,16 243:2,24
247:5 250:18 251:17
254:15,21 256:15
261:13 272:22 273:9
279:16,19 285:13
287:8 288:19 289:13
291:4 293:23 301:13
302:2 304:19 306:11
310:6 311:13 313:1
320:24 324:16 326:7,
8 328:25 332:12
343:21 344:2,16,25
345:9,17 357:3
358:13 359:1,3
361:1,3,8 365:19
367:12 370:18 373:19
376:6 378:7 380:24
381:1,11,20,23
383:2,6,22 384:10,22
385:2,3,5 386:13
391:13,14,21 392:13,
14 401:25 417:21
421:22 424:12,16,22,
24
**good** 8:21,22 10:3
56:22 133:4 142:2
156:11,12 165:17,20
233:9,11 269:16,19
276:3 280:15,22
281:5,10,12 282:13
344:10 347:24 387:22
388:14 406:19
**Google** 39:3,5 128:2
**GP** 309:9
**grant** 42:19 43:6,7,15
**grants** 42:18,19
**graph** 207:18 208:14
210:17 261:15 274:9
279:24 303:17 304:16

**Graphical** 304:18
**great** 10:5,12 12:4
  64:12 81:8 357:20
  368:14
**greater** 96:5 332:22
**greatly** 422:4
**gross** 79:18 85:11
  86:20 140:2 148:11,
  13,24 149:16 207:17,
  18,22 211:9 212:11
  213:24 214:12 215:15
  217:5,6,13,17 224:5,
  8,11 226:12 227:8,23
  231:17,20 233:16
  234:5,9,10,14,25
  235:20,22 236:8,11
  238:14 239:4 242:15
  251:10 255:19 263:4
  273:19 277:11,15
  282:3 283:12,17
  298:24 299:17 302:7
  304:5,8 306:25 307:4
  308:20,22 309:18
  311:21 313:1,6
  326:10 342:19 359:2
  361:14 362:4 363:19
  364:15,25 365:1,2
  366:16,21 368:18,23
  373:14 374:7,20,23
  378:17,20 400:10
  402:17
**ground** 9:8 11:21 50:3
  142:2
**group** 46:23 47:2,8,18
  50:21 107:5 108:10
  172:6 185:24 186:3
  206:19,24 285:1,3
  340:25 377:16
**groups** 48:9 59:25
  166:2 284:13 285:1
**groups'** 47:15
**grow** 180:23 278:2
**growing** 180:24 183:11
  188:20 189:1,3
  190:11,13 249:24
  387:14
**growth** 149:9,12
  179:21 180:8,10,17
  181:7,8 184:17
  185:15,18,19 186:1
  207:9 208:6,7 219:7,
  10,16,18,19 222:7
  223:4 224:8,15,16,22

225:9,10 231:8
233:17 238:23 239:5,
13,18,19,24 240:1,
10,14,23 241:5,11,12
255:1,2,12,15,17,19
258:10 261:5,16,21
262:6,10,11,18
280:19,23 298:25
302:6,7,8,10,13,15,
18,20 307:1 311:10,
11 360:2 380:4
382:5,9,13 387:13,
23,25 388:17 393:5
394:8 395:9 397:17
398:3,5,6,11 400:7,
10 401:19 402:18
403:13,17 416:22
**guess** 11:7 15:22 76:7
95:2 102:17 111:19
138:13 146:16,23
158:8 159:14 177:10
181:22 202:10 211:20
220:21 221:8 224:20
236:13 247:11,20
249:20 251:15 252:5
256:20,24 257:5,17
274:6 277:6 284:22
289:19,20,23 293:3,
20 295:6 300:12
307:20,22 313:9
316:8 319:9 320:14,
21 324:8 326:2
336:11 341:12 369:5
373:5 387:22 388:14
390:13 405:8 411:20
415:24 419:11 423:9
**guessing** 15:12 33:11
62:21,22,24 74:18
78:25 131:24 132:2
146:3,14 150:8
223:13 228:9 236:25
237:14 247:23
256:20,22 286:18
289:19 319:22 329:9
330:6 349:14 352:6
353:13 374:14 390:9
**guidance** 82:8 92:25
100:8,9 107:21
135:15 143:13
**Gumbs** 47:10,12 139:7
**guns** 356:19
**Gupta** 347:12 384:16

**Gus** 414:4
**guys** 11:19

---

### H

**H2** 223:19,20,21 319:1
  360:12 362:20 367:25
**half** 43:14 53:3 222:9
  318:25 334:9,15
  335:3 337:13 348:15
  361:22 362:25 366:22
  367:5 404:25
**half-an-hour** 156:3
**halfway** 362:22
**halves** 370:23
**hand** 14:19 126:20
**handful** 378:9
**handing** 395:19
**handling** 154:17
**hands** 58:21 59:2,9,
  12,24 371:10
**Hang** 179:7
**happen** 75:21
**happened** 35:22 76:13
  117:12
**happy** 142:5 231:2
  386:12
**hard** 188:12,14,15,19
  278:15,17 301:20
  323:7 352:10
**harder** 152:9,16,19
**Harford** 78:24 347:12
**Hazelbaker** 424:8
**he'll** 192:16,23
**head** 10:9 52:5 264:12
  345:8 349:5,8
  354:16,18 392:10
**headed** 78:23
**heading** 57:5 214:25
  308:6
**heads** 24:1
**headwind** 321:7 322:23
  323:23
**headwinds** 323:19
**health** 160:8 280:24
  322:6,12,15
**hear** 11:12 76:11
  184:10 189:10 194:8
  332:25 342:3 392:17
  394:15

heard   77:17 305:21
  316:9 318:1 329:20
  336:19,23
hearing   209:23,25
heavy   193:25 330:14
held   332:20
help   33:4 35:16 49:24
  53:12 94:9 122:4,15
  193:8 271:18 294:9
  313:25 377:10 406:13
  408:16
helped   35:25 264:17,
  18 265:8,12 413:4
  416:6,22
helpful   151:2 272:11
  298:9 364:21
helping   420:1
Hey   361:11
high   52:9 126:8 255:8
  330:11 360:7
higher   210:21 227:10,
  24 266:20 269:11
  276:19 279:21 280:5,
  8 293:19 302:14,18
  303:6,9 312:7 420:22
highest   141:16 144:24
  244:10
highlight   124:14
  141:5 250:18 254:24
  266:2 288:11 320:24
  339:15 340:14 345:9
  358:13 378:7 381:24
  384:23 385:5
highlighted   108:24
  122:21 124:6 135:20
  187:5,19 190:12
  191:14 194:13,21
  231:18 258:12,16,20
  273:13,19 285:6
  335:12 345:13 359:15
  368:21 370:5 377:8
  378:18 396:13 397:23
highlighter   119:21
  291:4
highlighting   73:20
  125:6 368:15
highlights   358:15
  377:19 382:4
highs   321:15,25
hindsight   276:4
  278:16

hire   42:14 255:7
hired   53:15,20 406:5
hires   421:8
historical   383:19
historically   95:24
  225:1
history   225:2
hit   266:10
hold   16:22 202:21
  244:6 328:16 353:21
holds   55:13
holistic   111:14
  112:12 113:3 123:1
  137:20
homework   28:23
hone   30:23 114:13
honed   91:13
honestly   223:13
  371:14 381:5
honing   91:20 114:14
hopes   305:23
hoping   302:21
horizon   321:23
horizons   321:14
host   91:4 94:8 100:7
  102:6 202:14 276:2
  306:14 411:8
hour   37:1 343:23
hours   37:2 383:6
  404:21
hundred   296:25
hyper-growth   50:14
hyperlink   396:19
hyphen   329:5
hypothetical   75:10
  95:17,19 97:1 98:17
  99:11 102:1,18 103:7
  115:17 138:6

---

**I**

i.e.   321:14
idea   130:3,15 226:24
  234:1 252:7 269:12
  325:25 390:23 391:4
  394:10
ideal   254:14
identification   14:22
  19:4 70:9,11 105:6
  126:23 143:8 147:17

  153:2,4 205:22 206:3
  228:13 250:8 254:5
  263:13 287:16 295:23
  297:23 318:13,15
  325:16 344:6,12
  360:15 367:24 376:9
  380:20 384:13 395:17
identified   23:4 145:5
  170:18,20 185:4
  206:19 214:15
identify   164:16
  172:10 184:13
identifying   142:19
  165:23 171:7 172:2,6
  185:25
illegal   410:4 413:14
  415:3,8 419:14
illegally   417:18
  419:1
illogical   374:18
illustration   146:7
imagine   404:21
immaterial   99:22
immediate   355:14
Immediately   53:1
impact   89:1 180:22
  184:5 248:1 260:22
  261:3 269:23 270:19
  271:8,17,19 302:25
  313:4 341:15,22
  342:1 355:14,15,22
  379:9
impacted   128:11 141:8
  285:10 333:9 383:12
  384:3 395:8
impacting   190:19
impair   12:21
implications   383:17
implies   306:19
implying   386:18
importance   159:15
  278:12
important   9:14 10:8
  95:5 109:4 125:17
  126:4,6 157:16
  158:3,11,18 159:9,
  19,24 160:11,16
  161:7 183:2,15,17
  277:22 278:1,6
  347:24
impromptu   64:10

in-house  414:23,24
 415:1,15 416:6
 417:19 419:2
inability  383:12
 384:3 395:8
inaccuracies  375:8,12
inaccurate  154:24
 211:13,25 219:24
 220:11,21,25 221:6,
 9,25 237:19 317:3
 375:4,14,23 379:17,
 24
incent  208:21
incenting  269:20
 290:25
incentive  118:8,17
 141:10 208:17,19
 209:3 222:8,12,16
 223:6 227:4 253:1
 266:18 267:1,5
 270:11 276:22 279:22
 280:6,15 281:7,12
 285:10,14,23 286:2,
 7,11,13 288:23 289:5
 299:7,9 300:8,12,13,
 15,20 301:4,15,17,24
 309:7 312:24 315:8
 318:25 320:1 322:19,
 20 324:1 327:19,24
 340:20 341:6,14,20
 352:25
incentives  168:6
 190:24 208:24 209:14
 210:11,12 224:10
 227:8,13,15 236:2
 260:25 261:2 266:20
 268:6 269:11,13,14,
 16,24,25 270:3,4
 271:23 272:1,3
 273:3,7 282:13
 290:5,6 292:7 300:14
 306:9,12 309:9 310:4
 311:20 318:23 319:5,
 22 321:8,21 322:5
 323:9,20,24 326:11
 328:11,13,18,25
 332:8 341:7,21
 342:6,7,15,20,21,22
 343:1,4,7,9,15,19
 353:18 383:17,18
inception  171:2
incline  237:12

include  46:6,25
 47:19,21 65:22,25
 68:16 73:18 78:24
 79:14,25 90:21 91:21
 110:14 111:23
 117:20,25 128:3,13
 175:11,16 197:25
 201:1,25 202:12,22
 203:16 263:4 292:3
 334:5 409:17
included  32:10 64:4
 67:2 84:17 90:22
 91:16 108:15 122:23
 124:3 128:12 135:24
 140:11 160:23 166:21
 181:19 191:15,20
 200:4,20 204:12
 222:6 262:22 263:1,7
 264:22 272:25 282:20
 329:1 392:6 411:11,
 24 412:22 421:2
includes  46:4 171:21
 236:2 247:2 401:5
including  73:3 112:13
 119:11 124:18 135:13
 141:9 150:22 152:18
 197:25 198:9,12
 265:11 397:22 422:5
inclusion  122:8
income  82:15 84:8
 209:13 235:13 248:11
incomplete  154:23
inconsistencies
 408:17 409:20,24
 416:24
inconsistent  132:9,23
 407:18 408:11,12
 409:1 412:7 413:1
 417:14
incorporate  68:22
 119:2 181:13 222:7
incorporated  8:5
 182:10 405:18 421:1
incorporates  420:24
incorporating  142:1
 291:12
increase  96:8 164:5,
 10 167:17 218:5
 222:12 223:12 231:4,
 7 251:22 260:25
 261:1,2 266:25
 270:21 280:14,16

282:13 299:22 300:8
 302:24 304:22 305:7,
 16 310:3 318:4 319:2
 324:2 341:8 359:5
 397:21,24
increased  141:8,10
 210:21 222:8 223:8
 266:18 267:5 293:16
 296:20,22 301:15,17,
 23 312:24 313:6
increases  167:21
 175:13 219:16 223:18
increasing  165:11,12
 167:23,24,25 223:19
 288:22 293:17 299:19
 302:23 304:5,8
 306:18,20 343:11
 345:18 359:1,2
 389:18
increasingly  255:4
incur  235:15 269:15
indecipherable  69:24
 71:24 87:24 130:1,5
 160:3 169:2 342:2
independent  31:4
 40:23 48:24 75:25
 81:22 143:15 204:10
India  49:19
indicate  364:14
 366:20
indicated  337:15
indicates  339:16
 340:15
indicating  17:17
 70:17 72:17 212:7
 214:10 277:5 351:14
 361:11 369:25
indication  155:1
 290:20 420:21
indicative  167:22
indicator  125:13
 126:5 164:22 282:17
indicators  281:18,23
indirectly  184:2
individual  12:13
 32:20 41:5 56:24
 57:10 87:15 109:2
 114:18 124:15 139:7
 168:4,14 209:15
 213:4 410:20,22
 413:7

**individuals** 23:23
  34:12 60:20 61:12
  74:13 78:21 79:10
  144:1 171:16,22,23
  172:13 174:17 185:24
  186:3
**industry** 188:13,20,25
  189:3
**inferred** 386:15
**inflexion** 356:2,6
**influence** 181:10,15
  182:11 184:4 302:17
  312:22 372:19
**influenced** 196:8,11
**inform** 165:21 406:13
  408:16 413:4 416:23
**informally** 324:16
**information** 29:3
  35:2,11,14,15 36:2
  48:1,10,13 59:21
  60:1 73:6 77:13
  82:2,8 90:10,13
  94:11 96:9 101:22
  102:9,10,19 103:1,24
  109:10,21,25 110:23,
  24 111:5,9,15,18
  112:9,13,17,23
  114:11 115:1,2,7,22
  116:2,12 117:12
  118:9,18 120:14,21
  121:10,16,21,24
  122:6,8,23 132:4,5,
  8,9 133:3,5,18,21
  134:4,9,15 135:6,7,
  21,24 136:4,19,21
  137:2,3,15,21,25
  138:4 146:10,11
  147:2,5,6,8 152:7,
  10,17,18 155:1
  159:1,2 160:22
  164:1,20 165:2,5,7,
  13,16,20 166:4,6,7
  167:12 171:11,12
  173:16 175:4,7,10,22
  183:18 184:7 186:2,
  4,8 191:19 198:1,9
  201:1 211:12,16,24,
  25 216:10 219:23,24
  220:3,8,9 221:4,6,
  13,24,25 237:18
  245:25 246:2 260:23
  263:3,4 281:4
  282:10,11 294:8

307:21,22 317:3
  330:24 338:12,20
  370:17 371:2,8,9
  375:3,7,22,23
  381:15,19 383:19
  403:23 404:2 407:16,
  18 408:3,9,11,21
  409:5,6,17 412:3,25
  415:2 420:1 421:1
**information's** 332:25
**information-sharing**
  421:14
**informative** 171:13
**informing** 375:4
**informs** 148:23
**infrequent** 86:1
**inherent** 170:25
**inherently** 237:23
  422:1
**initial** 213:12
**initially** 340:25
**initials** 393:11
**initiatives** 285:11
  311:11
**input** 25:1 47:15
**inside** 349:5,8
**insight** 80:13,21
  92:11
**insinuates** 302:20
**instance** 117:5
  188:22,24
**instances** 301:14
**instruct** 334:22
**insurance** 40:21
  276:23
**intended** 343:16
**intention** 41:12
**interaction** 413:24
**interchangeably**
  242:10
**interested** 67:15 79:7
  80:20 159:22 171:24
  279:11,13 394:4
**internal** 15:13 21:23
  23:5,7,8 24:15,17
  59:25 95:9 118:24
  132:8,12,17,23
  228:23
**internally** 59:25
  89:17 104:13,14
  196:12

**interplay** 98:6
**interpret** 257:4
  286:6,22 287:4 318:8
**interpretation** 293:10
  299:3 315:5 316:5
  323:21,22 324:7,18
  355:20 360:4
**interpretations** 93:3
**interpreted** 286:16
**interpreting** 293:10
  358:19 387:6
**interrupt** 192:16
  257:25
**interview** 116:8
**intimate** 25:21
**invest** 197:3 276:6
  278:21 282:13
**investigate** 411:6,16
**investigations** 411:20
**investing** 82:25 153:5
  273:7 278:3,22
  279:11,14 305:23
**investment** 151:6
  270:6 276:8 280:21
  300:22 305:14,18,24
  312:25 318:6 319:7
  321:7 322:24 323:2,
  19,23
**investments** 305:22
**investor** 32:19,20,22
  80:19 153:5,6 154:3
  203:23
**investors** 80:12,13
  92:3,10 102:25
  104:15 128:10 146:12
  197:3,8,9,10 201:7
  202:17 204:7,8
  205:13 279:10
  421:12,14,21
**investors'** 203:19
**invite** 385:17
**invited** 265:5 385:16
**involve** 26:8,13
  187:11
**involved** 24:5 25:3
  41:3 60:19 69:15
  113:4 123:23 124:1
  315:3 405:24 406:1
  408:2 415:14 419:25
  420:5

involving  13:11
Ion  80:1
IPO  10:21 12:5 22:9
  24:5,13 25:19,21,24
  26:5,9 27:8,11,16
  32:6,21 33:1 35:17
  42:5,8,11 46:18,24
  47:25 52:3 53:1,3,4,
  15 58:7,9,22 59:18,
  19 62:18,23 66:11
  67:4,6,18 73:11,24
  74:1,14,17 81:12
  84:3 104:2,6 114:3
  119:14,15 140:23
  153:5 154:7 155:1
  162:7,24 163:13
  164:11 169:10,16,19,
  20 170:22 184:16
  188:10 190:6 193:12,
  16 194:12 195:9
  196:3,14,20,23
  197:1,13,22 200:3,
  15,18 201:14 202:16,
  22 203:12,16 204:6,
  11 263:8 264:8
  279:5,6 294:16
  330:18 331:3,4,5,7
  333:6 348:9,20
  360:23 362:3 366:20
  371:12,15 380:3
  382:9,13 383:11
  384:2 394:5,6 395:7
  406:5 412:6,10
  420:3,10,22 421:6,7
  422:12,16,21
IPOING  194:24
irrationally  358:21
isolation  182:9
issuance  43:3 45:16
issue  11:10 75:11
  93:3 99:5 103:13
  154:5 179:4 199:8
  224:17 225:11 260:2
  273:1 287:3,5 294:2
issues  43:8 45:8 50:9
  107:5,6 131:6 190:20
  206:10 259:13 306:13
  409:13,23 413:11
issuing  193:23 195:5
item  86:14 231:18
  242:24 270:14,16,17
items  29:12 49:16
  65:4 82:18 274:1,4,

6,8 277:2 323:1
342:16
iterative  113:17
  177:1 193:17 194:2
  294:22

———————————————

J

Jain  354:14
January  16:2 120:17
  148:1 262:7 297:25
  298:22 318:17 320:17
  333:25 334:6 337:9
  346:22 401:11
Jason  21:24 23:6
Jensen  384:17,19
Jill  424:8
job  10:5 81:23
  418:21,23
Joe  8:23 20:6 23:25
  24:2,3 26:24 27:4
  30:5 53:15 56:16
  69:18 155:23 230:7
  251:24 266:5 349:24
  350:11 367:6
John  68:3 74:11 75:24
join  80:14 207:12
  269:20 290:6 394:2
joined  44:22 46:8
  73:25 74:6,10
  193:11,14 194:3
  203:11,12 207:13,16
  319:13 412:5
joining  53:25 193:8
jointly  96:7 97:21
Josh  52:22 105:10
  106:3 264:17 265:7,
  10,11,12
Josh's  106:19
journal  51:20
judgment  94:20,23
  195:10 272:25
July  53:16 119:15
  151:4,8 212:11
  213:13 261:24 262:7
jump  80:23 291:24
  386:13
jumps  281:19
June  53:16 151:3
jurisdiction  417:18

jurisdictions  49:19
  131:9 273:11 413:15,
  20 415:11,17 419:1
jurors  49:2 55:10
  69:4 81:17 82:19
  84:13 156:25 196:14
  214:8 215:4 338:15
jury  14:10,13 41:4,6,
  7

———————————————

K

Kalanick  393:8 394:8,
  20,23
keep  70:2 81:21,23
  101:10 106:25 151:21
  314:18 316:16
keeping  48:16 103:9
  236:8 242:16 252:9
  356:19 413:17
Keir  47:10,12 139:7
Kent  32:22
kept  353:25
key  95:24 122:7
  125:12 135:22 136:5
  197:5 198:19 202:17
  222:5 223:24 224:4
  225:6,21 233:14
  281:17,23 282:16,25
Khosrowshahi  61:6,22,
  25 108:2 111:8 117:6
  118:5,14 174:23
  324:23 382:3 423:24
  424:4
kind  23:22 25:5,7
  30:1,22 38:2 41:23
  56:7 63:21 76:9
  79:16 80:8 91:8
  93:25 98:14 102:15
  106:25 115:9,17
  123:1 146:7 147:22
  173:6 183:8 189:20
  191:2 196:6 206:11
  214:21 219:11 227:19
  252:14 265:19 271:22
  275:8 290:8 310:14
  312:13 316:19 329:10
  333:12 350:2 355:9
  357:4,15 361:9
  365:20 382:23 401:25
  414:3 421:17

Case 3:19-cv-06361-RS Document 431 Filed 02/23/24 Page 463 of 510
SEC v. Payward, Inc., et al.
August 16, 2023
32

**kinds**  30:24 85:10

**knew**  37:7 330:25
333:2 417:17

**know**  9:2,10,11,20,21
10:1,2,22,23,24
11:1,4,5,10,23 13:18
14:6 17:5 20:12
21:11 23:21 28:7,19
29:4 30:5,22 33:22
34:10,11 35:1,20
37:11 38:19 40:12
41:11 47:12 48:4
50:5 53:13 55:5,6,7,
21 56:22,24 57:8,9,
15 58:7 62:24 63:22,
23,24 64:12,14 65:5
66:11 67:8 68:3,10
72:2 74:3,4,16,18
75:14 77:22 78:4
79:5 80:4,12 84:12
86:25 91:19 92:6
94:9,25 96:23 97:10
98:21 99:1 101:19
103:8 105:1,14
112:6,7 113:6,8,10,
13,21 115:4 120:2
121:9 127:17 133:12
134:22 137:13 138:13
141:20 146:14,18
147:6,23 150:10,12
151:18 157:8,9,10
158:9,15 159:15
160:15 164:12,13,25
165:25 166:3,14
170:14 172:11,14,16
175:8,21 177:8 179:7
180:24 183:4,24
185:7,20 186:4 187:4
193:5 196:6,23 197:1
198:15 202:21
203:18,20 204:15,23
207:10 209:23,24
210:5,6 211:3,15
213:10,11,13,18
214:24 223:9,16,19
227:18,19,22 228:1,
4,8 229:7 232:4
233:5 234:3 236:1,5
238:3 240:19 244:22
246:16 247:13,23
251:14 252:21
253:21,23 256:1,2,
10,19 257:3,10,21,22
263:23 264:5 265:8

267:19 268:9 270:23
271:21 272:24 274:1,
3,4,7,16 275:22
278:18 282:2 284:7,
11,12,17,25 285:1,21
286:3,10,18 291:9,22
292:14 294:2,14
295:6,12 297:16
298:10 300:20 304:13
305:14 306:6,7
307:12 308:3 316:4
319:21 320:20 321:18
322:22 324:1,20,23
326:22 329:17 330:5
332:2 333:11 335:11
338:22,24 343:13,14,
21 346:2,17 348:22,
24 349:4,12 350:1,9
351:4,8,25 352:5,11
353:11 354:7,14
355:13 356:3,5 360:5
362:7,14 363:23
371:7 377:14 378:5,
24 379:20 380:9
381:14,16 384:15,20
385:10 386:8,19
387:1 388:13 389:15,
19 390:1,9 391:9
392:12 393:22,23
397:1 398:3,7
403:16,18 404:6
411:23,24 413:14
419:7 420:19 421:8,
10 423:2

**knowing**  54:13

**knowledge**  13:10 25:21
31:25 56:14 76:8,16
93:12 113:25 114:12
116:4 134:19 137:3
160:10 161:20 226:18
322:1 373:3 379:23
406:6,18 407:23
408:12,25 409:7,12,
16 412:5 413:8,9
416:7,11,14,22
417:8,12 418:10,22

**known**  54:7 66:24
97:9,12,19 204:5
281:14 333:7

**KPMG**  53:17

**L**

**labeled**  19:17 142:15
296:16 299:6 364:22
398:4

**labeling**  297:14

**lack**  50:2

**laid**  301:20

**lane**  23:18 24:10 27:5
37:9

**language**  19:22,23
20:2,6,18 21:3
141:21 144:24 275:13
314:3 335:20 361:3,
6,7

**large**  33:3 53:17
86:5,7 166:1 224:21
244:23 251:20 404:20

**larger**  46:3 83:18
187:19 241:11,13,14

**largest**  261:17 277:18

**late**  51:3 124:3
190:21 196:3 197:16,
22 412:10

**latest**  371:2,9

**Latin**  150:1 222:8,13
241:20 242:3 243:3
244:7,10,18 245:5,10
247:2 300:9 388:4

**latitude**  94:22 287:4

**launch**  348:10

**laws**  415:16

**lawsuit**  410:2

**lawyers**  18:25 22:12,
21 23:3 28:15,17
139:10 156:14 415:15

**lead**  51:21,22 52:1,2,
20,21 288:19 291:5
293:23 312:19

**leader**  47:2,8

**leaders**  78:22 109:1,2
120:5 166:13 171:17,
20 206:19

**leadership**  55:24,25
56:9 57:17 161:15
171:21 173:5 174:7,
13,14,18 206:17,18
318:21 325:22 326:2

**leading**  24:13 25:23
47:24 114:2 196:5

264:8 331:3,4,5,6
333:6 372:20 406:1,
17

**leads**   29:4 58:18

**leadup**   61:17 195:9

**leadups**   61:23

**lean**   113:20

**learn**   424:4

**leave**   66:18 75:1
383:5

**leaves**   151:7

**led**   288:16 293:23

**left**   275:18 308:2
328:4 369:24 372:3
397:18 419:19 424:11

**left-hand**   266:16

**legal**   8:10,13 47:10,
13 55:12 154:16
414:6,22,23 415:20
417:23 419:14,15

**legally**   246:20 417:18
418:25

**legible**   254:16

**let'**   382:2

**Lets**   80:22

**letter**   88:16 116:13
121:22,25 133:17,20
408:4

**letters**   153:11,17

**level**   48:13 49:6 50:7
54:2 76:2 79:23
87:10 95:22 103:19,
23 105:1,2,4 114:2
120:16,21 123:22
124:16,18 125:9
133:22 139:22 150:25
186:9 191:4,11
227:5,15 248:1
252:10,11,20 257:3
270:14 271:9,17
272:20 278:11 284:16
315:6,8,13,14,15
316:13 318:4,7
332:20 343:11 392:8
415:20

**levelling**   223:10,14,
16

**levels**   115:7 116:20
147:9 227:3,6 301:23
316:12 319:5 322:5
330:11 355:8

**lever**   322:11

**leverage**   50:1

**levers**   288:20 290:24
312:19 313:2,3
341:2,24

**liberal**   412:19

**lift**   194:1

**light**   285:9 286:2,11
302:21

**limb**   137:14

**limited**   28:2 31:12,15
38:13 59:23 79:13
412:16

**line**   37:8 78:8 79:3,
14,17 80:5 95:21,23
97:4,19 116:16
148:4,9 150:14
173:15 198:19 199:3
245:3 248:12 252:14
266:21 270:14,16,17,
22 304:9,13,15
314:15 342:16 365:22
374:10,15 380:25
381:11,14 402:25

**linear**   317:10

**lines**   51:5,10 78:5
97:4 342:17

**Ling**   74:11

**lingo**   69:11

**link**   381:24 389:1

**linkage**   75:18

**links**   388:23

**liquidity**   356:20

**list**   30:25 55:23
86:18 118:23 121:17
183:8 226:20 252:25
336:14

**listed**   87:17 109:3
115:9 226:5,13,14

**listen**   383:25

**listing**   202:20

**lists**   322:19

**literal**   138:11

**literally**   48:15 64:15
137:23 359:18

**litigation**   22:18
40:6,12 162:15

**little**   12:23 19:14
30:23 51:4,9 74:21
91:12,13 92:5 95:16,
17 98:17 119:6

127:10 156:23 159:6
184:11 200:19 201:14
202:11 211:21 212:6,
15 224:1 227:21
229:17,18,25 230:15
232:21 233:13,15
238:9 239:2 240:7
244:1 251:16 261:19
273:14 277:4 279:24
280:1 286:1 287:4
293:20 295:4 302:3,4
303:21 305:1 307:3
314:3,11 326:8
342:13 361:9 374:18
378:21 382:23 403:19
412:14

**live**   349:13

**loaded**   314:23

**locations**   176:13
177:24 308:8,17,18

**London**   131:6

**long**   9:2,9 23:18
24:10 27:6 35:1
36:24 40:1 60:13
63:12 79:3 109:20
118:23 126:13 162:19
183:8 213:19 290:19
321:14 331:4 333:14
343:21 404:11,18

**long-term**   227:7
280:23 338:23 355:15

**longer**   43:16 202:11
355:8

**longer-term**   338:10,17
339:16,21 340:9,14

**longstanding**   97:18

**look**   29:2,4 31:21
71:14,15 82:22
92:21,22,23 100:8,9
105:23,24 108:24
111:2 112:13 113:2
119:9,18 122:5
139:15 141:24 144:12
145:7 158:21 159:12
161:1 184:7 186:18
206:8,11,14 214:20
232:23 244:23 246:11
250:15 278:17 279:23
283:8 291:3 294:2
297:6 299:11 303:17
304:4,12,21 308:2
310:23 311:14,15
313:24 315:1 320:23

327:5 328:2,4 330:3
335:24 337:1 339:13
346:25 347:23 354:3,
10 361:12 363:13
369:24 370:23 371:18
377:9 378:4 386:23
387:13 396:13 398:8,
16,19 399:6 400:14,
20 402:4 405:10
409:8 413:3

**looked** 29:11,21,24
173:14 229:20 272:10
300:3 301:22 371:1
372:21 376:23

**looking** 25:10 28:24
30:24 37:3 38:16
98:25 135:12 137:20
159:22 213:24 217:9
220:11 221:2 222:4
223:24 224:4 225:20,
21,22 226:6 242:5
262:9 265:18 275:2,7
277:11 283:14 296:13
299:16 312:21 314:1
315:7 317:25 336:5
341:12 346:10 355:23
370:16 375:20 414:8
422:15

**looks** 70:21 82:21
92:1 94:3 108:22
142:2,3 144:21 150:3
217:4 218:16,19
227:3 236:16 239:9
240:14 262:12,14
269:4 273:23 275:11
277:12 289:12 297:10
304:1,10,19 307:6
309:13 310:20 321:5
327:15 337:14 347:18
369:25 370:14,25
372:2,3 377:2,13
378:15 381:13,18
385:11 388:3 389:11
391:20 396:6,18

**loose** 275:17

**loosely** 199:2

**lose** 367:10

**losing** 126:9 334:9,15
335:3 339:17 340:15

**loss** 38:19 82:15
100:19 103:10 141:7
162:18 165:8,9
167:7,16,17 214:16

218:2,25 275:19
304:22

**losses** 165:12 167:24
210:21 276:9 305:11,
16 313:5 332:22
333:24 366:21

**lost** 99:14 167:4,6
321:6 322:18,20,22
323:10,18,22 324:5
414:9 423:2

**lot** 9:10,12 24:25
28:5 30:19 34:25
35:2 50:25 53:18
64:23 68:20 83:5,8,
10 98:5,12 109:21
112:8 113:4,6
114:10,17 115:7
128:18 182:22 183:7
224:21 236:25 248:5
258:12 270:23 291:18
316:24 317:8 333:6
343:14 355:21 362:16
371:8 384:21 386:5
408:7 420:25

**loud** 199:17 209:24

**low** 321:15 341:3
400:17

**lower** 49:18 50:7
149:8 218:9 227:6
244:15 248:20
249:18,24 266:21
267:21 268:4 269:8
278:20 280:12 281:7,
11 288:22 303:3
307:9 308:11,14
337:25 338:21 339:5
341:9 351:7 370:2
387:23 391:17

**lower-level** 123:4

**lowering** 234:16

**lowest** 141:18 145:1
332:19 333:13

**lows** 321:25

**Loyalty** 302:8 303:13

**lunch** 156:12,14

**Lyft** 90:21,22 184:13,
16,21 185:3,14,25
187:7,11 188:9,16
189:23,25 190:6,21
191:1,20,22 192:3
193:3 253:9,10,15,17
289:18 318:24 319:1,

5,6,23 320:8,13,15,
19 327:17 329:7,8
330:9,11,14 332:4
333:3 337:4 339:17
340:10,16 349:19
352:3

**Lyft's** 186:20 187:2
191:2,9 330:19
345:18

---

## M

**M-** 380:12

**Mac** 358:24

**Macdonald** 345:2
347:15 351:4,22
354:5 358:2,23

**made** 53:24 110:16
113:5 121:6 125:8
139:10 141:21 155:8
176:18,22 178:5
211:14 212:1 216:11
219:25 220:10 221:2,
5,23 222:1 237:20
244:22,23 268:22,25
276:2 280:14 281:13
300:20 317:4 341:6,
14 366:24 372:17
375:5,24 407:12
409:9 411:6,16 412:6
416:24

**Mads** 384:17,19,20
385:20 386:3,8
387:20 388:16 389:24
390:16 391:13,17,23
393:3

**magnifying** 229:11

**main** 253:17

**maintain** 141:11
150:18,21 151:22
152:1 252:20 314:22
315:13,16 316:1,13
317:22 324:2 395:8

**maintaining** 315:6,14
316:9 317:19

**major** 65:16 80:13

**majority** 246:7,8
247:8 255:8 288:15

**make** 39:11 41:1 44:7
69:4 90:5 93:4,24
108:4 110:2 111:5,21
112:24 115:15 119:3

126:14 134:9 138:25
142:8 161:25 197:20
207:4 215:1 229:7
230:2,18 248:14
254:15 268:7 307:22
310:13 334:22 340:6
355:10,24 361:1
373:19 377:6 381:23
388:21 408:11 419:17
**maker** 105:4 108:3
112:16
**makes** 98:14 124:17
128:18 137:4,21
152:19 278:18 375:18
**making** 91:5 107:10
109:10 111:15,16,18
113:18,19 115:24
118:6,15 122:7
124:16 135:22 136:5
151:6 280:20 305:22,
24 407:18
**manage** 92:1,7 395:9
**managed** 268:6
**management** 28:1,11
30:12 31:2,5,7 52:4
53:6 55:15 87:14
92:7,12 94:3 115:8
119:10 163:3 167:1
186:9 191:4,11
256:11,12 281:13
392:7 411:9,10,12
**management's** 68:16
69:7 73:4
**manager** 109:7 112:3
**managers** 108:23,25
111:21 171:17
**managing** 92:11 124:19
273:6 403:20
**mandate** 341:1
**Manik** 345:5,7 347:12,
16 384:15 385:14,16,
22 386:14 387:12
390:5,19 391:21
392:10
**MAPC** 380:4,11,13
381:11,19 382:5,9,13
388:17
**MAPCS** 389:9 400:25
**March** 25:7 71:16,17
105:10,22 121:1
123:13 124:3 136:10
140:2 141:6 378:18,

21 379:11 390:19,24
393:13 398:8,15
399:24 400:17 401:2
402:9,13 403:7,10
420:9,12,22
**March/april** 196:6
**margin** 65:25 87:2,4,
5,12 128:3,10 130:4
139:18 140:6,18
141:3 142:16 144:25
145:1 150:20,25
151:9,12 208:16
266:17,19,24 279:19,
20 280:22 281:11
298:16 299:6,8 302:6
303:18 306:5,8
311:15
**margin's** 280:12
**margins** 38:8 140:22
**mark** 14:20 147:15
297:20 367:22 376:6
384:10 395:15 424:14
**marked** 14:22 19:4
70:9 105:6 126:23
143:4,8 147:17
152:23 153:2 205:22
228:13 250:8 254:5
263:13 287:14,16
295:23 297:23 318:13
325:16 344:6,11
360:12,15 367:24
368:3 376:9 380:20
384:13 395:17,22
405:6,7
**market** 25:22 118:25
157:3,4,6 158:7
189:21 190:1,13
255:5 282:22 308:23
336:13 343:15 353:1
397:21 420:20 422:3,
5
**market's** 189:22
**market-maker** 421:18
**marketing** 209:5
224:10 227:4 267:1
276:19 343:3 353:3,4
**marketplace** 157:11
187:5 251:21 259:19,
20 261:3,9 269:20
280:24 282:9 290:4,
6,10,23,24 291:2
292:20 293:18 300:22
306:9,12 322:6,12,

15,16 323:5 333:9
341:2,25 342:2
343:17 392:14,15,18
**markets** 83:15 141:9
233:18 239:5 240:5,
11 244:15 248:20
249:18,24 255:3
261:17 356:14 399:8
**marking** 19:2 70:7
105:8 126:20 206:2
228:15 250:9 254:2
295:20 325:11 380:8,
17
**Mary** 256:8 380:11
**massive** 391:2
**match** 317:21 358:20
362:9
**matches** 310:2,5
**matching** 25:5
**material** 99:5,17,21,
23 100:2,5,11,14,16,
19 101:3 103:10
154:24 244:19 245:5,
13,20
**materials** 28:17 31:18
32:18 200:15 352:12
392:7
**math** 86:10 211:8
241:1,12 275:22
309:2 311:5 312:9
328:10,14,15 369:5
**matrix** 121:14
**Matt** 74:12,16 351:4
**matter** 8:4 64:14
94:18
**matters** 75:22 76:21,
22
**mature** 261:17
**MAU** 392:2,5
**MAUS** 389:25 390:3,12
**MAWS** 390:2
**max** 37:2 353:21
**MBR** 150:22 151:4
250:10 255:25 256:2,
6,7 287:18 289:2
290:18 319:12 385:17
386:16
**MD&A** 69:12,13,16
73:18,21 110:5
**mean** 12:6,9 21:21
23:3 24:14 25:18

26:15 28:3 31:15
33:23 36:7,12 38:14
48:4,8 49:3 55:8,11
57:21 59:11 62:5
63:8 65:7 69:21
75:17 77:4,9 82:6
85:17 90:16 92:6
96:13 104:18 109:1,
16 111:13 112:10
125:25 131:19 135:10
142:21 145:20 146:1
150:8 162:17 164:12,
25 170:14 173:9,23
175:6 176:25 180:20
181:13 192:15 193:17
194:20 196:15,17,18,
21 201:18 208:20
213:16 219:6 220:24
223:3,20,21 225:3
226:11 227:2 228:6
229:5 232:16,23
234:19 237:7 242:23
245:18 249:20 253:7
256:20 258:6 259:2,
16,19 260:18 261:5
265:2 273:25 274:3
275:12 278:16 281:8
282:6,19 286:6,14,20
290:1,19,20 298:9
299:2 302:9,23 303:1
305:18 307:15 308:13
311:20 312:9 314:10,
18,20 321:20 322:2
324:18 325:7 326:14,
21 328:21 329:1
333:20,24 337:23
338:12,24 341:24
343:13 345:20 350:16
352:20,24 353:8
355:5 358:20,22
359:17,21 360:2
370:2 371:25 373:24
374:1,12 375:20
377:10 380:23 382:20
385:10,25 386:18
387:20 389:3 397:24
404:14 405:4 407:24
412:15 414:23 418:21
423:20

**meaning** 26:17 87:7
158:23 159:2 167:11
204:16 258:8 269:13
308:14 358:24 412:20
423:15

**meaningfully** 321:13
**means** 43:17 131:24
132:3 137:23 154:6
167:4 212:15,21
214:9 215:9 220:25
222:20 223:14,16
226:24 228:9 233:23
246:17,20 256:19,21
257:2 269:12 276:8
286:4 299:4 319:21
326:15 329:17 330:5
332:2 349:9 353:12,
13 356:3 374:2 386:3
389:2,15,19
**meant** 28:13 64:20
83:10 91:9 96:25
132:2 201:5 228:19
252:12 257:13 324:2
352:20 389:11
**measure** 82:13,14
84:10 85:18 86:13
87:15 125:15 157:2,8
158:5,6,24 163:2
234:24 235:11,12
236:4,9,10,12 239:24
272:8,12 360:6
**measured** 359:1,5
**measurement** 94:3
**measures** 90:18 91:7
100:9,10 108:16
121:3
**medications** 12:20
**meet** 22:19 61:25 82:3
215:9 421:10
**meeting** 21:25 22:3,7
60:25 61:1,6,14
62:5,25 63:23 64:18,
19 66:8,19 71:21
72:3 75:12,15 76:8,
10,12,16 136:14
237:4 247:15 265:23,
25 287:20 290:21
319:10 393:4,14,25
394:16,21
**meetings** 22:4,8 31:9
58:2,4,8,13,16,17,
19,21 59:3,6,9,13,
20,23 60:5 61:3,9,
11,12,13,17 62:3,6,
11 63:3,12,22 64:3,
4,14,22 65:19 66:4,
5,13,15 67:5,23
73:16 74:23,24 75:4

80:17 112:14,17,18
113:5,7 114:9 115:10
129:19 264:10 265:3
393:16,21 394:22
405:24 409:15
412:10,22 413:13
414:3,6 417:5 418:3,
11,12 419:2,7
**meets** 119:22
**member** 57:22 66:21
206:23 393:19,25
394:3
**members** 32:20 56:8
57:23 67:3,22 73:23
74:2,6 75:19 77:14
113:8 174:6 191:15
411:9,12
**memo** 105:16 106:6,9,
14,15,23,25 107:9,15
123:18 135:13 136:9
152:11
**memorized** 51:18
**memory** 10:23 23:18
24:10 27:5 35:22
37:9 38:15 51:17
59:1 74:5 87:23 88:1
104:6 120:4 137:1,10
138:17 140:21 154:8
166:10 199:2 333:7
**memos** 107:5
**mention** 42:1 322:18
**mentioned** 21:13 27:19
30:11 31:12 39:16
41:2 55:10 61:13
64:24 66:3 68:23
79:12 80:2,5 85:6,7
87:20 95:1 103:3
139:7 200:10 222:24
241:17 242:4 249:10
252:6 265:7 267:7
270:20 276:12 278:8
295:8 308:18 317:20
328:21 346:5 352:8
356:12 371:22 416:21
418:9 419:22
**mentioning** 12:4
101:10 130:24 150:17
399:14
**mentions** 108:23
289:22 349:22 352:3,
7 356:2
**Mercury** 285:11

merge 26:12
merging 422:16
merits 155:1
message 29:16 344:16
  391:17 424:7,8
messages 22:12 33:15,
  17,20,23 34:3,17
  35:6 422:25 423:12,
  13,15,22
met 67:3
methodologies 421:22
methodology 214:21
methods 421:2
metric 77:18 78:5
  82:12,14 84:25 91:21
  92:7,14 94:1,10,17
  159:24 162:18 380:10
  392:6 401:19
metrics 66:1 79:19,20
  81:15,16,18 82:23
  83:6,20,25 84:2
  85:10,12,13,14,17
  86:16,18,19 87:18,19
  88:5,10,11,12 89:18,
  25 90:4,6,14,25
  91:1,7,15,16,21
  93:1,8,13 94:23
  117:20 143:13 198:19
  216:14 310:12 373:14
  381:11,19 395:23
  396:17 397:10 403:25
  404:1
mics 11:20
mid-/long-term 353:6
mid-february 348:13
mid-january 340:25
mid-march 201:3
mid-may 202:1
middle 119:8 124:13
  219:17 311:15 373:25
midterm 348:1
midyear 148:18
million 43:14 44:3
  52:10 148:25 149:8,
  11 213:25 214:13,14,
  15,22 215:16,17
  274:10,19,21 275:3,
  4,9,12,15,18 279:20
  296:20,25 297:2
  314:17,20 315:20,25
  328:5,12,17,18
  361:18 365:22 366:17

369:13 371:19
  374:10,17 378:12
  379:10,11,12 401:3,
  6,7,8
millions 314:10
  361:20
mince 77:22 78:4
  416:19
mind 72:14 86:22
  95:18 151:21 171:16
  256:16 320:8 327:2,6
  346:25 357:17 374:14
mine's 91:12 211:20
minimized 322:16
minimum 247:8
minus 215:21 277:16
  377:21
minute 173:21 238:13
  306:24 387:7
minutes 26:19 27:5
  44:13 63:13 350:8
  419:19 424:11
misleading 355:18
  356:12
misread 145:12
missed 49:21 148:25
  215:15,16 266:19
misses 365:22 374:11
missing 128:22 138:19
mission 294:5
misspelled 385:23
misstatements 406:23
  407:3,5
mix 244:15 248:20
  249:18 373:23 374:1,
  3,6,7 393:5
mixed 152:10 357:10
mm-hmm 11:18 96:2
  106:10 116:23 119:19
  128:24 133:13 134:1
  135:19 136:16 141:4
  142:12 149:23 150:5
  151:1 156:24 200:13,
  17 210:19 236:20
  238:21 241:22 253:14
  273:18 290:16 291:6
  294:4 298:23 304:3
  321:3 326:12 332:16
  337:8 344:18 360:24
  363:16 392:24 393:7
  397:15,19 399:5
  402:20

mode 40:23 276:8
  312:25
model 131:9 278:7
  291:2 413:22 415:13
modify 68:15
modifying 340:23
moment 44:16 81:1
  156:6 179:10 205:17
  266:1 281:4,5 287:9
  308:5 344:3 354:8
  357:11,13 367:13
  424:17,25
moments 317:20
money 44:10 52:4
  126:14 306:11 333:5,
  6 352:18
moneys 352:9
monitor 185:8 186:20
  187:1 336:17 353:1,
  22 359:22
monitoring 92:13
  163:22 164:9 355:7
  359:20
Montgomery 8:8
month 15:15,16 48:11
  62:17 120:14 148:19,
  20,22 150:4 195:8
  213:5,7 264:4,5
  265:13,16 266:17,18,
  25 268:5,12,25
  269:22,23 275:19
  276:1,14 277:14
  281:13 282:10
  314:12,13,18,21,22
  315:18,20,23 316:1,
  21 328:19 346:20
  370:22 377:2,3
  378:12 379:10 422:4
  423:2,4
monthly 30:21 60:8,
  18,19 62:3,4 64:24
  65:3,20 77:18,21
  78:5 79:6,11,21
  86:21 113:4 119:22
  166:10,21,24 174:20
  175:8 186:11,15
  191:15 256:9 263:16,
  23 264:1,8 265:20
  300:21 314:8 315:22
  319:13 325:12,19
  345:25 370:20 376:11
  380:9 385:19 395:23

396:8,16 397:10
398:11 406:3 407:15
408:20 409:8,14
**months** 27:12,14
262:13 268:24 331:11
372:17,24 399:10
403:14 404:12 413:9
423:3
**moot** 98:15
**morning** 8:21
**mouth** 29:13 414:19
**move** 11:15,25 16:17,
18 54:15 113:22
125:4 201:14 233:12
250:5 277:3 281:1
297:17,18 318:11
326:8 356:22 365:5
**moved** 63:9 200:18
**movement** 52:4
**moving** 194:12 356:14
**MPI** 189:5,20
**multiapp** 255:7
**multimonth** 341:1
**multiple** 73:15 88:15
177:24 213:20 240:1
300:11 328:21,24
342:17 349:5 357:18
419:10 422:4
**multiples** 421:24
**Murray** 285:11
**mute** 11:19

---

## N

**NA** 150:6,7
**name** 8:9 47:13 49:20
187:15 424:2
**names** 33:3
**narrative** 128:21
129:8
**narrow** 60:2 77:11
99:10 144:15 159:6
211:21 227:21
**nascent** 188:13 282:8
**national** 359:19
360:1,5,6
**nationally** 359:25
**native** 367:6,7
**naturally** 302:14
**nature** 30:23 32:4
35:3 40:12,15 44:10

111:15 112:16,17
146:10 170:10 414:10
**necessarily** 29:22
62:12 75:17 101:7
111:13 113:16 161:3
165:8 175:5 189:1
197:23 277:24 280:13
281:8 386:12 406:16
**necessary** 166:5
352:9,22 415:2
**need** 49:25 63:20
70:23 86:12 101:8
103:17,20 110:1
111:10 113:14,20,21
117:25 118:9,18,22
119:2,5 132:3 150:21
151:5 171:1 193:21
201:2,25 206:10
232:17 252:15
259:17,22 260:9
277:9 312:16 350:25
358:25 414:16
**needed** 54:13 67:6
90:5 91:16 112:3
155:8 194:21 195:4,
18 198:14 199:8
224:17,19 225:11,18
317:22
**needs** 61:14 314:22
**nefarious** 134:22
**negative** 128:20
129:3,7,20 130:14
139:21 140:6,8,19
142:9,11,15,19
145:1,6 149:7,11
248:16 260:5,8,19
270:6,9 272:4,5
274:13 275:3,4
279:20,22 281:18
282:4 299:19 326:13
361:14 362:4 363:20
366:15,17 368:19,25
371:19 374:10 378:22
379:11,12
**negatively** 128:11
141:7
**neglected** 207:10
**negotiated** 52:1
**negotiation** 45:20
**Nelson** 46:8,9,12
47:21 54:19 57:24
61:7,22 62:12 63:2,

12 64:2,4 68:5 78:22
120:11 124:19 129:15
144:4 148:2 174:24
206:23 264:24 345:4
347:12,16
**Nemo** 109:3 302:8
303:13
**net** 65:25 79:18 82:15
84:4,7 85:7 86:17
88:22,23 89:11 96:8
208:15,23 212:12
214:20 215:16 217:6
218:1,2,14 235:25
236:3 266:15,16,19
267:3,14,21 270:10,
21 272:8,9,15 273:20
274:21 299:5,6,8
303:18 306:4,8,15
329:22,24,25 342:21
365:20,24 366:17,21
371:18 373:15 374:9,
13,14,15 379:9
**never** 265:2,4 379:20
387:22 391:5
**newer** 302:14,17
**news** 150:16 332:25
**nice-to-have** 95:15
**nine** 255:2 282:7
383:6
**nine-hour** 424:14
**nod** 10:9
**noise** 209:24
**nomenclature** 277:9
**non-** 274:3
**non-audit** 393:24
**non-gaap** 81:15,18
82:4,8,12,17,23
83:6,25 84:2,9,25
85:12,17,25 86:11,16
87:6,8,13,18 88:5,
10,11 89:18,25 90:4,
6,14,18,25 91:6 92:7
93:1,8,12,13 94:1,3,
10,23 272:8 273:5
**non-profitable** 167:13
**nonetheless** 363:19
369:10
**nonfinancial** 408:8
**nonfull-time** 49:17
**nonrecurring** 274:1,4,
6,8

nonverbal  10:9
normal  87:9 88:7
  200:3 291:1 300:15,
  23 301:9 331:24
normalization  86:9
normalized  288:14
North  150:9
Northern  8:6
notable  336:16
note  128:7 139:15
  285:12,20 289:13
notebook  38:24
noted  8:11 215:25
  340:5 373:10
notes  37:15,17,22,25
  38:2,8,11,13,17,23
  39:11 115:10 123:9
  285:6 324:10,11,15
  325:1
noting  192:22
November  250:10
  402:1,22 403:4
NPI  329:5,7,17
nuanced  387:24
number  8:7 42:7 43:11
  52:11 67:4 71:4,7
  83:20 86:5,6,12
  127:24 211:10 212:12
  213:8 221:14 224:5,9
  226:14,15,22 227:12
  230:3,4,19 241:13
  244:4 251:12 252:16
  268:11 270:15 282:9
  297:4 301:14 304:8
  306:15 310:2,5
  312:23 328:14 343:7
  345:21 356:13 362:14
  388:22 408:6
numbering  357:10
numbers  38:21 51:25
  87:8 90:8 103:23,24
  139:14 147:23 196:9
  198:15,18,21,23
  199:3,20 200:4,12,21
  201:5,6,16,21 202:3,
  12 205:5,13 210:23
  218:5 224:22 225:1
  226:20 231:21 232:5,
  6,12,14 235:4 237:18
  238:12,25 239:17
  241:11 247:1 279:24
  283:20 284:6 302:4

303:21,23 306:18,25
308:21 311:17 314:10
317:21 320:24 333:14
347:13 371:3 372:4
378:10 379:16,18
380:25 381:18
398:16,17,20 400:16
402:5,6 403:4,7
nuts  329:10

---

O

oath  8:18 14:7,12,15
object  192:15 334:21
objection  30:17 31:23
  33:10 34:5,9,19 35:7
  36:4 48:3,14 54:4
  55:4 66:25 71:23
  73:12 75:16 76:14
  77:8 80:11 83:7
  87:22 88:13 89:20
  90:2,15 91:2,18
  92:16 94:7 96:12
  97:22 99:3 100:22
  101:13,25 102:16
  103:15 104:5,17
  107:3 109:15 110:7,
  19 111:12 112:11
  113:1,15 115:16,25
  116:25 117:21
  118:10,20 121:7
  124:25 125:14,19
  126:12 127:9 128:25
  129:9,24 131:1,20
  132:19,25 134:5,17
  135:9 136:22 138:5,
  12 140:10,20 143:14
  144:11 145:12,21
  148:6 149:14 151:13
  152:4 153:13 155:9
  157:7,18 158:13,19
  159:10,20 160:1,17
  161:9,19 162:8,25
  163:11,14,24 164:7
  165:10 166:9,19
  167:5,19 168:20
  169:12,18 170:12,19
  171:9 172:4,21
  173:8,18 174:8
  175:2,24 176:10,24
  178:8 179:22 180:12,
  19 181:12,25 182:8
  183:3 184:1,18

185:6,16 188:11
190:8 191:5,12 192:4
193:13 194:25 196:16
198:10,24 200:6,23
201:19 202:13,23
203:1 204:13 208:1
209:11 211:2 214:17
215:13 219:1 220:1,
13 221:7 223:7
224:18 225:4,12,19
226:3,17 227:25
228:7 229:21 231:10,
24 234:22 235:9
236:24 237:21 239:8,
15 240:12,25 241:7
242:7,22 243:15
244:20 245:7,14,22
246:15 247:10,22
248:4,24 252:17
255:13 257:8,20
259:15 260:3,6,21
261:7 262:8,19,24
267:16,25 270:2
271:2,20 272:23
274:22 275:6,21
277:23 278:13 279:8
280:7 281:2 282:18
283:22 284:24
285:15,24 286:17
292:16 293:7 294:18
295:14 296:10 300:17
301:3,19 302:22
305:20 307:19 308:25
309:19 310:9,25
312:17 313:13 314:25
316:3 317:5,15,24
320:10 322:3 324:3,
24 326:19 327:22
328:6,20 330:21
331:13 333:16 334:1,
18,22 335:6 336:9
337:22 338:11,19
339:24 340:1,11
341:16,23 343:12
345:19 346:9 348:11,
21 349:3,11 353:10
355:19 356:4 362:6
363:2,22 364:17
365:12 366:23
369:12,23 370:9
371:6 372:14 373:8
375:6 376:1 377:12
378:14 380:5 382:11
383:14 384:5 385:9

386:17 388:12 389:20
390:8 392:4 393:9
394:12,25 395:11
396:11 398:10
401:10,21 402:8
403:12 410:13,17
413:16 416:9 417:2,
20 419:4,9 422:18
423:7,25 424:9

**objection's** 340:4

**objections** 164:18
415:6,18

**objective** 117:14
129:15

**Objectively** 76:15

**obligation** 22:16
116:9 143:17 415:21

**obvious** 57:4 121:18
374:16

**obviously** 11:5 35:21
64:13 95:18 114:11
143:15 298:21 301:13
314:13 338:15 383:4

**occur** 51:1 64:14
408:19

**occurred** 66:24 75:14
120:23 295:13 301:1
413:13

**occurring** 261:9
333:24 349:2

**occurs** 83:1

**October** 42:14 44:22
53:25 73:25 207:11,
12,13,15 243:7 254:6
255:11 263:16 267:4,
14,19 268:21 273:16,
21,22 274:7,10,11
275:1,5,15 280:5
337:6 399:7 400:22
412:10

**odd** 215:20

**offer** 26:2 42:9 54:12
321:12

**offered** 29:9

**offering** 12:5,6,8
168:8,18 178:6
406:22

**office** 64:16

**officer** 45:5,13 46:9,
17 47:24 54:23,24
55:6,11,17 120:10

**officers** 56:10

**official** 393:19

**officially** 133:23

**offsite** 206:3,15,16,
17 228:15 295:21
297:24

**okay** 9:1,4,7,19
10:10,17,18,19,24
11:7 12:4,11,15,23,
25 13:5,9,14,23
14:2,6,11,19 15:1,
10,14,22 16:4,19,25
17:14,19 18:5,13,21,
24 19:6,8,12,19
20:1,4,20,23 21:1,5,
8,13,15 22:15,21
23:1,10,17,20 25:10,
12,14,25 26:15,20
27:18 28:10,14,22
29:4,7,19,25 30:2,7,
9 31:6,12,15 32:25
33:13,20 34:8,17
36:10,17,22 37:12,
16,25 38:3,14,23
39:6,9,11 40:3,8,12
41:8,20 42:10,22
43:23 44:1,4,7,12,20
45:24 47:5 48:18
49:20,23 51:10 52:15
57:12,13 58:11 59:5
61:18 63:7,21 64:21
65:22 68:25 70:2,7,
16 71:9,19 72:8,12
73:10 74:9,20,23
75:5,8 76:19 77:1,22
78:7,10,14 79:1
80:5,24 81:5,8,13
83:3,12,20,24 84:5,
19 85:5,10,16 87:16
89:5,11 91:12 92:20
93:21 94:6,14,25
95:8,13 98:17,18
99:18,24 100:15
101:6,19 105:8,18
106:5,8,18,20 107:23
108:9,13,21 109:4,25
110:22 111:1 113:19
114:13 116:24 117:5
118:3 119:5,7,20
120:9 123:25 124:9,
13,23 125:4,12,17
126:17,20 127:1,14
128:1,6,7 129:2,6,14

130:10,12,24 131:3,
11,16 132:15 133:10
134:2 136:12 137:19
138:22 139:1,4,14,25
140:8,13,15 141:1,5,
15,20,25 142:4,8,10,
11 143:2,23,24
144:4,22 145:4,17
146:4 147:14,25
148:1,24 149:7
150:10,15,16 153:9,
22,25 154:11,18,19,
21 155:14,20 156:20,
23 157:21,24 159:6,
24 160:14,20,25
161:23 162:20 163:8,
20 164:15 166:6,17
168:15 170:6 171:4,
15,20 172:9,11,18
174:4,16,23 175:21
176:5 178:2,24
179:6,15,20 180:10
181:1,9 182:13,18
183:19,22 185:11
186:6,12,22 187:3,8
192:10,18,24 194:6,
20 197:18 198:4,5,8
199:6 202:10 203:10
204:3 206:1 207:2,8,
14 208:9 210:2,5,8,
10 211:11 212:3,10,
13 213:9,22 214:24
216:2,17,25 217:5,7,
16 218:1 219:20,21
220:16 221:12 222:4,
16,21 223:15,23
224:4,15,25 225:16,
22 226:8 228:22
229:4,17,25 230:2,
10,17,20,21 231:16
232:10,17,19 233:3,
5,13 235:17 237:25
238:17,22 239:4
240:17 241:4,16,21
243:22 244:6,7,11
245:10 246:23 247:18
249:12 250:3,17,18
251:2,13 252:5,23
253:19,24,25 254:1,
19,21,22 255:10
256:5,15 257:17
258:6,15,18 259:7
261:11 263:15,23
264:7,10,15,20

266:1,4,14 267:3,7,
14 268:3,23 269:10
271:6 273:13,15,16
274:3,17,25 275:2,9
276:12 277:21 278:5,
8 279:16,17,22 280:3
282:14,24 283:9
284:2,3 285:5 286:6,
12 287:21,24 288:7,
10 289:1,4,13,21,24
292:5 294:12 296:9,
13,16,24 297:16,19,
20 298:3,5,8 299:15
301:11 302:5 303:10,
17,21 305:3,5,6
306:4,24 307:14,24
309:5,14 310:3
311:9,13,23 313:18,
21,23 314:4,12
315:19 317:1 318:11,
15,19 319:19,20,24
320:2 321:6,10
322:10 324:14 325:9,
10,18,25 326:4,9,16
327:9,11 328:2,10
329:13,20 330:7,17
331:9,22 332:9,13
333:8,19,22 336:3,4
337:5 339:2,6,20
340:3 341:12 342:13
343:21 344:1,10,24
345:4,9,12,13,15
346:7 347:8,10,11,21
349:18,22 350:22
351:2,13,15,16,17,24
352:3,7,15 353:2,16
354:10,12,17,21
355:1,2,3,11,17
356:8,18,22,24
357:15 358:6,9,10,
11,12,14,17 359:7,9,
11,16,20 360:9,19,25
361:8,10,13,17,21
362:20,24 364:8,14
365:17,23 366:13,17
367:21 368:7,14,18
369:2,8,16,21 370:12
371:17,22 372:9
374:21,25 376:3,5,
13,17,23 377:4,18
378:2,6,9,10 379:9,
25 380:2,3,15,17,21
381:9,10,21 382:2,9,
15,19,21,22,25

383:25 385:6,16,24
386:11 387:4,17
388:16,20 389:17
390:7 391:1,4,8,11,
15,16,22,23 392:2,
20,23 393:24 394:10
395:3,7,15,19,20,22,
24 396:13,16,24
397:4,7,9,13,16,20
398:16,25 399:3,20,
23 400:2,11,12,25
401:2,7,15,19,25
402:16,21 403:24
404:3,9 405:13 406:8
407:9,25 408:22
409:3,22 410:2,10
411:15 412:11 413:3
414:8,25 415:14
417:10,16 418:6,20
419:20 420:17 422:23
423:4,19 424:15,21
**older** 95:22
**omissions** 406:23
407:5,7,8 411:4
**once** 39:24 40:4 154:4
**one** 8:8 9:5 11:2,7
16:22 18:21 23:25
24:11 37:9 40:17
43:14 44:16 53:6,24
54:6 56:3 59:17 62:7
68:19,23 70:14 81:1
84:12 85:8 88:23
90:23 91:25 92:8,17,
21,22 94:2,5 95:10
98:3,7,15 100:13
103:16,17,21 109:16
111:2 113:3,7 122:17
123:21 125:4,15,17
126:1,6,14 127:7
141:20 144:16,19
146:22 156:6 157:8
158:5,20,23 159:11,
21 160:3,5,7 161:11,
17 162:15 163:2
172:5,6 174:1 178:22
179:10 181:14,19
182:1,9 189:10
202:11 205:17 206:20
237:9 240:2 243:5
248:6,10 251:14
252:24 253:10 261:23
263:11 269:22 270:9
271:22 277:14 282:21

287:9 292:14 294:21
298:20 309:17 312:19
313:12,14,15,20
315:7 316:6 318:4,11
323:13 324:6 327:12,
13 328:13,19 331:10
335:10 343:23 344:3,
17 345:21 346:3
347:19 351:13 354:12
357:1 360:23 361:16
367:13,19 370:25
375:9 376:14 385:14
386:20 389:1,4,7
393:20,22,23 399:7,
13,14 402:1,21
406:25 416:10,11,12
418:11 422:3 424:17,
24
**one's** 98:1 365:25
399:10
**one-on-one** 62:12
**one-on-ones** 62:9
**one-time** 145:10,15
146:2,7
**ones** 30:11 32:8 34:8
66:9 79:19 86:22
95:3 103:3 173:10
265:5 398:25 399:21
410:21 414:6
**ongoing** 103:1 131:5
195:22 294:22 348:12
**open** 10:15 324:6
**operate** 52:4 53:5,7,
22 54:13 165:21
276:6 294:20
**operated** 328:22
**operating** 79:20
85:13,14 86:18,19
87:17 88:12 90:6,14
91:1,7 105:3 107:16
108:5 112:15 117:15,
20 120:10 121:19
122:7 135:22 136:5
158:6 159:2,3 184:3
187:24 193:18 216:14
276:5 282:6 380:10
383:11 384:2 392:6
395:7 403:25 404:1
414:16 417:17 418:25
**operation** 413:5
**operational** 118:24
276:2,14,20 340:19

372:18
**operationally** 322:4
**operations** 51:19
68:18 69:8 73:5
82:15 119:11 168:6
244:21 410:4,11,12
411:1,7,17,25
412:18,21 413:10,14
415:3,8 416:5,25
418:4,5,8 419:14
**OPEX** 276:19
**opining** 143:19
**opinion** 143:16 195:5
317:7 379:19
**opinions** 291:13
**opportunities** 118:25
163:5 276:6 296:24
**opportunity** 179:25
180:5 296:16
**opposed** 10:9 152:2
187:23
**opposing** 28:21
**opposite** 261:1
**ops** 288:19 291:11
293:23
**optimize** 356:19
359:25
**options** 42:1,10
**order** 129:18,19
130:13 149:9 150:20
154:5 195:19 314:22
321:11
**organization** 110:1
**organizations** 109:22
152:18
**organized** 58:13 168:5
**organizes** 58:15
**original** 78:2 172:1
276:13 278:7 279:12
283:24 307:10 350:2
351:5
**originally** 97:19
201:18
**outperform** 97:15
**outperforms** 96:4
**outs** 139:21
**outside** 26:9 41:12
49:17 59:5 64:18
158:25 168:20 192:8,
22 278:13 279:8
292:16 293:7 295:14

326:19 330:21 334:18
336:9 410:15,16
411:1
**outsourced** 49:24
**outspending** 318:24
**overnight** 371:4
**oversee** 45:14
**overstated** 307:18
**overview** 216:21,22
**owe** 414:14

---

## P

**P&l** 246:1 361:5 367:4
368:16
**p.m.** 156:5,9 179:9,13
205:16,20 287:8,12
344:2,8 367:12,16
424:16,20,24
**Pacific** 8:3
**package** 122:9,20,24
135:15,25
**packet** 65:20
**page** 17:19 18:2
19:13,20 70:14 71:3,
10 119:17 123:8
124:12 127:22
131:11,12,15 139:2
140:25 149:21 154:4
212:3 216:18 220:17
226:5 230:7 232:14
233:13 250:14,15
251:24 252:2 254:17,
18 266:5 274:25
279:16 282:14 287:24
297:12 298:5 307:24
313:22 326:4,7
332:10 337:3 339:10
340:18 344:20 345:14
346:10,16 356:9
361:1 363:19 367:19
368:6,14 377:5 378:3
379:16 381:16,18
385:6 387:18 389:23
391:14 392:22 397:6
399:4 401:17 402:16
408:1
**pages** 15:4 70:15
**pair** 409:9
**pan** 280:25
**papers** 40:10

**paragraph** 109:6 125:6
128:13 137:17 140:14
141:23 144:9 145:4
345:10 349:25 350:20
355:3 356:11,13
358:18
**paragraphs** 19:17
**parens** 214:6,8,10
215:7 364:3 365:4
366:6 379:12
**parentheses** 255:6
**parents** 391:25
**part** 25:19 45:9 55:2
57:17,19 60:11 77:12
80:23 81:23 87:4,6
109:16 110:8,10,14
133:17 142:20 143:20
170:15 172:22 182:24
184:21 185:3 189:2
190:9 193:8 200:14
203:24 204:1 236:1
244:23 245:6,21
272:24 277:6,22
278:6 292:19 342:10
354:7 374:5 394:6
409:19 411:10 413:17
416:13 418:23
**participant** 292:9
**participants** 190:1
202:18
**participate** 419:23
**participated** 406:17
**particular** 18:10,11,
13 22:24 32:19 37:5
57:19 59:15,17 60:16
63:5 66:21 67:17
74:3,18 94:1 111:9
114:15 117:5 129:2
157:4 158:6 165:18
166:3 168:7 189:17
193:22 206:10 233:18
273:1 284:25 289:25
343:7 360:7 405:13,
14 414:13 416:15
**parties** 20:6,19 21:4
29:10 35:14 36:7,14
**partly** 330:13
**partner** 53:17
**parts** 122:17 164:13
184:22 244:19 245:13
356:14 410:4

pass 383:8 395:4
passenger 406:23
  407:13 408:14,17
  409:10,13,19,23,24
  412:13,17 418:6
past 56:13 255:2
  298:13 324:1 339:17
  340:16 364:3,5
path 129:17 145:10,15
paths 422:15
patient 352:21
pause 52:14 220:21
  356:25
pausing 186:22 221:9
paying 210:12
payments 209:20
PDF 396:8,22
peak 320:6
peers 421:23
people 9:12 35:1
  46:22 50:19 53:20
  54:17 64:22 69:11
  74:7,9 79:7 97:11
  103:18 108:10 113:4,
  6,19 147:12 172:6
  193:9,20 265:11
  268:18 349:13 355:7
  393:10 414:4
percent 44:1 139:21
  140:1 141:17,18
  142:9,11,15,19
  144:25 145:6 149:12
  189:22,23,24 207:24
  208:5,9,11 217:12,
  13,18,21,22 218:2,
  17,18,21,25 219:15,
  17,18,19 224:9,11
  226:13 227:10,23
  230:5 231:22 232:2,3
  233:17,19 234:7
  235:2 239:6,13,18,19
  240:23 244:8,9
  245:11,15,19 246:6,
  8,12,19,22 250:2
  251:5,20 257:7,18
  266:20 267:15,17,21
  269:7,9 274:19,21
  275:8 276:15 277:2,
  7,15,16 281:19,25
  282:4 283:18 284:1,
  4,5 299:12 307:10
  308:10,11,20,22

309:17,21 310:7,16,
  20,24 312:7 314:19
  318:23 321:1 326:17
  327:13 332:17,18
  334:15 335:17,21
  336:6 337:7 345:21
  377:11,21 378:12,18,
  20,22 382:6,14
  398:9,21 399:25
  402:14 403:11,14
percentage 43:20,23
  139:15,16,22 210:24
  211:1,3,7,8 218:9
  227:8 241:13 242:13,
  15 249:4 257:11,14
  267:7,11 282:2
  299:16,17 304:5,14,
  15,18,19 308:9,11
  309:9 311:21 314:8
  315:20,21,22 335:3
  398:2,6
percentages 284:8
  337:24
perceptions 321:11
perfectly 10:24
perform 26:4
performance 42:23
  96:5,6,8 109:11
  114:2 136:1 138:25
  281:17,23 282:16
  318:22 360:5 422:6,9
performed 139:22
  406:13
performing 96:11
  97:20 98:1
performs 96:3
period 35:23 43:16
  51:13,14 60:13 61:9
  62:14,21 63:15 66:23
  85:22,23,24 86:25
  87:1 96:3 104:12
  119:14 155:18 197:9
  200:25 213:20 272:4
  288:15 294:21 298:21
  313:5 318:2 326:21,
  22,24 331:4 333:20
  337:15,25 338:21,23
  339:5 340:16 346:19
  355:22,23 356:14
  362:8,15 363:8
  366:25 370:21 404:12
  406:4 413:9 422:3,19

periodic 64:4,17
  75:2,3,9 76:3 77:6
  85:17,25 112:9,14
  135:14 151:16 166:15
  212:23 407:14 408:19
  409:17
periodically 60:6,7
  62:1,2,14,19,20 66:4
  67:9 75:4 80:2,3
  123:3 136:24 138:3
  148:17 166:21 172:16
  174:15,19,25 175:8
  186:5,11,13,14 187:9
  191:14 282:20 394:2
  415:19
periodicals 77:4
  80:7,9
periods 86:9 89:1
  141:12 211:18,19
  269:19 297:8 301:23
  305:24 309:24 312:10
  313:4,7 320:7 321:15
  383:20 420:4
person 33:6,9 51:18
  55:12 59:15 108:10
  119:10 172:5,11
  228:8 284:25 342:10
personal 56:17 69:19
  95:14,18 102:3,4
  125:20,23,24,25
  155:23 157:19,23
  158:22 160:19 192:5,
  13,23 202:24 334:20
  410:18
personally 95:2
  126:15 158:17 159:8
  160:10,13
perspective 100:3,6
  133:15 147:10 183:14
  246:5 248:7 414:9
  418:25
pertained 22:17
pertinent 120:13
peruse 350:1
perused 31:18 33:14
Phelps 24:22,25
  420:13
phone 34:4 422:24
  423:1,13
photographic 35:22
phrase 138:20

**phrasing** 259:4
**picture** 29:2 47:9
282:11
**piece** 171:12
**pink** 377:9
**pinpoint** 33:8 124:15
186:3 191:24
**place** 8:8 36:1 68:13
174:1 193:21 197:15
**plain** 98:8
**Plaintiff** 8:16
**plaintiff's** 19:17
70:7 105:8 126:21
143:4 147:15 152:24
206:2,14 228:15
250:9 254:2 263:15
287:14 295:20 297:21
318:16 325:11 344:11
346:4 347:4,9 360:12
376:7 380:17 384:11
395:15,22 410:11,25
**plaintiffs** 8:23
406:21 410:3
**plan** 105:15 147:21
148:13,14,15,16,25
206:7 216:21,22
218:24 222:5,6,11,12
223:3,4 228:16
229:19 230:5 234:19
235:8 297:24 302:5
303:24 307:10 308:1
311:10 365:4 369:5,
6,21 370:1,3,8,10,15
371:20 372:4,5,6,7,
21 377:11,21,22,24
378:22 379:12
**planned** 372:23
**planning** 26:12 192:2
291:14,16
**platform** 84:17 85:2
87:6,12 104:7 105:4
109:9 113:21,22
116:19 119:11 121:3
140:5 141:7,16
144:24 145:1 152:2
277:25 318:16
383:13,16 384:4
385:11 392:12 397:16
398:4 399:8 400:9
401:5 403:21
**please** 10:15 11:12,
19,24 56:4 57:9

359:15 383:8 395:4
396:13 401:17 424:25
**point** 43:20 50:19
54:15 56:22 57:9
64:12 69:6 76:7 80:4
100:20,25 104:2
129:16 130:4 132:22
136:8 140:18 153:9,
22 155:5 163:4
164:15 165:17 181:20
194:3 195:1,11,24
197:21 202:6 205:6,
11 213:10,17 215:22,
24 217:10 220:4
221:23 222:17 225:25
227:9 229:5 232:9
233:11 234:2 235:13
236:7 238:2 243:12
245:12 247:21 249:2,
3,4,5 252:9,24 255:8
257:19 266:16 268:11
274:6,18 276:9
278:18 280:4,21
282:7,21,22 294:16
298:22 301:12,17
306:2 312:14,16
313:12 314:5,9
315:7,20,22 316:21
317:10 323:17 327:19
333:1 334:9 335:4
338:5,7 339:11 342:6
354:15 356:3,6,18
363:17 370:22
375:10,17 377:19
379:20 382:5 393:2
394:19 404:23 405:9
420:23
**point's** 227:21
**pointed** 316:10 418:5
**pointing** 20:6 232:15
291:3 348:7
**points** 150:3 218:9
233:22,23 234:7,17
236:18,22 244:14
248:19 249:4,13
266:17 279:22
308:10,11 315:21
318:5 327:12 332:13,
17,18,22 335:17
**policies** 55:14 68:20
**policy** 413:12
**pool** 14:10 41:6 253:3
288:13 289:8

**poor** 96:5
**poorly** 96:3,11 98:23
**portion** 236:7 272:6
273:3 278:19 351:9
**portions** 302:15 334:6
**pose** 95:19 169:11,17
170:9 179:21
**posed** 243:19
**posit** 79:25
**position** 45:4 65:6,7,
8,9,23 109:17,18
116:10 117:20 118:8,
17 125:8,12 126:9
141:11 149:22 156:23
157:1,2,3,16 158:3,
11,17 159:4,8
160:11,16,22 161:7,
18 162:2,6,24 163:2,
6,10,18,25 164:4,10,
14,16,17,21 165:12,
14,18,24 166:6,7,11,
17,22,25 167:3,22,25
168:8,19,24 169:8,
11,17 170:3,10,11,
13,15,18 171:8,25
172:3,19 173:7,12,22
174:2,5 175:1,4,6,
10,12,23 176:3,9,23
177:13,16,19,23
178:7,12,13 179:18
186:14,21,25 187:2,
4,6,10,22 188:10,18
189:5,16,23 190:5,7,
11,21 191:3,10,14,20
195:20 222:25 250:22
276:23 278:22
282:15,16 283:13,17
284:3,8 285:13,21
286:9 312:15,16,22
313:12 314:6,9,18,
19,21 315:24 316:1
317:20,23 318:4
319:1 324:2 330:8,9,
12,18,19 332:1,6
333:14 334:10,16
335:4,11 336:7,20,24
337:7,20,23 338:10,
13,18,21 339:4,5
345:18 347:13,16,20
355:9,10 360:7
**positioning** 63:24
**positions** 190:13

positive  128:12
  129:20 130:1,13
  248:16 269:23 270:20
  302:21,25
possession  221:4
possible  288:23
  307:17 343:24
possibly  257:19
post-ipo  51:16 52:24,
  25 294:16 353:2,4
  386:24
post-promo  330:4,13
  332:6
posted  378:10
potential  119:1
  162:17 163:9 164:16
  165:8,9 167:17
  175:19 185:15 191:3,
  9 383:17 409:20
  416:23
potentially  89:18,25
  307:18
Powerpoint  254:3
Powerpoints  27:23
  298:14
pre-  330:13 332:6
pre-ipo  51:15,17
  52:18,19,21 63:16,17
  66:4 78:24 79:5
  80:10 393:21 421:9
pre-ipos  78:12
pre-promo  330:4
predicting  353:25
prefer  94:21
preference  150:17
  151:25 152:5
premise  98:1
premium  285:11
preparation  16:9
  19:10 21:17 22:4
  32:6,7 36:13,20
  45:15 66:11 68:14
  73:11 91:3 162:3
  200:14 287:21 333:12
  423:22
prepare  21:8 22:24
  23:13,14 46:23 67:6,
  9 194:22 265:8,10
  277:7
prepared  21:5 28:1,11
  30:11 31:2,4,7 36:11

77:13 193:7,9,21
  194:15 195:10 197:25
  229:12 264:21 406:2
preparedness  194:18
preparing  19:16 27:4,
  9 30:1 32:21 33:1
  73:13 394:5 420:1,6
prepped  9:5
prepping  40:2
present  22:1 58:16
  66:23 76:10,12
  123:14 265:17 319:10
  393:13
presentation  150:18
  242:25 243:10 256:3
  261:15 265:17 273:5
  283:2 324:20 360:20
  366:18
presentations  160:23
  263:7 283:5,7
presented  54:1 59:13,
  21 65:21 95:21
  120:22 129:8 161:4
  191:19 219:24 221:5
  240:14 255:16,20
  256:2,11 264:12,24
  265:1,23 283:20
  284:6 319:11 337:24
  371:3 379:16 409:13
  412:3
presenter  15:3
presenting  197:2,4,6,
  7 325:3 372:4
presents  59:15
preserve  321:11
pressure  133:22
  224:12 228:5,6
  233:25 236:14,23
  237:12 243:18 285:9,
  14,22 286:8 299:4
  303:19 306:5,16,19
  308:3,14,23
pressures  141:8
  226:23 242:1 247:4
presume  222:1
presuming  339:4
presumption  185:17
  318:2
pretty  33:2 94:21
  230:12 268:9 420:6
previous  144:9 184:6
  197:21 268:25 300:3

335:16 346:1
previously  39:21
  177:10 186:24 410:21
price  25:20 26:1
  255:7 290:9 318:21
  322:13 341:3 420:22
  421:6,7
priced  293:19
prices  288:22 290:11
  341:9 387:24
Pricewaterhousecoopers
  48:23 49:3 54:9
pricing  190:24 288:20
  290:25 293:11
  294:24,25 329:5,8,
  18,19,23 330:3,12
  332:1,4,5,7 342:20
  374:3
primarily  208:23
  330:10 379:3
principals  81:20,25
  82:3 87:14
printed  72:4 229:6
  242:18 397:2
printer  405:7
printers  47:15
printout  216:19
prior  13:11 18:24
  22:7 39:15,21 40:18
  44:25 65:19 73:7,23
  86:9 88:25 104:2,6
  127:8 141:11 151:1
  161:25 162:7,24
  163:13 164:11 170:22
  188:10 190:6 198:2
  294:16 309:16 333:11
  336:19 400:20 409:7,
  15 411:5,15 413:4
  422:23
priorities  63:11
Prioritizing  318:21
private  43:2 53:4
  104:13 193:18 211:17
privileged  37:17
  417:22
prize  360:2
probability  128:20
probably  13:8 16:3
  23:14 26:18 30:20
  32:3 33:16 37:1
  40:21 43:25 58:18
  75:2 90:17 131:7

154:16 197:5 287:1
302:19 319:22 365:13
381:17 387:9 408:19
417:14 423:21
**problematic** 126:11
**procedures** 198:13
202:7
**proceed** 81:6 154:7
**proceeding** 154:20
**process** 24:12,14
25:19 47:14 53:1
60:13 64:16 67:2
73:13 75:18 76:20,25
88:7,16 93:25
100:14,18 103:18
107:1 108:1 113:17
116:14 121:22,25
123:23 133:17 143:21
146:9 147:12 148:23
153:10,20 177:1
191:22 193:6,18,20
194:2 202:3 211:15
238:3,5 268:18
281:10 284:8 294:22
331:15 370:20 415:25
421:19 422:1,3
**processes** 193:9 194:1
199:8 269:2 280:10
284:9
**processor** 39:5
**produce** 231:2
**produced** 146:18 229:6
423:13,15
**product** 65:6 290:25
293:18 294:23 306:12
323:4 332:4 345:8
354:16,18 392:10
**products** 183:10
336:14
**Prof-** 167:11
**profile** 307:11
**profit** 141:7 167:7,
18,23 235:6,15
236:11,12
**profitability** 82:13
84:10 108:15 110:18,
23 111:9 117:8 121:3
129:3,7,17 133:18,21
134:4 136:19,21
137:25 138:4 146:12
181:8,9 207:9 227:20
234:24 235:11 236:9,

10 260:25 261:2
312:20,25 379:6
**profitable** 167:12
276:10
**profits** 167:10
235:20,22
**program** 43:7
**project** 285:10 408:1
**project-managed** 47:14
**proliferation** 109:21
115:1 152:17
**promises** 44:7
**promo** 330:14
**promoter** 329:22,25
**promotion** 44:9 141:10
**promotional** 209:2
**promotions** 251:21
330:11
**prompt** 325:2
**prompted** 319:1
**prompting** 236:15
237:3 242:24 355:6
**promulgated** 95:4
**pronounce** 424:5
**pronouncing** 47:13
**propensity** 255:7
**properly** 63:20 324:8
**proportion** 341:8
374:5
**proposal** 146:4,5
**proposed** 70:19 141:2
193:12 195:12
**proposing** 128:13
**proposition** 40:21
**prospects** 279:14
**prospectus** 12:7
**provide** 11:2,3,6
25:23 28:15 43:18,23
79:9 90:9,18 107:15
381:11 387:2 415:2
**provided** 24:25 28:11,
12,17,18 29:1,5,9,
17,18,23 31:3,5,8
32:18 36:2 48:1
65:20,21 73:14
79:16,22 80:21 96:9
108:13 120:21
121:21,23 135:25
137:21 152:8 175:10
209:14

**providing** 132:4,5
139:14 272:1 347:11
420:5
**proxy** 41:25
**public** 26:13 53:5,9
54:2,11,14 68:14,21,
22 73:7 82:1,18,25
83:9 88:17 92:9,10,
15 116:7 118:9,19
129:23 132:5 191:23
192:2,3 193:3,7,10,
22 194:19 195:21
201:23 203:8 211:19
216:16 420:20
**publicly** 90:5 93:3
103:20 132:18,24
**pull** 28:15 313:3
322:11
**pulled** 341:25 367:7
422:24
**pulling** 87:9
**purpose** 106:25 107:14
145:10,16 146:2,7
147:4 343:16
**purposes** 41:24 70:11
109:10 111:18 153:4
206:3 270:8 318:15
344:12 373:18 392:13
**pursuant** 12:5
**push** 251:19 318:25
**pushing** 323:4
**put** 28:6 29:12,22
48:13 77:20 137:15
139:3 146:6 256:23
258:13 274:16
284:18,19 300:23
344:24 396:14 401:20
414:12,19
**putting** 172:15 221:14
360:5 367:8
**Pwc** 13:8,12 24:24
31:5 40:2,17,22
48:21 49:2 72:11
106:3 143:12,15
144:1 145:23

---

### Q

**Q1** 128:13 140:3 196:9
197:25 198:6,9,17,23
200:2,5,11,15,20,21
201:5,8,15 202:12,22

203:17,25 204:11
205:5 283:18,25
284:4 297:9 307:4,7
309:11
**Q2** 150:18,19 151:3,22
208:11 299:19,25
307:8
**Q3** 208:10 212:14,19
213:12 214:1,12
283:18 284:1,5
299:12 310:19
**Q3/q4** 300:8
**Q4** 29:21,24 120:23,24
288:9,15 298:25
299:6,8,13,19,25
307:4 308:10,14
309:11 310:19 312:8,
12 321:1,4
**qualify** 96:18 104:25
159:15 216:13 238:1
**qualitative** 100:10,13
**quality** 311:14
**quantitative** 100:9,12
**quarter** 29:6 99:15
140:2 141:6 192:1
208:6,7,16 210:20,21
212:10 213:3,4,5,6,
7,21 216:24 262:2,12
268:12 297:15 298:16
299:11 301:14 308:7
312:3 337:4 339:15
340:14 362:22
**quarterly** 59:4 63:24
66:5 67:5 68:10 73:2
201:25 211:19 300:21
**quarters** 263:4 300:4
301:1,5,21
**question** 9:15,16,21
10:1,15 11:12,14,15
12:1 15:7 24:11
57:8,16 60:2 64:13
76:9 78:1,2 80:3
89:21 98:8,11,14
102:18 105:19 109:23
111:17 118:11 122:15
124:6,10 126:7
132:14,20 136:20
143:11 153:14
157:14,24 158:8
161:6 162:20 164:9
169:14 172:1 177:9
178:2,16 186:25

189:15 190:5,10
191:6 192:19,24
196:23 200:18 202:10
203:13 206:13 217:1
220:6,19 221:1,22
225:7 232:4,12
233:6,20 234:1
236:16,17,18,21
237:6 243:16,19,20
247:8,12,13,20
249:20 252:5 255:10
271:5 283:24 292:21
293:5 294:1,8,21
295:4 301:6,16
313:25 319:9 320:12
331:3 334:24 335:1
338:9,16,25 341:18
345:11 347:14 354:20
355:6 359:16 373:5,
18 383:22,23,25
400:14 410:24
411:14,19,25 415:7
417:15,23 419:12
**question's** 74:22
271:22 293:20 334:18
411:23
**questioned** 14:10
40:24
**questioning** 81:10
**questions** 10:8 11:11,
23 56:17 58:6 67:8,
12,13,18,23 76:3
81:12 88:4,9,11,12,
15,21,24 89:2,13,16
110:17 114:17 115:3,
20,21 121:17 123:21
124:20 137:16 151:19
185:23 191:2 197:7,8
237:3,16 292:6,7
315:2 316:7,25
317:8,17 324:6,7
375:11 378:8,9
387:17 410:18 424:13
**quick** 80:22 105:23
335:24 343:24 382:4
387:8,9
**quickly** 143:3 194:24
265:24 377:6 401:18
**quite** 374:19 381:5
**quo** 180:11,17
**quote** 328:14 339:14
353:4 356:13,15

---

## R

**raise** 137:16 233:9,11
318:6 421:11
**raised** 56:22 66:22
67:13 75:22
**ramp** 321:14 322:2
**ramping** 321:24
**range** 63:15 142:9,16
146:6,12
**ranges** 199:4
**ranging** 140:6
**rank** 159:17,18
278:11,15,20 279:6
**ranking** 159:16 226:19
278:9,10,24
**rapidly** 306:20
**rate** 86:23,24 87:1
219:8,10,14 234:10,
11,13 235:12 239:12,
18,19,24 240:23
241:5,11,12 242:5,12
244:13 246:5 247:9
248:16,18 249:25
262:6,10 282:4
302:13,15,18 395:9,
10 398:3,6,12 403:13
**rates** 223:4 224:22
227:7 236:1 238:23
239:24 240:1,10,15
242:2,20 243:1,2,13
244:10,16 247:5
248:2,21 249:19,25
258:10 400:1,5
**rattle** 33:3
**rattling** 210:1
**RCP** 252:13
**reached** 295:7
**reaching** 419:15
**reaction** 181:16
**read** 108:4 109:5
122:12,13 124:21
125:1 129:10,25
130:8,10 131:3
138:14 189:14 220:18
223:17 224:13,14
227:1 230:11 233:14
234:18 242:23 243:18
244:1,6,11,17 247:13
254:25 256:25 258:2

308:6,8 314:3 321:19
322:25 323:7,13
333:1 334:2 345:1,10
347:18 349:24 350:3,
5,10,25 351:3,7,10,
20 352:8 354:7,19
355:2 356:16 357:19,
20,23 358:1,14
359:15 363:9 365:3,5
374:24 378:19 380:21
381:2,5 384:24
386:12,19 387:15,16
388:2 390:21,22
391:3 392:13 394:14
405:1,3,8 406:9
408:23 417:13
**reader**  86:8,13
**readers**  102:24
**readiness**  67:15
**reading**  108:8 125:10
131:2 214:2 219:3
222:14 227:3 232:5
243:1 244:22 250:20
259:3 267:20 285:16,
25 290:3 321:20
323:11 341:17
349:15,25 350:7,8
359:18 363:7 367:1
377:21 408:24
**readout**  68:4,7
**reads**  108:1 207:8
248:18 254:22 261:16
266:16 306:25 311:10
327:23
**ready**  17:5 81:5
147:24 194:4,5,18
195:20 196:7,8 203:8
216:16 345:11 348:13
351:19 354:20
**real**  105:23 212:24
268:7 335:24
**realistic**  194:14,21
233:24 236:14 237:14
**realize**  307:1
**realtime**  161:1
**reason**  12:15 57:19
97:25 154:23 226:14
249:17 351:3 379:15
399:17
**reasonable**  11:7 243:2
289:19,20,23

**reasons**  98:4,5 131:18
133:4 202:15 276:3
280:16 282:12 306:19
313:3 349:5 422:5
**reassessing**  307:11
**recall**  13:22 22:11
23:23 25:8 27:17
32:4 34:10,15,20
35:8 38:7 40:17
42:12 43:11 59:7
60:4 62:24 66:7,9
68:25 74:9,15 75:4
78:6,7,10,20,21
79:2,5,15,19,24 87:3
88:1,3,10,14,23
89:15,16 90:3,4,16
91:24 110:20,22,24
114:7 121:8,17 124:3
129:4 141:21 142:17,
20 143:1 146:4,22,
24,25 151:14 153:8
154:8 155:18 157:15
158:10 168:10,11,12,
17,24,25 169:13
174:1,2 175:25
176:11,13,21 177:10,
17,18,22,23 178:3,4,
12,19,20 179:2,3,16
187:7 190:9,17,20,
22,24 191:18,21
197:15 198:3,5
203:3,5,14,23,24
204:1 212:2 227:9,12
229:3 254:10 257:9,
11 283:1,8 284:13,14
290:18,22 295:16
296:11 298:4 309:16
316:11,12 319:12
325:20 331:21 333:17
335:18,19 336:21
355:12 360:18 376:22
377:14 380:6 393:15
394:17,19,22 395:1
401:22,23 403:18
404:20,25 407:14,21
408:18 409:11,21
410:1 419:14 420:11
424:1,10
**recalled**  40:10
**recalling**  170:2
178:11
**recap**  93:24 298:15

**receive**  42:5,10 43:10
44:9 133:20 134:3,
14,25 135:6 136:18,
20 137:4,25 138:24
175:7 424:7
**received**  42:13,16
43:5,6,13 106:1
128:8 134:11,24
135:5 136:24 137:2
174:24 175:3 254:10
**receives**  112:8 133:19
138:4,20 242:14
**receiving**  151:11,15
152:10
**recent**  128:13 225:2
**recess**  44:17 81:2
156:7 179:11 205:18
287:10 344:4 367:14
424:18
**recharacterizing**
301:6
**recipient**  32:13,16
**recite**  41:22
**reclass**  270:8 272:5
**reclassed**  272:9
**recognition**  209:16,20
272:18,19
**recognize**  272:22
345:20
**recognized**  95:23
209:21 262:17
**recollect**  174:22
186:18 392:8 394:15
**recollecting**  25:9
**recollection**  23:5
35:16 36:1 58:24
59:12 88:20 91:20
114:14 124:7 129:11
146:8 154:12 174:10
176:2,7 191:13 193:4
194:16 196:4 197:16,
24 200:11 204:10
252:8,12,19 392:5
393:10,20 409:15
**recollections**  204:15
393:16
**recommended**  145:9,15
**recommending**  353:21
**reconciled**  84:6,7
**reconciliation**  82:17,
19 85:19

reconciliations  91:10
reconciling  86:14
record  8:1,12 20:5
  44:16,18 81:1,3
  127:2 156:6,8 179:8,
  10,12 192:20 205:17,
  19 228:18 251:12
  272:5 287:9,11 288:1
  344:3,7 367:10,13,15
  368:2 381:25 410:17
  424:17,19,22,24
recorded  201:18
  208:24 269:17 272:3
records  45:15 48:16
  81:22,24 413:18
  416:16
recurring  58:2,4,8
  59:20,23 60:3 63:8
redacted  139:10
redline  251:20 252:6,
  12
reduce  321:13,23
reduction  208:25
redundant  185:23
reenforce  128:21
reestimate  373:14
refer  42:18 174:18
  259:8 335:13
reference  130:3
  179:16 228:23
  303:14,15 323:17
  378:4 388:11 393:8
referenced  29:1,14
  177:11 305:13 320:24
references  107:16
  228:3 300:11 347:19
  348:4
referencing  369:10,13
referred  82:4 137:18
  150:9 176:3 264:14
  292:18 293:12 301:23
  351:4 358:24 366:25
  393:11 412:16
referring  50:20 77:20
  133:16 208:22,24
  214:24 234:4 239:17,
  20 251:10 253:7
  260:8 267:6 269:8
  272:24 274:2 275:9
  290:10,12 291:23
  295:17 302:12,13
  319:23 326:23 332:4

352:14 356:5 377:2
  381:14 391:9 399:16
  414:7
refers  140:14 148:16
  216:23 386:5
reflect  262:5 275:2
  276:13 283:16 284:3
reflected  214:22
refresh  21:11 35:16,
  25 42:18,19 43:7
regard  23:3 40:5
regarding  22:16 26:8
  27:11,16 33:15
  67:18,19 74:22 88:4,
  5 128:9 150:17
  153:12,18 174:25
  175:22 176:8,18,22
  179:4 190:20 198:21
  203:15 258:18 290:18
  317:19 318:20 408:17
  409:12,24 410:11,25
  413:14 415:2
region  49:12,13
  50:12,21 65:10,12,23
  98:22 99:10 100:18
  103:10 111:10 130:2
  140:9 142:15 150:6
  159:4 163:17 165:21
  187:23 241:18 413:21
  414:14,15
regional  50:11 79:22
  110:18,23 111:7
  117:8 118:7,17
  130:21 131:18,22
  133:18,21 134:3,9
  136:18,21 137:25
  138:4 152:3 403:16
regions  49:14,15
  50:4,8,12,15 98:21
  111:10,23 114:15
  133:16 163:4 164:11,
  12 165:24 183:5
  244:18 245:5 246:12
  374:3 402:18
registration  12:7
  27:25 32:11 36:15
  47:16 48:20 69:9,16
  73:14 76:23 87:20
  88:7 91:4 143:18
  154:6,22 169:2,5,22
  170:3,5 176:1 177:1,
  4,24 181:5 184:25
  195:4,20 196:10

197:6 198:1 199:1
  200:25 201:21,23
  202:6 257:6 258:3,5,
  13 263:1 284:19
  380:10 383:16 404:3,
  7,13,15 405:16,22
  406:9 407:17,23
  408:24 409:6 411:21,
  24 416:14 417:7,11,
  13
regroup  424:12
regular  58:18 66:12
  112:13 122:19 123:3
  147:8 150:22 166:14
  292:9,19 392:6
regularly  43:8 60:2
  61:25 62:10,25 67:3,
  7 102:8 104:25 107:5
  111:3,8 114:9
  138:20,24 143:20
  264:6 289:6 421:11
regulation  101:12
  414:18
regulations  93:7
  413:21 415:12
regulatory  68:11 73:3
relate  234:10 386:12
related  29:5,20,21
  32:6 40:6,10 42:14,
  25 52:12 65:17 66:10
  68:11 69:24 73:2
  75:23 76:22 89:3,6,
  14 91:5,6 110:24,25
  111:9 118:7,17
  121:10 124:4 151:3
  169:7 181:6 202:4
  203:25 204:1 223:4
  246:1 253:12 292:7
  330:12 367:4 390:12
  406:23 407:12 415:12
relates  18:18 22:9
  46:18 88:21 90:13,25
  107:1 119:13 141:23
  173:7 177:12 178:6
  179:17 198:23 282:3
  409:18 412:13 416:25
relating  407:3
relation  15:20 26:5
relations  32:19,20,22
relative  141:11 157:3
  159:1 163:18 165:14
  187:4 189:5,7,17

219:5 231:5 282:22
293:12 305:7 329:5,
7,8,20 330:3 332:1,5
341:9 363:11 384:22
**relaxing**  156:18
**release**  73:7
**released**  88:17
**relevant**  25:13 95:5
204:17
**relied**  109:7 134:11
418:3
**relies**  109:19
**relook**  370:18,21
**rely**  112:24 116:9
134:9 298:8 411:9
**relying**  110:2 111:16,
21 112:8 113:13,14
115:15 116:3 415:1
417:18
**remain**  180:14,18
253:2 288:12
**remainder**  151:3
**remaining**  180:25
**remains**  119:12
**remember**  34:22 39:25
40:2,15 67:17 68:20
124:9 177:13 198:16
213:20 287:23 289:1
309:20,24 346:3
**remembered**  24:13
**remembering**  40:20
370:14
**remind**  30:6 37:10
**reminders**  38:3
**reminds**  135:12
**remote**  11:14,16
**remove**  89:1
**removed**  287:1
**rendered**  154:9
**repeat**  11:13,20,25
27:13 39:19 51:7
89:21 132:20 153:14
157:24 160:25 169:14
177:21 191:6 192:19,
24 200:7 225:7
237:22 281:20 283:3
335:1 383:22 411:14
**rephrase**  11:13,25
34:2 235:19 285:19
375:18

**report**  51:12 54:17,18
57:24 63:2 73:2
81:16 90:12,25 98:13
101:1 103:7,12 173:6
200:20 201:15 331:10
334:3 346:16 381:19
395:23 396:8,9,17
**reportable**  84:17
96:19 98:3 110:10
117:25
**reported**  86:16 92:15
96:7 97:15,21 98:11,
18,24 104:25 105:3
110:5,6 132:11,24
166:7,17 167:1
172:20,24 173:4,7
174:6 186:8 191:4,10
200:2
**reporter**  8:12,13
16:11,17,19,22 17:1,
4,6 24:2 47:11 48:22
51:6 56:1,3 70:4
71:25 78:15,17 87:25
89:6 93:14,20 99:21,
24 121:23 122:1
130:6,9 135:1 143:5
160:5 169:3,6 177:20
178:21 180:15 188:1,
5,14 189:9 195:15
199:11,13,15,17,19,
22 205:8 206:21
209:7,17,22 210:2,5,
8 216:3,7 219:9
221:17,19 255:18
256:6,8 271:11,14
281:20,22 283:3
291:15,17 294:25
295:2,24 329:24
330:1 334:11 342:3,
24 343:2 359:4,7,9
377:22,25 380:11,13,
15 400:3,6 407:2,6,8
422:7,10 424:2
**reporting**  24:1 45:25
51:5,10,23 84:23
87:5,11 91:17 96:3
97:24,25 99:6 100:24
101:1,2,17 103:14
104:3,7,14,19 106:22
107:2,6,9,21 116:5
117:13,19,23 121:19
122:9,20,24 132:17,
23 135:14,25 138:19

150:22 151:3,4,9,12,
22 152:1,6,14,16
173:10 187:6,10
195:21 287:2
**reports**  23:25 46:14,
15 57:23 68:10
77:17,18 78:3,5
80:17 120:1,4 121:9,
10 174:24 195:10
264:22 282:21 292:3
335:13 381:11,14
**represent**  8:23 116:4
151:5 154:25 231:20
245:15,18 246:12
268:21 308:20 310:1
314:12,14 315:19
374:5 397:5
**representation**  72:9
142:8 230:2,18
361:17
**representative**  12:12,
24 13:3,6,24 56:23
57:11
**represented**  140:1
257:15
**representing**  8:10,13
40:9 269:5 378:22
**represents**  289:7
332:21
**reprinted**  368:5
**reproduced**  361:2
365:7
**reproduction**  229:8
254:15
**request**  10:18 39:11
229:7 254:15 361:2
381:23 388:21
**requested**  121:10
**requesting**  110:22,24
**require**  53:9 101:20
222:12
**required**  22:18 68:9
85:19 101:1,7 132:10
196:7 201:5,24
204:17,21 263:3
**requirement**  101:10
196:8 204:23
**requirements**  101:11
205:3
**requires**  82:16 163:22
193:24

research  408:1
reserves  414:10
resolve  210:6
resolved  153:21,22
resource  109:8 111:6
 114:24 116:18 117:7
 118:6,16 119:3
 134:10 138:25 151:6
 279:3
resourced  53:5
resources  53:12 63:19
 109:11 112:4 118:23
 136:2 284:18
respect  38:11 74:23
 85:1 154:24 177:8
 286:20 352:3 408:14
 416:4 417:16
respective  303:23
respond  124:5 141:25
 184:4 233:8 351:16
responded  133:19
 136:17 137:24 333:10
responding  33:22 34:1
 350:6
responds  129:14
 130:20 145:8 347:23
 356:10,12 386:8
 390:5,16,19
response  22:13 128:17
 137:1 161:11 170:2
 174:19 184:6,8
 196:11 211:20 238:7
 242:9 333:10 336:12
 351:22 354:3,4,12,
 19,24 381:6 382:2
 412:11
responsibilities
 45:12 63:19 72:25
responsibility  46:17
 47:25 48:12 55:13
 67:25 69:15
responsible  119:10
 124:19 165:23 171:7
 172:2,6 185:25 186:1
rest  75:22 122:13
 236:13 242:16 381:2
restate  220:2
resting  251:4
restricted  42:3,16
 43:8
restriction  306:10

result  14:2,16 23:15
 76:1 158:24,25
 172:16 177:3 293:18
resulting  201:9
results  50:15 65:5
 68:4,17 69:8 73:5
 79:7 80:13,15,21
 116:19 117:8 120:15
 148:4,12,22 150:18
 158:5,6 264:16
 265:14,15 293:18
 295:17 298:16 312:20
 383:11 384:2 395:8
retain  383:12 384:3
 390:2
retained  24:22 31:25
Retirement  8:4
return  305:24 306:2
Reuter  33:7 131:14
revenue  51:21 52:20,
 21 65:25 79:18 84:4,
 6 86:6,10,17 88:22,
 23 89:11 95:24
 108:15 125:7 208:15,
 23,25 209:5,6,7,10,
 16,20,21 211:9
 212:12 214:20 215:16
 217:7 218:1,2,14
 235:13,25 236:3,12
 248:12 266:15,17,19,
 22 267:4,14,22
 269:17,18 270:1,5,6,
 7,9,10,16,17,20,22,
 23 271:10,17,18
 272:3,4,6,8,9,10,15,
 18,22 273:4,9,20
 274:21 299:5,6,8
 303:18 306:4,5,8
 322:14 342:21,22
 343:11 365:21,24
 366:17,21 371:18
 373:15 374:9,13,14,
 15,16 421:24
revert  353:5,8
review  17:16 19:16
 22:13 28:9,22 30:10,
 21 31:16 32:2 33:15
 36:25 58:24 61:16
 68:5,9 69:23 70:23
 73:1,15 79:11 80:14
 85:7 93:4 116:17
 123:1 127:10 143:18
 160:8 166:13 191:16

 228:16 256:9 263:16,
 24 265:21 287:21
 295:20 308:5 317:7
 329:15 354:7 356:25
 360:12 367:5,25
 385:19 404:9,11,16,
 18 405:11,14 406:6,
 14,20 408:9 409:18,
 19 411:9,21 415:25
 422:24
reviewed  21:10 27:19,
 23 28:1,8 30:12,19
 32:16 33:7 34:3,18
 35:3,5,25 36:18
 37:14 38:5,6,9
 48:21,22 69:1 73:15
 79:12 105:21 110:25
 111:3 120:14,15
 122:19 127:8 256:12
 301:2 392:7 405:16,
 18 407:23 408:16
 411:12 412:2,4
 418:15 423:20,21
reviewer  94:9
reviewing  28:25 35:11
 36:13 38:12 69:16
 73:18 92:13 94:12
 105:19 111:8 143:11
 161:12 296:11 316:8
 324:5 337:17 404:13
 405:5 407:17 408:10
 412:7,24 416:14
 417:7,11
reviews  60:8,18,19
 62:4 64:24 65:3
 77:21 166:11,22,24
 174:20,21 175:8
 186:11,15 198:13
 264:2,8 319:14
 406:3,16,17 407:15
 408:20 409:9,14,17
 412:3
revision  387:20
reworded  286:13
rid  201:15,20
ride  50:5 65:13
 104:3,13,15 108:14
 109:3 111:8 208:21
 227:8 234:20 235:6,
 22 242:13 254:6,22
 276:23 290:7,11
 308:1

**ride-sharing** 84:14
114:2
**rider** 209:3 251:21
318:25 342:15 343:4,
9 387:13
**riders** 208:21 290:7,
25 341:7,22 343:19
401:3,5
**rides** 84:18 105:1
120:6,7 124:19
149:11,21 150:20
151:7,9,11 208:17
222:6 224:5,8,10
226:12 233:15 241:17
253:16 255:1 256:3,
10,11 266:18 267:1
275:8 276:18 277:7,
17,22 278:6,11
282:15 289:11 299:7,
9 303:14,19 311:10
318:16,20 320:16
321:7 322:24 323:2,
19,24 325:12,19
345:25 361:14 362:4
363:20 364:2,11
365:21 366:16,17
368:19,25 369:18
371:19 373:7,16
374:9 376:11 401:18,
22 402:17
**riding** 50:5
**rifle** 382:23
**right** 9:6,22 10:4,20
11:8,23 13:8 14:13
15:17 16:12 17:12
18:7,14 19:21,22
20:14,18 21:23 23:6,
16 24:20 25:17 29:18
30:1 31:18,20 34:22
35:21 36:7,8,14 37:9
38:20,22 43:18,19
44:23 45:5,20 46:10
47:13 49:15,16
50:13,19,24 51:18,
21,22 52:5,8,17,18
53:13,15,18,25 55:21
56:18 57:4,15,17,24
58:1,14 59:1 60:15,
25 61:8,21 62:4,7,8
63:11,19 64:19,20
65:13,17 66:9 67:3
69:12 70:16 71:2,3,
6,12,15,20 72:17,23,

25 74:18 75:18,20
76:8 77:9,14 79:6
80:3 82:11 83:13
85:5,8,9 86:3,8,9,
11,15 88:10 91:14
92:10 93:11 94:15
95:2,9,15,16 96:17,
21 97:9 98:2,6,9,10,
11,12 101:2,7,10,12
102:11 103:11,12
104:10,13,20,21,24
105:1,4,9 106:14,23
107:9,17 108:2
109:22 110:2,13,14
111:22 112:2,5,6,20
113:5,7,23 114:5,10,
11,20,22 115:3,9
116:5,9,21 117:10,16
118:23 119:1,18
120:5,6 121:13,14
123:12 124:5 126:11
127:1 128:4,17
129:10,12,14,21
130:22 131:15,17,25
132:3,6,9,11,22
133:5,14 134:11,19,
21 136:13 137:5,7,9,
25 138:14 139:20
142:2,7 143:21
145:4,18 146:13
147:8,11 148:4,12
149:22 150:4,13
152:10,13 155:24
156:4 157:3,10
158:8,24,25 159:2,14
162:14,15,17 163:5
164:2 165:7,15,16,19
166:1 169:25 170:9
172:23 173:12,14,22,
24 175:6 177:4,15
178:10 179:25 181:7,
18,22 182:5,23
183:7,8,13,18,23
184:21,24 185:18,19,
21 187:4,6,21
188:13,21,22,23,25
189:4,6,8,18,21,23
190:2,4 194:4,18
198:19 199:10,20
201:2,9,13 202:16
203:9,12,13,21
204:4,6,16,18,24
207:3,9,11,18,23
208:5,11,14 209:1

210:17,20 212:11,15
213:5,15,24 214:5,9,
10,15 215:1,6,11,17,
24 217:5,9 218:3,12,
15,17,18 219:5,8,17,
22 220:4,11 221:1,21
222:5,6 224:6
225:17,21,23 226:20,
25 227:5,17,21
229:16,20 230:4,5,
19,24 231:4,5,6,21
232:7,20 233:14,15,
17,19 234:5,25
235:4,11,14 236:8,12
237:4,5,9 238:12,14,
20,23 239:25 240:2,3
241:13,18,23 242:24
243:6 244:3,11,17,22
245:2,19,20 246:1,2,
4,24,25 247:1,16
248:12 249:4 250:16,
23 251:11 252:10
253:11,13 255:5,15,
23,25 256:23,25
257:1,2,14 258:10,14
259:25 260:2,8,9,14,
16,17,24 261:1,3,9
262:2,5,13 264:19
265:13,18 266:23
267:8,11 268:8,12,24
269:1,2,19 271:24
272:2,11 273:4,8,17,
24 275:17,18 276:3,
4,7,15,17,20 277:10
278:3 280:9 281:15
282:12,21 283:1,10,
13,21 286:10,15
288:4,17 290:7,22
292:20,25 293:10,13,
20,25 294:3,22
295:8,10 296:1,17
297:2 298:15,17,22
299:1,7 300:1,7,9,21
301:8 302:6,19
303:1,11,14,18,19,
23,25 304:2 305:5,9
306:8,15 307:2,7,8
308:12,16 309:8,12
310:2,21 311:2,11,
16,17,24 312:2,5,10,
23 314:3,7 315:5,11,
17,18,21,22 316:11,
13,18,19,23 318:2
319:7 320:7,16

321:4,8 323:1,13,18
324:18,23 326:5,11
327:5,17 328:17,22
329:6,14,23 330:24
331:11,12,17,20
332:6,13,15 333:4,7,
9,21,25 335:13,14,21
336:13,17 337:2,3,4,
7 338:2,5 340:20
341:3,10,14 343:13,
16 345:2,18 346:1,8,
20 347:4,23 348:2,7,
17 349:8,15,20,23
350:23 351:9,21
352:1 353:5,8,12,14,
18,20,23 354:4,24
357:4,7,16,24 358:11
359:5,22 360:1,11
361:14,15,22 362:1,
19,21 363:6,8,10,13,
17,25 364:20 365:2
366:2,12 368:8,11,18
370:5,6,12,16,19,23,
24 371:3,12,22
372:6,18,19,21
373:21,23 374:16,18,
22 375:9 377:5,21,23
379:1,15 382:4
384:16 385:8,17
386:1,4,6,24 387:3,
5,15,16 388:2,5
389:2,5,9,23 390:3,
13,21,22 391:3,17,
18,25 392:12,22
393:8 394:2,5
396:20,25 397:8,18
398:2,20,23 399:1,
14,18,21 400:15,16,
20 402:3,4,6,11
403:25 404:6 406:11
407:24 413:19 414:9,
14 415:10,13,24
417:4,8 418:4,6,13,
17,21 421:12 422:1
**right-hand** 296:19
**rigorous** 238:2
**ring** 420:15
**rings** 42:7 420:16
**risk** 162:6,9,11,14,
16,17 163:5,9,22,23
164:16,20 165:1
169:11,17 170:9,17
171:7 172:2,18 173:6

174:4,25 175:5,11,23
176:14,23 177:16
178:6 179:17,21,25
180:6,8 181:3 184:17
185:1,2,15,18,25
258:8 296:20 297:2,4
**risks** 162:23 177:25
181:6 184:20 258:4,
13 296:16,19
**Rivet** 105:11
**road** 204:7 280:19
**roadshow** 196:3,15,20,
24 197:1,2,13,22,23
198:2,6,7 202:18
203:22 263:8 348:8,
9,20 419:22,23 420:3
421:13
**robust** 200:4,20
**role** 12:24 45:7,9
46:1,6,7,16 47:23
57:22 392:17 405:17
411:21
**roles** 45:12 46:4
**rolled** 50:12 74:16
**rolling** 120:8
**Ron** 67:10 76:3
**Ronak's** 389:14
**room** 9:12,23 23:15
41:12 237:6 287:4
**rose** 415:19
**rotating** 65:15
**roughly** 83:22,23
241:2 328:12,17
402:15
**rounding** 378:24
**routine** 280:10
**row** 283:16 284:2
296:23 301:1
**RSUS** 42:2,3,6,10,13,
25 43:5,10,12
**rule** 11:21 101:12
**rules** 9:8 81:21,23
82:7 85:15 92:25
93:3,5,6,11,12
94:15,18,20,22 98:10
101:17,20 104:24
107:7 108:6 109:20
114:22 117:12 138:24
152:15 209:16,20
210:11 413:20 414:17

**run** 87:16 183:9 227:7
240:6 248:14 260:24
264:11
**running** 119:14 142:1
169:22 170:25 171:13
172:22 179:24 181:2
206:4 248:14 259:17,
23 260:9,22 277:25
383:1
**runs** 70:12 402:25
**Russia** 262:2

---

S

---

**S-1** 12:6 128:14 129:8
136:11,14 141:3,21
142:9,25 146:6
151:21 153:12,18,23
154:9 155:8 175:21
176:18,22 177:11
179:17 198:23 200:5,
11,22 201:18 257:6,
11 262:23 331:11,14
401:20 403:17 405:14
407:12 408:17
409:10,20,25 411:5,
16 413:4,5 416:1,7,
12,24
**safe** 96:8 386:21
**safety** 406:23,25
407:1,3,13,14
408:15,17,19,21,24
409:10,13,17,19,23,
24 410:7 412:13,17,
23 413:11 418:6
**sake** 297:17 384:25
**salary** 41:17
**sales** 97:5,6,16 99:13
209:5 276:24 343:3
**SAM** 257:9,14
**San** 8:9
**sand** 252:15
**sandwiched** 357:4
**Santos** 8:10
**saturated** 255:3
256:18 257:2 259:11
**saturation** 257:19
259:25 260:16
**save** 39:6 383:3
**saved** 39:8

**saying** 10:7 55:24
  56:8 72:3 76:20 99:9
  102:17,20 113:18
  116:2 122:22 126:2
  129:5 130:4,7 134:23
  136:13,17,18 137:1,
  18,22 138:10 165:1,
  17 167:6,21 174:1
  182:19 183:17 185:18
  194:8,22 195:1
  199:19 201:14 216:13
  218:7 234:2 235:3,
  10,21,24 239:23
  249:23 256:6 258:10,
  20 259:18 260:11,13
  280:15 285:12,20
  287:5 291:22 305:7
  308:19 310:4 316:6,
  20 317:14,16 323:8
  326:16 332:5,7
  338:22 342:8 348:19
  352:19 353:20,24
  355:21 359:19,25
  360:6 374:17,20
  375:8 377:22 381:18
  382:13 393:6

**says** 19:13 73:1,9
  107:14 108:11 109:7,
  12,13 116:17 119:9,
  17 120:13,20 121:2,5
  122:4 123:9,16
  128:8,17,20 129:15,
  18 130:20 133:15
  135:23 139:15,25
  140:7 141:6 142:4
  144:4 145:3,8,14
  148:1,11,24 149:2,7,
  10,11,15,21,25
  150:7,16 151:18,24
  152:11 154:3,21
  206:14 208:8,14,15,
  18 210:20 211:7
  214:25 217:20 222:7,
  15 223:8 224:5,9
  225:6 226:22 228:4
  233:17,21 238:17
  242:1,17 243:17
  244:7,13 246:22
  247:4 251:2,6,19
  253:1 254:24 256:18
  258:21 259:2 260:16
  262:4,12 266:24
  269:10 273:25 277:7
  285:8 286:2,25

288:9,10,12 289:14,
  16 290:17 291:3
  292:11 293:1,22,24
  297:3 298:16,24
  299:1,10,17 300:7,10
  302:7 303:20 305:6,
  13,15,17 306:4
  308:1,2 309:7,10
  311:12,16 314:8
  319:20,24 320:5,20,
  23 321:6,9,10
  322:18,22 325:22
  327:5,18 329:5 330:3
  331:25 332:14,19,23
  335:24,25 339:19
  340:13,19,23 341:4,
  5,11 346:5 347:5
  348:1,3,17 349:19
  351:24 353:2,4
  356:18 358:14 360:1
  361:25 364:2,8,11
  369:2 373:16,20,22
  374:10 378:3,11,15,
  19,20,25 379:3,6,9,
  12,14 382:5,8,20
  385:16,20 386:1,3,7,
  14 387:12,20 388:4,
  6,7,10,16,25 389:1,
  3,10,13,24 390:4,6,
  14,15,18 391:13,18,
  19,21 392:1,22
  396:7,18,22 397:10

**SBC** 379:10

**scale** 46:3 54:7 83:17
  128:21 129:7

**scan** 357:24 381:4

**scanned** 36:21,22

**Scanning** 37:1

**scenario** 270:17,18

**schedule** 274:23

**scheduled** 31:9 64:5,
  22 67:5

**Schofield** 32:23

**science** 157:9

**scientists** 291:20

**scope** 107:14 168:20
  192:15 278:13 279:9
  292:16 293:7 295:14
  326:19 330:21
  334:19,22 336:9

**scores** 329:22,25

**screen** 16:12 105:24
  108:24 122:5 232:23
  367:8

**searching** 28:24

**season** 15:23

**seasonal** 321:15

**seasonality** 349:6

**SEC** 46:18,21 47:18
  53:9 55:12 82:1,16,
  21 84:24 85:15 88:3,
  6,21 89:13 92:1,25
  93:6,13 94:20 95:4,
  10 100:8 107:1
  110:17,22 111:11
  115:12 116:1,2,3,8
  121:6,9,15,25 122:8,
  19 123:9,17 124:2,4
  133:17,23 134:3,14
  135:23 136:9 137:1,
  11,24 138:18 151:20
  153:4,7,10,11,17
  154:2,3,9,22 193:23
  200:24 201:24 331:24

**SEC's** 154:24

**second** 16:23 71:10
  84:11 179:8 222:9
  229:17 234:2 312:3
  318:19 335:23 341:11
  361:22 362:25 366:22
  367:4,10 370:17
  382:4 402:5,22

**secondhand** 76:7

**seconds** 387:2

**section** 55:6,10,11,17
  56:9 69:9 72:22
  73:18 80:17,18
  109:4,6 123:17,18
  128:14 135:18 185:1
  232:21 250:18 399:20

**sections** 68:9 69:16
  73:1

**securities** 13:19
  40:13

**see** 9:8,11 16:16
  17:12,20 18:2,7,8
  19:14,20,22 20:24
  31:21 70:16 71:3
  72:9,17,23 82:18
  106:1 107:24 109:6
  116:21 119:20 123:9,
  10,24 124:14 127:23
  128:1,4,15,23 130:22

131:13,22 133:25
139:2,3,11,12,23
140:11 141:1,9,13,18
144:6 145:11,17,19
148:3 150:6 154:1
155:3,4 173:22
183:10 199:1 207:19,
22,25 208:2 211:6,10
212:6 214:8 215:20
217:2,11 218:13
219:17 223:25 224:1
229:13 231:4,12,18
232:21 236:19 238:9,
25 239:2 240:7,21
241:23 250:21 252:13
258:19 261:18 263:20
266:8 267:8 276:15
277:3 280:1 285:2
296:2 298:24 299:18,
21 301:4,20 311:17,
18,22 312:2 319:2
321:16 325:22,24
327:5,10 329:16
330:15 340:21
344:22,24 345:2,14
347:8 348:5,13
349:20 357:5,7
358:15 361:6,7,10,
11,13 363:11,14
364:12,21 365:9,24,
25 369:4,17 378:17
379:7 385:23 388:18,
19 391:12 393:6,7
396:14 397:8 398:18
399:15,17,23 401:2,7
402:23,25

**seeing** 174:2,22
214:21 299:22 338:21
364:19 377:15 391:6
397:20

**seek** 288:22

**seeking** 215:10 227:20

**segment** 65:12 79:23
84:8,10,14,15,19
85:6 87:4,15 95:20,
21,22 96:3,4,5,6,10,
16,18,22 97:3 98:3,
10 99:10 100:19,23,
24,25 101:2,17
103:10 104:25 106:22
107:2,9,21 108:14,
23,25 109:7,8,20,24
111:21,22,24 112:3

114:15,21 116:5,20
117:13,19,23,24,25
120:15 122:18 123:5,
6 131:18 132:6
137:11 138:19,24
147:6 150:18 152:6,
14 166:13 171:17
287:2 403:19,23
404:2

**segment's** 133:15

**segments** 50:4,8
84:17,22 96:18,20
97:8 98:4 104:21,24
106:5 107:16 110:9,
10 120:22 131:23
133:23 183:5,6
302:11

**segregated** 97:8

**selected** 27:25 28:3,
4,13 31:17 41:9
53:20

**self-imposed** 321:12

**self-imposing** 321:22

**sell** 97:13

**selling** 97:9

**semicolon** 323:14,15

**send** 78:19 424:7

**sender** 32:13,16

**sending** 33:6 153:11,
17 382:12

**sends** 128:2 141:2
143:25

**senior** 119:22 167:1
186:9 191:4,10

**sense** 128:18 184:15

**sensitivity** 59:25

**sentence** 109:14,16
111:19 119:8 122:3,
17,21 125:4 129:4,10
135:20,23 136:25
138:14 227:3 228:3
236:14 269:10 286:1
290:13 320:5 322:7
323:8 340:13 342:9
349:19,20 352:7,8
396:14

**sentences** 267:6

**separately** 84:23 99:7
104:4,16

**September** 213:13
273:20 275:4,10,11,
14

**series** 61:9,11,17

**service** 43:18 235:18

**services** 26:4 49:18

**session** 343:23

**sessions** 341:8

**set** 9:13 58:6 64:2
65:15 73:22 74:7,9
79:13 82:7 102:8,24
126:17 143:2 148:17
202:5 228:11 250:5
253:24 263:10 286:25
287:6 295:18 325:9
360:11 376:3 379:25
382:21 395:3

**sets** 302:5

**several** 24:16 45:17
61:3 84:22 88:6
175:25 301:1,12,22
308:8,17 405:4

**shake** 10:9

**share** 50:5 65:13 92:9
104:13,16 157:11
188:16,21 349:19
420:14

**shared** 150:23 265:25
319:7 321:7 323:2,
19,24 386:14 387:12
423:15

**shares** 26:2 43:8
104:3 111:8

**sharing** 92:2 108:15
109:3 254:22 421:12

**Shearman** 368:9

**sheer** 50:14

**sheet** 121:14 246:1

**shift** 156:22 342:14
343:8 393:5

**shifting** 282:9 343:19

**shifts** 244:15 248:20
249:18

**short** 53:12 162:19
197:9 353:20,22
354:4 355:21,23
380:23 424:12

**short-term** 321:13
340:24 355:14

**shortage** 257:24
258:25

**shorter-time** 321:23

**shortly** 265:24 345:24
422:12

shot  382:23
show  16:10 18:5 70:13
  122:3 128:20 143:3
  147:14,22 152:23
  165:17 172:17 173:20
  230:16 232:25 239:4
  240:9 241:4 261:5,13
  267:3 279:19 298:16
  306:18 313:20 321:10
  337:1 338:9,17
  344:11 346:12 358:13
  367:18 383:2 391:14
  400:9 402:16
showed  255:16 345:25
  347:5 391:1
showing  139:6 150:23
  207:3 214:5 275:11,
  15 307:4 308:7
  345:17 346:24 363:20
  365:10 367:19
  380:24,25 397:16
shown  242:19 301:13
shows  82:21 96:7
  204:7 217:16 230:24
  231:11 262:13 274:9
  335:20 337:19,23
  338:12,20 339:3,15,
  21 340:9,13 397:1,20
  398:7
side  229:22,23 266:16
  297:18
sides  259:20
signal  389:14
signals  165:7
signature  22:18
signed  133:24 404:3,
  7,9,16 405:11 416:2
significant  76:21,22
  300:13 334:17 335:5,
  9,12 336:7,15 349:1
significantly  241:6,9
signing  411:5,16
  413:4
similar  68:10 73:2
  85:18 151:20 160:2
  161:11 184:14 189:20
  231:21 233:14 279:10
  298:19 376:24 412:2
simple  97:1 158:9
  202:10 227:22 301:16
  328:10,15 338:16

simpler  295:4
simply  293:22
simultaneous  189:6
  348:25 396:23 415:4
single  28:9 95:21
  108:10 138:3 172:11
  253:4 264:4,5 283:1
  288:23 289:15 290:14
  408:6
singular  359:13
sir  14:19 128:4
  256:16 267:8 346:24
  354:6 360:17 378:9
  395:25 398:19 404:3
sit  185:13 204:9
  211:11,23 216:2,9,12
  219:22 220:9 374:25
  375:20
sitting  13:25 21:22
  23:6 237:17 293:4
situation  152:12
  394:7
size  54:1,7 83:17
skill  286:24
skipping  357:18
skyrocket  97:14
Slack  387:10
slated  75:13
slide  27:25 28:9,14,
  22,24 29:3,14 30:10,
  22 59:13,16 65:19
  172:17 173:11,12,20,
  21,24 207:6,17
  211:13,25 215:25
  216:10 219:24 220:10
  221:5,23 222:4
  223:23 232:5 233:14
  237:19 243:20 244:5
  249:16 250:19 253:12
  254:9,10 255:20
  273:13 274:25 275:2
  277:3,7 285:7 289:10
  296:13 297:7 298:20
  309:15 310:15 311:9,
  25 313:25 316:7
  317:13 318:1,8,20
  324:11,17 325:2,3
  329:14 337:3 362:11,
  13 368:14 373:10
  375:4,20,24 397:6
slides  28:3 206:9
  233:4 265:9,10 280:5

297:7 301:22 309:17
  335:16 345:17
slight  210:1 231:4,7
  250:21
slightly  207:23
  304:11 412:11
slot  66:16 74:25
slow  241:12
slowdown  388:17
slower  149:12
slowing  241:5 255:2,
  12,17,18,19 261:6,16
  388:17
slowly  241:5
slump  401:7
small  230:11 350:20
  361:3 363:9
smaller  83:18,19
  188:25 235:22 278:19
  306:25
snapshot  273:17
so-called  416:6
sole  112:22 159:7
  253:21
solely  115:2 418:4,8
somebody's  134:18
  285:1
something's  100:16
sort  11:10 18:18
  22:16 59:8 75:12
  78:7 163:22 212:24
  276:14 387:9
sorts  413:23
sound  10:3
sounded  408:25
sounds  123:20 137:6
  321:21 352:24 353:24
source  112:22 115:22
  393:4
sources  394:8
sourcing  45:21 52:1
Southeast  262:3
span  155:17 239:25
spans  337:12
speak  23:12 26:24
  56:3 129:18 143:12
  156:14 175:7 284:23
  333:21 340:12
speaker  324:15 325:1,
  2

**speaking** 27:16 32:4
37:7 51:7 58:25 65:2
135:2 189:9 231:7
247:25 255:21 260:12
291:1 312:6 324:16
399:9 410:3,8 419:25
**specific** 33:6,9 35:8
59:12 62:5 66:16
68:9 74:7 82:11
85:20 88:20 91:15,20
96:15,17 101:17
104:24 113:25 114:7,
10,14,16 117:23
121:16 124:1,7
129:11 139:14 140:21
146:8 154:10 156:18
161:20 171:16,23
172:13 174:10 176:2,
7 185:20 187:11
193:4 194:16 203:13,
18 204:14 213:1
249:15 333:20 342:13
393:15 408:3 410:6
419:16
**specifically** 22:17
24:21 26:4 34:20
35:18 37:3 46:6
49:14 56:15 58:7
68:19,25 88:15 90:3
96:14 110:20 114:7
117:9 124:11 130:25
133:17 142:14,18
145:5 146:25 154:3
155:18 165:25 167:2
170:1 174:22 176:6
177:11 186:4 191:1,
24 289:3,7 291:9
297:5 326:1 329:18
333:2 352:2,6 373:11
410:7 419:13,15
**specifies** 327:16
**speculate** 146:23
**speeches** 95:11
**speed** 15:3 54:2 80:18
105:14 144:23 206:12
273:14 321:24 347:2
398:19
**spend** 124:20 141:11
147:21 208:17,19
210:22 222:8,13,16
223:6 251:3 253:1
266:18 267:1,5
276:22 279:22 280:6,

15,25 281:8,12
285:10,14,23 286:7,
11,14 288:23 289:5
290:5,6 299:7,9
300:8,12,13,15,20
301:15,18,24 306:11
312:16,24 314:22
315:9,16,18,20
316:9,13 318:6
319:2,20 322:19
328:25 330:14 341:7,
21 343:6 350:8
352:9,17,22,25
353:12,19 355:8,21
358:20 359:1,22
**spending** 118:8,18
168:2 209:2,3
288:15,21 290:2
292:13 293:6,16,17
294:6 296:20,22
306:10 309:8 315:14
319:4 322:21 324:1
328:25 333:5,6
353:22 354:1 355:14,
15,16 358:21 359:20
**spends** 301:5
**spent** 21:10 37:1
315:25 318:23 321:7
323:8,18,20,24
328:19
**split** 101:9 234:25
**spoke** 21:15 114:9
251:4
**spot** 357:15
**sprint** 336:20,24
**stability** 321:12
**stable** 282:8 382:6,14
**staff** 122:8 135:23
154:4,5,21
**stage** 268:20 280:9
302:15
**stagnant** 380:4
**stale** 201:1,4,16
202:1
**staleness** 200:24
**standard** 107:20
**standards** 93:19
107:17
**standing** 13:25 63:21
**standpoint** 24:12
38:16

**start** 51:15 52:24
151:6 237:3
**started** 58:22 62:17
184:15 185:14 243:6,
9 254:11 264:4
331:5,6,14 417:6
**starting** 33:23 97:14
235:13 236:7 278:2
**starts** 307:7 312:11
**state** 8:17 53:21
413:21
**stated** 122:8 329:8
397:25
**statement** 12:7 27:25
32:11 36:16 47:16
48:20 69:9,17 73:14
76:23 87:10,21 88:7
91:4 95:22 119:13
121:6 124:23 134:4,
16 139:10 141:3
143:18 147:10 154:6,
22 169:2,5 173:23
181:5 184:25 195:4,
20 196:10 198:1
199:1 201:21,23,25
202:6 209:14 214:22
235:13 243:20 246:25
248:1,7,12 256:15
257:6 258:3,5,11,13,
16 259:11 263:2
270:14,19 271:9,16,
19 276:13 284:20
323:9 324:9,22
331:25 343:11 404:4,
8,13,15 405:16,22
406:10 407:17,24
408:24 409:6 411:21
416:14 417:7,12,13
**statements** 32:7,8,10
40:6,7 45:16 47:4
48:20 53:8 54:10
67:19,25 68:1 75:24
87:7 94:10 102:25
118:1 143:16 193:23
195:3,13,17 198:17
199:9,12,14 200:25
202:5,8 216:15
248:2,17 259:13
260:12 266:15 272:7
284:19 341:15,22
405:18,21,25 406:2
407:12 409:9 411:6,
16,24 412:4,7 413:2

416:17,24
**States**  8:6 141:9
142:10,14,19 145:5
288:17
**stating**  133:20 374:16
**status**  67:15 180:11,
17 194:18 195:6,9,24
**statute**  101:11
**stay**  66:19 252:13
326:7 347:24 352:20,
21
**stayed**  29:18
**staying**  419:18
**stays**  401:13
**steadily**  339:17
340:15
**steady**  328:16
**steno**  424:22
**stenographer**  9:13,16
**stenographic**  8:11
16:17,19,22 17:1,4,6
24:2 47:11 48:22
51:6 56:1,3 70:4
71:25 78:15,17 87:25
89:6 93:14,20 99:21,
24 121:23 122:1
130:6,9 135:1 143:5
160:5 169:3,6 177:20
178:21 180:15 188:1,
5,14 189:9 195:15
199:11,13,15,17,19,
22 205:8 206:21
209:7,17,22 210:2,5,
8 216:3,7 219:9
221:17,19 255:18
256:6,8 271:11,14
281:20,22 283:3
291:15,17 294:25
295:2,24 329:24
330:1 334:11 342:3,
24 343:2 359:4,7,9
377:22,25 380:11,13,
15 400:3,6 407:2,6,8
422:7,10 424:2
**step**  69:1 287:1
**Stephen**  8:9
**steps**  405:20 407:11
408:3 411:5,15
**Sterling**  368:9
**stick**  191:13 356:18
**stock**  41:18 42:1,3,
10,16,18 43:3,8,17,

21 44:1,9 197:4
421:18
**stop**  84:11 153:11,17
**stopped**  104:3 399:17
**stopping**  101:23
**story**  387:23
**straight**  96:25 97:1
314:14 334:10,16
335:5
**straightforward**
147:22
**straining**  260:17
**strategic**  45:21 52:1
77:20 78:12 79:9
119:23 151:25
291:14,16
**Strategy**  254:6,23
**Stratfinn**  264:11,12,
21 265:13
**Street**  8:9
**Strong**  298:25
**structure**  50:16
312:14 342:7
**struggling**  230:1
314:7
**stuff**  266:2 345:9
384:23
**sub**  100:8
**sub-bullet**  324:5
**sub-bullets**  323:16
**subheading**  273:25
**subject**  148:9
**subjective**  112:7
113:12
**subjectivity**  272:20
**submitted**  22:13,14
**subset**  263:3
**substance**  24:9 38:12
39:17
**Substantial**  305:15
**success**  125:13,15
126:5 159:25
**sufficient**  421:10
**Sugar**  67:10
**Sugar's**  76:3
**suggest**  211:12,24
216:10 219:23 220:9
221:4,24 237:18
375:3,22

**suggesting**  133:16
134:22 218:24
**suggests**  317:3
**sum**  24:8 39:17 84:10,
25
**summarize**  265:16
309:3
**summarized**  124:8
157:10 372:23
**summarizing**  111:20
117:13 166:4 284:8
285:2
**summary**  78:8 79:3,14,
17 80:5 107:23
109:18 173:15 238:14
254:23 283:13 309:1
318:22 361:5 367:3
368:15
**summed**  84:24
**Sundeep**  354:13
356:10,11
**Super**  347:24
**supermajority**  246:12,
16,21
**supplement**  92:3 94:11
**supplemental**  272:11
**supplementary**  94:11
**supplied**  319:25 320:6
**supply**  233:25 236:15,
23 237:12 255:6
259:5,9,21 260:2,17,
18 280:24 290:9,24
293:17 319:1 321:7
322:6,23 323:18,23
343:17
**support**  8:11,13
116:10 151:8 408:6
**supposed**  107:21
**sure**  9:6 13:7 21:20
39:20 41:1 42:19
48:7 51:9 61:4
63:10,12 69:4 86:2
89:23 90:5 91:5
93:4,24 108:4 113:10
114:4,6,23 115:5,19
118:13 127:12,13
137:17 153:16 158:2
173:25 174:16 175:4,
14 180:3 191:8
192:21 193:2 197:20
200:9 215:2,22,24
223:2 225:8 237:9

243:12 310:13 319:17
320:8,22 323:3,6
334:13 335:2 340:6
350:8 361:24 363:8
365:6 368:4 373:2
375:16 377:6 379:1
407:18 408:11 412:6
417:22 419:18 424:23
**surge** 319:7
**surges** 322:13
**surmising** 297:12
**surprise** 89:15 136:24
186:19 258:7
**surprised** 160:21
394:3 403:19
**surprises** 258:4
**surprising** 241:10
338:3
**surrounding** 89:2
**sustain** 242:2 247:5
**sustainability** 247:21
**sustainable** 247:9
**sustained** 255:1
**swear** 8:14
**sworn** 8:17
**synergistic** 260:2,5,
19
**synonymous** 370:16
372:7
**synthesize** 47:25 48:5
**synthesized** 421:15
**System** 8:4
**systems** 45:19 50:23
52:8 103:18 147:11
268:19 284:9

---

T

**t-s** 216:4
**Tab** 14:24 206:4
228:16,19 395:5
**table** 283:10,12,16
284:2 362:12 365:18,
23
**tables** 283:10
**take** 9:17,22 10:6,12,
13 37:15 38:8,11,23
39:13 44:14 48:12
53:20 56:19 64:6
69:1 80:22 86:23,24
87:1 112:4 113:20,21

133:22 152:6 156:3
157:5 191:3,9 205:15
225:3 234:4,10,13,23
235:1,12 242:2,5,12,
20 243:1,2,13 244:9,
10,13,15,24 246:5
247:5,9 248:16,18,20
249:18,25 269:22
287:6 313:24 315:16
316:4,13 318:6
330:25 354:10 371:4,
8 387:12 389:25
396:13 404:11,18,24
405:1,3,20 407:11
411:5,15 424:12
**takeaway** 318:9
**taken** 11:15 12:1,20
44:17 81:2 138:11
143:17 156:7 179:11
188:7,9,18 190:6
205:18 245:8 261:5
287:10 344:4 367:14
424:18
**takes** 177:2
**taking** 8:8 188:16,21
189:1,2 191:20
234:14,16 281:3
315:4 346:25 353:17
406:18
**talent** 53:14
**talk** 12:23 24:18
41:10 51:4,9,15
64:9,16 89:12 99:17
101:4,8 102:13 113:6
117:19 128:9 135:14
156:17,18 184:11
189:6 190:4 250:19
348:25 375:13 396:23
409:12,22 415:5
420:7
**talked** 19:21 25:14
43:7 54:17 65:23
66:3 87:19 89:11
91:10 94:15,25
107:16 144:4 158:25
161:15 173:20 176:13
186:23,24 204:20
206:18 210:17 247:1
249:7 258:8 286:21
311:24 329:2 383:15
384:15 418:6,7 419:6
**talking** 26:3 32:9
33:1 36:19 37:20

42:1 51:14 55:22
58:12 62:15,16 63:16
66:8 68:18 69:5
82:20 100:2 104:20
116:3 122:11 130:12
137:14 164:5 168:13
177:15,25 178:21
182:14 186:25 187:20
205:9 209:1 217:11
221:22 225:21 237:11
238:4 248:22 253:11
255:14 258:25 259:21
268:21 269:6 270:4
271:11,24 278:9
289:22 291:7,11
292:2 293:11 297:9,
10,13 303:7,12
307:12,17 308:3
314:13 320:16
321:18,21,24 322:2,8
324:25 328:18 333:23
334:3 350:22 352:1,
5,11,13,17 355:17,18
357:1 358:17 372:23
378:5 390:7,10,23
391:5 392:17 394:10
405:24 406:11 412:18
414:3,18 421:20
422:19
**talks** 71:10 279:20
290:13
**TAM** 255:5 257:7,9,13,
18 258:19,24 259:4,
12
**taper** 244:14 248:19
**tapering** 222:9,19
223:9,13,18 249:5
**tapering's** 223:9
**tapers** 249:13
**target** 130:4
**targeting** 348:14
**targets** 222:7,23,25
**tax** 41:24 414:14,15,
17
**taxi** 253:22
**team** 24:4 32:20,21,25
33:3 45:18,20 46:20,
22 47:2,8,22 52:25
53:2,6,13 56:9 58:15
77:14 106:16,19
113:8 161:15 171:21
174:7,13,15,18 177:2

193:9 206:17,19
227:15 264:16,18,21
265:11 288:16 291:4,
7,11,14,18,20,22
292:2,9,11,15 293:23
294:1,3,5,10,15
326:2 405:17 406:1
408:2 420:5,6

**teams** 45:17 53:7
63:18 194:1 227:13
291:9,12,23

**technical** 11:14,16
107:5 135:15 152:12
287:3

**technically** 224:22

**Technologies** 8:5

**technology** 45:18
52:6,7 193:20

**tell** 10:14 11:4 14:7,
12,16 27:22 29:13
33:20 34:18 38:2
39:17 57:21 81:17
86:12 96:10 97:17,20
110:15 134:14,23
135:5 156:25 185:14
196:16,17 221:14
284:12 286:25 297:7
310:15 349:9,14
365:14 373:12 408:15

**telling** 23:23 134:2
234:5 350:25 416:4

**tells** 282:10

**ten** 32:3 33:5 98:21
290:20 372:18

**tend** 241:12

**term** 53:12 55:12
77:19,23 78:6 96:22
117:23 126:13
162:12,19 223:10
226:25 246:21 303:2
329:20 336:19,24
341:5 353:20,22
355:8

**terms** 30:24 43:24
50:3 83:17,20 93:25
96:13 115:23 196:22
235:20 242:10 257:24
272:21 317:22 330:20
414:9

**test** 10:23 116:12
154:8 392:13

**testified** 8:18 13:2,5
14:9

**testify** 12:12,15,21
14:7 17:15,24 18:3,
9,18,22 20:2,20 21:5

**testimony** 9:9,14
13:21 14:3,12 40:18,
20 44:8 268:16
414:21 424:24

**testing** 323:5

**text** 22:12 29:16
33:15,17,20,23 34:3,
17 35:6 386:19
422:24 423:11,12,15,
21 424:7,8

**texted** 423:24

**texts** 28:2 31:13
35:2,3,5

**TFL** 131:6

**Thain** 68:3 74:11
75:24

**thank** 16:21,22 17:6,8
44:14 73:22 78:17
93:20 99:24 122:1
126:17 130:9 142:4
143:2,9 145:16
152:22 156:13 169:6
199:15,22 205:25
216:7 221:19 226:10
238:7 250:5 253:24
263:19 291:17 295:2
320:4 330:1 343:2
368:8 376:3,12
377:25 380:1 400:6
422:10

**Thanks** 11:20 142:1
325:9 354:5 383:9
395:5

**themes** 223:24 224:4
225:6,21 226:15
233:14

**thereabouts** 207:15

**thing** 9:22 25:7
100:21 132:13 146:22
152:12 222:23 229:14
239:12 242:6 243:25
249:9 261:1 269:16,
17 270:21 272:11
280:13 281:8,12
350:13 353:5,9,12,
18,20 361:18 362:16
363:7 389:14 399:6

404:1 408:18 412:15
422:2

**things** 15:3,5 22:10
28:24 44:10 45:18
46:5 53:24 65:22,25
67:6 68:22 102:5
105:14 124:16 134:12
142:5 159:11 195:12,
18 204:23,25 206:12
215:19 248:5 270:16
273:14 278:10 294:15
306:7,14 336:14
343:14 345:14 347:2,
19 373:12 375:18
377:5,8 378:7 383:2
385:5 398:20 406:11
414:10 418:10

**think** 9:2 15:9,20
21:19 24:3,11 31:24
32:17 36:24 37:17
40:4,20 42:16 50:20
52:16,17 53:15 55:1,
5 56:25 57:1,21,24
58:21 59:4 61:16
74:17 77:19 80:9
85:9,24 89:2 91:3
94:2,14 102:6 103:4,
7 104:7 106:16
109:18 113:2,11
117:1 121:13 122:16
128:18 133:1,3,6
135:13 137:13,14
145:12 147:1 152:5
159:19 161:10 163:1
166:21 169:19 170:24
171:10 172:12 179:16
182:1 183:16 184:2
185:2,17 187:12,13,
21 188:15 190:9
191:25 196:5,22
197:23 201:2,10
202:1,14 206:18
207:13 216:18 219:4
220:22 225:18 226:25
227:2,5 228:19
234:11 236:13 242:4,
25 248:23 249:2
253:17 255:15 257:12
258:2,9,12 262:25
263:18 265:22 267:18
268:13 269:2 271:21
273:7 280:3 286:21,
25 288:16 290:4,10,
12 292:4,18 293:9

294:19 298:8 303:1
306:15 309:1 313:14
315:12 317:10 323:8
334:21 342:8 348:14
352:13,20 358:19
359:23 372:21 381:2,
5 386:3,23 387:23
389:2,11 392:5,6
405:23 410:6 412:16
413:7 423:20

**thinking** 115:23 221:8
235:19 278:9 341:1
409:14

**thinks** 227:15 339:14

**third** 210:16 248:18
252:24 266:16 332:21

**thought** 93:25 186:22
201:8 226:5 243:13
312:14 346:13 376:14
415:16

**three** 21:23 84:1
87:18 103:3 216:24
227:5 235:7,23 240:2
244:14 248:19 249:5,
14,15 250:1 268:24
318:5 323:1 332:12
333:23 334:5,10,16
335:4 336:6 366:4
377:8 389:12

**three-year** 216:21,22
222:11 223:3 228:16
229:19 230:4

**throw** 97:3

**Thursday** 21:19,20

**tie** 139:21 408:4

**time** 8:2,3 9:2,5,10,
17 10:12,20 11:1
13:12 15:10 19:8
21:10,15 23:18 27:6
35:23 37:10 40:17
41:19 42:21 43:15,
16,20 44:4,15,19
46:8 47:24 51:13,14
52:3,10,21 53:9,14,
19 54:8,15 56:4 57:9
60:13 62:14,21 63:15
66:16,23 71:22 72:3
73:25 74:14,25 75:14
78:12,22 80:4,25
81:3,11,12 84:3,16
85:22,23,24 86:25
87:12 98:23 100:20
104:2,12,14 105:22

109:20 119:13,24
120:5,25 128:19
129:2,12 131:5
133:12 134:19
140:18,23 143:12
147:21 151:11 153:9,
23 155:5,17,18
156:5,9 163:4 164:15
169:10,16,19 179:9,
13 180:23 181:21
184:16 185:20
193:16,23 194:2,4
195:1,2,11,24 196:6
197:9,22 200:19,25
201:3 203:11 205:6,
12,16,20 211:13,25
212:24 213:20 216:11
219:25 220:10 221:1,
5,10,23 227:9 237:19
238:2 252:9,10
253:17,22 262:15,18
268:7 274:18 278:20,
21,23 279:6 280:21
281:14 287:8,12
294:17 297:17 298:21
301:17 306:2 309:24
314:6 315:7 317:4
321:14 322:2 323:4
326:1,21 327:19
331:4 332:24 333:15,
20 337:15 338:8
339:11 342:6 343:15
344:2,8 345:8,17
348:4,8 350:23 351:5
353:18 354:15
355:13,22,23 356:13,
15 362:7 365:6
367:10,12,16 371:7
375:5,10,17,24 380:3
382:9 383:1,3,11
384:2,25 386:19
387:1 394:19 395:7
406:4 412:5,6 419:17
420:11,13,23 422:3,
19 423:2 424:5,16,20

**time-bounding** 352:19

**timeline** 25:3 262:13

**times** 9:1 52:11 56:24
67:4 175:11 203:20
314:20 315:25 328:22
386:5 419:10

**timing** 74:3,5,19
196:5 198:12 200:14

201:11 202:16
203:19,25 204:1
205:7,11 334:3
348:12

**title** 45:2 54:22,24
128:2 148:3 231:12

**titled** 153:5 318:20

**TK** 393:1,8,11 394:16

**today** 8:12 12:5,11,
16,24 13:23 14:7
15:2 18:24 19:16
21:6,9 23:4,13,14,24
36:20 40:14 44:5,8
56:23 79:12 127:8
161:25 185:13 204:9
210:18 211:11,23
216:2,9,12 219:22
220:9 229:2 237:17
268:16 287:22 294:9
333:11 336:19 374:25
375:21 381:8 422:23

**today's** 8:1 22:4
36:11 150:16 333:12
424:23

**told** 134:3 274:15
320:21 423:20

**tomorrow** 385:17

**tons** 109:25

**Tony** 357:1

**top** 18:2 71:15 78:7
79:3,14,17 80:5
107:14 140:1 146:19
148:3 150:14 173:15
198:19 199:3 207:9
214:25 245:3 251:17
254:22 261:16 267:8
283:10,12 289:10
298:15 302:5 311:10
314:3,8 325:21 327:3
347:25 354:6,13
365:22 374:10,15
377:20 380:25
381:11,14 400:25

**topic** 17:11,15,20,24
18:6,9 19:20,21
20:9,13 21:6 29:5
107:17 116:9 225:13
284:23 289:1,5
407:15

**topical** 59:17

**topics** 18:5,25 20:23
63:15,22 65:17

157:21 160:17 192:9,
23 278:14 281:9
291:1 292:17 295:15
326:20 330:22 336:10
**total** 48:13 84:23
87:19 124:16 188:21
244:9 245:19 255:5
275:1 277:8,10
296:24 297:2 312:20
**totality** 244:23
**tour** 197:10
**TPR** 389:17
**track** 56:7 103:9
107:1 284:13 423:2
**tracked** 161:18,21
162:1 164:13 185:4,
21
**tracking** 92:13 103:13
163:23 164:15 185:8,
14 186:2
**traded** 83:15
**traditional** 253:22
**traffic** 50:23
**trail** 344:17
**train** 356:14
**trained** 408:10
**tranches** 41:21
**transaction** 26:13
422:17
**transactions** 52:7,9,
12
**transformation** 53:2
**transition** 39:15 58:1
151:19
**transparency** 91:8
**transparent** 146:11
201:7 205:5 257:13
**transportation** 97:16
255:8
**Travelzoo** 13:14,19
45:1,7 46:2 83:13,
15,17,21
**Travis** 393:8,11,17
394:7,20,23
**treasury** 45:23 52:2
**treat** 269:25
**treated** 270:4
**treatments** 209:12
**trend** 99:5 250:22
251:1 289:11 299:18
300:25 301:11,18

337:20 338:10,17,23
339:16,21 340:9,14
**trends** 207:9 222:7
253:12
**trial** 14:9 41:2,3
**trip** 234:21 235:14,18
242:13 251:22 322:14
327:20,24 328:11
356:20 364:11 365:10
369:2 373:21 397:17
398:5 401:19
**trips** 52:10,12 79:20
85:11 86:20 230:18
231:5,9 251:3,5,7,
11,12 261:20 262:1,
6,10 263:5 273:19
274:19 284:4 285:8,
16 288:14 320:23
326:10,13,16 328:5,
8,12 330:10,20
332:18,20 377:11,20
378:11 379:4 389:25
400:9 401:22 402:17
**true** 116:24 119:13
134:4,16 138:2,10
246:24 259:13 260:12
331:1
**truth** 8:17,18 14:7,
12,17 138:11 405:20
407:11
**truthful** 411:7,17
413:6 415:4 416:1,8
**try** 15:3,22 106:11
133:21 251:19 261:19
264:6 273:14 292:12
302:3 305:1 311:13
361:3,8 365:20
392:11,13
**trying** 25:9 30:23
52:16 67:9 95:2,3
133:7 146:11 159:6
178:10 181:22 233:10
256:24 257:5,12
270:24 271:1,7,8,16
276:5 277:12 281:4
292:19 298:13 309:3
313:9 314:15 315:6,
12,15 350:9 355:4
364:18 365:9 377:13
381:7 389:14 390:1
392:18 398:2,4
414:20 415:25 416:20
418:2,24 422:2

**turn** 232:24 248:2
255:7 356:9 401:17
**turned** 248:2
**turning** 17:19
**twice** 9:3 40:2 391:25
**two** 9:17 18:5 27:12,
14 37:1 43:9 45:22
62:17 70:15 83:4
95:7 96:21 97:4,8
98:6 134:11 140:22
240:24 259:13 260:18
281:9 283:10 310:12
311:6 313:16 331:11,
20 341:24 372:10
385:12 389:8,13
399:10 402:1,21,23
405:3 418:15 423:3,4
**two-week** 155:17
**Twofold** 37:9
**type** 162:15 292:10
342:6
**types** 82:8,9 279:13
**typical** 227:11,24
265:19 302:16
**typically** 204:5
264:10 291:24

---

**U**

---

**U.S.** 8:10,13 50:5,13,
17 96:16,19 97:25
98:13 110:9 114:2
117:23 128:21 129:3,
7 138:23 139:20
140:9,13,18 149:9,
12,24 150:2 209:13
210:10,13 222:8,13
233:18 238:16,19
240:5 242:3 243:3
244:7,9,18 245:4,11,
12 247:2 250:22,24,
25 253:12,16,20
270:5 272:2 283:17,
25 284:4 285:8,13,21
287:3 288:16,24
289:10,22,25 290:14
293:23 308:10 314:9
318:20 320:16 321:1
325:11,18 326:1,3
327:17 330:9,18
335:17 336:7 337:21
345:25 347:17,20

364:12 373:21 376:10
386:3 388:16 400:10,
16 402:19,25 403:16
**Uber** 8:5 10:21 12:5,
13 13:2,24 14:4 22:9
23:8,11,13 24:21,25
26:5,11 27:10,15,16,
23,24 31:20 41:14
42:9,17 44:6,7,22
45:13 46:3,6,16,18
47:24 48:2,9 49:5
50:6,10 54:1,7,14
55:3,7,18 56:9,25
57:6,11 60:21 64:14
75:11 77:6,17 81:15
83:5,21,25 84:15
85:2,21,25 86:19
89:17,24 90:25
104:3,12,15 106:15
109:3 110:16,17
115:24 121:15 123:22
125:13,18 134:3
147:19 153:10,11,12,
18 156:25 157:16
158:3,11 160:15
161:6 162:1,6,23
163:9 164:9 165:23
167:18 171:6 172:1
173:7 181:23 182:6
183:14,24 184:13,16
185:14,25 186:20
187:1,10,22 188:7,16
189:17,22,25 190:18,
19 191:22 192:3
193:3,11 197:13
200:4,20 202:11,21
203:14 204:11 223:5
227:24 233:21 234:20
241:17 242:13,15
253:2,3,15 257:7
269:25 278:12 282:17
288:13 289:7 292:15
293:5 300:15 312:14,
15 313:11 314:19,22
315:24,25 317:22
319:6 324:1 325:23
327:17 329:7,8,11
332:24 333:2,13
334:8,9,11,15 335:3
336:6 337:3,6,9
339:8,10,14,20 340:8
341:9 344:13 349:2
366:20 372:12 380:3
388:7,11 392:2

406:13,24 407:4
409:22 410:4 412:5
413:13 414:23 415:1,
15,16 417:6,17
418:25 420:10
422:15,24
**Uber's** 26:5 58:3
69:15 88:4,5 89:14,
18,25 158:18 159:9,
12 160:12,16 169:11,
17 172:3,18 174:25
176:23 178:7 179:21
181:10 184:17 186:1,
25 188:10,18 190:6,
21 191:3,9,20 193:5
200:4 244:8,19
245:6,13,21 247:8
262:5 277:22 283:17
284:3 285:12,21
292:12 314:19 327:20
330:18 383:11 384:2
395:7 410:12,25
411:6,17 413:22
415:2 416:25
**Uber_00046251** 206:4
**Uber_00046561** 250:11
**Uber_00159372** 325:13
**Uber_00159379** 325:14
**Uber_00312205** 395:24
**Uber_00329941** 70:12
**Uber_00330039** 70:13
**Uber_0046257** 206:5
**Uber_0046486** 250:10
**Uber_00536030** 254:7
**Uber_00536070** 254:7
**Uber_00543934** 228:17
**Uber_00543986** 228:17
**Uber_00588687** 368:1
**Uber_00702467** 296:5
**Uber_00719950** 127:4
**Uber_00720530** 105:12
**Uber_00720535** 105:13
**Uber_00792065** 318:17
**Uber_0588687** 360:13
**Uh-huh** 327:4 344:21
386:2
**UK** 130:25
**UL** 329:6
**ultimate** 181:20
248:17

**ultimately** 26:1 92:15
98:7 112:6,8,15
249:13
**unable** 178:3
**uncertainties** 258:9
**unclarity** 152:13
414:17
**unclear** 146:19 413:22
**underlying** 129:15
288:20
**underneath** 208:15
281:17,23
**understand** 11:11,24
12:2,8,11 13:23
14:2,6,11,17 22:15
49:2 55:11 66:14
68:8 69:5 81:17
82:20 84:13 89:19
90:1 93:25 95:3 97:2
109:5 122:4 136:6,8
139:5 145:10,15
147:3,4 163:8 172:12
196:14 201:13 214:8
223:2 242:12 257:5
260:11 270:13 271:7,
16,19 284:21 286:3
288:21 291:20 292:25
293:1,15,25 294:6,9
313:10 314:1 317:7,
17 323:21 355:3
366:8 373:4,17
374:19 377:7,10
392:11,18 405:8
408:14 410:7,18
414:11,12,16,20
415:25 416:20 418:2,
24
**understanding** 17:14,
23 18:17,22 20:1
25:3 28:18 35:13
60:23 61:2,5 67:14,
24 69:14,21,23 73:10
74:24 76:21 92:12
100:20 121:17 131:25
132:1 161:6 183:13
189:4,16 197:8
212:18 222:19 223:1
270:24 292:12 295:8
312:13 313:10,15
317:21 328:22 329:23
348:19 355:5 372:12
373:6 393:1 405:23,
25 409:2 410:10,25

412:8 413:1,10,19
415:24 416:1 417:1,
16 419:3,8 420:9
423:11,12
**understood** 12:1 354:5
407:19
**undertaking** 193:20
**underwriters** 26:4
408:5
**unfamiliar** 392:17
**unfortunate** 363:18
391:11
**unilaterally** 117:7
**unique** 45:23
**unit** 50:21,22 61:19,
20 166:13
**United** 8:5 141:9
142:10,14,19 145:5
288:17
**units** 42:17 43:9
84:18 166:12
**unreasonable** 221:25
375:23
**unrelated** 278:10
**unsustainable** 242:21
243:14 248:3
**untrue** 124:24 135:7
**unusual** 86:7 290:22
**unusually** 86:7
**unvested** 43:21,24
**up/down** 321:14
**update** 65:16 68:13,15
75:25 79:9 107:15
201:2 213:2,5,8,13
318:16 325:12,19,23
341:1 345:25 347:24
376:11 421:13
**updated** 67:9 68:21
106:5 148:18,19
212:23 220:25 268:19
269:1 372:19 405:6
**updates** 47:22 66:12
68:20 194:17 195:23
331:23 347:11 408:19
**updating** 347:15
372:24
**upgraded** 268:19
**Ursula** 74:11
**usecases** 389:2,3,8
**user** 255:3 256:18,22
257:2,19 259:10

380:9 383:19
**user's** 259:25
**users** 79:21 86:21
256:22 258:9 259:18
383:13,17 384:4
389:8,25 391:24
**usual** 83:8
**utterance** 69:25 71:24
87:24 130:1,5 160:3
169:2 342:2

---

## V

**vacation** 204:7
**vacuum** 96:10 134:23
137:22 159:7
**vague** 252:8,11
**validate** 364:20
**validating** 202:3
408:2
**valuation** 24:17 25:23
420:10,22,23 421:1,
2,9,17
**valuations** 24:13,15,
16 25:15,18 26:8,10
43:1 420:20
**value** 42:25 43:12
44:2 256:25 315:5
330:25 422:3
**valued** 43:15
**valuing** 421:23
**variance** 214:18
215:20 216:4,5 268:1
269:7 279:21 365:15,
25 370:10 371:22,23
372:1,5,11
**varied** 265:22
**varies** 163:3
**various** 65:17 73:16
91:4 118:22 160:22
173:9 176:13 237:2
301:23 306:7 359:21
410:4 411:11
**vast** 255:8
**vehicle** 255:4 258:18,
21,22 259:1,2,3,11
**verbal** 10:8 194:17
412:10
**verbiage** 86:15
**versa** 113:23

**version** 231:1 242:18
367:6,7 368:8
376:23,24 396:8,22
397:3 404:15,16,19
405:10
**versions** 238:3
**versus** 8:4 43:21,24
50:6 65:13 81:18
82:22 83:21 95:4
98:15 99:12 110:5
120:16 148:13,14,25
187:22 209:5,6,7
213:17 218:11 234:15
267:12,17 270:23
271:17 308:14 310:19
311:5 326:15 329:8
330:9,19 332:4 337:4
355:15 360:6 365:4,
15 369:4,6,25 370:8,
10 371:19 372:5,6,7
377:11,21,22,24
378:22 379:12 398:8
**vest** 43:9
**vested** 43:21,24 44:1
**vesting** 43:17
**vests** 41:18 43:15
**vice** 113:23
**video** 8:3 10:7 424:21
**videographer** 8:1,10
9:13 11:18 44:15,18
80:25 81:3 156:5,8
179:9,12 205:16,19
287:8,11 343:23
344:2,7 367:12,15
424:16,19,23
**view** 95:14 98:7
125:24,25 126:14
158:22 159:24 160:3,
6,7 192:13 316:7
317:2
**viewed** 300:21
**viewpoint** 25:22 114:1
**views** 84:24
**visible** 113:18
**visual** 15:3
**voices** 9:17
**volume** 52:9 167:6,12,
13,14,15,17,18 313:7
**volumes** 227:19
**volumetric** 374:23
**voluntarily** 101:21
102:5,8,19 204:24

**voluntary** 102:21,23

---

**W**

**wait** 17:2 202:11
  203:6,16 335:23
  367:17
**waiting** 64:18 204:11
**Waldron** 52:22 105:11
  264:17 265:7
**walk** 64:15
**Wan** 74:11
**want** 12:23 14:19
  16:25 17:4,11 18:5
  19:12 29:12 36:15
  39:15 41:1,10 51:4,9
  55:23 57:15 58:1,6
  64:9 69:4 70:13
  72:22 74:20 77:3,22
  78:4 84:11 89:12
  92:9 93:24 94:19
  95:16,19 96:6 98:17
  106:8 109:4,5 116:16
  119:5 123:8 124:12
  126:20 133:21 140:25
  143:3,23 144:11
  146:23 147:3,4,10,14
  149:20 150:13 151:22
  152:12,21,23 153:25
  156:2,22 164:24
  171:11 181:14 183:9,
  10 185:8 192:3 193:3
  196:9 197:20 202:20
  203:21 204:6 207:2
  212:13 215:1 220:16
  223:2,24 231:1
  232:6,24 241:19,24
  250:13,19 252:23
  258:15 261:18 266:2,
  14 277:10 279:4
  283:9 285:5 287:24
  288:4 296:8 298:5
  302:2 309:25 310:11,
  13 313:24 318:17
  319:19 322:15,17
  326:4 329:4 330:7
  332:9 340:5,18
  344:10,15,19 345:10
  349:19,22,24 350:5,8
  352:4 355:6 356:8,25
  357:19 359:11 360:25
  365:6 367:10,17,18
  374:8 377:4,6 383:7,

8,24 384:24 397:13,
  17 400:9 401:18
  402:16,18 412:13
  414:19 416:19 419:7,
  17 420:7 421:11
**wanted** 9:8 54:15
  113:10,13 115:12,13
  121:18 122:3 201:7
  205:5 238:15 252:13
  292:21,24,25 317:7
  318:4 383:2
**waste** 365:6
**watch** 348:2,17 351:24
**watching** 338:16
**way** 16:11,17 50:23
  67:1 69:1 73:15
  87:21 113:2 126:14
  127:19,21 131:15
  132:12 139:1 140:17
  141:20 146:18 163:2,
  16 168:5 183:9
  184:3,4 216:18
  217:4,25 218:16,19
  220:22 223:17 230:15
  234:18,25 237:9
  239:10,25 240:6
  242:18,19 243:1,5,25
  247:11,12,15 251:14
  256:23 257:4 258:14
  261:14 269:1 273:6,
  23 282:20 286:13
  292:14 294:15 295:6
  300:19 307:4,6,8
  309:13 316:7 321:5
  322:25 323:6,13,19
  327:15 331:2,23
  337:14 344:13 358:1
  366:9 370:18 372:2
  379:19 387:6 391:20
  392:25 398:7 400:13
  403:20 405:7 411:20
  412:2 419:12 420:1
**ways** 10:4 36:10
  100:12 219:6 239:16,
  23
**weaker** 319:1
**website** 55:21 56:2
**Wednesday** 21:20
  143:24
**week** 19:11 21:19,20
  22:3,7 133:19 136:14
  220:23,24 253:4
  268:6 326:17 327:8,

9,12,13,14 328:5,13,
  17 330:24 331:1
  332:7,14,21 333:22
  334:4,6,10,16 335:4
  346:21 377:1
**week-by-week** 227:14
**week-long** 197:10
**week-to-week** 328:24
**weekly** 58:18 62:23,25
  63:2,3,4 300:20
  331:10 346:16 355:9
**weeks** 196:7 251:23
  328:16,18 333:23
  334:5,10,16 335:4
  352:21
**went** 9:6 28:14 65:4
  67:2 74:25 115:13
  240:4 257:10 258:9
  273:1,2 275:3 277:15
  284:16 287:20 309:11
  310:24 419:12
**West** 357:1
**whirlwind** 197:10
**white** 135:7 226:11
**whoever's** 324:16
**wholesome** 237:3
**willingness** 352:17
**windows** 353:5
**winter** 15:23,25
**withdraw** 73:24 154:2
  176:19 188:8 210:25
  271:4 287:25 314:16
  320:12 328:3 334:8
  339:9 350:17 353:3
  360:19 388:8 389:12
  394:20
**witness** 8:14,16 24:3
  30:7 31:24 33:11
  34:6,10,20 35:8 36:5
  37:20,23 47:12 48:4,
  15,23 54:5 55:5
  56:2,5 67:1 69:21
  70:5,25 71:24 72:2
  73:13 75:17 76:11,15
  77:9 78:16 80:12,24
  81:7 83:8 87:23
  88:1,14 89:8,21
  90:3,16 91:3,19
  92:17 93:17,19,22
  94:8 96:13 97:23
  99:4,23 100:23
  101:14 102:5,17

103:16 104:6,18
107:4 109:16 110:8,
20 111:13 112:12
113:2,16 115:17
116:1 117:1,22
118:11,21 121:8,25
122:14,16 125:1,15,
22,25 126:13 127:10
128:24 129:10,25
130:8,10 131:2
132:15,20 133:1
134:6,18 135:10
136:23 138:7,13
140:11,21 143:9,15
144:13 149:15 151:14
152:5 153:14 155:10
157:8,24 158:14,20
159:11,21 160:2,7,
14,20 161:10,20
162:9 163:1,15,25
164:19 165:11
166:10,20 167:6,20
168:23 169:5,7,13,19
170:13,20 171:10
172:5,22 173:9 174:9
175:3,25 176:11,25
177:22 178:24 179:23
180:20 181:13 182:1,
9 183:4 184:2,19
185:7,17 188:3,12,15
189:12 190:9 191:6,
13 192:10,12,19,24
193:14 195:1,17
196:17 198:11,25
199:12,14,21,24
200:7,24 201:20
202:14 203:3 204:14
205:10 206:23 208:2
209:9,12,19 210:10
211:3 214:18 216:6
219:10 220:2,14
221:8,18 223:8
224:19 225:13,20
226:4,18 228:1,8
229:22 230:9,11
231:3,11 234:23
235:10 236:25 237:22
239:9,16 240:13
241:1,8 242:8,23
243:16 244:21 245:8,
15,23 246:16 247:11,
23 248:5,25 249:2
252:18 255:14,19
256:9 257:9,21

259:16 260:7,22
261:8 262:9,20,25
267:17 268:1 270:3
271:21 272:24 274:23
275:7,22 277:24
278:15 279:10 280:8
281:3 282:19 283:5
284:25 285:16,25
286:18 291:16,18
292:18 293:9 294:19
295:1,16 296:3,11
300:18 301:4,20
302:23 305:21 307:20
309:1,20 310:10
312:18 313:14 315:1
316:4 317:6,16,25
319:16 322:4 324:4,
25 326:21 327:23
328:7,21 329:25
330:23 331:14 333:17
334:2 335:7 336:11
337:23 338:12,20
339:25 340:12
341:17,24 342:5
343:1,3,13,24 344:1
345:20 346:10
348:12,22 349:4,12
350:1,12 351:15
353:11 355:20 356:5
359:6,8,13 362:7
363:3,23 364:18
365:13 366:24
369:13,24 370:10
371:7 372:15 375:7
376:2,5,12 377:13,24
378:15 380:6,12,14,
16,21 382:12 383:15
384:6 385:10 386:18
388:13 389:21 390:9
392:5 393:10 394:13
395:1,12 398:11
400:5,7 401:11,22
402:9 403:13 410:16
413:17 415:7,19
416:10 417:3,21
419:11 422:9,19
423:8 424:1,10

**wondering**  293:16
304:24 362:14

**word**  39:5 134:6,8
214:10 225:22 389:4

**wording**  136:25 141:3
144:5,23 286:10,14

**words**  27:23 29:12
77:22 78:4 86:14
115:12 124:5 140:8
186:1 194:22 196:20
259:3 303:15 307:15
312:15 321:20 332:3
349:15 414:19 416:19

**work**  13:14 37:8 40:10
43:18,19 49:25 64:13
106:11 139:1 238:9
370:17 408:5

**worked**  40:19 83:12
342:20 354:15

**working**  13:12 44:25

**works**  24:4 45:18

**Workshop**  340:24

**world**  49:16 50:19
163:3 410:5

**worried**  387:13 419:6

**worse**  278:22 319:25
320:6

**worth**  150:17 387:21

**Wow**  23:18

**write**  130:6 247:14
257:22 352:21

**writes**  107:5 128:7
347:24

**writing**  342:10 363:4

**written**  94:22 109:20
120:25 152:15 194:17
247:12 255:22 307:15
328:7 332:3 340:13
386:10 393:7 412:10

**wrong**  29:13 60:24
295:25 375:23

**wrote**  38:24 117:2
228:9 247:16 286:15
330:25 339:8,25

---

## Y

**Y-A-N-D-E-X**  89:9

**Y-U-E-N**  24:3

**Yan**  8:12

**Yandex**  89:3,8,9

**yeah**  9:3,25 10:4,5
13:1 15:9,16,21
16:2,3,5,7,14,18,20
18:10,12,15,16
20:10,17,19 21:4,11,
24 23:2 24:3,18,19,

20,25 25:5 26:23
29:8,24 30:7,14,25
31:10,25 33:11,14
34:15,20,21 35:8,24
36:12,14,21,23 37:1
38:1 39:8 41:9 42:3
45:9,22 46:14,15,22
47:6 48:4,19 50:1
52:17,19,22,24 53:19
54:6,24 55:1,5,7,14,
23 56:5,15,20 57:3,
25 58:10,17,21,22
60:3,4 61:4,10
62:19,21,22,23 63:4,
17,18 64:8,11 65:9,
11,14 67:23 68:14,19
69:3,20,21 70:21,22,
25 71:2,5,8,12
72:15,16 73:9,20,21
75:2 76:15,19,23
77:2,11,15 78:3
79:2,20,21 80:18
81:19 82:4,11 83:4
85:15,22 86:1,24
88:11,24 89:4 92:22
93:17 94:16 96:25
97:7 98:19 99:4,11,
19 100:23 101:16,17
103:24 104:8,11,23
105:21,22,23 106:2,
7,12,19,21 109:13
110:25 113:16 115:20
117:1 118:4,21
119:16,25 120:3,7,
10,19 121:1,5,20
122:14,16 123:2,6,20
125:25 127:15,18
128:6 131:7,16,24
132:13 133:1 134:13
135:17 136:6,7,23
138:7,8,13,16 139:19
140:16 142:20,23
143:1 144:13,16,18,
21 145:3,25 146:8,
14,17,20 147:13
148:21 149:2,10,19,
25 150:5,9,12
151:14,24 153:19
155:4,16,19,21
156:16,21 157:12
158:14 161:16,24
162:9,13,21,22
163:1,4,15 164:14,
19,25 166:20,22

167:15 168:6,23
169:16,19 170:14,22
171:5,18,19,22 172:5
173:2,3,17,23
174:14,18 175:13,15,
18,20 177:6,7
178:11,17,18 179:23
180:4,7,9 182:3,18,
22,24 184:10,19
185:7,8,17 186:7,13
187:12,18,25 188:2,
3,19 189:7 190:3,16,
17 191:13,25 192:2,
12 193:16,17 194:8,9
196:25 199:4,24
200:7 203:3 204:15,
22 205:1,4 208:22
209:12 210:10
211:10,22 212:5,25
213:10,23 214:3,7,
12,18,20 215:6,18,24
216:20 217:2,4,20,
23,25 218:4,8,13,19,
22 220:2,7 221:8
222:3,15,22 223:22
225:13 226:1,9,11
227:2 228:8,20,24
229:22 230:11,23
231:13,16,19 232:4,
8,13,16 233:1,23
234:11 236:17,25
237:10 238:8,11
239:2,3,16,22
240:18,20 241:1,2,8
242:8,24,25 243:7,9,
19,23 244:2 245:23,
25 246:7,8,9,10
247:11,23 248:10,17
249:11,22 250:4,25
251:6,12 253:10,17,
23 254:20 255:14
256:13,17,22,24
257:11,21 258:21,23
260:7,15 261:12
262:4,15 264:9
266:10,11,13 267:17
268:1,15 271:1,4
272:19,25 274:13,14,
23 275:11,23 276:24
277:20 278:15 280:20
281:17 282:5,19,25
283:11,20 284:21
285:25 286:11,18
287:1,20 288:9

289:16,22,23 290:4
293:9 294:13,19
295:5,16,17 296:3
297:3 298:12 299:17,
24 300:2,5,6 301:20,
22 303:7,8,15,16
304:1,7,11,17,18
305:10 306:14,17
307:20,25 309:6,10,
13,15,23 310:3,10,
18,22 311:5,7,8,12,
18,21 312:4,9,12
313:16 316:4,7,22
319:8 320:3,18
321:5,9,20 323:6,15
324:21,25 326:6
327:7,18,23 328:7,8,
15,25 329:9,18,22
330:6,23 331:23
332:11,23 334:3,6
335:7 336:2,3,11
337:14 338:3,6,20
339:7,12,19,23
340:12 341:4,11,20
343:25 345:20,22
346:4,12,13,15,18
347:1,3,10,22 348:4
350:1,6,21,24 351:1,
12,20 352:6,16,24
353:7,11,13 354:1,
15,22,25 355:2,12,20
356:6 357:7,12,14,
17,22,24 358:5,6
359:24 360:10 361:7,
16,20,25 363:9,23
364:6,10,13,18
365:1,8,13 366:2,5,
7,10,14 367:3,9
369:4,9,14,17,18,20
370:7,10,13 371:8,24
372:15 373:11,22
375:2,17 376:18
377:21 378:15,25
379:2,5,14 380:16
381:5,13 382:8,18,
20,21 384:1,6 385:4,
10,21,23,24 386:5,7,
9,10,23,25 387:8,9,
11,16 388:3,6 389:3,
5,6 390:5,6,10,13,
14,15,18 391:3,7,10,
20 392:1,9,21 393:7,
10,15 394:3 396:10,
15,21,24 397:12,24

398:5,22,24 399:12,
17,19 401:6,14,16,
18,23 402:12 403:18,
23 404:7,8,10 406:2,
10,15,18 407:15
410:9 411:14,19
413:7 416:3,10
418:12,14 419:12
422:14 423:5,17
**year**  15:19,23 16:1
42:14,23 43:4,10,13,
14 48:11 50:10 51:2
53:2 60:10 106:22
148:16,17 203:20
204:5 217:3,10,12,
13,16,17,24 218:2,3,
4,25 219:14,16,17,
18,19 223:20 224:5,
8,22 226:12 230:6,
18,19,22,24,25
231:8,12,15,16,22,23
232:2 233:16 238:18,
23 240:2,10,22
255:17,19 261:20,21
262:1,9,10 281:19,25
282:5 290:20 297:11,
13,14 302:18 305:14,
16,19 308:7 310:23,
24 337:12 370:15,18,
19,22,23 371:1
391:25 397:16,17
398:3,5,6,7,8,11
400:1,5,10 401:19
402:17 403:13
**year-over-year**
239:18,19 240:14
241:11 282:9
**years**  40:21 41:21
43:9 116:7 216:24
218:23,25 219:17
223:22 224:11 227:5
235:7,23 239:25
240:1,2 244:14
248:19 249:6,14,15
250:1 255:2 262:18
273:1 282:7 290:20
318:2 339:18 340:16
404:23,25
**yesterday**  128:8
133:24
**York-based**  187:16
**Yuen**  23:25 24:3 53:15

**Yup**  148:10

---

### Z

**Zach**  21:24
**zoom**  11:17 106:11
207:17 211:6 212:6
229:10 238:12 243:25
250:21 251:16 254:21
261:18 279:24 302:3
305:1 306:24 307:3
311:13 313:24 314:2
318:19 361:8,23
362:8
**zoomed**  361:4
**zooming**  363:7

# ERRATA SHEET

**Case Name**: *Boston Retirement System v. Uber Technologies, Inc. et al.*, 19-cv-06361-RS

**Deponent**: Glen Ceremony

**Deposition Date**: August 16, 2023

I wish to make the following changes, for the following reasons:

| Page: Line | Original | Correction | Reason |
|---|---|---|---|
| 10:4 | Yeah. Both ways, right? | Yeah, both ways, right? | Mistranscription[1] |
| 24:20 | Yeah. And for the 409As, though, that | Yeah, and for the 409As, though, that | Mistranscription |
| 29:8 | Yeah. But all of it was basically what was | Yeah, but all of it was basically what was | Mistranscription |
| 30:25 | Yeah. I can't give you a complete list | Yeah, I can't give you a complete list | Mistranscription |
| 31:10 | And then -- yeah. That's -- those are some | And then – yeah -- that's -- those are some | Mistranscription |
| 33:11 | Yeah. I'd – I'd be guessing now. | Yeah, I'd – I'd be guessing now. | Mistranscription |
| 34:15 | Yeah. I don't recall that, but they were from | Yeah, I don't recall that, but they were from | Mistranscription |
| 34:20 | Yeah. I can't specifically recall what | Yeah, I can't specifically recall what | Mistranscription |
| 34:21 | They were -- yeah. They | They were – yeah -- they | Mistranscription |
| 35:8 | Yeah. I don't recall the specific | Yeah, I don't recall the specific | Mistranscription |
| 36:12 | Generally, yeah. I mean, the couple days of | Generally, yeah, I mean, the couple days of | Mistranscription |

---

[1] As a general matter, I tend to use "yeah" in a similar way as "so" or "well" at the beginning of a sentence or as part of a sentence when I speak; I have made some corrections here to make clear that this is the way I use "yeah" and not to make an affirmative statement.

| Page: Line | Original | Correction | Reason |
|---|---|---|---|
| 37:1 | Yeah. Scanning it | Yeah, scanning it | Mistranscription |
| 41:9 | Yeah. And so I didn't get selected. | Yeah, and so I didn't get selected. | Mistranscription |
| 43:14-16 | It valued at the time a grant for the entire grant that vests over a longer period of time. | It is valued at the time of a grant for the entire grant that vests over a longer period of time. | Mistranscription |
| 48:4 | Yeah. I don't know what you mean by | Yeah, I don't know what you mean by | Mistranscription |
| 53:22 | to where we could operate effectively as a global company | to where we could operate effectively as a public company | Mistranscription |
| 58:10 | Yeah. I'd say yes. | Yeah, I'd say yes. | Mistranscription |
| 60:4 | Yeah. No, not that I recall. | Yeah, no, not that I recall. | Mistranscription |
| 63:18 | Yeah. Mainly about what I'm doing with the teams | Yeah, mainly about what I'm doing with the teams | Mistranscription |
| 65:14 | ████████████████ | | Mistranscription |
| 71:12 | Yeah. It's not dated, right? You said April? | Yeah, it's not dated, right? You said April? | Mistranscription |
| 72:15 | Yeah. 21? | Yeah, 21? | Mistranscription |
| 74:12 | Matt Choler | Matt Cohler | Spelling error |
| 75:2 | Yeah. It's probably more periodic than that | Yeah, it's probably more periodic than that | Mistranscription |
| 76:15 | Yeah. Objectively if you're not in a | Yeah, objectively if you're not in a | Mistranscription |
| 79: 2 | Yeah. I don't recall. | Yeah, I don't recall. | Mistranscription |
| 80:14 | join call | join a call | Mistranscription |

| Page: Line | Original | Correction | Reason |
|---|---|---|---|
| 80:18 | Yeah. I'm not up to speed | Yeah, I'm not up to speed | Mistranscription |
| 81: 16 | We report on GAAP metrics, yes. | We report on non-GAAP metrics, yes. | Mistranscription |
| 81:19-20 | Yeah.<br><br>GAAP is generally accepted accounting principals, | Yeah, GAAP is generally accepted accounting principles, | Mistranscription and Spelling Error |
| 82:11 | Yeah. It's so specific, right, that an example | Yeah, it's so specific, right, that an example | Mistranscription |
| 86:1 | Yeah. But very, very infrequent -- | Yeah, but very, very infrequent -- | Mistranscription |
| 99:4 | Yeah. Again, you would -- if there was | Yeah, again, you would -- if there was | Mistranscription |
| 118:21 | Yeah. I could comment on like the | Yeah, I could comment on like the | Mistranscription |
| 120:3 | I would be -- I don't -- yeah. I don't have that | I would be -- I don't – yeah, I don't have that | Mistranscription |
| 120:7 | Yeah. So Rides and Eats, they might have been | Yeah, so Rides and Eats, they might have been | Mistranscription |
| 122:16 | Yeah. It's just -- I think that | Yeah, it's just -- I think that | Mistranscription |
| 123:20 | Yeah. Sounds correct. | Yeah, sounds correct. | Mistranscription |
| 125:25 | Yeah. So, I mean, my personal view, | Yeah, so, I mean, my personal view, | Mistranscription |
| 131:24 | ██████████████ | ██████████████ | Mistranscription |
| 133:1 | ██████████████ | ██████████████ | Mistranscription |
| 136:7 | Yeah. So -- | Yeah, so -- | Mistranscription |

DocuSign Envelope ID: F41E88A7-0A96-4833-9595-70EB49A89897

| Page: Line | Original | Correction | Reason |
|---|---|---|---|
| 148:21 | Yeah. We do a -- we close the books and get | Yeah, we do a -- we close the books and get | Mistranscription |
| 158:14 | Yeah. I couldn't say like a definitive | Yeah, I couldn't say like a definitive | Mistranscription |
| 161:16 | Yeah. Depends who and what business, but yes, it | Yeah, depends who and what business, but yes, it | Mistranscription |
| 163:1 | Yeah. So I think I would answer it this | Yeah, so I think I would answer it this | Mistranscription |
| 163:15 | Yeah. I wouldn't | Yeah, I wouldn't | Mistranscription |
| 164:19 | Yeah. Again, I wouldn't characterize it | Yeah, again, I wouldn't characterize it | Mistranscription |
| 164:23 | Common | competitor | Mistranscription |
| 168:23 | Yeah. Alter the documents based on | Yeah, alter the documents based on | Mistranscription |
| 169:19 | Yeah. I think at the time of the IPO | Yeah, I think at the time of the IPO | Mistranscription |
| 172:5 | Yeah. There's just not one person or | Yeah, there's just not one person or | Mistranscription |
| 173:23 | Yeah. I mean, that's a very general statement. | Yeah, I mean, that's a very general statement. | Mistranscription |
| 174:14 | Yeah. I would say -- the executive leadership | Yeah, I would say -- the executive leadership | Mistranscription |
| 178:11 | Yeah. I'm not recalling the connection between | Yeah, I'm not recalling the connection between | Mistranscription |
| 186:13 | Yeah. And then periodically, within -- well, no, | Yeah, and then periodically, within -- well, no, | Mistranscription |
| 188:19 | Yeah. So it would be hard to say that just | Yeah, so it would be hard to say that just | Mistranscription |

4

DocuSign Envelope ID: F41E88A7-0A86-4833-0505-70EB49A89397

| Page: Line | Original | Correction | Reason |
|---|---|---|---|
| 190:17 | Yeah. Yeah. But I do -- I do recall with the -- | Yeah, yeah, but I do -- I do recall with the -- | Mistranscription |
| 205:1 | Yeah. And -- | Yeah, and -- | Mistranscription |
| 205:4 | Yeah, yeah. And that's why we disclosed the | Yeah, yeah, and that's why we disclosed the | Mistranscription |
| 209:12 | Yeah. The accounting treatments | Yeah, the accounting treatments | Mistranscription |
| 210:10 | Okay. Yeah. Based on the U.S. GAAP | Okay, yeah, based on the U.S. GAAP | Mistranscription |
| 212:25 | | | Mistranscription |
| 213:10 | | | Mistranscription |
| 215:18 | | | Mistranscription |
| 224:21 | | | Mistranscription |
| 236:25 | | | Mistranscription |
| 237:3-4 | | | Mistranscription |
| 239:16 | | | Mistranscription |
| 241:1 | Yeah. I would have to do the math, but | Yeah, I would have to do the math, but | Mistranscription |
| 241:8 | | | Mistranscription |
| 243:7 | Yeah. What date? | Yeah, what date? | Mistranscription |
| 243:9 | Yeah. All I can say is it's a question posed on | Yeah, all I can say is it's a question posed on | Mistranscription |

| Page: Line | Original | Correction | Reason |
|---|---|---|---|
| 245:23 | Yeah. I wouldn't -- I wouldn't | Yeah, I wouldn't -- I wouldn't | Mistranscription |
| 247:11 | | | Mistranscription |
| 247:23 | I don't know. Yeah. I'd be guessing. | I don't know, yeah, I'd be guessing. | Mistranscription |
| 248:10 | | | Mistranscription |
| 250:25 | It's category. Yeah. U.S. categories. | It's category. Yeah, U.S. categories. | Mistranscription |
| 252:13 | | | Mistranscription |
| 253:17 | Yeah. At that time, I think Lyft was our main | Yeah, at that time, I think Lyft was our main | Mistranscription |
| 255:14 | | | Mistranscription |
| 264:11-12 | It was mainly run by Stratfinn. So Dennis Cinelli was the head of Stratfinn, | It was mainly run by Strat Fin. So Dennis Cinelli was the head of Strat Fin, | Spelling Error |
| 264:21 | But the Stratfinn team mainly prepared these, | But the Strat Fin team mainly prepared these, | Spelling Error |
| 265:13 | actuals for the month done, right? And then Stratfinn | actuals for the month done, right? And then Strat Fin | Spelling Error |
| 274:23 | | | Mistranscription |
| 280:20 | | | Mistranscription |
| 282:5 | | | Mistranscription |

| Page: Line | Original | Correction | Reason |
|---|---|---|---|
| 282:19 | | | Mistranscription |
| 282:25 | | | Mistranscription |
| 285:25 | | | Mistranscription |
| 286:3 | | | Mistranscription |
| 286:11 | | | Mistranscription |
| 287:1 | Yeah. Probably not. I'm – I'm a step removed. | Yeah, probably not. I'm – I'm a step removed. | Mistranscription |
| 287:5 | Were | work | Mistranscription |
| 289:16 | | | Mistranscription |
| 290:4 | | | Mistranscription |
| 293:9 | | | Mistranscription |
| 294:19 | | | Mistranscription |
| 295:16 | Yeah. I don't recall -- yeah – any | Yeah, I don't recall -- yeah -- any | Mistranscription |
| 301:20 | | | Mistranscription |
| 306:14 | | | Mistranscription |
| 308:8 | | | Mistranscription |
| 311:12 | | | Mistranscription |

| Page: Line | Original | Correction | Reason |
|---|---|---|---|
| 312:9 | | | Mistranscription |
| 321:20 | I mean, yeah. I'm reading the words, and it | I mean, yeah, I'm reading the words, and it | Mistranscription |
| 323:6 | | | Mistranscription |
| 323:15 | | | Mistranscription |
| 324:25 | Yeah. I was talking generally of how | Yeah, I was talking generally of how | Mistranscription |
| 328:25 | Yeah. I | Yeah, I | Mistranscription |
| 329:9 | | | Mistranscription |
| 329:9 | | | Mistranscription |
| 330:22 | Yeah. Net promoter scores. That's my common | Yeah, net promoter scores. That's my common | Mistranscription |
| 330:23 | | | Mistranscription |
| 334:3 | | | Mistranscription |
| 335:7 | | | Mistranscription |
| 336:11 | | | Mistranscription |
| 338:3 | Yeah, yeah. Which is not surprising with a | Yeah, yeah, which is not surprising with a | Mistranscription |
| 338:20 | | | Mistranscription |

| Page: Line | Original | Correction | Reason |
|---|---|---|---|
| 340:12 |  |  | Mistranscription |
| 345:20 |  |  | Mistranscription |
| 352:24 |  |  | Mistranscription |
| 354:15 | Yeah. He worked at that point in time for the | Yeah, he worked at that point in time for the | Mistranscription |
| 355:12 | Yeah. And I do recall discussions around that | Yeah, and I do recall discussions around that | Mistranscription |
| 356:6 |  |  | Spelling Error |
| 357:17 | Yeah. If you wouldn't mind, this seems like an | Yeah, if you wouldn't mind, this seems like an | Mistranscription |
| 357:24 | Yeah. Then I'll just scan it | Yeah, then I'll just scan it | Mistranscription |
| 361:20 |  |  | Mistranscription |
| 363:23 |  |  | Mistranscription |
| 364:18 | Yeah. I'm not trying to be difficult. | Yeah, I'm not trying to be difficult. | Mistranscription |
| 365:13 | Yeah. If it was clearer, I probably | Yeah, if it was clearer, I probably | Mistranscription |
| 369:4 |  |  | Mistranscription |
| 369:17 | Yeah. I can see it in the chart now. | Yeah. I can see it in the chart now. | Mistranscription |
| 370:13 | Yeah. And, again, the forecast, just as context, | Yeah, and, again, the forecast, just as context, | Mistranscription |

| Page: Line | Original | Correction | Reason |
|---|---|---|---|
| 372:15 | ███████████ | ███████████ | Mistranscription |
| 373:11 | Yeah. Not specifically. | Yeah, not specifically. | Mistranscription |
| 374:23 | ███████████ | | Mistranscription |
| 381:13 | ███████████ | | Mistranscription |
| 384:6 | Yeah. I wouldn't agree with that | Yeah, I wouldn't agree with that | Mistranscription |
| 385:10 | Yeah. I mean, I don't know what | Yeah, I mean, I don't know what | Mistranscription |
| 389:3 | ███████████ | | Mistranscription |
| 393:15 | I don't recall. Yeah. I can -- I have specific | I don't recall. Yeah, I can -- I have specific | Mistranscription |
| 394:3 | Yeah. I wasn't surprised that another board member was | Yeah, I wasn't surprised that another board member was | Mistranscription |
| 397:24 | ███████████ | | Mistranscription |
| 398:5 | ███████████ | | Mistranscription |
| 401:23 | I'm not... yeah. I don't recall | I'm not... yeah, I don't recall | Mistranscription |
| 407:15 | Yeah. So I would | Yeah, so I would | Mistranscription |
| 411:14 | Yeah. Repeat the question, I'm sorry. | Yeah, repeat the question, I'm sorry. | Mistranscription |
| 416:10 | Yeah. So that's one component of that | Yeah, so that's one component of that | Mistranscription |
| 417:8 | by | My | Mistranscription |

| Page: Line | Original | Correction | Reason |
|---|---|---|---|
| 419:12 | is -- yeah. The way you frame that question is I went out | is – yeah, the way you frame that question is I went out | Mistranscription |

I, Glen Ceremony, have read the foregoing deposition and hereby affix my signature that the same is true and correct, except as noted herein.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Glen Ceremony

September 14, 2023

Date