

Alfred L. Fatale III
Partner
Labaton Keller Sucharow LLP
140 Broadway
New York, NY 10005
212.907.0884
AFatale@labaton.com

April 18, 2024

**VIA ECF**

Hon. Donna M. Ryu
U.S. District Court, N.D.Ca.
1301 Clay Street
Oakland, CA 94612

RE:   *Boston Retirement System v. Uber Technologies, Inc., et al.*, No. 19-cv-06361 (N.D. Cal.)

Dear Judge Ryu:

We are writing pursuant to the Court's April 16, 2024 Order (Dkt. 443) (the "Order"). The Court granted in part and denied in part Plaintiffs' "Second Motion to Seal" (Dkt. 419). *See* Order at 12:2-13. Pages 4-8 of Dkt. 421 lay out Uber's requested redactions ("Uber's Requested Redactions"). The Order opines on each of Uber's Requested Redactions to Lead Plaintiff's Memorandum (Dkt. No. 419-2), except for one: page 4, lines 16-17.

Plaintiffs respectfully request an opinion from the Court on Uber's Requested Redaction to the Memorandum on page 4, lines 16-17. Plaintiffs are currently required to file the redacted Memorandum by April 23, 2024.

Thank you for your time.

Sincerely,

/s/ *Alfred L. Fatale III*
Alfred L. Fatale III

*Lead Counsel for Plaintiffs and the Class*



New York  |  Delaware  |  Washington, D.C.