| | |
|---|---|
| 1 | Daniel H.R. Laguardia (SBN 314654) |
| 2 | **ALLEN OVERY SHEARMAN STERLING US LLP**<br>140 New Montgomery Street, 10th Floor |
| 3 | San Francisco, California 94105<br>Telephone: 415.616.1100 |
| 4 | Facsimile: 415.616.1199<br>Email: daniel.laguardia@aoshearman.com |
| 5 | Paula H. Anderson (admitted *pro hac vice*) |
| 6 | Agnès Dunogué (admitted *pro hac vice*)<br>Austin Zachary Deaton (admitted *pro hac vice*) |
| 7 | Nikolai Krylov (admitted *pro hac vice*)<br>**ALLEN OVERY SHEARMAN STERLING US LLP** |
| 8 | 599 Lexington Avenue<br>New York, NY 10022-6069 |
| 9 | Telephone: 212.848.4000<br>Facsimile: 212.848.7179 |
| 10 | Email: paula.anderson@aoshearman.com<br>       agnes.dunogue@aoshearman.com |
| 11 |        zach.deaton@aoshearman.com<br>       nik.krylov@aoshearman.com |
| 12 | |
| 13 | George E. Anhang (admitted *pro hac vice*)<br>**ALLEN OVERY SHEARMAN STERLING US LLP** |
| 14 | 401 9th Street, NW, Suite 800<br>Washington, DC 20004-2128 |
| 15 | Telephone: 202.508.8000<br>Facsimile: 202.508.8100 |
| 16 | Email: george.anhang@aoshearman.com |
| 17 | *Attorneys for Defendants Uber Technologies, Inc., Dara Khosrowshahi, Nelson Chai, Glen Ceremony, Ronald Sugar,* |
| 18 | *Ursula Burns, Garrett Camp, Matt Cohler, Ryan Graves, Arianna Huffington, Travis Kalanick, Wan Ling Martello, H.E.* |
| 19 | *Yasir Al-Rumayyan, John Thain, and David Trujillo* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON RETIREMENT SYSTEM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>Defendants. | Case No. 3:19-cv-06361-RS<br><br>**NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES** |

PLEASE TAKE NOTICE that, as a result of the combination of Shearman & Sterling LLP and Allen & Overy LLP, effective May 1, 2024, the name of the firm representing the undersigned parties is Allen Overy Shearman Sterling US LLP.  The new email addresses of counsel are:

daniel.laguardia@aoshearman.com

paula.anderson@aoshearman.com

agnes.dunogue@aoshearman.com

zach.deaton@aoshearman.com

george.anhang@aoshearman.com

nik.krylov@aoshearman.com

The mailing address, telephone number, and facsimile number remain unchanged.

Dated:   May 1, 2024

**ALLEN OVERY SHEARMAN STERLING US LLP**

By:   */s/ Daniel H.R. Laguardia*
           Daniel H.R. Laguardia

*Attorneys for Defendants Uber Technologies, Inc., Dara Khosrowshahi, Nelson Chai, Glen Ceremony, Ronald Sugar, Ursula Burns, Garrett Camp, Matt Cohler, Ryan Graves, Arianna Huffington, Travis Kalanick, Wan Ling Martello, H.E. Yasir Al-Rumayyan, John Thain, and David Trujillo*