Alfred L. Fatale III (admitted *pro hac vice*)
LABATON KELLER SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: afatale@labaton.com

*Lead Counsel for Plaintiffs and the Class*

Daniel H.R. Laguardia (SBN 314654)
ALLEN OVERY SHEARMAN STERLING US LLP
140 New Montgomery Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: daniel.laguardia@aoshearman.com

*Attorneys for Defendants Uber Technologies, Inc., Dara Khosrowshahi, Nelson Chai, Glen Ceremony, Ronald Sugar, Ursula Burns, Garrett Camp, Matt Cohler, Ryan Graves, Arianna Huffington, Travis Kalanick, Wan Ling Martello, Yasir Al-Rumayyan, John Thain, and David Trujillo*

[*Additional Counsel Listed on Signature Pages*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BOSTON RETIREMENT SYSTEM,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

Case No. 3:19-cv-06361-RS

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAY OF CASE MANAGEMENT DEADLINES AND ADJOURN STATUS CONFERENCE**

Courtroom: No. 3 – 17th Floor
Judge: Hon. Richard Seeborg

Pursuant to Local Rule 6-2, Lead Plaintiff Boston Retirement System ("Lead Plaintiff") and named plaintiffs David Messinger, Salvatore Toronto on behalf of the Ellie Marie Toronto ESA, Irving S. and Judith Braun, and Joseph Cianci (together with Lead Plaintiff, the "Plaintiffs") and Defendants Uber Technologies, Inc. ("Uber"), Dara Khosrowshahi, Nelson Chai, Glen Ceremony, Ronald Sugar, Ursula Burns, Garrett Camp, Matt Cohler, Ryan Graves, Arianna Huffington, Travis Kalanick, Wan Ling Martello, Yasir Al-Rumayyan, John Thain, and David Trujillo (the "Individual Defendants" and together with Uber, the "Uber Defendants"), as well as Defendants Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Barclays Capital Inc., Citigroup Global Markets Inc., Allen & Company LLC, RBC Capital Markets, LLC, SunTrust Robinson Humphrey, Inc. now known as Truist Securities, Inc., Deutsche Bank Securities Inc., HSBC Securities (USA) Inc., SMBC Nikko Securities America, Inc., Mizuho Securities USA LLC, Needham & Company, LLC, Loop Capital Markets LLC, Siebert Cisneros Shank & Co., L.L.C.,[1] Academy Securities, Inc., BTIG, LLC, Canaccord Genuity LLC, CastleOak Securities, L.P., Cowen and Company, LLC, Evercore Group L.L.C., JMP Securities LLC, Macquarie Capital (USA) Inc., Mischler Financial Group, Inc., Oppenheimer & Co. Inc., Raymond James & Associates, Inc., William Blair & Company, L.L.C., The Williams Capital Group, L.P., and TPG Capital BD, LLC (the "Underwriter Defendants" and, together with the Uber Defendants, "Defendants") (collectively, the "Parties") respectfully submit the following stipulated request to continue the stay of operative deadlines in this action while the Parties continue to negotiate a settlement agreement and to adjourn the upcoming June 20 case management conference:

WHEREAS, Plaintiffs and the Uber Defendants engaged in mediation on March 28, 2024;

WHEREAS, on April 24, 2024, the Parties informed the Court that they are negotiating a settlement agreement and submitted a stipulated request to stay the operative deadlines in the action in order to provide them time to negotiate the settlement (ECF No. 451);

[1] In November 2019, The Williams Capital Group, L.P. merged with Siebert Cisneros Shank & Co., L.L.C. and the surviving entity was renamed Siebert Williams Shank & Co., LLC.

WHEREAS, on April 24, 2024, the Court granted the stay of operative deadlines and ordered the Parties to provide an update to the Court within 60 days of that order, *i.e.*, by June 24, 2024 (ECF No. 452);

WHEREAS, on April 24, 2024, the Court continued the case management conference previously scheduled for May 2, 2024 to June 20, 2024 and ordered that an amended case management statement be submitted by June 13, 2024 (ECF No. 453);

WHEREAS, the Parties require additional time to negotiate the terms of a settlement agreement resolving this litigation and, provided they successfully do so, Plaintiffs require time to prepare and file a motion for preliminary approval of the settlement;

WHEREAS, the Parties wish to conserve the Court's and their own resources by continuing the stay of the operative deadlines in this action while they continue to negotiate the settlement;

THE PARTIES HEREBY STIPULATE AND REQUEST THAT:

1) The Court continue the stay of the operative deadlines in this action through at least July 19, 2024. By that date, Plaintiffs shall file the settlement agreement with the Court, as well as a motion for preliminary approval of the Settlement, or, if the settlement is not reached, the Parties will further advise the Court as to proposed updated operative deadlines.

2) The Court adjourn the case management conference currently scheduled for June 20, 2024 to July 25, 2024 or a date soon thereafter that may be convenient for the Court.

Respectfully submitted,

Dated: June 13, 2024

LABATON KELLER SUCHAROW LLP
Jonathan Gardner (admitted *pro hac vice*)
Alfred L. Fatale III (admitted *pro hac vice*)
Joseph N. Cotilletta (admitted *pro hac vice*)
Beth C. Khinchuk (admitted *pro hac vice*)
Charles J. Stiene (admitted *pro hac vice*)

By: /s/ *Alfred L. Fatale III*
Alfred L. Fatale III

*Lead Counsel for Plaintiffs and the Class*

LEVI & KORSINSKY LLP
Gregory M. Nespole (admitted *pro hac vice*)
55 Broadway, 10th Floor
New York, New York 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-1294
Email: gnespole@zlk.com

*-and-*

Adam M. Apton (SBN 316506)
75 Broadway, Suite 202
San Francisco, California 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294
Email: aapton@zlk.com

*Liaison Counsel for Lead Plaintiff Boston Retirement System and the Class*

SCOTT+SCOTT ATTORNEYS AT LAW LLP
John T. Jasnoch (SBN 281605)
600 W. Broadway, Suite 3300
San Diego, California 82101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email: jjasnoch@scott-scott.com

*-and-*

David R. Scott
156 South Main Street
P.O. Box 192

Colchester, Connecticut 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
Email: david.scott@scott-scott.com

*-and-*

William C. Fredericks
The Helmsley Building
230 Park Avenue, 17th Floor
New York, New York 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
Email: wfredericks@scott-scott.com

ROBBINS GELLER RUDMAN & DOWD LLP
Thomas Egler
Nathan Lindell
One Montgomery Street, Suite 1800
San Francisco, California, 94104
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
Email: tegler@rgrdlaw.com
nlindell@rgrdlaw.com

COTCHETT, PITRE & MCCARTHY, LLP
Mark C. Molumphy (SBN 168009)
Tyson Redenbarger (SBN 294424)
Gia Jung (SBN 340160)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: mmolumphy@cpmlegal.com
tredenbarger@cpmlegal.com
jpeng@cpmlegal.com

LAW OFFICES OF CURTIS V. TRINKO LLP
Curtis V. Trinko (admitted *pro hac vice*)
39 Sintsink Drive West – 1st Floor
Port Washington, New York 11050
Telephone: (212) 490-9550
Facsimile: (212) 986-0158
Email: ctrinko@trinko.com

*Counsel for Plaintiffs David Messinger, Salvatore Toronto on behalf of Ellie Marie Toronto ESA, Joseph Cianci, and*

*Irving S. and Judith Braun*

Dated: June 13, 2024

ALLEN OVERY SHEARMAN STERLING US LLP
Daniel H.R. Laguardia
140 New Montgomery Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: daniel.laguardia@aoshearman.com

*-and-*

Paula Howell Anderson (admitted *pro hac vice*)
Agnès Dunogué (admitted pro hac vice)
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Email: paula.anderson@aoshearman.com
agnes.dunogue@aoshearman.com

By: /s/ *Daniel H.R. Laguardia*
Daniel H.R. Laguardia

*Attorneys for Defendants Uber Technologies, Inc., Dara Khosrowshahi, Nelson Chai, Glen Ceremony, Ronald Sugar, Ursula Burns, Garrett Camp, Matt Cohler, Ryan Graves, Arianna Huffington, Travis Kalanick, Wan Ling Martello, Yasir Al-Rumayyan, John Thain, and David Trujillo*

Dated: June 13, 2024

WILLKIE FARR & GALLAGHER LLP
Todd G. Cosenza (admitted *pro hac vice*)
Zeh S. Ekono (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8677
Facsimile: (212) 728-9677
Email: tcosenza@willkie.com

By: /s/ *Todd G. Cosenza*
Todd G. Cosenza

Simona Agnolucci (SBN 246943)
One Front Street
San Francisco, CA 94111
Telephone: (415) 858-7447
Facsimile: (415) 858-7599
Email: sagnolucci@willkie.com

Joseph G. Davis (SBN 157764)
1875 K Street, N.W.
Washington, DC 20006-1238
Telephone: (202) 303.1131
Facsimile: (202) 303-2131
Email: jdavis@willkie.com

*Attorneys for Defendants Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Barclays Capital Inc., Citigroup Global Markets Inc., Allen & Company LLC, RBC Capital Markets, LLC, SunTrust Robinson Humphrey, Inc., Deutsche Bank Securities Inc., HSBC Securities (USA) Inc., SMBC Nikko Securities America, Inc., Mizuho Securities USA LLC, Needham & Company, LLC, Loop Capital Markets LLC, Siebert Cisneros Shank & Co., L.L.C., Academy Securities, Inc., BTIG, LLC, Canaccord Genuity LLC, CastleOak Securities, L.P., Cowen and Company, LLC, Evercore Group L.L.C., JMP Securities LLC, Macquarie Capital (USA) Inc., Mischler Financial Group, Inc., Oppenheimer & Co. Inc., Raymond James & Associates, Inc., William Blair & Company, L.L.C., The Williams Capital Group, L.P., and TPG Capital BD, LLC*

* * *

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _______________, 2024

_______________________________________
Richard Seeborg
Chief United States District Judge

**ECF ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Executed on June 13, 2024

/s/ *Daniel H.R. Laguardia*
Daniel H.R. Laguardia