**LABATON KELLER SUCHAROW LLP**
Jonathan Gardner (admitted *pro hac vice*)
Alfred L. Fatale III (admitted *pro hac vice*)
Joseph N. Cotilletta (admitted *pro hac vice*)
Beth C. Khinchuk (admitted *pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: jgardner@labaton.com
         afatale@labaton.com
         jcotilletta@labaton.com
         bkhinchuk@labaton.com

*Class Counsel for Class Representatives
and the Class*

[*Additional counsel listed on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSTON RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 3:19-cv-06361-RS<br><br>**JOINT STIPULATION AND ORDER REGARDING SHORTENING TIME FOR NOTICE OF PRELIMINARY APPROVAL HEARING DATE** |

1  Lead Plaintiff Boston Retirement System, David Messinger, Salvatore Toronto acting on
2  behalf of the Ellie Marie Toronto ESA ("Toronto"), and Irving S. and Judith Braun (collectively, "Class
3  Representatives"); and Uber Technologies, Inc., Dara Khosrowshahi, Nelson Chai, Glen Ceremony,
4  Ronald Sugar, Ursula Burns, Garrett Camp, Matt Cohler, Ryan Graves, Arianna Huffington, Travis
5  Kalanick, Wan Ling Martello, Yasir Al-Rumayyan, John Thain, and David Trujillo, Morgan Stanley
6  & Co. LLC, Goldman Sachs & Co. LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated,
7  Barclays Capital Inc., Citigroup Global Markets, Inc., Allen & Company LLC, RBC Capital Markets,
8  LLC, SunTrust Robinson Humphrey, Inc. (now known as Truist Securities, Inc.), Deutsche Bank
9  Securities Inc., HSBC Securities (USA) Inc., SMBC Nikko Securities America, Inc., Mizuho
10 Securities USA LLC, Needham & Company, LLC, Loop Capital Markets LLC, Siebert Cisneros Shank
11 & Co., L.L.C., Academy Securities, Inc., BTIG, LLC, Canaccord Genuity LLC, CastleOak Securities,
12 L.P., Cowen and Company, LLC, Evercore Group L.L.C., JMP Securities LLC, Macquarie Capital
13 (USA) Inc., Mischler Financial Group, Inc., Oppenheimer & Co. Inc., Raymond James & Associates,
14 Inc., William Blair & Company, L.L.C., The Williams Capital Group, L.P., and TPG Capital BD, LLC
15 (collectively, the "Defendants" and, together with Class Representatives, the "Parties"), by and through
16 their respective counsel, have stipulated and agreed, and hereby jointly move as follows:

17  WHEREAS, the Parties have executed a Stipulation and Agreement of Settlement, dated July
18 19, 2024, and the Class Representatives filed an Unopposed Motion for Preliminary Approval of
19 Proposed Class Action Settlement (the "Motion") on the same date;

20  WHEREAS, pursuant to Local Rule 7-2, the Motion is currently scheduled to be heard by the
21 Court on August 29, 2024 at 1:30 p.m.;

22  WHEREAS, the Parties consent to the Motion being heard in advance of the 35-day period
23 provided under Local Rule 7-2;

24  WHEREAS, the Parties consent to the Motion being heard by the Court on August 8, 2024 at
25 1:30 p.m.;

26  WHEREAS, the Parties consent to the Motion being decided on the papers, should the Court
27 conclude that a hearing is not required.

28  IT IS THEREFORE STIPULATED AND AGREED that, subject to the Court's approval:

1. The Motion shall be heard in advance of the 35-day period provided under Local Rule 7-2; and

2. The Motion shall be heard by the Court on August 8, 2024, at 1:30 p.m., to the extent the Court believes a hearing is required.

Dated: July 25, 2024

**LABATON KELLER SUCHAROW LLP**

By: */s/ Alfred L. Fatale III*
Jonathan Gardner (admitted *pro hac vice*)
Alfred L. Fatale III (admitted *pro hac vice*)
Joseph N. Cotilletta (admitted *pro hac vice*)
Beth C. Khinchuk (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Email: jgardner@labaton.com
   afatale@labaton.com
   jcotilleta@labaton.com
   bkhinchuk@labaton.com

*Class Counsel for Class Representatives and the Class*

LEVI & KORSINSKY LLP
Gregory M. Nespole (*pro hac vice*)
Daniel Tepper (*pro hac vice*)
Correy A. Suk (*pro hac vice*)
55 Broadway, 10th Floor
New York, New York 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-1294
Email: gnespole@zlk.com
   dtepper@zlk.com
   csuk@zlk.com

-and-

Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100 - #3425
San Francisco, California 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294
Email: aapton@zlk.com

*Liaison Counsel for Lead Plaintiff Boston Retirement System and the Class*

**ALLEN OVERY SHEARMAN STERLING US LLP**

By: */s/ Daniel H.R. Laguardia*
Daniel H.R. Laguardia
140 New Montgomery Street, 10th Floor
San Francisco, CA 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: daniel.laguardia@aoshearman.com

*-and-*

Paula Howell Anderson (admitted *pro hac vice*)
Agnès Dunogué (admitted *pro hac vice*)
Austin Zachary Deaton (admitted *pro hac vice*)
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Email: paula.anderson@aoshearman.com
         agnes.dunogue@aoshearman.com
         zach.deaton@aoshearman.com

*Attorneys for Defendants Uber Technologies, Inc., Dara Khosrowshahi, Nelson Chai, Glen Ceremony, Ronald Sugar, Ursula Burns, Garrett Camp, Matt Cohler, Ryan Graves, Arianna Huffington, Travis Kalanick, Wan Ling Martello, Yasir Al-Rumayyan, John Thain, and David Trujillo*

**WILLKIE FARR & GALLAGHER LLP**

By: */s/ Todd G. Cosenza*
Todd G. Cosenza (admitted pro hac vice)
Zeh S. Ekono (admitted pro hac vice)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8677
Facsimile: (212) 728-9677
Email: tcosenza@willkie.com

*-and-*

Simona Agnolucci (SBN 246943)
One Front Street
San Francisco, CA 94111
Telephone: (415) 858-7447
Facsimile: (415) 858-7599
Email: sagnolucci@willkie.com

*-and-*

Joseph G. Davis (SBN 157764)
1875 K Street, N.W.
Washington, DC 20006-1238
Telephone: (202) 303.1131
Facsimile: (202) 303-2131
Email: jdavis@willkie.com

*Attorneys for Defendants Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Barclays Capital Inc., Citigroup Global Markets Inc., Allen & Company LLC, RBC Capital Markets, LLC, SunTrust Robinson Humphrey, Inc., Deutsche Bank Securities Inc., HSBC Securities (USA) Inc., SMBC Nikko Securities America, Inc., Mizuho Securities USA LLC, Needham & Company, LLC, Loop Capital Markets LLC, Siebert Cisneros Shank & Co., L.L.C., Academy Securities, Inc., BTIG, LLC, Canaccord Genuity LLC, CastleOak Securities, L.P., Cowen and Company, LLC, Evercore Group L.L.C., JMP Securities LLC, Macquarie Capital (USA) Inc., Mischler Financial Group, Inc., Oppenheimer & Co. Inc., Raymond James & Associates, Inc., William Blair & Company, L.L.C., The Williams Capital Group, L.P., and TPG Capital BD, LLC*

\* \* \*

IT IS SO ORDERED.

Dated: <u>July 26</u>, 2024

_____
Hon. Richard Seeborg
United States District Judge