Jonathan Gardner (admitted *pro hac vice*)
Alfred L. Fatale III (admitted *pro hac vice*)
Joseph N. Cotilletta (admitted *pro hac vice*)
Beth C. Khinchuk (admitted *pro hac vice*)
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: jgardner@labaton.com
         afatale@labaton.com
         jcotilletta@labaton.com
         bkhinchuk@labaton.com

*Class Counsel for Plaintiffs and the Class*

[*additional counsel listed on signature page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BOSTON RETIREMENT SYSTEM,<br><br>           Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>           Defendants. | Case No.: 3:19-cv-06361-RS<br><br>**ORDER APPROVING PLAN OF ALLOCATION** |

THIS MATTER having come before the Court for a hearing on December 4, 2024, on the motion of Lead Plaintiff Boston Retirement System, David Messinger, Salvatore Toronto acting on behalf of the Ellie Marie Toronto ESA, and Irving S. and Judith Braun (collectively, "Class Representatives"), on behalf of themselves and the other members of the certified Class, for final approval of the proposed Settlement of the Action and approval of the proposed Plan of Allocation for the distribution of the proceeds of the Settlement; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement, dated July 19, 2024 (the "Stipulation"), and all capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation.

2. Pursuant to and in accordance with Rule 23 of the Federal Rules of Civil Procedure, this Court finds and concludes that due and adequate notice was directed to Persons who are Class Members, who could be identified with reasonable effort, advising them of the proposed Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to Persons who are Class Members to be heard with respect to the Plan of Allocation.

3. There were no objections to the Plan of Allocation.

4. The Court finds and concludes that the Plan of Allocation for the distribution of the Net Settlement Fund that is set forth in the Notice of Proposed Class Action Settlement and Motion for Attorneys' Fees and Expenses (the "Settlement Notice") provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among Class Members.

5. The Court finds and concludes that the Plan of Allocation, as set forth in the Settlement Notice, is fair, reasonable, and adequate and the Court approves the Plan of Allocation.

SO ORDERED on December 4, 2024.

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE